# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America<br>v.<br><br>Ronald Colton McAbee<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case: 1:21-cr-00035<br>Assigned to: Judge Sullivan, Emmet G.<br>Assign Date: 8/4/2021<br>Description: INDICTMENT (B)<br>Related Case No: 21-cr-00035 (EGS) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ronald Colton McAbee,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC §§ 111(a)(1) and (b), 2, (Assaulting, Resisting, or Impeding Certain Officers Inflicting Bodily Injury and Aiding and Abetting);
18 U.S.C. § 111(a)(1)(Assaulting, Resisting, or Impeding Certain Officers);
18 U.S.C. § 231(a)(3)(Civil Disorder);
18 U.S.C. § 1752(a)(1) and (b)(1)(A)(Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon);
18 U.S.C. § 1752(a)(2) and (b)(1)(A)(Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon);

Date:   08/05/2021

*Issuing officer's signature*

Robin M. Meriweather
2021.08.05 16:02:47 -04'00'

City and state:   Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/17/2021, and the person was arrested on *(date)* 8/17/2021
at *(city and state)* Nashville, Tennessee.

Date:   8/17/2021

*Arresting officer's signature*

Matthew Acker FBI SA
*Printed name and title*