UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | **CASE NO. 21 CR. 35 (EGS)** |
| : | |
| **RONALD COLTON MCABEE,** : | |
|     **Defendant.** : | |

**ORDER**

This matter came before the Court on the government's motion for review of a decision by U.S. Magistrate Judge Jeffrey S. Frensley, U.S. District Court for the Middle District of Tennessee, to release Defendant Ronald Colton McAbee pending trial and for a stay of Defendant McAbee's release pending a hearing on the motion for review of the release order. Upon consideration of that motion, it is by the Court this _____ day of September, 2021

ORDERED, that a hearing on the government's motion is set for the _____ day of _____ 2021 at _____ a.m./p.m.; and it is further

ORDERED, that the order releasing Defendant McAbee shall be stayed pending a ruling on the government's motion and Defendant McAbee shall be held without bond until the Court has issued that ruling.

 

_____
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA