## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 21 CR. 35 (EGS)** |
| | : | |
| **RONALD COLTON MCABEE,** | : | |
| **Defendant.** | : | |
| | : | **ORDER** |

Upon consideration of the Government's Emergency Motion to Stay and for Review and Appeal of Release Order, ECF No. 108, as to Defendant Ronald Colton McAbee, it is hereby

**ORDERED**, that the Government's Motion for Emergency Stay is **GRANTED**, and the order entered by U.S. Magistrate Judge Jeffrey S. Frensley, U.S. District Court for the Middle District of Tennessee, to release Mr. McAbee pending trial is **STAYED** pending the Court's ruling on the Government's Motion for Review and Appeal of the Release Order.  Mr. McAbee  shall be held without bond until the Court has issued that ruling.

/s/
_____

Dated:  9/8/2021

EMMET G. SULLIVAN
SENIOR UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA