IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CASE NO. 21 Cr. 35 (EGS) |
| **RONALD COLTON MCABEE** | : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel on September 15, 2021 via USAfx, in relation the Government's Motion for Emergency Stay and For Review and Appeal of Release Order (ECF No. 108). These exhibits will be offered into evidence during the detention hearing scheduled for September 22, 2021. Because they are video clips, the exhibits are not in a format that readily permits electronic filing on CM/ECF.

The proposed exhibits are as follows:

1. Government Exhibit 1 is a clip from the body-worn camera video of Officer C.M. with the Metropolitan Police Department. The clip is approximately 2 minutes and 2 seconds long. The events depicted in the exhibit occurred at approximately 4:26-4:28 p.m. EST on January 6, 2021.

2. Government Exhibit 2 is a clip from the body-worn camera video of Officer D.P. with the Metropolitan Police Department. The clip is approximately 59 seconds long. The events depicted in the exhibit occurred at approximately 4:27-4:28 p.m. EST on January 6, 2021.

3. Government Exhibit 3 is a clip from a video posted on Storyful's YouTube page, available at https://youtu.be/aEGthdTzedk. The clip is approximately 1 minute and 41 seconds long. The events depicted in the exhibit occurred at approximately 4:27-4:28 p.m. EST on January 6, 2021.

4. Government Exhibit 4 is a clip from the body-worn camera video of Officer A.W. with the Metropolitan Police Department. The clip is approximately 1 minute and 59 seconds long. The events depicted in the exhibit occurred at approximately 4:27-4:28 p.m. EST on January 6, 2021.

5. Government Exhibit 6a is a clip from the body-worn camera video of Officer S.S. with the Metropolitan Police Department. The clip is approximately 44 seconds long. The events depicted in the exhibit occurred at approximately 4:27-4:28 p.m. EST on January 6, 2021.

6. Government Exhibit 6b is a clip from the body-worn camera video of Officer S.S. with the Metropolitan Police Department. The clip is approximately 44 seconds long. The events depicted in the exhibit occurred at approximately 4:30-4:32 p.m. EST on January 6, 2021.

If the Court accepts these proposed exhibits into evidence on September 22, 2021, the United States takes the position that the entered exhibits should be promptly released to the public.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

<u>/s/ Benet J. Kearney</u>
Benet J. Kearney
N.Y. Bar No. 4774048
Assistant United States Attorney
1 Saint Andrew's Plaza
New York, New York 10007
(212) 637 2260
Benet.Kearney@usdoj.gov