# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-CR-35 (EGS)** |
| | : | |
| **RONALD COLTON MCABEE,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING OF TRANSCRIPT

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached materials are the transcript of the detention hearing in *United States v. Ronald Colton McAbee*, 21-mj-2956, conducted on August 26, 2021 and September 8, 2021 in front of the Honorable Jeffrey S. Frensley, United States Magistrate Judge, in the Middle District of Tennessee.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney
    DC Bar No. 415793

By:    */s/ Benet J. Kearney*
    BENET J. KEARNEY
    Assistant United States Attorney
    NY Bar No. 4774048
    1 Saint Andrew's Plaza
    New York, New York 10007
    Benet.Kearney@usdoj.gov
    (212) 637 2260

CERTIFICATE OF SERVICE

I certify that a copy of the Government's Notice of Filing of Transcript was served on all counsel of record via the Court's electronic filing service.

                                                       /s/ Benet J. Kearney
                                                      BENET J. KEARNEY
                                                      Assistant United States Attorney

Date:   September 20, 2021