## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **CASE NO. 21 Cr. 35 (EGS)** |
| **RONALD COLTON MCABEE** | **:** | |

### NOTICE OF FILING OF REDACTED EXHIBITS

The United States of America, by and through its undersigned counsel, hereby responds to the Court's September 20, 2021 Minute Order and gives notice of the following exhibits that are being provided to the Court and Defense on September 20, 2021 in relation the Government's Opposition to Defendant's Motion for Bond Reconsideration (ECF No. 119).

Appended to this Notice are Government Exhibits B, C, D, E, F, and G to the Government's September 16, 2021 Reply to Defendant's Opposition to Motion for Emergency Stay and For Review and Revocation of Release Order (collectively, the "Exhibits").  The Exhibits are a collection of text messages obtained from a cellular phone belonging to Ronald Colton McAbee (hereinafter, the "Defendant").  The redacted content in the Exhibits contains the name, address, and phone number of individuals not charged with a crime who communicated with the Defendant.

These exhibits will be offered into evidence during the hearing scheduled for September

22, 2021

                                        Respectfully submitted,

                                        Channing D. Phillips
                                        Acting United States Attorney


                                         /s/ Colleen D. Kukowski              
                                        Colleen D. Kukowski / Benet J. Kearney
                                        DC Bar No. 1012458 / NY Bar No. 4774048
                                        Assistant United States Attorneys
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 252-2646  / (212) 637 2260
                                        Colleen.Kukowski@usdoj.gov
                                        Benet.Kearney@usdoj.gov


                        CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing will be served electronically to counsel
for defendant, via the Court's Electronic Case Filing System.


                                        /s/ Colleen D. Kukowski   
                                        COLLEEN D. KUKOWSKI
                                        Assistant United States Attorney


Date:  September 20, 2021