

# Extraction Report - Apple iPhone


www.cellebrite.com

## Participants

 


Colton McAbee* (owner)

## Conversation - Instant Messages (273)



From ▓▓▓▓▓▓ Colton McAbee (owner)
To ▓▓▓▓ Colton McAbee (owner)
To ▓▓▓▓ Colton McAbee (owner)

Hey buddy. You going to DC on the 6th?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓ Colton McAbee | | | |

**Status:** Sent

12/31/2020 7:12:40 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x656298 (Table: message, handle, Size: 36716544 bytes)



From ▓▓▓▓▓▓ Colton McAbee (owner)
To ▓▓▓▓ Colton McAbee (owner)

I want to go but only if you're going. I'm not in shape to fight right now.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓ Colton McAbee | | | |

**Status:** Sent

12/31/2020 7:12:52 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x657FC8 (Table: message, handle, Size: 36716544 bytes)



From:
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

Yes sir I sure am!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Colton McAbee | | 12/31/20 20 12:10:12 PM(UTC -6) | |
| ███ Colton McAbee | | | |

**Status:** Read

12/31/2020 12:09:59 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x65A2A8 (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████
To: ███████ Colton McAbee (owner)

Let's link up and go. I'll slap a commie with this dead arm.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | | |

**Status:** Sent

12/31/2020 12:10:41 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x65BFC8 (Table: message, handle, Size: 36716544 bytes)

From: ███████ Colton McAbee (owner)
To: ███████
To: ███████ Colton McAbee (owner)

Call me after work.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |
| ███ Colton McAbee | | | |

**Status:** Sent

12/31/2020 12:11:01 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x65BD8A (Table: message, handle, Size: 36716544 bytes)



**From:** ███████ Colton McAbee (owner)
**To:** ███████ Colton McAbee (owner)
**To:** ███████ Colton McAbee (owner)

Sounds good to me.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █████ Colton McAbee | | 12/31/20 20 12:35:36 PM(UTC -6) | |
| █████ Colton McAbee | | | |

**Status:** Read

12/31/2020 12:19:06 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x65BB97 (Table: message, handle, Size:
36716544 bytes)



**From:** ███████ Colton McAbee (owner)
**To:** ███████ Colton McAbee (owner)
**To:** ███████ Colton McAbee (owner)

That's what I'll carry in my pocket.

**Attachments:**

Title: Resized_20201231_160510.jpeg
Size: 609004
File name: ~/Library/SMS/Attachments/23/03/C3CA4304-BA4D-4731-B2F5-
04A4755609CA/Resized_20201231_160510.jpeg
~/Library/SMS/Attachments/23/03/C3CA4304-BA4D-4731-B2F5-
04A4755609CA/Resized_20201231_160510.jpeg

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █████ Colton McAbee | | 12/31/20 20 3:06:20 PM(UTC -6) | |
| █████ Colton McAbee | | | |

**Status:** Read

12/31/2020 3:06:13 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x65B4D3 (Table: message, handle,
attachment, Size: 36716544 bytes)
Colton's iPhone/mobile/Library/SMS/Attachments/23/03/C3CA4304-BA4D-4731-B2F5-
04A4755609CA/Resized_20201231_160510.jpeg :  (Size: 609004 bytes)



From: ▓▓▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓▓▓ Colton McAbee (owner)

How can I get some knuckles

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ▓▓▓▓▓ Colton McAbee | | | |

Status: Sent

12/31/2020 3:06:40 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x65B25B (Table: message, handle, Size:
36716544 bytes)



From: ▓▓▓▓▓▓
To: ▓▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓▓ Colton McAbee (owner)

Amazon is quick.

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ▓▓▓ Colton McAbee | | 12/31/20 20 3:07:22 PM(UTC-6) | |
| ▓▓▓ Colton McAbee | | | |

Status: Read

12/31/2020 3:07:20 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x65CFC0 (Table: message, handle, Size:
36716544 bytes)



From: ▓▓▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓▓ Colton McAbee (owner)

So I've got a tire repair kit and the t handle tire puncture is a great tool

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ▓▓▓▓▓ Colton McAbee | | | |

Status: Sent

12/31/2020 3:07:50 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x65CDDB (Table: message, handle, Size: 36716544 bytes)

4



From:
To: ████████   Colton McAbee (owner)
To: ████████   Colton McAbee (owner)

Lol this is true!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Colton McAbee | | 12/31/20 20 3:12:14 PM(UTC -6) | |
| ████ Colton McAbee | | | |

**Status:** Read

12/31/2020 3:09:04 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x65CB75 (Table: message, handle, Size: 36716544 bytes)

---

From: ████
To: ████████   Colton McAbee (owner)
To: ████████   Colton McAbee (owner)

Check this out at Amazon
Steel Outdoor Reinforced Brass Knuckle Motorcycle Motorbike Powersports Racing Textile Safety Gloves ... (Medium, Black)
https://www.amazon.com/dp/B0748HWQQK/ref=cm_sw_r_u_apa_fabc_y6J7FbRDVP0SK

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Colton McAbee | | 12/31/2020 3:12:14 PM(UTC-6) | |
| ████ Colton McAbee | | | |

**Status:** Read

12/31/2020 3:12:11 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x65C986 (Table: message, handle, Size: 36716544 bytes)

---

From: ████
To: ████████   Colton McAbee (owner)
To: ████████   Colton McAbee (owner)

Just ordered these

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Colton McAbee | | 12/31/20 20 3:12:14 PM(UTC -6) | |
| ████ Colton McAbee | | | |

**Status:** Read

12/31/2020 3:12:13 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x65C2CC (Table: message, handle, Size: 36716544 bytes)

5



From: ███
To: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

If you want some, have the shipped here. ███████████

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Colton McAbee | | 12/31/2020 3:12:57 PM(UTC-6) | |
| ███ Colton McAbee | | | |

**Status:** Read

12/31/2020 3:12:52 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x65DFC0 (Table: message, handle, Size: 36716544 bytes)



From: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

Alright I'll shop around.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18653992939 Colton McAbee | | | |

**Status:** Sent

12/31/2020 3:13:06 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x65D81F (Table: message, handle, Size: 36716544 bytes)



From: ███
To: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

Okay Pal.  Do you wanna stay here Monday night?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Colton McAbee | | 12/31/2020 3:15:05 PM(UTC-6) | |
| ███ Colton McAbee | | | |

**Status:** Read

12/31/2020 3:15:01 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x65EFC0 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮▮  Colton McAbee (owner)
To: ▮▮▮▮▮▮  Colton McAbee (owner)
To: ▮▮▮▮▮▮  Colton McAbee (owner)

I'll talk to ▮▮▮▮ Maybe she can bring me up.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | | |

Status: Sent

12/31/2020 3:15:39 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x65E909 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮
To: ▮▮▮▮▮  Colton McAbee (owner)
To: ▮▮▮▮▮  Colton McAbee (owner)

Whats your address?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Colton McAbee | | 12/31/2020 3:17:11 PM(UTC-6) | |
| ▮▮▮ Colton McAbee | | | |

Status: Read

12/31/2020 3:17:06 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x65E6E0 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮  Colton McAbee (owner)
To: ▮▮▮▮▮  Colton McAbee (owner)
To: ▮▮▮▮▮▮▮▮

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Colton McAbee | | | |

Status: Sent

12/31/2020 3:17:23 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x65FFC8 (Table: message, handle, Size: 36716544 bytes)



From: ████        Colton McAbee (owner)
To: ████████        Colton McAbee (owner)

I can come Sunday night and bring you back with me Monday if you need me to.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Colton McAbee | | 12/31/2020 3:17:52 PM(UTC-6) | |
| ████ Colton McAbee | | | |

Status: Read

12/31/2020 3:17:47 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x660FC0 (Table: message, handle, Size: 36716544 bytes)



From: ████        Colton McAbee (owner)
To: +█████        Colton McAbee (owner)

You willing to come all the way down?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ | | | |
| ████ Colton McAbee | | | |

Status: Sent

12/31/2020 3:18:01 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6605AC (Table: message, handle, Size: 36716544 bytes)



From: ████        Colton McAbee (owner)
To: ████████        Colton McAbee (owner)

Yes.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Colton McAbee | | 12/31/20 20 3:18:34 PM(UTC -6) | |
| ████ Colton McAbee | | | |

Status: Read

12/31/2020 3:18:28 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x660397 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

Alright ▮▮▮ not too happy with me going and her not but oh well.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | | |

**Status:** Sent

12/31/2020 3:21:07 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x661FC8 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

Lol, only reason I told ▮▮▮ no is because of ▮▮▮

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Colton McAbee | | 12/31/202 0 3:22:34 PM(UTC-6) | |
| ▮▮▮▮ Colton McAbee | | | |

**Status:** Read

12/31/2020 3:22:30 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x661D70 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

Well I don't think the girls should be subject to violence. It will be there. And I'd rather not worry about them.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | | |

**Status:** Sent

12/31/2020 3:23:08 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x661B49 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮▮▮ Colton McAbee (owner)

These gloves won't arrive til the 6th.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮ Colton McAbee | | | |

Status: Sent

12/31/2020 3:23:41 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x66189F (Table: message, handle, Size:
36716544 bytes)



From: ▮
To: ▮▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮▮ Colton McAbee (owner)

In a group isn't an issue, its 2 or 3 alone.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18653992939 Colton McAbee | | 12/31/20 20 3:24:12 PM(UTC-6) | |
| +18653992939 Colton McAbee | | | |

Status: Read

12/31/2020 3:24:07 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x661686 (Table: message, handle, Size: 36716544
bytes)



From: ▮▮▮▮▮▮▮
To: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

Mine arrive Monday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ Colton McAbee | | 12/31/20 20 3:24:12 PM(UTC -6) | |
| ▮▮▮▮▮▮ Colton McAbee | | | |

Status: Read

12/31/2020 3:24:12 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x662FC0 (Table: message, handle, Size:
36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████
To: ██████████ Colton McAbee (owner)

Hmm. Do you have prime

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ██████████ Colton McAbee | | | |

**Status:** Sent

12/31/2020 3:24:26 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x662A86 (Table: message, handle, Size: 36716544 bytes)



From: ███████
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

Yes

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ██████ Colton McAbee | | 12/31/2020 3:24:47 PM(UTC-6) | |
| ██████ Colton McAbee | | | |

**Status:** Read

12/31/2020 3:24:45 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x66288F (Table: message, handle, Size: 36716544 bytes)

From: ██████ Colton McAbee (owner)
To: ███████
To: ██████ Colton McAbee (owner)

Ok. I might need to log into ███s

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ████████ Colton McAbee | | | |

**Status:** Sent

12/31/2020 3:24:55 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6626C4 (Table: message, handle, Size: 36716544 bytes)

11



From:
To: ▓▓▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓▓▓ Colton McAbee (owner)
Attachments:

Title: Resized_Screenshot_20201231-162430_Amazon_Shopping.jpeg
Size: 135426
File name: ~/Library/SMS/Attachments/b5/05/FBEF1C1E-BDF2-4381-BDF8-
FE2142BC10AC/Resized_Screenshot_20201231-162430_Amazon_Shopping.jpeg
~/Library/SMS/Attachments/b5/05/FBEF1C1E-BDF2-4381-BDF8-
FE2142BC10AC/Resized_Screenshot_20201231-
162430_Amazon_Shopping.jpeg

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ Colton McAbee | | 12/31/20 20 3:25:12 PM(UTC -6) | |
| ▓▓▓▓▓ Colton McAbee | | | |

Status: Read

12/31/2020 3:25:09 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6624B3 (Table: message, handle,
attachment, Size: 36716544 bytes)
Colton's iPhone/mobile/Library/SMS/Attachments/b5/05/FBEF1C1E-BDF2-4381-BDF8-
FE2142BC10AC/Resized_Screenshot_20201231-162430_Amazon_Shopping.jpeg : (Size:
135426 bytes)



From: ▓▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓▓▓ Colton McAbee (owner)

You a three per now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ Colton McAbee | | | |

Status: Sent

12/31/2020 3:25:32 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x662298 (Table: message, handle, Size:
36716544 bytes)



From: ▇▇▇▇▇▇ Colton McAbee (owner)
To: ▇▇▇▇▇ Colton McAbee (owner)
To: ▇▇▇▇▇ Colton McAbee (owner)

I had these made. What do you think?

Attachments:

Title: Resized95IMG956334.jpg
Size: 108885
File name: ~/Library/SMS/Attachments/0a/10/259B9491-A79E-4889-A4BA-
C7ECFFDB97FD/Resized95IMG956334.jpg
~/Library/SMS/Attachments/0a/10/259B9491-A79E-4889-A4BA-
C7ECFFDB97FD/Resized95IMG956334.jpg

Title: Resized95IMG956331.jpg
Size: 157321
File name: ~/Library/SMS/Attachments/fd/13/160B0BCF-8632-459F-AB7A-
AB2CC89D33E0/Resized95IMG956331.jpg
~/Library/SMS/Attachments/fd/13/160B0BCF-8632-459F-AB7A-
AB2CC89D33E0/Resized95IMG956331.jpg

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇ Colton McAbee | | 12/31/20 20 3:26:43 PM(UTC -6) | |
| ▇▇▇▇ Colton McAbee | | | |

**Status:** Read

12/31/2020 3:26:33 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x663FC0 (Table: message, handle,
attachment, Size: 36716544 bytes)
Colton's iPhone/mobile/Library/SMS/Attachments/0a/10/259B9491-A79E-4889-A4BA-
C7ECFFDB97FD/Resized95IMG956334.jpg : (Size: 108885 bytes)
Colton's iPhone/mobile/Library/SMS/Attachments/fd/13/160B0BCF-8632-459F-AB7A-
AB2CC89D33E0/Resized95IMG956331.jpg : (Size: 157321 bytes)



From: ▇▇▇▇▇▇ Colton McAbee (owner)
To: ▇▇▇▇▇ Colton McAbee (owner)
To: ▇▇▇▇▇ Colton McAbee (owner)

I'll take an XL

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇ Colton McAbee | | | |

**Status:** Sent

12/31/2020 3:26:58 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x663D03 (Table: message, handle, Size:
36716544 bytes)









From: ▆▆▆▆▆ Colton McAbee (owner)
To: ▆▆▆▆▆ Colton McAbee (owner)
To: ▆▆▆▆▆ Colton McAbee (owner)

I will rise or fall along side you. This is for future generations.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▆▆▆▆▆ Colton McAbee | | | |

**Status:** Sent

12/31/2020 3:30:51 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x66345C (Table: message, handle, Size. 36716544 bytes)



From: ▆▆▆▆▆ Colton McAbee (owner)
To: ▆▆▆▆▆ Colton McAbee (owner)

Nah my morale patches

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▆▆▆▆▆ Colton McAbee | | | |

**Status:** Sent

12/31/2020 3:30:59 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x663210 (Table: message, handle, Size: 36716544 bytes)

From: ▆▆▆▆▆ Colton McAbee (owner)
To: +▆▆▆▆▆ Colton McAbee (owner)
To: ▆▆▆▆▆ Colton McAbee (owner)

Lmao, I was just kidding lol.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▆▆▆▆▆ Colton McAbee | | 12/31/20 20 3:31:32 PM(UTC -6) | |
| ▆▆▆▆▆ Colton McAbee | | | |

**Status:** Read

12/31/2020 3:31:26 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x664FC0 (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████
To: ███████ Colton McAbee (owner)

I'm bringing my nicotine!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | | |

Status: Sent

12/31/2020 3:31:43 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x664DC3 (Table: message, handle, Size: 36716544 bytes)



From: ███████
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

I'm at peace with death and what I might have to do.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | 12/31/2020 3:35:01 PM(UTC-6) | |
| ███████ Colton McAbee | | | |

Status: Read

12/31/2020 3:35:01 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x664BC6 (Table: message, handle, Size: 36716544 bytes)

From: ███████
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

Keep a secret?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | 12/31/2020 3:36:14 PM(UTC-6) | |
| ███████ Colton McAbee | | | |

Status: Read

12/31/2020 3:35:11 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x664993 (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████████████
To: ████████ Colton McAbee (owner)

I sure can.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ Colton McAbee | | | |

**Status:** Sent

12/31/2020 3:36:21 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6641FB (Table: message, handle, Size: 36716544 bytes)

From: ███████ Colton McAbee (owner)
To: ████████
To: ████████ Colton McAbee (owner)

Also, could you buy those gloves in a medium and I pay you back?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █████████ Colton McAbee | | | |

**Status:** Sent

12/31/2020 3:36:37 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x665FC6 (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████
To: ████████ Colton McAbee (owner)

https://www.youtube.com/watch?v=wpXlHDAEAVQ

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████████ Colton McAbee | | | |

**Status:** Sent

12/31/2020 3:46:23 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x665D84 (Table: message, handle, Size: 36716544 bytes)



From: █████
To: █████████████  Colton McAbee (owner)
To: █████████████  Colton McAbee (owner)

I got them.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Colton McAbee | | 12/31/20 20 3:55:18 PM(UTC -6) | |
| ████ Colton McAbee | | | |

**Status:** Read

12/31/2020 3:54:54 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x665867 (Table: message, handle, Size: 36716544 bytes)



From: █████
To: █████████████  Colton McAbee (owner)
To: █████████████  Colton McAbee (owner)

Yes lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Colton McAbee | | 12/31/20 20 3:57:27 PM(UTC -6) | |
| ████ Colton McAbee | | | |

**Status:** Read

12/31/2020 3:57:24 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x665684 (Table: message, handle, Size: 36716544 bytes)



From: █████
To: █████████████  Colton McAbee (owner)
To: █████████████  Colton McAbee (owner)

Shit goes sideways you will wanna join in lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Colton McAbee | | 12/31/20 20 4:05:47 PM(UTC- 6) | |
| ████ Colton McAbee | | | |

**Status:** Read

12/31/2020 4:05:36 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6654AB (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

Maybe. But I doubt it will. But kinda looking forward to keeping America

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | | |

**Status:** Sent

12/31/2020 4:06:33 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x66528E (Table: message, handle, Size: 36716544 bytes)



From: ███████
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

Never know, be prepared for it though

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | 12/31/20 20 4:52:36 PM(UTC -6) | |
| ███████ Colton McAbee | | | |

**Status:** Read

12/31/2020 4:26:47 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x666FC0 (Table: message, handle, Size: 36716544 bytes)



From: ███████
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

I'm still testing positive for the China virus, just an FYI.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | 12/31/2020 4:52:36 PM(UTC-6) | |
| ███████ Colton McAbee | | | |

**Status:** Read

12/31/2020 4:52:24 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x666DA9 (Table: message, handle, Size: 36716544 bytes)



From: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

That's fine man. Use it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | | |

**Status:** Sent

12/31/2020 4:52:45 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x666B6D (Table: message, handle, Size: 36716544 bytes)



From: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

Lol. 10-4

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | 12/31/2020 5:04:38 PM(UTC-6) | |
| ████████ Colton McAbee | | | |

**Status:** Read

12/31/2020 4:54:23 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x666974 (Table: message, handle, Size: 36716544 bytes)



From: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

Is that an issue pal?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | 12/31/2020 5:04:38 PM(UTC-6) | |
| ████████ Colton McAbee | | | |

**Status:** Read

12/31/2020 5:04:19 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x666795 (Table: message, handle, Size: 36716544 bytes)



From: ████████ Colton McAbee (owner)
To: ████████
To: ████████ Colton McAbee (owner)

Nope.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | | |

Status: Sent

12/31/2020 5:04:46 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6665A8 (Table: message, handle, Size: 36716544 bytes)



From: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

Did you see my message where I'm still testing positive? That's what I was asking about,  I just wanted to make sure we are on the same page lol.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | 12/31/2020 5:09:49 PM(UTC-6) | |
| ████████ Colton McAbee | | | |

Status: Read

12/31/2020 5:09:28 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6663D1 (Table: message, handle, Size: 36716544 bytes)



From: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

Yes.  how long ago did you have it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | | |

Status: Sent

12/31/2020 5:10:02 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x667FC6 (Table: message, handle, Size: 36716544 bytes)









From: ███
To: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

Damn!!!!!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Colton McAbee | | 12/31/20 20 5:22:50 PM(UTC -6) | |
| ███ Colton McAbee | | | |

**Status:** Read

12/31/2020 5:22:08 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x668FC0 (Table: message, handle, Size: 36716544 bytes)

From: ███
To: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

I'm not wearing a mask either lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Colton McAbee | | 12/31/20 20 5:22:50 PM(UTC -6) | |
| ███ Colton McAbee | | | |

**Status:** Read

12/31/2020 5:22:45 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x668DE3 (Table: message, handle, Size: 36716544 bytes)



From: ███ Colton McAbee (owner)
To: ███
To: ███ Colton McAbee (owner)

Free the lips!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ | | | |
| ███ Colton McAbee | | | |

**Status:** Sent

12/31/2020 5:23:21 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x668BDE (Table: message, handle, Size: 36716544 bytes)



From:
To: ▮▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮▮ Colton McAbee (owner)

Sure I can't sneak a little kiss in? Lmao

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | 12/31/20 20 5:35:16 PM(UTC -6) | |
| ▮▮▮▮▮ Colton McAbee | | | |

**Status:** Read

12/31/2020 5:35:05 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6689F7 (Table: message, handle, Size:
36716544 bytes)



From: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

Lots and lots of moonshine

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ Colton McAbee | | | |

**Status:** Sent

12/31/2020 5:35:25 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6687E2 (Table: message, handle, Size:
36716544 bytes)



From: ▮
To: ▮ ▮▮▮▮ Colton McAbee (owner)
To: ▮ ▮ Colton McAbee (owner)

Got it lol

Attachments:

Title: Resized_20201231_185607.jpeg
Size: 519104
File name: ~/Library/SMS/Attachments/bc/12/A4EF9380-F020-466A-A312-
7548BF74A9B9/Resized_20201231_185607.jpeg
~/Library/SMS/Attachments/bc/12/A4EF9380-F020-466A-A312-
7548BF74A9B9/Resized_20201231_185607.jpeg

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | 12/31/20 20 6:23:19 PM(UTC -6) | |
| ▮ Colton McAbee | | | |

Status: Read

12/31/2020 5:56:43 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6696CC (Table: message, handle,
attachment, Size: 36716544 bytes)
Colton's iPhone/mobile/Library/SMS/Attachments/bc/12/A4EF9380-F020-466A-A312-
7548BF74A9B9/Resized_20201231_185607.jpeg : (Size: 519104 bytes)



From: ▮
To: ▮ ▮▮▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)

25.00$ for the shirt. Do you want one really?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | 12/31/20 20 6:23:19 PM(UTC- 6) | |
| ▮ Colton McAbee | | | |

Status: Read

12/31/2020 6:09:46 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x66A95B (Table: message, handle, Size: 36716544
bytes)



From: ▓▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓▓ Colton McAbee (owner)

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓▓ Colton McAbee | | | |

**Status:** Sent

12/31/2020 6:23:21 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x66BFC8 (Table: message, handle, Size:
36716544 bytes)



From: ▓▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓▓ Colton McAbee (owner)

What time were you leaving Monday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓▓ Colton McAbee | | | |

**Status:** Sent

12/31/2020 6:25:46 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x66BDFD (Table: message, handle, Size:
36716544 bytes)



From: ▓▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓▓ Colton McAbee (owner)

Before noon on Tuesday the 5th. Hopefully 10:00am

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓ Colton McAbee | | 12/31/2020 6:27:28 PM(UTC-6) | |
| ▓▓▓▓▓ Colton McAbee | | | |

**Status:** Read

12/31/2020 6:27:12 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x66CFC0 (Table: message, handle, Size: 36716544 bytes)



Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x66DFC8 (Table: message, handle, Size: 36716544 bytes)



Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x66DA5B (Table: message, handle, Size: 36716544 bytes)



Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x66D87A (Table: message, handle, Size: 36716544 bytes)









From: ▇▇▇ Colton McAbee (owner)
To: ▇▇▇ Colton McAbee (owner)
To: ▇▇▇ Colton McAbee (owner)

Most likely. You will probably need to call ▇▇▇ later.  She's a little upset

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇ | | | |
| ▇▇▇ Colton McAbee | | | |

**Status:** Sent

12/31/2020 6:45:52 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x66F6AF (Table: message, handle, Size: 36716544 bytes)



From: ▇▇▇
To: ▇▇▇ Colton McAbee (owner)
To: ▇▇▇ Colton McAbee (owner)

How come? Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇ Colton McAbee | | 12/31/20 20 6:56:29 PM(UTC -6) | |
| ▇▇▇ Colton McAbee | | | |

**Status:** Read

12/31/2020 6:56:19 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x670D3F (Table: message, handle, Size: 36716544 bytes)



From: ▇▇▇ Colton McAbee (owner)
To: ▇▇▇ Colton McAbee (owner)
To: ▇▇▇ Colton McAbee (owner)

My well being

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇ | | | |
| ▇▇▇ Colton McAbee | | | |

**Status:** Sent

12/31/2020 6:56:38 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x670B62 (Table: message, handle, Size: 36716544 bytes)









From: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

Why is she mad

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | | |

**Status:** Sent

12/31/2020 6:59:01 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x670332 (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

Explain to your kid you might not come home, thats way worse.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | 12/31/2020 7:00:13 PM(UTC-6) | |
| ███████ Colton McAbee | | | |

**Status:** Read

12/31/2020 6:59:22 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x671FC0 (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

She can't go

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | 12/31/20 20 7:00:13 PM(UTC -6) | |
| ███████ Colton McAbee | | | |

**Status:** Read

12/31/2020 6:59:23 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x671D78 (Table: message, handle, Size: 36716544 bytes)



From: ████ Colton McAbee (owner)
To: ████ Colton McAbee (owner)
To: ████ Colton McAbee (owner)

Oh yeah but it's for the cause

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Colton McAbee | | | |

**Status:** Sent

12/31/2020 7:00:30 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x671B9D (Table: message, handle, Size: 36716544 bytes)



From: ████
To: ████ Colton McAbee (owner)
To: ████ Colton McAbee (owner)

He doesn't understand that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +████ Colton McAbee | | 12/31/20 20 7:02:37 PM(UTC -6) | |
| +████ Colton McAbee | | | |

**Status:** Read

12/31/2020 7:02:28 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x671996 (Table: message, handle, Size: 36716544 bytes)



From: ████ Colton McAbee (owner)
To: ████ Colton McAbee (owner)
To: ████ Colton McAbee (owner)

He will in time

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Colton McAbee | | | |

**Status:** Sent

12/31/2020 7:02:43 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x67179D (Table: message, handle, Size: 36716544 bytes)



From: ▇ Colton McAbee (owner)
To: ▇▇▇ Colton McAbee (owner)
To: ▇▇▇ Colton McAbee (owner)

Still harder than dealing with a pissed wife

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18653992939 Colton McAbee | | 12/31/20 20 7:03:27 PM(UTC-6) | |
| +18653992939 Colton McAbee | | | |

**Status:** Read

12/31/2020 7:03:27 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6715B4 (Table: message, handle, Size: 36716544 bytes)



From: ▇ Colton McAbee (owner)
To: ▇▇▇ Colton McAbee (owner)
To: ▇▇▇ Colton McAbee (owner)

Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇ Colton McAbee | | 12/31/20 20 9:39:33 PM(UTC-6) | |
| ▇▇ Colton McAbee | | | |

**Status:** Read

12/31/2020 7:03:28 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x67138F (Table: message, handle, Size: 36716544 bytes)



From: ▇ Colton McAbee (owner)
To: ▇▇▇ 
To: ▇▇▇ Colton McAbee (owner)

What year is your truck

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇ | | | |
| ▇▇ Colton McAbee | | | |

**Status:** Sent

1/1/2021 12:53:33 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x67AD47 (Table: message, handle, Size: 36716544 bytes)



From: ███
To: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

2018.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Colton McAbee | | 1/1/2021 1:13:27 PM(UTC -6) | |
| ███ Colton McAbee | | | |

**Status:** Read

1/1/2021 1:00:16 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x67BFC0 (Table: message, handle, Size: 36716544 bytes)



From: ███ Colton McAbee (owner)
To: ███
To: ███ Colton McAbee (owner)

I don't care what the girls say. I'm going.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ | | | |
| ███ Colton McAbee | | | |

**Status:** Sent

1/1/2021 4:09:21 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x68343F (Table: message, handle, Size: 36716544 bytes)



From: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

Lol. They fussing at you?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Colton McAbee | | 1/1/2021 4:27:33 PM(UTC -6) | |
| ███ Colton McAbee | | | |

**Status:** Read

1/1/2021 4:23:43 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x684A93 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

Yup. But I won.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | | |

**Status:** Sent

1/1/2021 4:27:38 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x68489C (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮▮▮
To: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

Lol. Good deal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | 1/1/2021 7:43:17 PM(UTC-6) | |
| ▮▮▮▮▮ Colton McAbee | | | |

**Status:** Read

1/1/2021 5:22:08 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6646B1 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

Hey man you up?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | | |

**Status:** Sent

1/3/2021 8:10:58 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6A6D95 (Table: message, handle, Size: 36716544 bytes)



From: █████
To: █████ Colton McAbee (owner)
To: █████ Colton McAbee (owner)

Yuppie..

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █████ Colton McAbee | | 1/3/2021 8:27:19 PM(UTC -6) | |
| █████ Colton McAbee | | | |

**Status:** Read

1/3/2021 8:26:42 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6A6BAC (Table: message, handle, Size: 36716544 bytes)



From: █████ Colton McAbee (owner)
To: █████ Colton McAbee (owner)
To: █████ Colton McAbee (owner)

What's the password to the PBUSA

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █████ | | | |
| █████ Colton McAbee | | | |

**Status:** Sent

1/3/2021 8:27:39 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6A69D9 (Table: message, handle, Size: 36716544 bytes)



From: █████ Colton McAbee (owner)
To: █████ Colton McAbee (owner)
To: █████ Colton McAbee (owner)

Idk lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █████ Colton McAbee | | 1/3/2021 8:28:30 PM(UTC -6) | |
| █████ Colton McAbee | | | |

**Status:** Read

1/3/2021 8:28:02 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6A67CC (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████
To: ███████ Colton McAbee (owner)

Oh. I thought you were involved

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | | |

**Status:** Sent

1/3/2021 8:28:40 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6A65FB (Table: message, handle, Size:
36716544 bytes)



From: ███████
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

Ready to roll..

Attachments:

Title: Resized_20210103_210831.jpeg
Size: 661304
File name: ~/Library/SMS/Attachments/44/04/CB9A52BC-D547-4374-9932-
8DD549F19774/Resized_20210103_210831.jpeg
~/Library/SMS/Attachments/44/04/CB9A52BC-D547-4374-9932-
8DD549F19774/Resized_20210103_210831.jpeg

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | 1/3/2021 8:28:53 PM(UTC-6) | |
| ███████ Colton McAbee | | | |

**Status:** Read

1/3/2021 8:28:44 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6A63F0 (Table: message, handle,
attachment, Size: 36716544 bytes)
Colton's iPhone/mobile/Library/SMS/Attachments/44/04/CB9A52BC-D547-4374-9932-
8DD549F19774/Resized_20210103_210831.jpeg :  (Size: 661304 bytes)



From: ████████ Colton McAbee (owner)
To: ████████
To: ████████ Colton McAbee (owner)

Damn. My Arsenal doesn't look that good.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | | |

**Status:** Sent

1/3/2021 8:29:12 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6A7FC8 (Table: message, handle, Size: 36716544 bytes)



From: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: ████████

Not yet anyway. They have paused membership

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | 1/3/2021 8:29:13 PM(UTC-6) | |
| ████████ Colton McAbee | | | |

**Status:** Read

1/3/2021 8:29:13 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6A7DAB (Table: message, handle, Size: 36716544 bytes)



From: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: ████████

I'll have gloves for you tomorrow

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | 1/3/2021 8:29:32 PM(UTC-6) | |
| ████████ Colton McAbee | | | |

**Status:** Read

1/3/2021 8:29:31 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6A7B88 (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

Gotcha. I noticed they have a Knoxville chapter.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | | |

**Status:** Sent

1/3/2021 8:29:33 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6A7695 (Table: message, handle, Size: 36716544 bytes)



From: ████████ Colton ████ (owner)
To: ████████ Colton Roberts
To: ████████ Colton McAbee (owner)

Ok. How much do I owe you all together

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | | |

**Status:** Sent

1/3/2021 8:29:43 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6A7470 (Table: message, handle, Size: 36716544 bytes)



From: ████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

I have extra knives.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | | 1/3/2021 8:30:18 PM(UTC-6) |
| ████████ Colton McAbee | | | |

**Status:** Read

1/3/2021 8:29:51 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6A7257 (Table: message, handle, Size: 36716544 bytes)



From: ███
To: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

25 for the shirt if you want it and 17 for the gloves.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Colton McAbee | | 1/3/2021 8:30:19 PM(UTC-6) | |
| ███ Colton McAbee | | | |

Status: Read

1/3/2021 8:30:19 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6A8FC0 (Table: message, handle, Size: 36716544 bytes)



From: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

Ok I gotcha.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Colton McAbee | | | |

Status: Sent

1/3/2021 8:30:29 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6A8D91 (Table: message, handle, Size: 36716544 bytes)



From: ███
To: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

You still good to go?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Colton McAbee | | 1/3/2021 8:31:08 PM(UTC-6) | |
| ███ Colton McAbee | | | |

Status: Read

1/3/2021 8:31:01 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6A8BAC (Table: message, handle, Size: 36716544 bytes)



From: ▓▓▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓▓▓▓▓
To: ▓▓▓▓▓▓▓ Colton McAbee (owner)

Hell yeah brother!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▓▓▓▓▓ Colton McAbee | | | |

Status: Sent

1/3/2021 8:31:13 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6A89BF (Table: message, handle, Size: 36716544 bytes)



From: +▓▓▓▓▓▓▓
To: ▓▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓▓ Colton McAbee (owner)

We will leave at 10:00am Tuesday and 5 or 6 am Thursday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▓▓▓▓▓ Colton McAbee | | 1/3/2021 8:32:15 PM(UTC-6) | |
| +▓▓▓▓▓ Colton McAbee | | | |

Status: Read

1/3/2021 8:32:01 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6A9FC0 (Table: message, handle, Size: 36716544 bytes)



From: ▓▓▓▓▓ Colton McAbee (owner)
To: +▓▓▓▓▓▓
To: +▓▓▓▓▓ Colton McAbee (owner)

Does that get me back in time for my appointment?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▓▓▓▓▓▓ Colton McAbee | | | |

Status: Sent

1/3/2021 8:32:38 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6A9343 (Table: message, handle, Size: 36716544 bytes)



From: ▉▉▉ Colton McAbee (owner)
To: ▉▉▉▉▉ Colton McAbee (owner)
To: ▉▉▉ Colton McAbee (owner)

What time is appointment?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▉▉▉ Colton McAbee | | 1/3/2021 8:33:04 PM(UTC-6) | |
| ▉▉▉ Colton McAbee | | | |

**Status:** Read

1/3/2021 8:33:01 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6AAFC0 (Table: message, handle, Size: 36716544 bytes)



From: ▉▉▉ Colton McAbee (owner)
To: ▉▉▉▉▉ Colton McAbee (owner)
To: ▉▉▉ Colton McAbee (owner)

5 pm my time

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▉▉▉▉▉ | | | |
| ▉▉▉ Colton McAbee | | | |

**Status:** Sent

1/3/2021 8:33:10 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6AADC9 (Table: message, handle, Size: 36716544 bytes)



From: ▉▉▉ Colton McAbee (owner)
To: ▉▉▉▉▉ Colton McAbee (owner)
To: ▉▉▉ Colton McAbee (owner)

Better leave by 5

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▉▉▉ Colton McAbee | | 1/3/2021 8:34:09 PM(UTC-6) | |
| ▉▉▉ Colton McAbee | | | |

**Status:** Read

1/3/2021 8:34:05 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6AA894 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮▮▮▮▮▮▮▮
To: ▮▮▮▮▮▮▮▮▮ Colton McAbee (owner)

Ok. Still doing all black?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮▮ Colton McAbee | | | |

**Status:** Sent

1/3/2021 8:34:26 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6AA6AF (Table: message, handle, Size:
36716544 bytes)



From: ▮▮▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮▮▮▮ Colton McAbee (owner)

Bring black thermals and maga gear as well

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | 1/3/2021 8:35:06 PM(UTC-6) | |
| ▮▮▮▮▮ Colton McAbee | | | |

**Status:** Read

1/3/2021 8:35:01 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6AA4B0 (Table: message, handle, Size:
36716544 bytes)



From: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮▮▮ Colton McAbee (owner)

Its gonna be chilley

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | 1/3/2021 8:35:13 PM(UTC-6) | |
| ▮▮▮▮▮ Colton McAbee | | | |

**Status:** Read

1/3/2021 8:35:13 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6AA291 (Table: message, handle, Size:
36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

Ok. I'll have to stop by wallyworld. I am going to get an oversized black hoodie so I can fit it over my vest.

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ███████████ | | | |
| ███████ Colton McAbee | | | |

**Status:** Sent

1/3/2021 8:35:41 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6ABFC8 (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

Smart idea

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ███████ Colton McAbee | | 1/3/2021 8:36:34 PM(UTC-6) | |
| ███████ Colton McAbee | | | |

**Status:** Read

1/3/2021 8:36:30 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6ABD1E (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: +1 ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

So black and maga. Bringing a backpack?

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ███████████ | | | |
| ███████ Colton McAbee | | | |

**Status:** Sent

1/3/2021 8:37:37 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6ABB45 (Table: message, handle, Size: 36716544 bytes)

44



From: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

Yes but ill probably leave it in the hotel, ill take it just incase

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Colton McAbee | | 1/3/2021 8:38:41 PM(UTC-6) | |
| ███ Colton McAbee | | | |

Status: Read

1/3/2021 8:38:36 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6AB92C (Table: message, handle, Size: 36716544 bytes)



From: ███ Colton McAbee (owner)
To: ███
To: ███ Colton McAbee (owner)

Ok. Sounds good.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ | | | |
| ███ Colton McAbee | | | |

Status: Sent

1/3/2021 8:38:47 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6AB6E0 (Table: message, handle, Size: 36716544 bytes)



From: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

Parler Content
https://parler.com/post/4f07100feaba43eca12fc0bc4c449cce

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Colton McAbee | | 1/3/2021 8:55:41 PM(UTC-6) | |
| ███ Colton McAbee | | | |

Status: Read

1/3/2021 8:55:37 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6ACFC0 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮ Colton McAbee (owner)

What the shit is this? Nazi Germany asking for my Jew papers!?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Colton McAbee | | | |

**Status:** Sent

1/3/2021 8:56:34 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6ACA5C (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮ Colton McAbee (owner)

Says its in Colorado

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮ Colton McAbee | | 1/3/2021 8:57:47 PM(UTC-6) | |
| +▮▮▮ Colton McAbee | | | |

**Status:** Read

1/3/2021 8:57:32 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6AC5B2 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮ Colton McAbee (owner)

That's crazy!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Colton McAbee | | | |

**Status:** Sent

1/3/2021 8:58:07 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6AC3C3 (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

**We gonna light them bitches up**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +███████ Colton McAbee | | 1/3/2021 9:00:38 PM(UTC -6) | |
| +███████ Colton McAbee | | | |

**Status:** Read

1/3/2021 9:00:33 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6AC1DE (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

**Let's go man!**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ | | | |
| ███████ Colton McAbee | | | |

**Status:** Sent

1/3/2021 9:01:04 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6ADFC8 (Table: message, handle, Size: 36716544 bytes)

47



From: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)
To: ███████

They arrived

Attachments:

Title: Resized_20210104_115100.jpeg
Size: 660194
File name: ~/Library/SMS/Attachments/40/00/69A52AF8-7FA0-4F6F-B92B-
6257A3669FFF/Resized_20210104_115100.jpeg
~/Library/SMS/Attachments/40/00/69A52AF8-7FA0-4F6F-B92B-
6257A3669FFF/Resized_20210104_115100.jpeg

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ███████ Colton McAbee | | 1/4/2021 11:38:28 AM(UTC-6) | |
| + ███████ Colton McAbee | | | |

Status: Read

1/4/2021 10:51:34 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6AF9E5 (Table: message, handle,
attachment, Size: 36716544 bytes)
Colton's iPhone/mobile/Library/SMS/Attachments/40/00/69A52AF8-7FA0-4F6F-B92B-
6257A3669FFF/Resized_20210104_115100.jpeg :  (Size: 660194 bytes)



From: ███████ Colton McAbee (owner)
To: ███████
To: +18653992939 ███████ McAbee (owner)

So my appointment is actually 3:45 Thursday. ███████ thought it was at 5.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ███████ Colton McAbee | | | |

Status: Sent

1/4/2021 11:39:51 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6B2FC8 (Table: message, handle, Size: 36716544 bytes)



From: ▆▆▆▆▆ Colton McAbee (owner)
To: ▆▆▆▆▆ Colton McAbee (owner)
To: ▆▆▆▆▆ Colton McAbee (owner)

No way we can make back to Nashville by then lol.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▆▆ Colton McAbee | | 1/4/2021 11:41:12 AM(UTC-6) | |
| ▆▆ Colton McAbee | | | |

**Status:** Read

1/4/2021 11:41:04 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6B2857 (Table: message, handle, Size: 36716544 bytes)



From: ▆▆▆▆▆ Colton McAbee (owner)
To: ▆▆▆▆▆ Colton McAbee (owner)
To: ▆▆▆▆▆ Colton McAbee (owner)

Going to be 12 hours minimum

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▆▆ Colton McAbee | | 1/4/2021 11:45:58 AM(UTC-6) | |
| ▆▆ Colton McAbee | | | |

**Status:** Read

1/4/2021 11:41:34 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6B3FC0 (Table: message, handle, Size: 36716544 bytes)



From: ▆▆▆▆▆ Colton McAbee (owner)
To: ▆▆▆▆▆ Colton McAbee (owner)
To: ▆▆▆▆▆ Colton McAbee (owner)

Well idk what to do now...

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▆▆ Colton McAbee | | | |

**Status:** Sent

1/4/2021 11:53:53 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6B426C (Table: message, handle, Size: 36716544 bytes)

From: █
To: █ Colton McAbee (owner)
To: █ Colton McAbee (owner)

Cancel that bitch lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █ Colton McAbee | | 1/4/2021 11:54:42 AM(UTC -6) | |
| █ Colton McAbee | | | |

**Status:** Read

1/4/2021 11:54:38 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6B5FC0 (Table: message, handle, Size: 36716544 bytes)



From: █ Colton McAbee (owner)
To: █ 
To: █ Colton McAbee (owner)

Rescheduled to Monday.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █ | | | |
| █ Colton McAbee | | | |

**Status:** Sent

1/4/2021 12:12:29 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6B5DD3 (Table: message, handle, Size: 36716544 bytes)



From: █
To: █ Colton McAbee (owner)
To: █ Colton McAbee (owner)

Hell yeah lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █ Colton McAbee | | 1/4/2021 12:57:00 PM(UTC -6) | |
| █ Colton McAbee | | | |

**Status:** Read

1/4/2021 12:17:48 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6B586E (Table: message, handle, Size: 36716544 bytes)



From: ▇▇▇▇▇▇▇
To: ▇▇▇▇▇▇▇ Colton McAbee (owner)
To: ▇▇▇▇▇▇▇ Colton McAbee (owner)

When you know what you're doing is right and who you're doing it for, what happens doesn't matter!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇ Colton McAbee | | 1/4/2021 12:57:00 PM(UTC-6) | |
| ▇▇▇▇▇▇ Colton McAbee | | | |

**Status:** Read

1/4/2021 12:47:01 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6B5689 (Table: message, handle, Size: 36716544 bytes)



From: ▇▇▇▇▇▇ Colton McAbee (owner)
To: ▇▇▇▇▇▇▇
To: ▇▇▇▇▇▇ Colton McAbee (owner)

Hell yeah man. So are we meeting up tonight? I can try to get mom to take me halfway

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇▇ | | | |
| ▇▇▇▇▇▇ Colton McAbee | | | |

**Status:** Sent

1/4/2021 12:57:30 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6B6D79 (Table: message, handle, Size: 36716544 bytes)



From: ▇▇▇▇▇▇ Colton McAbee (owner)
To: ▇▇▇▇▇▇ Colton McAbee (owner)
To: ▇▇▇▇▇▇ Colton McAbee (owner)

Yea just let me know.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇ Colton McAbee | | 1/4/2021 1:00:26 PM(UTC-6) | |
| ▇▇▇▇▇ Colton McAbee | | | |

**Status:** Read

1/4/2021 12:58:57 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6B67FA (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████ 
To: ███████ Colton McAbee (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | | |

**Status:** Sent

1/4/2021 1:00:53 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6B860D (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

I have to run into work at 7:45 for blood work. We will try and leave after that.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | 1/4/2021 1:05:31 PM(UTC-6) | |
| ███████ Colton McAbee | | | |

**Status:** Read

1/4/2021 1:02:59 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6B7FC0 (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████ 
To: ███████ Colton McAbee (owner)

Ok.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | | |

**Status:** Sent

1/4/2021 1:05:56 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6B7A10 (Table: message, handle, Size: 36716544 bytes)

From: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮▮▮ Colton McAbee (owner)

Are you off today?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ Colton McAbee | | | |

Status: Sent

1/4/2021 1:08:52 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6B8FC8 (Table: message, handle, Size:
36716544 bytes)



From: ▮▮▮▮▮
To: ▮▮▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

Working from home

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | 1/4/2021 1:17:47 PM(UTC-6) | |
| ▮▮▮▮▮ Colton McAbee | | | |

Status: Read

1/4/2021 1:13:14 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6B9D89 (Table: message, handle, Size:
36716544 bytes)



From: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮▮ Colton McAbee | | | |

Status: Sent

1/4/2021 1:18:03 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6B977E (Table: message, handle, Size:
36716544 bytes)



From:
To: █████████ Colton McAbee (owner)
To: █████████ Colton McAbee (owner)

Do you have a portable charger?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █████████ Colton McAbee | | 1/4/2021 1:21:34 PM(UTC-6) | |
| █████████ Colton McAbee | | | |

Status: Read

1/4/2021 1:21:31 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6B95AF (Table: message, handle, Size: 36716544 bytes)



From: █████████ Colton McAbee (owner)
To: █████████
To: █████████ Colton McAbee (owner)

Yeah I think so.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █████████ | | | |
| █████████ Colton McAbee | | | |

Status: Sent

1/4/2021 1:21:44 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6B93AC (Table: message, handle, Size: 36716544 bytes)



From: █████████ Colton McAbee (owner)
To: █████████
To: █████████ Colton McAbee (owner)

Never used it. From sheriff office.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █████████ | | | |
| █████████ Colton McAbee | | | |

Status: Sent

1/4/2021 1:21:56 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BAFC8 (Table: message, handle, Size: 36716544 bytes)



From:
To:                Colton McAbee (owner)
To:                Colton McAbee (owner)

**Bring it**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Colton McAbee | | 1/4/2021 1:22:31 PM(UTC-6) | |
| ████ Colton McAbee | | | |

**Status:** Read

1/4/2021 1:22:28 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BADB5 (Table: message, handle, Size:
36716544 bytes)



From: ████ Colton McAbee (owner)
To: ████ Colton McAbee (owner)

**Bet.**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ | | | |
| ████ Colton McAbee | | | |

**Status:** Sent

1/4/2021 1:22:33 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BABE0 (Table: message, handle, Size:
36716544 bytes)



From: ████ Colton McAbee (owner)
To: ████ Colton McAbee (owner)

**Huh**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Colton McAbee | | 1/4/2021 1:26:10 PM(UTC-6) | |
| ████ Colton McAbee | | | |

**Status:** Read

1/4/2021 1:26:07 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BAA0B (Table: message, handle, Size:
36716544 bytes)

From: ▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓ Colton McAbee (owner)

**Hood rat for 10-4**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓ Colton McAbee | | | |

**Status:** Sent

1/4/2021 1:26:30 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BA842 (Table: message, handle, Size: 36716544 bytes)



From: ▓ Colton McAbee (owner)
To: ▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓ Colton McAbee (owner)

**Lmao. Got it.**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓ Colton McAbee | | 1/4/2021 1:40:00 PM(UTC-6) | |
| ▓▓▓ Colton McAbee | | | |

**Status:** Read

1/4/2021 1:27:01 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BA655 (Table: message, handle, Size: 36716544 bytes)



From: ▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓ Colton McAbee (owner)

**What time are you thinking**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓ Colton McAbee | | 1/4/2021 1:40:00 PM(UTC-6) | |
| ▓▓▓ Colton McAbee | | | |

**Status:** Read

1/4/2021 1:39:56 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BA470 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮▮▮▮
To: ▮▮▮▮▮ Colton McAbee (owner)

To leave?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | | |

Status: Sent

1/4/2021 1:40:13 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BA277 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮
To: ▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮ Colton McAbee (owner)

Yes sir

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Colton McAbee | | 1/4/2021 1:41:27 PM(UTC-6) | |
| ▮▮▮▮ Colton McAbee | | | |

Status: Read

1/4/2021 1:41:22 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BBFC0 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮
To: ▮▮▮▮ Colton McAbee (owner)

Well my mri is around 3 something so maybe around 4/5 depending who can take me. But that's gonna squeeze you and your blood test at work...

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Colton McAbee | | | |

Status: Sent

1/4/2021 1:42:14 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BBDED (Table: message, handle, Size: 36716544 bytes)



From: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

Its 8n the morning

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Colton McAbee | | 1/4/2021 1:44:02 PM(UTC-6) | |
| ███ Colton McAbee | | | |

Status: Read

1/4/2021 1:43:53 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BB908 (Table: message, handle, Size:
36716544 bytes)



From: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

In*

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Colton McAbee | | 1/4/2021 1:44:02 PM(UTC-6) | |
| ███ Colton McAbee | | | |

Status: Read

1/4/2021 1:43:57 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BB717 (Table: message, handle, Size:
36716544 bytes)



From: ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

Oh I thought it was weird that you had to do it tonight

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ | | | |
| ███ Colton McAbee | | | |

Status: Sent

1/4/2021 1:44:20 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BCFC8 (Table: message, handle, Size: 36716544 bytes)



From: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)
To: ▮

Lol. On the AM..

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | 1/4/2021 2:31:40 PM(UTC-6) | |
| ▮ Colton McAbee | | | |

**Status:** Read

1/4/2021 1:50:15 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BC840 (Table: message, handle, Size: 36716544 bytes)



From: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)
To: ▮

Just filled my papers out for the PB

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | 1/4/2021 3:07:01 PM(UTC-6) | |
| ▮ Colton McAbee | | | |

**Status:** Read

1/4/2021 3:06:43 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BEFC0 (Table: message, handle, Size: 36716544 bytes)



From: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)
To: ▮

You western chauvinist lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | | |

**Status:** Sent

1/4/2021 3:08:14 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BFDC3 (Table: message, handle, Size: 36716544 bytes)



From:
To: Colton McAbee (owner)
To: Colton McAbee (owner)

West is best baby! Fuck them all

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Colton McAbee | | 1/4/2021 3:24:20 PM(UTC-6) | |
| Colton McAbee | | | |

**Status:** Read

1/4/2021 3:13:43 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BFBC4 (Table: message, handle, Size: 36716544 bytes)



From: + Colton McAbee (owner)
To: Colton McAbee (owner)

I'm on my way to my appointment. We're gonna leave afterwards. Where can we meet at

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Colton McAbee | | | |

**Status:** Sent

1/4/2021 3:24:48 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BF784 (Table: message, handle, Size: 36716544 bytes)



From:
To: Colton McAbee (owner)
To: Colton McAbee (owner)

You found a ride bro?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Colton McAbee | | 1/4/2021 3:24:49 PM(UTC-6) | |
| Colton McAbee | | | |

**Status:** Read

1/4/2021 3:24:48 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6BF512 (Table: message, handle, Size: 36716544 bytes)



From: ▮
To: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)

**You tell me where and when**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | 1/4/2021 3:26:05 PM(UTC -6) | |
| ▮ Colton McAbee | | | |

**Status:** Read

1/4/2021 3:25:58 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C0FC0 (Table: message, handle, Size: 36716544 bytes)



From: ▮ Colton McAbee (owner)
To: ▮
To: ▮ Colton McAbee (owner)

▮

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1▮ | | | |
| ▮ Colton McAbee | | | |

**Status:** Sent

1/4/2021 3:28:57 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C0DC7 (Table: message, handle, Size: 36716544 bytes)

From: ▮ Colton McAbee (owner)
To: ▮
To: ▮ Colton McAbee (owner)

**I'll let you know when we leave after the appointment**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | | |

**Status:** Sent

1/4/2021 3:29:16 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C0675 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮
To: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

Got it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | 1/4/2021 3:39:39 PM(UTC-6) | |
| ▮▮▮▮▮ Colton McAbee | | | |

**Status:** Read

1/4/2021 3:30:39 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C043E (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮
To: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

What time should we leave to get you?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | 1/4/2021 4:39:27 PM(UTC-6) | |
| ▮▮▮▮▮ Colton McAbee | | | |

**Status:** Read

1/4/2021 4:39:23 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C3440 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

I'm not sure I'm still at the dr

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | | |

**Status:** Sent

1/4/2021 4:39:45 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C3231 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮ ▮▮▮▮▮▮ Colton McAbee (owner)
To: ▮ ▮▮▮▮▮▮▮ Colton McAbee (owner)

**okay pal**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ ▮▮▮▮▮▮ Colton McAbee | | 1/4/2021 5:46:14 PM(UTC-6) | |
| ▮ ▮▮▮▮▮▮ Colton McAbee | | | |

**Status:** Read

1/4/2021 4:47:17 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C4FC0 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮▮ Colton McAbee (owner)
To: ▮ ▮▮▮▮▮▮ Colton McAbee (owner)

I'm done with my dr appt. sorry I didn't know it would take this long to do ct scans and mri's. We are leaving now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ ▮▮▮▮▮▮ Colton McAbee | | | |

**Status:** Sent

1/4/2021 5:46:50 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C4BDC (Table: message, handle, Size: 36716544 bytes)

From: ▮▮▮▮▮▮ Colton McAbee (owner)
To: ▮ ▮▮▮▮▮▮ Colton McAbee (owner)

Never mind the address. Meet at Sam's club in cookeville.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ ▮▮▮▮▮▮ Colton McAbee | | | |

**Status:** Sent

1/4/2021 5:47:51 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C5FC8 (Table: message, handle, Size: 36716544 bytes)



From: ████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: ████ Colton McAbee (owner)

OK fixing to leave

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ████ Colton McAbee | | 1/4/2021 6:00:28 PM(UTC-6) | |
| ████ Colton McAbee | | | |

Status: Read

1/4/2021 6:00:25 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C5BA5 (Table: message, handle, Size: 36716544 bytes)



From: ████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: +18653992939 Colton McAbee (owner)

Alright. There we go. You had me worried for a second.

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ████ Colton McAbee | | | |

Status: Sent

1/4/2021 6:00:42 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C59BC (Table: message, handle, Size: 36716544 bytes)



From: ████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: ████ Colton McAbee (owner)

I was showering lol

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ████ Colton McAbee | | 1/4/2021 6:30:25 PM(UTC-6) | |
| ████ Colton McAbee | | | |

Status: Read

1/4/2021 6:01:04 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C577A (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮▮▮▮
To: ▮▮▮▮▮ Colton McAbee (owner)

would like to know your ETA.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | | |

Status: Sent

1/4/2021 6:30:41 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C6FC8 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

Hour and 10 minutes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | 1/4/2021 6:32:23 PM(UTC-6) | |
| ▮▮▮▮▮ Colton McAbee | | | |

Status: Read

1/4/2021 6:32:08 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C6DB7 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

What is yours

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | 1/4/2021 6:32:37 PM(UTC-6) | |
| ▮▮▮▮▮ Colton McAbee | | | |

Status: Read

1/4/2021 6:32:37 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C6BC4 (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

███ has elected to drive a bit further to y'all.

23 Executive Dr, Crossville, TN 38555

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | | |

**Status:** Sent

1/4/2021 6:36:11 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C7FC8 (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

We are here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | 1/4/2021 7:13:28 PM(UTC-6) | |
| ███████ Colton McAbee | | | |

**Status:** Read

1/4/2021 7:13:20 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C8FC0 (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

We're almost there.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | | |

**Status:** Sent

1/4/2021 7:13:39 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C8DE7 (Table: message, handle, Size: 36716544 bytes)



From: ████████
To: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

**Okay pal.**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | 1/5/2021 3:40:15 AM(UTC-6) | |
| ████████ Colton McAbee | | | |

**Status:** Read

1/4/2021 7:14:58 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6C8BF4 (Table: message, handle, Size 36716544 bytes)



From: ████████
To: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

**In the truck**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | 1/5/2021 5:31:12 AM(UTC-6) | |
| ████████ Colton McAbee | | | |

**Status:** Read

1/5/2021 5:24:55 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6CBD3F (Table: message, handle, Size 36716544 bytes)



From: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

**Got your keys?**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | | |

**Status:** Sent

1/5/2021 8:59:44 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6CE2D3 (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

**Attachments:**

Title: IMG_0344.JPG
Size: 17114
File name: ~/Library/SMS/Attachments/fd/13/47F490EA-2E49-4A3D-B486-CC26E7ADB462/IMG_0344.JPG
~/Library/SMS/Attachments/fd/13/47F490EA-2E49-4A3D-B486-CC28E7ADB462/IMG_0344.JPG

**To**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████████ Colton McAbee | | | |

**Status:** Sent

1/5/2021 8:08:52 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6E3CED (Table: message, attachment, handle, Size: 36716544 bytes)
Colton's iPhone/mobile/Library/SMS/Attachments/fd/13/47F490EA-2E49-4A3D-B486-CC26E7ADB462/IMG_0344.JPG :  (Size: 17114 bytes)



From: ███████████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

Pur your hand up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | 1/6/2021 12:54:59 PM(UTC-6) | |
| ███████ Colton McAbee | | | |

**Status:** Read

1/6/2021 11:53:52 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6EADD8 (Table: message, handle, Size: 36716544 bytes)



From: ▮
To: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)

**Send location**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | 1/6/2021 12:54:59 PM(UTC-6) | |
| ▮ Colton McAbee | | | |

**Status:** Read

1/6/2021 11:53:54 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6EABED (Table: message, handle, Size: 36716544 bytes)



From: ▮
To: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)

**I lost service**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | 1/6/2021 12:54:59 PM(UTC-6) | |
| ▮ Colton McAbee | | | |

**Status:** Read

1/6/2021 11:53:56 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6EAA06 (Table: message, handle, Size: 36716544 bytes)



From: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)

**At steps**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | | |

**Status:** Sent

1/6/2021 12:55:13 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6EA825 (Table: message, handle, Size: 36716544 bytes)



From: █████████ Colton McAbee (owner)
To: █████████ Colton McAbee (owner)
To: █████████ Colton McAbee (owner)

Mother fuck lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █████ Colton McAbee | | 1/6/2021 1:06:48 PM(UTC -6) | |
| █████ Colton McAbee | | | |

**Status:** Read

1/6/2021 1:06:37 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6EA64A (Table: message, handle, Size: 36716544 bytes)



From: █████████ Colton McAbee (owner)
To: █████████ Colton McAbee (owner)
To: █████████ Colton McAbee (owner)

They took it back.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █████████ Colton McAbee | | | |

**Status:** Sent

1/6/2021 1:51:20 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6EA469 (Table: message, handle, Size: 36716544 bytes)

From: █████████ Colton McAbee (owner)
To: █████████ Colton McAbee (owner)
To: █████████ Colton McAbee (owner)

Almost there

| Participant | Delivered | Read | Played |
|---|---|---|---|
| █████ Colton McAbee | | 1/6/2021 2:08:34 PM(UTC -6) | |
| █████ Colton McAbee | | | |

**Status:** Read

1/6/2021 2:08:29 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6EA278 (Table: message, handle, Size: 36716544 bytes)



From: ██████████ Colton McAbee (owner)
To: ████████████
To: ██████████ Colton McAbee (owner)

**First street sign**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████████ |  |  |  |
| ██████████ Colton McAbee |  |  |  |

**Status:** Sent

1/6/2021 2:09:39 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6EBFC8 (Table: message, handle, Size:
36716544 bytes)



From: ██████████ Colton McAbee (owner)
To: ████████████
To: ██████████ Colton McAbee (owner)

**Attachments:**

Title: IMG_0356.HEIC
Size: 511537
File name: ~/Library/SMS/Attachments/61/01/8EE58729-E10B-431F-9FFE-
3F5DC99E71CA/IMG_0356.HEIC
~/Library/SMS/Attachments/61/01/8EE58729-E10B-431F-9FFE-
3F5DC99E71CA/IMG_0356.HEIC

**To**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████████ |  |  |  |
| ██████████ Colton McAbee |  |  |  |

**Status:** Sent

1/7/2021 9:15:25 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6F691C (Table: message, attachment,
handle, Size: 36716544 bytes)
Colton's iPhone/mobile/Library/SMS/Attachments/61/01/8EE58729-E10B-431F-9FFE-
3F5DC99E71CA/IMG_0356.HEIC :  (Size: 511537 bytes)



From: █████████ Colton McAbee (owner)
To: ████████
To: ████████ Colton McAbee (owner)

DC officer died from a fire extinguisher to the head.

The chief resigned because of the actions they took Wednesday and is complaining that we used metal pipes, chemical irritants, and other weapons against them.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | | |

**Status:** Sent

1/7/2021 7:08:16 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6FEB9F (Table: message, handle, Size: 36716544 bytes)



From: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

They are full of shit

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | 1/7/2021 7:32:31 PM(UTC-6) | |
| ████████ Colton McAbee | | | |

**Status:** Read

1/7/2021 7:32:18 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6FE4B4 (Table: message, handle, Size: 36716544 bytes)



From: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

We held our ground after being attacked.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ McAbee Colton | | | |

**Status:** Sent

1/7/2021 7:32:51 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6FE2C7 (Table: message, handle, Size: 36716544 bytes)



From:
To: ▮▮▮▮     Colton McAbee (owner)
To: ▮▮▮▮     Colton McAbee (owner)

Yuppie

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Colton McAbee |  | 1/7/2021 7:58:33 PM(UTC-6) |  |
| ▮▮▮ Colton McAbee |  |  |  |

**Status:** Read

1/7/2021 7:38:18 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6FFCF4 (Table: message, handle, Size:
36716544 bytes)



From: ▮▮▮▮     Colton McAbee (owner)
To: ▮▮▮▮     Colton McAbee (owner)

If Sam asks my mom took me to meet you.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ |  |  |  |
| ▮▮▮ Colton McAbee |  |  |  |

**Status:** Sent

1/7/2021 7:58:45 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6FFB23 (Table: message, handle, Size:
36716544 bytes)

From: ▮▮▮▮     Colton McAbee (owner)
To: ▮▮▮▮     Colton McAbee (owner)

OK lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ Colton McAbee |  | 1/7/2021 7:59:43 PM(UTC-6) |  |
| ▮▮▮ Colton McAbee |  |  |  |

**Status:** Read

1/7/2021 7:59:38 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x6FF908 (Table: message, handle, Size:
36716544 bytes)



From: ▮▮▮ Colton McAbee (owner)
To: ▮▮▮ Colton McAbee (owner)
To: ▮▮▮ Colton McAbee (owner)

**What was my name 8n DC**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | 1/8/2021 4:57:55 PM(UTC-6) | |
| ▮ Colton McAbee | | | |

**Status:** Read

1/8/2021 4:57:37 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x703AD8 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮ Colton McAbee (owner)
To: ▮▮▮ Colton McAbee (owner)
To: ▮▮▮

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮ | | | |
| ▮▮ Colton McAbee | | | |

**Status:** Sent

1/8/2021 4:58:03 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7038E9 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮ Colton McAbee (owner)
To: ▮▮▮ Colton McAbee (owner)
To: ▮▮▮ Colton McAbee (owner)

**Lol. I couldn't remember**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | 1/8/2021 5:35:33 PM(UTC-6) | |
| ▮ Colton McAbee | | | |

**Status:** Read

1/8/2021 4:58:22 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x703702 (Table: message, handle, Size: 36716544 bytes)



From: ▓▓▓▓▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
To: ▓▓▓▓▓▓▓ Colton McAbee (owner)

I'm not going to the inauguration. Sniper city.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓ Colton McAbee | | | |

**Status:** Sent

1/8/2021 6:12:10 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x706B4C (Table: message, handle, Size: 36716544 bytes)



From: ▓▓▓▓▓▓▓▓ Colton McAbee (owner)
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Colton McAbee (owner)

Attachments:

Title: Screenshot 2021-01-09 at 6.44.44 PM.png
Size: 463275
File name: ~/Library/SMS/Attachments/ef/15/929A4362-7729-452F-A977-AA421996CFDC/Screenshot 2021-01-09 at 6.44.44 PM.png
~/Library/SMS/Attachments/ef/15/929A4362-7729-452F-A977-AA421996CFDC/Screenshot 2021-01-09 at 6.44.44 PM.png

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓ Colton McAbee | | | |

**Status:** Sent

1/9/2021 6:44:52 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x712D47 (Table: message, attachment, handle, Size: 36716544 bytes)
Colton's iPhone/mobile/Library/SMS/Attachments/ef/15/929A4362-7729-452F-A977-AA421996CFDC/Screenshot 2021-01-09 at 6.44.44 PM.png : (Size: 463275 bytes)



From: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

I'm on it lol. I thought it was at 7

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | 1/9/2021 6:47:05 PM(UTC-6) | |
| ███████ Colton McAbee | | | |

Status: Read

1/9/2021 6:46:56 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x712B24 (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

I have no idea. I'm watching the RV now. Newsmax or OAN?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | | |

Status: Sent

1/9/2021 6:47:21 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x712919 (Table: message, handle, Size: 36716544 bytes)

From: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

Infowars??

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | | |

Status: Sent

1/9/2021 6:47:26 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7126E6 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

Newsmax is what ill watch

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | 1/9/2021 6:48:35 PM(UTC-6) | |
| ▮ Colton McAbee | | | |

**Status:** Read

1/9/2021 6:48:13 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7124F5 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

No Alex pissed me off.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | 1/9/2021 6:48:35 PM(UTC-6) | |
| ▮ Colton McAbee | | | |

**Status:** Read

1/9/2021 6:48:23 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7122F6 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

Did you listen to the Q shaman? Crazy ass.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ | | | |
| ▮ Colton McAbee | | | |

**Status:** Sent

1/9/2021 6:48:48 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x713FC8 (Table: message, handle, Size: 36716544 bytes)



From: ▇▇▇ Colton McAbee (owner)
To: ▇▇▇ Colton McAbee (owner)
To: ▇▇▇ Colton McAbee (owner)

Alex is just as crazy. He said Trump called him and asked what he should do. He so stupid

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇ Colton McAbee | | 1/9/2021 6:49:55 PM(UTC-6) | |
| ▇▇▇ Colton McAbee | | | |

Status: Read

1/9/2021 6:49:42 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x713DA7 (Table: message, handle, Size: 36716544 bytes)



From: ▇▇▇ Colton McAbee (owner)
To: ▇▇▇ Colton McAbee (owner)
To: ▇▇▇ Colton McAbee (owner)

Yeah I heard that. BS. My newsmax is so off with video and audio. Yours?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇ | | | |
| ▇▇▇ Colton McAbee | | | |

Status: Sent

1/9/2021 6:50:20 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x713B2F (Table: message, handle, Size: 36716544 bytes)



From: ▇▇▇ Colton McAbee (owner)
To: ▇▇▇ Colton McAbee (owner)

I'm watching on the cable

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇ Colton McAbee | | 1/9/2021 7:12:23 PM(UTC-6) | |
| ▇▇▇ Colton McAbee | | | |

Status: Read

1/9/2021 7:12:09 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7138D3 (Table: message, handle, Size: 36716544 bytes)



From: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

https://parler.com/post/4e7a72c979a6428682830b136e8a3264

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ████████ Colton McAbee | | | | |

**Status:** Sent

1/9/2021 10:14:24 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7162CA (Table: message, handle, Size: 36716544 bytes)



From: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

Get ready

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ████████ Colton McAbee | | | | |

**Status:** Sent

1/9/2021 10:14:24 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x715B11 (Table: message, handle, Size: 36716544 bytes)



From: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

Wtf........I'm going crazy

| Participant | | Delivered | Read | Played |
|---|---|---|---|---|
| ████████ Colton McAbee | | | 1/9/2021 10:21:12 PM(UTC-6) | |
| ████████ Colton McAbee | | | | |

**Status:** Read

1/9/2021 10:19:08 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x715934 (Table: message, handle, Size: 36716544 bytes)



From:
To: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)

Go turn auto update off

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | 1/9/2021 10:21:12 PM(UTC-6) | |
| ▮ Colton McAbee | | | |

**Status:** Read

1/9/2021 10:21:02 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x715731 (Table: message, handle, Size: 36716544 bytes)



From: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)

Just did. Surprisingly I have an update.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | | |

**Status:** Sent

1/9/2021 10:21:27 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x715540 (Table: message, handle, Size: 36716544 bytes)

From: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)

We have our bags packed.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ ...lton McAbee | | | |

**Status:** Sent

1/9/2021 10:21:36 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x71532B (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

I'm on standby

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ███████ Colton McAbee | | | |

Status: Sent

1/9/2021 10:21:41 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x720FC8 (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

I my nerves can't handle this

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ███████ Colton McAbee | | 1/9/2021 10:22:49 PM(UTC-6) | |
| ███████ Colton McAbee | | | |

Status: Read

1/9/2021 10:22:49 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x720DE1 (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)
To: ███████ Colton McAbee (owner)

Yes they can. Come on! YOU'RE THE SPIRIT OF DC DAMNIT!

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| ███████ Colton McAbee | | | |

Status: Sent

1/9/2021 10:25:16 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x720BE2 (Table: message, handle, Size: 36716544 bytes)



From: ▉▉▉▉▉ Colton McAbee (owner)
To: ▉▉▉▉ Colton McAbee (owner)
To: ▉▉▉▉ Colton McAbee (owner)

Let the ▉▉▉ know

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▉▉▉▉▉▉ Colton McAbee | | | |

Status: Sent

1/9/2021 10:25:37 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7209B3 (Table: message, handle, Size: 36716544 bytes)



From: ▉▉▉▉▉ Colton McAbee (owner)
To: ▉▉▉▉ Colton McAbee (owner)
To: ▉▉▉▉ Colton McAbee (owner)

No they can, just not setting here idol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▉▉▉▉▉ Colton McAbee | | 1/9/2021 10:26:42 PM(UTC-6) | |
| ▉▉▉▉▉ Colton McAbee | | | |

Status: Read

1/9/2021 10:26:09 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7207C4 (Table: message, handle, Size: 36716544 bytes)



From: ▉▉▉▉▉ Colton McAbee (owner)
To: ▉▉▉▉ Colton McAbee (owner)
To: ▉▉▉▉ Colton McAbee (owner)

Yeah. I've just put my go-bag in the car and told the girls to get ready. Idk what for. But just to be ready.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▉▉▉▉▉▉ Colton McAbee | | | |

Status: Sent

1/9/2021 10:27:13 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7205B3 (Table: message, handle, Size: 36716544 bytes)



From: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

I'm at an awe...

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Colton McAbee | | 1/9/2021 10:31:58 PM(UTC-6) | |
| ████ Colton McAbee | | | |

**Status:** Read

1/9/2021 10:31:58 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x72030B (Table: message, handle, Size: 36716544 bytes)



From: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

Vatican is blacked out. Supposedly Pakistan is blacked out.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Colton McAbee | | | |

**Status:** Sent

1/9/2021 10:39:09 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7218D7 (Table: message, handle, Size: 36716544 bytes)



From: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

Lin wood on parler

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ Colton McAbee | | | |

**Status:** Sent

1/9/2021 10:39:16 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x72169B (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮

Yes I just se3n

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Colton McAbee | | 1/9/2021 10:42:12 PM(UTC-6) | |
| ▮▮▮▮ Colton McAbee | | | |

Status: Read

1/9/2021 10:42:07 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x722FC0 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮

Watch "Storming The Capitol - Street Interviews" on YouTube
https://youtu.be/sLa98fB0Elw

Go to 9 minute mark

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Colton McAbee | | 1/10/2021 1:28:08 PM(UTC-6) | |
| ▮▮▮▮ Colton McAbee | | | |

Status: Read

1/10/2021 1:28:04 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7246B4 (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮

Oh damn.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮ Colton McAbee | | | |

Status: Sent

1/10/2021 1:28:13 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x725FC8 (Table: message, handle, Size: 36716544 bytes)



From: +
To: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)

Its just me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | 1/10/202 1 1:30:46 PM(UTC -6) | |
| ▮ Colton McAbee | | | |

**Status:** Read

1/10/2021 1:28:36 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x725DEB (Table: message, handle, Size: 36716544 bytes)



From: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)

Hope FBI doesn't come looking for you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ | | | |
| ▮ Colton McAbee | | | |

**Status:** Sent

1/10/2021 1:31:03 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x725C12 (Table: message, handle, Size: 36716544 bytes)



From: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)

I wasn't in the building, I was exercising my 1st amendment

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | 1/10/2021 1:35:09 PM(UTC- 6) | |
| ▮ Colton McAbee | | | |

**Status:** Read

1/10/2021 1:34:19 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7259EB (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮
To: ▮▮▮▮▮ Colton McAbee (owner)

Exactly! The Spirit!!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | | |

**Status:** Sent

1/10/2021 1:35:23 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7257AF (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮ Colton McAbee (owner)

We done nothing wrong

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | 1/10/2021 1:36:55 PM(UTC-6) | |
| ▮▮▮▮▮ Colton McAbee | | | |

**Status:** Read

1/10/2021 1:36:48 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7255BA (Table: message, handle, Size: 36716544 bytes)



From: ▮▮▮▮▮ Colton McAbee (owner)
To: ▮▮▮▮▮
To: ▮▮▮▮▮ Colton McAbee (owner)

You're absolutely right! You going to the inauguration?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮▮▮▮▮ Colton McAbee | | | |

**Status:** Sent

1/10/2021 1:37:12 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7253CB (Table: message, handle, Size: 36716544 bytes)



From: ███ ███ Colton McAbee (owner)
To: ███ ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

Idk yet.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Colton McAbee | | 1/10/2021 1:37:35 PM(UTC-6) | |
| ███ Colton McAbee | | | |

**Status:** Read

1/10/2021 1:37:31 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x726FC0 (Table: message, handle, Size: 36716544 bytes)



From: ███ ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

It will be bullets this time there. Currently 6200 National Guardsmen, several police agencies throughout the US. Snipers everywhere.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ | | | |
| ███ Colton McAbee | | | |

**Status:** Sent

1/10/2021 1:38:15 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x726DEB (Table: message, handle, Size: 36716544 bytes)

From: ███ ███ Colton McAbee (owner)
To: ███ ███ Colton McAbee (owner)
To: ███ Colton McAbee (owner)

I don't think that will happen.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███ Colton McAbee | | 1/10/2021 1:42:58 PM(UTC-6) | |
| ███ Colton McAbee | | | |

**Status:** Read

1/10/2021 1:42:56 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x726B0F (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████
To: ███████ Colton McAbee (owner)

Eh idk. They shot us at the Capitol.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | | |

Status: Sent

1/10/2021 1:43:19 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x72690E (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: ███████
To: ███████ Colton McAbee (owner)

Trump will be the one inaugurated.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | 1/10/2021 1:48:57 PM(UTC-6) | |
| ███████ Colton McAbee | | | |

Status: Read

1/10/2021 1:43:53 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7266F9 (Table: message, handle, Size: 36716544 bytes)



From: ███████ Colton McAbee (owner)
To: +1 ███████
To: ███████ Colton McAbee (owner)

I call for secession!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ███████ Colton McAbee | | | |

Status: Sent

1/10/2021 1:49:20 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7264F0 (Table: message, handle, Size: 36716544 bytes)









From: ▮
To: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)

Serersouly thinking about it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | 1/10/202 1 1:59:48 PM(UTC -6) | |
| ▮ Colton McAbee | | | |

**Status:** Read

1/10/2021 1:59:42 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x727BCC (Table: message, handle, Size:
36716544 bytes)



From: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)

You'd have to move down here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ | | | |
| ▮ Colton McAbee | | | |

**Status:** Sent

1/10/2021 1:59:56 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7279CF (Table: message, handle, Size:
36716544 bytes)



From: ▮
To: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)

That's okay

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | 1/10/202 1 4:39:01 PM(UTC -6) | |
| ▮ Colton McAbee | | | |

**Status:** Read

1/10/2021 2:04:21 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7277BA (Table: message, handle, Size:
36716544 bytes)



From: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

Look at the left of the flag...

Attachments:

Title: RPReplay_Final1610402766.mov
Size: 22817589
File name: ~/Library/SMS/Attachments/32/02/9D533E4E-887E-41C2-9B6F-
83D161F40E0A/RPReplay_Final1610402766.mov
~/Library/SMS/Attachments/32/02/9D533E4E-887E-41C2-9B6F-
83D161F40E0A/RPReplay_Final1610402766.mov

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | | |

Status: Sent

1/11/2021 4:07:52 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x734FC8 (Table: message, attachment,
handle, Size: 36716544 bytes)
Colton's iPhone/mobile/Library/SMS/Attachments/32/02/9D533E4E-887E-41C2-9B6F-
83D161F40E0A/RPReplay_Final1610402766.mov :  (Size: 22817589 bytes)



From: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

What up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | 1/22/2021 2:24:02 PM(UTC-6) | |
| ████████ Colton McAbee | | | |

Status: Read

1/22/2021 2:23:55 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7C7345 (Table: message, handle, Size:
36716544 bytes)



From: ██████ Colton McAbee (owner)
To: ██████ Colton McAbee (owner)
To: ██████ Colton McAbee (owner)

Waking up that night shift life.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ Colton McAbee | | | |

**Status:** Sent

1/22/2021 2:24:27 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7C8FC8 (Table: message, handle, Size: 36716544 bytes)



From: ██████ Colton McAbee (owner)
To: ██████ Colton McAbee (owner)
To: ██████ Colton McAbee (owner)

Are you good and awake?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ Colton McAbee | | 1/22/2021 3:29:43 PM(UTC-6) | |
| ██████ Colton McAbee | | | |

**Status:** Read

1/22/2021 3:29:28 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7C890F (Table: message, handle, Size: 36716544 bytes)



From: ██████ Colton McAbee (owner)
To: ██████ Colton McAbee (owner)
To: ██████ Colton McAbee (owner)

Yeah man

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ Colton McAbee | | | |

**Status:** Sent

1/22/2021 3:29:49 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7C871E (Table: message, handle, Size: 36716544 bytes)



From:
To: ▇▇▇▇▇▇▇ Colton McAbee (owner)
To: ▇▇▇▇▇▇▇ Colton McAbee (owner)

Call me when you get up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇ Colton McAbee | | 1/24/202 1 1:30:30 PM(UTC -6) | |
| ▇▇▇▇▇▇ Colton McAbee | | | |

**Status:** Read

1/24/2021 1:30:13 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x7D3FC0 (Table: message, handle, Size:
36716544 bytes)



From:
To: ▇▇▇▇▇▇ Colton McAbee (owner)
To: ▇▇▇▇▇▇ Colton McAbee (owner)

I know the guy in the red and black crowd surfing..

Attachments:

Title: IMG_20210226_174419_054.jpg
Size: 299361
File name: ~/Library/SMS/Attachments/c5/05/9781ED43-AD81-4C88-ADAE-
8B8DEED3AEB5/IMG_20210226_174419_054.jpg
~/Library/SMS/Attachments/c5/05/9781ED43-AD81-4C88-ADAE-
8B8DEED3AEB5/IMG_20210226_174419_054.jpg

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇ Colton McAbee | | 2/26/2021 5:52:49 PM(UTC- 6) | |
| ▇▇▇▇▇▇ Colton McAbee | | | |

**Status:** Read

2/26/2021 5:49:15 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0xA4B902 (Table: message, handle, attachment, Size:
36716544 bytes)
Colton's iPhone/mobile/Library/SMS/Attachments/c5/05/9781ED43-AD81-4C88-ADAE-
8B8DEED3AEB5/IMG_20210226_174419_054.jpg : (Size: 299361 bytes)



From: ▇▇▇▇▇ Colton McAbee (owner)
To: ▇▇▇▇▇▇▇▇
To: ▇▇▇▇▇▇▇▇ Colton McAbee (owner)

Are you on it?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇▇ Colton McAbee | | | |

Status: Sent

2/26/2021 5:53:18 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0xA4B66E (Table: message, handle, Size:
36716544 bytes)



From: ▇▇▇▇▇
To: ▇▇▇▇▇▇▇▇ Colton McAbee (owner)
To: ▇▇▇▇▇▇▇▇ Colton McAbee (owner)

Look at the red and black shirts

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇ Colton McAbee | | 2/26/2021 5:54:29 PM(UTC-6) | |
| ▇▇▇▇▇ Colton McAbee | | | |

Status: Read

2/26/2021 5:54:07 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0xA4B487 (Table: message, handle, Size:
36716544 bytes)



From: ▇▇▇▇▇
To: ▇▇▇▇▇▇▇▇ Colton McAbee (owner)
To: ▇▇▇▇▇▇▇▇ Colton McAbee (owner)

Surfing

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▇▇▇▇▇ Colton McAbee | | 2/26/2021 5:54:29 PM(UTC-6) | |
| ▇▇▇▇▇ Colton McAbee | | | |

Status: Read

2/26/2021 5:54:12 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0xA4B27A (Table: message, handle, Size:
36716544 bytes)



From: ███████████ Colton McAbee (owner)
To: ████████████
To: ████████████ Colton McAbee (owner)

No I see that  are you on "IT"

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | | |

Status: Sent

2/26/2021 5:54:57 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0xA4CFC8 (Table: message, handle, Size: 36716544 bytes)



From: ███████████
To: ████████ Colton McAbee (owner)
To: ████████ Colton McAbee (owner)

No just the news

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ██████ Colton McAbee | | 2/26/2021 5:56:33 PM(UTC-6) | |
| ██████ Colton McAbee | | | |

Status: Read

2/26/2021 5:56:33 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0xA4CDB1 (Table: message, handle, Size: 36716544 bytes)



From: ███████████ Colton McAbee (owner)
To: ████████████
To: ████████████ Colton McAbee (owner)

Lucky ass

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████████ Colton McAbee | | | |

Status: Sent

2/26/2021 6:10:20 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0xA4D90E (Table: message, handle, Size: 36716544 bytes)



From: ▮
To: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)

Lol still could make front row

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | 2/27/202 1 6:18:08 AM(UTC -6) | |
| ▮ Colton McAbee | | | |

**Status:** Read

2/26/2021 6:11:16 PM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0xA4EFC0 (Table: message, handle, Size: 36716544 bytes)



From: ▮
To: ▮ Colton McAbee (owner)
To: ▮ Colton McAbee (owner)

Need to talk aASAP

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ Colton McAbee | | 3/21/202 1 12:46:50 PM(UTC -5) | |
| ▮ Colton McAbee | | | |

**Status:** Read

3/21/2021 11:55:09 AM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0xC0F46D (Table: message, handle, Size: 36716544 bytes)