


# Extraction Report - Apple iPhone

## Participants






Colton McAbee* (owner)

## Conversation - Instant Messages (7)



1









From: Colton McAbee (owner)
To:
To: Colton McAbee (owner)

I've shed blood for my country, By the hands of the swamp. I will shed much more in the days to come. But I will not forget the Oath I swore years ago to protect the America I once knew.

necisque libertas

**Attachments:**

Title: IMG_0362.JPG
Size: 288219
File name: ~/Library/SMS/Attachments/4d/13/DAF89F27-3FAC-4B3B-A67E-ADC72EDEC193/IMG_0362.JPG
~/Library/SMS/Attachments/4d/13/DAF89F27-3FAC-4B3B-A67E-ADC72EDEC193/IMG_0362.JPG

Title: IMG_0361.JPG
Size: 355731
File name: ~/Library/SMS/Attachments/30/00/65A8E9BA-E209-492E-AD06-AD93B648D1B8/IMG_0361.JPG
~/Library/SMS/Attachments/30/00/65A8E9BA-E209-492E-AD06-AD93B648D1B8/IMG_0361.JPG

Title: IMG_0354.HEIC
Size: 526826
File name: ~/Library/SMS/Attachments/0c/12/CDBC74E4-1B9E-41ED-B657-452B4CA497DD/IMG_0354.HEIC
~/Library/SMS/Attachments/0c/12/CDBC74E4-1B9E-41ED-B657-452B4CA497DD/IMG_0354.HEIC

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | 1/8/2021 10:43:38 AM(UTC-6) | | |
| Colton McAbee | | | |

**Status:** Sent

1/8/2021 10:43:30 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x701F8D (Table: message, attachment, handle, Size: 36716544 bytes)
Colton's iPhone/mobile/Library/SMS/Attachments/4d/13/DAF89F27-3FAC-4B3B-A67E-ADC72EDEC193/IMG_0362.JPG : (Size: 288219 bytes)
Colton's iPhone/mobile/Library/SMS/Attachments/30/00/65A8E9BA-E209-492E-AD06-AD93B648D1B8/IMG_0361.JPG : (Size: 355731 bytes)
Colton's iPhone/mobile/Library/SMS/Attachments/0c/12/CDBC74E4-1B9E-41ED-B657-452B4CA497DD/IMG_0354.HEIC : (Size: 526826 bytes)



From:
To: Colton McAbee (owner)
To: Colton McAbee (owner)

Amen brother. Amen

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Colton McAbee | | 1/8/2021 10:45:27 AM(UTC-6) | |
| Colton McAbee | | | |

**Status:** Read

1/8/2021 10:45:23 AM(UTC-6)

Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x701AE6 (Table: message, handle, Size: 36716544 bytes)

3



Source Extraction:
Advanced Logical
Source Info:
Colton's iPhone/mobile/Library/SMS/sms.db : 0x77AD80 (Table: message, handle, Size: 36716544 bytes)