

**FILED**
SEP 22 2021
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA
VS.
RONALD COLTON MCABEE (07)

Civil/Criminal No. CR 21-035-07 (EGS)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1. | BODY WORN CAMERA FROM OFFICER CM | 9/22/21 | 9/22/21 | N/A | N/A |
| 2. | BODY WORN CAMERA FROM OFFICER DP | 9/22/21 | 9/22/21 | N/A | N/A |
| 3. | STORYFUL VIDEO FROM YOUTUBE | 9/22/21 | 9/22/21 | N/A | N/A |
| 4. | BODY WORN CAMERA FROM OFFICER AW | 9/22/21 | 9/22/21 | N/A | N/A |
| 6A. | BODY WORN CAMERA FROM OFFICER SS | 9/22/21 | 9/22/21 | N/A | N/A |
| 6B. | BODY WORN CAMERA FROM OFFICER SS | 9/22/21 | 9/22/21 | N/A | N/A |