**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONALD COLTON MCABEE,<br><br>          Defendant. | Crim. Action No. 21-35-7 (EGS) |

<u>**ORDER**</u>

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the government's Motion for Review and Appeal of Release Order, ECF No. 108, is **GRANTED,** and it is further

**ORDERED** that defendant Ronald Colton McAbee shall be detained pending trial; and it is further

**OREDERED** that Mr. McAbee appear before the Court for the previously scheduled status conference on February 7, 2022 at 1:00 PM via video teleconference.

**SO ORDERED.**

Signed:         /s/
        **Emmet G. Sullivan**
        **United States District Judge**
        **December 21, 2021**