UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Case No. 21-mj-00686 |
| ) | |
| LUCAS DENNEY,           ) | |
| ) | |
| Defendant.              ) | |

**DECLARATION OF WILLIAM L. SHIPLEY IN SUPPORT FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, William L. Shipley, hereby certify under penalty of perjury that the following is true and correct:

1. I am the managing partner with the Law Office of William L. Shipley & Associates, located at P.O. Box 745, Kailua, HI 96734, tel: (808) 228-1341. I reside in Kailua, Hawaii where I practice remotely.

2. I am an active member in good standing of the state bar of Hawaii (SBN 9066).

3. I am a member in good standing of all the jurisdictions in which I am admitted to practice.

4. I have never been disciplined by any court, and no disciplinary proceedings are pending against me.

5. I have applied for full membership with this Court, however, my application is still pending.

6. During the past two years, I have applied for admission *pro hac vice* in this Court only in three other matters. Those matters are *United States v. James*

*McGrew*, Crim. No. 1:21-cr-00398-BAH, *United States v. Leo Brent Bozell*, Crim. No. 1:21-cr-00216-JDB, *United States v. Jeffrey Sabol*, Crim. No. 21-cr-00035-EGS, and *United States v. Lucas Denney*, Crim. No. 1:21-mj-00686-RMM.

7.   My application to join the Bar Association of the District of Columbia is pending with this Court, and I'm advised that it will be acted on favorably, but not until April 4, 2022. I've been advised that I may file for pro hac vice status in any case where I've been retained by a party without being hindered by the normal cap that is placed on such appearances.

8.   I am familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 25 U.S.C.) which pertains to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

Dated: March 4, 2022

William L. Shipley
**LAW OFFICE OF WILLIAM L. SHIPLEY & ASSOCIATES**
P.O. Box 745
Kailua, HI 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com