AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cr-00035-EGS |
| JEFFREY P. SABOL, ET AL | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT RONALD MCABEE                                                             .

Date:  03/11/2022

/s/ William L. Shipley
*Attorney's signature*

William L. Shipley
*Printed name and bar number*

LAW OFFICE OF WILLIAM L. SHIPLEY & ASSOCIATES
P.O. Box 745
Kailua, HI 96734
*Address*

808Shipleylaw@gmail.com
*E-mail address*

(808) 228-1341
*Telephone number*

*FAX number*