UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00035-EGS |
| ) | |
| RONALD MCABEE ) | |
| Defendant ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE OF JOHN M. PIERCE ON BEHALF
OF DEFENDANT RONALD MCABEE

Pursuant to Local Civil Rule 83.6(b). the undersigned counsel hereby respectfully withdraws his appearance for Defendant Ronald McAbee in the above-caption matter. As of April 28, 2022 William L. Shipley has been retained and will be substituting as counsel of record for Defendant Ronald McAbee. Mr. Shipley has filed an Appearance of Counsel form in this case and is a member of the D.DC. bar. As Mr. Shipley will remain as lead counsel, there will be no delay in these proceedings.

Date: April 28, 2022        Respectfully Submitted,

*John M. Pierce*

John M. Pierce
21550 Oxnard Street
3d Floor, PMB#172
Woodland Hills, CA 91367
Tel: (213) 279-7846
Email: jpierce@johnpiercelaw.com

## **CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, April 28, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce