UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-CR-035 (EGS) |
| | : | |
| **RONALD COLTON MCABEE,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO EXTEND DEADLINE TO FILE RESPONSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to extend the deadline to respond to defendant Ronald Colton McAbee's Motion for Reconsideration of Detention Order (the "Motion," Dkt. 191), which was filed on May 9, 2022. Pursuant to Local Criminal Rule 47(b), the deadline for the United States to respond to the Motion is May 23, 2022. On April 19, 2022, the United States requested the transcript of the detention hearing conducted on September 22, 2021, which is the subject of the defendant's Motion, but has not yet received the transcript.

Accordingly, it is respectfully requested that the Court extend the response deadline until May 30, 2022.

Defense counsel has not indicated whether he objects to this request.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:    */s/ Benet J. Kearney*
        BENET J. KEARNEY
        Assistant United States Attorney
        NY Bar No. 4774048
        1 Saint Andrew's Plaza
        New York, New York 10007
        Benet.Kearney@usdoj.gov
        (212) 637 2260

CERTIFICATE OF SERVICE

I certify that a copy of the Government's Motion for Extension of Deadline was served on all counsel of record via the Court's electronic filing service.

                                               */s/ Benet J. Kearney*
                                               BENET J. KEARNEY
                                               Assistant United States Attorney

Date:  May 19, 2022

3