# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 21-cr-00035-EGS |
| ) | |
| **RONALD COLTON McABEE,** ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF NO OPPOSITION

NOW COMES, Defendant, Ronald Colt McAbee, by and through his undersigned counsel to file this Notice of No Opposition to the Government's Motion to Extend Deadline to File Response filed on May 19, 2022.  *See* EFC. NO. 192

Dated: May 19, 2022                    Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

    I, William L. Shipley, hereby certify that on this day, May 19, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ William L. Shipley
William L. Shipley, Jr., Esq.