## CERTIFICATE OF SERVICE

I, WILLIAM L. SHIPLEY, JR., hereby certify that I electronically filed **DEFENDANT RONALD MCABEE'S REPLY TO OPPOSITION TO MOTION FOR RECONSIDERATION OF DETENTION ORDER** with the United States District Court for the District of Columbia by using the CM/ECF system on **June 6, 2022**, and served the following Counsel on behalf of the Plaintiff UNITED STATES via CM/ECF case filing system:

**Colleen D. Kukowski**
U.S. DEPARTMENT OF JUSTICE
U.S. Attorney's Officer for the District of Columbia
555 4th St. NW
Washington, DC 20530
202-252-2646
Email: colleen.kukowski@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Benet Kearney**
DOJ-USAO
One Saint Andrew's Plaza
New York, NY 10007
212-637-2260
Fax: 212-637-2243
Email: benet.kearney@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Matthew Moeder**
DOJ-USAO
400 E. 9th Street
Suite 5510
Kansas City, MO 64106
816-426-3122
Email: matthew.moeder@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

DATED: June 6, 2022, at Kailua, Hawaii.

/s/ William L. Shipley
William L. Shipley