IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO. 21-CR-00035 (EGS) |
| JEFFREY P. SABOL, et al, | : | |
| Defendant. | : | |

## NOTICE OF AVAILABILITY FOR TRIAL

The United States of America, by and through its undersigned counsel, hereby submits this Notice on behalf of itself and defendants Clayton Ray Mullins, Logan James Barnhart, Ronald Colton McAbee, and Mason Joel Courson ("Group 2 Defendants"), in response to the Court's August 1, 2022 Order.

Counsel for the Government and the Group 2 Defendants are all available to commence a trial in this matter beginning on September 25, 2023, through the end of October 2023. The Government estimates the trial will last approximately three weeks.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ *Benet J. Kearney*
Matthew Moeder
MO Bar No. 64036
Benet J. Kearney
NY Bar No. 4774048
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530
(816) 426-4103 / (212) 637 2260
Benet.Kearney@usdoj.gov /
Matthew.Moeder@usdoj.gov

1

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via the Court's Electronic Case Filing System.

/s/ Benet J. Kearney
Benet J. Kearney
Assistant United States Attorney

Date: August 11, 2022