**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONALD COLTON MCABEE,<br><br>            Defendant. | Crim. Action No. 21-35-7 (EGS) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendant's Motion for Reconsideration of Detention Order, ECF No. 191, is **DENIED**.

**SO ORDERED.**

**Signed:**
    **Emmet G. Sullivan**
    **United States District Judge**
    **September 3, 2022**