# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**	) | |
| ) | |
| **v.**	) | Case No. 21-cr-00035-EGS |
| ) | |
| **RONALD COLTON McABEE,**	) | |
| ) | |
| Defendant.	) | |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Ronald Colten McAbee, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order of this Court entered on September 3, 2022, denying Defendant's Motion for Reconsideration of Detention.

Dated: September 12, 2022	Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email:
808Shipleylaw@gmail.com
*Attorney for Defendant*