IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v.  : | **CASE NO. 21-CR-00035 (EGS)** |
| **JEFFREY P. SABOL,** : | |
| **CLAYTON RAY MULLINS,** | |
| **RONALD COLTON MCABEE**  : | |
| **Defendants.**  : | |

### NOTICE OF CONSENT TO TOLLING OF TIME PURSUANT TO THE SPEEDY TRIAL ACT

The United States of America, by and through its undersigned counsel, hereby submits this Notice on behalf of itself and defendants Jeffrey P. Sabol, Clayton Ray Mullins, and Ronald Colton McAbee, in response to the Court's October 6, 2022 Order.

The parties each consent to the tolling of the time from November 30, 2022 until September 25, 2023 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161. The Government submits that the exclusion of such time is in the interest of justice, as it will allow the parties to draft pre-trial

1

motions, including motions to dismiss, motions to suppress, and motions *in limine*, and to otherwise prepare for trial in this matter.

                                            Respectfully Submitted,

                                            MATTHEW M. GRAVES
                                            United States Attorney
                                            D.C. Bar No. 481052

                                            /s/ *Benet J. Kearney*
                                            Matthew Moeder
                                            MO Bar No. 64036
                                            Benet J. Kearney
                                            NY Bar No. 4774048
                                            Assistant United States Attorneys
                                            601 D Street, N.W.
                                            Washington, D.C. 20530
                                            (816) 426-4103 / (212) 637 2260
                                            Benet.Kearney@usdoj.gov /
                                            Matthew.Moeder@usdoj.gov

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via the Court's Electronic Case Filing System.

>/s/ Benet J. Kearney_____
> Benet J. Kearney
> Assistant United States Attorney

Date: October 11, 2022