UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 21-cr-00035-RC |
| ) | |
| **RONALD COLTON McABEE,** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S NOTICE OF NO OPPOSITION**

NOW COMES, Defendant, Ronald Colton McAbee, by and through his undersigned counsel to file this Notice of No Opposition to the Government's Motion to Exclude Time Under Speedy Trial Act. *See* EFC. NO. 268

Dated: January 10, 2023                                  Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1