# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-3066**  **September Term, 2022**

**1:21-cr-00035-EGS-7**

**Filed On: January 17, 2023** [1981746]

United States of America,

    Appellee

  v.

Ronald Colton McAbee,

    Appellant

### M A N D A T E

In accordance with the judgment of November 22, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
    Daniel J. Reidy
    Deputy Clerk

Link to the judgment filed November 22, 2022