# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-CR-35 (RC) |
| | : | |
| **RONALD COLTON MCABEE,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that it does not object to the filing of defendant Ronald Colton McAbee's Reply to the Government's Opposition to the Defendant's Motion to Reconsider Detention ("Reply")[1] as currently redacted on the public docket in this case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Benet J. Kearney
BENET J. KEARNEY
Assistant United States Attorney
NY Bar No. 4774048
1 Saint Andrew's Plaza
New York, New York 10007
Benet.Kearney@usdoj.gov
(212) 637 2260

---

1 The Reply was initially not filed on ECF due to technical issues and was instead emailed to AUSA Kearney on April 7, 2023. AUSA Kearney noted that the Reply included excerpts from an interview report that had been designated as "highly sensitive" pursuant to the protective order entered in this case and requested that defense counsel not file those portions publicly. It is the Government's understanding that the entire Reply has since been filed under seal.