IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America

      v.                                                       Docket No. 1:21-CR-35-RC-7
                                                         *United States v. Sabol et al*

Ronald Colton McAbee

Notice of Appearance

Benjamin Schiffelbein enters his appearance as counsel of record for Mr. Ronald Colton McAbee on behalf of the Federal Public Defender for the Western District of Virginia.

Respectfully submitted,

/s/ Benjamin Schiffelbein
210 First Street SW, Ste 400
Roanoke, VA 24011
540 777 0880
Benjamn_Schiffelbein@fd.org