UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 21-cr-035 (RC) |
| : | |
| RONALD COLTON McABEE, : | |
| : | |
| Defendant. : | |
| : | |
| : | |

**PRETRIAL STATEMENT**

Pursuant to the Court's October 6, 2022 scheduling order, as amended by the Court's September 13, 2023 minute order, the parties hereby jointly submit this pretrial statement in advance of the October 2, 2023 trial in this matter.

**I.   Statement of the Case and Proposed Voir Dire**

The Government's proposed statement of the case and voir dire questions are set forth in Exhibit 1.

**II.   Proposed Jury Instructions**

The parties' proposed jury instructions are set forth in Exhibit 2.

**III.   List of Witnesses**

Government Witnesses:

Special Agent Matthew Acker (FBI) – will call

Officer Terrence Craig (MPD) – may call

Officer Brayden Dyer (MPD) – will call

Special Agent Elizabeth Glavey (USSS) – will call

Captain Carneysha Mendoza (USCP) – will call

Officer Blake Miller (MPD) – may call

    Officer Carter Moore (MPD) – will call

    Officer Divonnie Powell (MPD) – may call

    Officer Andrew Wayte (MPD) – will call

**IV.**    **Exhibit Lists**

The Government's draft exhibit list is attached as Exhibit 3. At this time, the United States has identified the majority of exhibits it intends to use at trial. The exhibit list was compiled in a good-faith effort to identify all trial evidence that is known or identified at this time. The government reserves the right to supplement this list or to remove items from the list, as it develops additional evidence throughout trial preparations and to streamline the presentation of its case. The government also reserves the right to introduce any evidence produced to the defense in discovery.

    Respectfully submitted,

    FOR THE UNITED STATES
    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By: *[signature]*
    Benet J. Kearney
    N.Y. Bar No. 4774048
    Alexandra F. Foster
    D.C. Bar No. 470096
    Assistant United States Attorneys
    601 D Street, N.W.
    Washington, D.C. 20530
    Benet.Kearney@usdoj.gov
    Alexandra.Foster@usdoj.gov
    (212) 637 2260
    (619) 546 6735