CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

United States of America )
)
vs. )   Civil/Criminal No.: 21cr35 (07) - (RC)
)
Ronald Colton McAbee )
)

### NOTE FROM JURY

In regards to the instructions given on page 34, "... defendent carried it with the intent that it be used in a manner capable of causing serious bodily injury or death", does the defendent's intent to need to be directed to law enforcement specifically, or *anyone? (*for example, a counter-protester)

May we please get a definition of "serious bodily injury"? - also on page 34

Date: 10/10/23
Time: 4:20 pm

FOREPERSON