USA v. McAbee, 21-cr-35

Definition in response to Jury Question:

"Serious bodily injury" is defined as: injury involving extreme physical pain or the protracted impairment of a function of a bodily member, organ, or mental faculty; or requiring medical intervention such as surgery, hospitalization, or physical rehabilitation.

LEAVE TO FILE GRANTED

10/10/2023