UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　　　　) Case No. 21-cr-035 (RC)
　　　　　　　　　　　　　　　　　　)
RONALD COLTON MCABEE,　　　　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　)

## VERDICT FORM

**Count I:** Inflicting Bodily Injury on Officer A.W.

　　__✗__　　　　　　　　　　　_____
　　Guilty　　　　　　　　　　　Not Guilty

If you have marked Guilty as to Count I above, proceed to Count II. If not, you must consider the lesser included offense:

Assaulting, Resisting or Impeding Officer A.W.

　　_____　　　　　　　　　　　_____
　　Guilty　　　　　　　　　　　Not Guilty

**Count II:** Civil Disorder

　　__✗__　　　　　　　　　　　_____
　　Guilty　　　　　　　　　　　Not Guilty

1

Count III:    Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

__☒__  _____
Guilty         Not Guilty

If you have marked Guilty as to Count III above, proceed to Count IV. If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

_____  _____
Guilty         Not Guilty

Count IV:    Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

__☒__  _____
Guilty         Not Guilty

If you have marked Guilty as to Count IV above, proceed to Count V. If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____  _____
Guilty         Not Guilty

Count V:     **Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

__X__                              _____
Guilty                               Not Guilty

If you have marked Guilty as to Count V above, proceed to the signature line. If not, you must consider the lesser included offense:

**Engaging in Physical Violence in a Restricted Building or Grounds**

_____                           _____
Guilty                               Not Guilty

Dated this __11th__ day of October, 2023

_____
FOREPERSON

3