# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 21-35 (RC) |
| : | |
| RONALD COLTON MCABEE, : | |
| : | |
| Defendant. : | |

## SENTENCING SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **February 29, 2024 at 9:30 am** in **Courtroom 23A**;

2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than **January 16, 2024**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **January 30, 2024**;

4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **February 15, 2024**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **February 20, 2024**, with all responses (if any) due by **February 23, 2024**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated: October 13, 2023               RUDOLPH CONTRERAS
                                      United States District Judge