1
          **UNITED STATES DISTRICT COURT**
          **FOR THE DISTRICT OF COLUMBIA**

2
_____

3
United States of America,    ) Criminal Action
                           ) No. 1:21-cr-00035-RC-7

4
            Plaintiff,  )
                           ) **Jury Trial** (Day 3)

5
vs.                     ) a.m. session
                           )

6
Ronald Colton McAbee,     )
                           ) Washington, D.C.

7
          Defendant.  ) **October 6, 2023**
                           Time: 10:00 a.m.

8
_____

9
     **Transcript of Jury Trial** (Day 3) a.m. session
                Held Before

10
     The Honorable Rudolph Contreras
       United States District Judge

11

12
         A P P E A R A N C E S

13
For the Government:   **Benet J. Kearney**
                      **Alexandra F. Foster**

14
                      UNITED STATES ATTORNEY'S OFFICE
                      FOR THE DISTRICT OF COLUMBIA

15
                      601 D Street, Northwest
                      Washington, D.C. 20579

16

   For the Defendant:    **Benjamin M. Schiffelbein**

17
                      FEDERAL PUBLIC DEFENDER
                      210 First Street, Southwest, Suite 400

18
                      Roanoke, Virginia 24011

19
_____

   Stenographic Official Court Reporter:

20
                      Nancy J. Meyer

21
                      Registered Diplomate Reporter
                      Certified Realtime Reporter

22
                      333 Constitution Avenue, Northwest
                      Washington, D.C. 20001

23
                      202-354-3118

24
   Proceedings recorded by mechanical stenography.  Transcript
   produced by computer-aided transcription.

25

1                                **I N D E X**

2                                                                PAGE:

3     **Witnesses:**

4     Matthew Acker
            Cross-Examination, cont., By Mr. Schiffelbein.... 540
5           Redirect Examination By Ms. Kearney.............. 591
      Steven Sajumon
6           Direct Examination By Mr. Schiffelbein........... 597
            Cross-Examination By Ms. Foster................. 612
7           Direct Examination By Mr. Schiffelbein........... 619
      Ronald Colton McAbee
8           Direct Examination By Mr. Schiffelbein........... 624

9

10    **Exhibits Admitted:**

11        Government Exhibit 702 through 705.............. 595

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    P R O C E E D I N G S

2           (Proceedings held out of the presence of the jury.)

3           THE COURT:  Are we ready to bring the jury in?

4           MS. KEARNEY:  Yes, Your Honor.

5           MR. SCHIFFELBEIN:  Yeah.  Yes, Your Honor.

6           THE COURT:  Is that a yawn or --

7           MR. SCHIFFELBEIN:  I was thinking, but I think -- I

8    think we're okay.

9           THE COURT:  Okay.  Let's get them.

10          MR. SCHIFFELBEIN:  Actually -- I'm sorry.  Do you

11   need new contacts, or are you good?

12          THE DEFENDANT:  No.

13          MR. SCHIFFELBEIN:  You're good.  Okay.

14        Sorry.  Yes, we are.  My fault.

15          THE COURT:  Okay.

16          (Proceedings held in the presence of the jury.)

17          THE COURT:  Good morning.  Welcome back.  You can

18   have a seat.  We're going to continue with the -- FBI Agent

19   Acker's cross-examination.

20        Good morning.  I remind you that you're still under

21   oath.

22          THE WITNESS:  Yes, Your Honor.  Thank you.

23             CROSS-EXAMINATION, continuing

24   BY MR. SCHIFFELBEIN:

25   Q.  Good morning, again, sir.

1    A.  Good morning.

2    Q.  No more civics questions this morning.

3        I want to talk about the text messages that you

4    reviewed.

5    A.  Okay.

6    Q.  The text messages were, obviously, between Mr. McAbee and

7    Mr. Roberts; correct?

8    A.  Yes.

9    Q.  The text messages were not something that Mr. McAbee

10   printed out and posted to Facebook?

11   A.  No.

12   Q.  And the text messages contained various times where

13   Mr. McAbee and Mr. Roberts talked about potential violence;

14   correct?

15   A.  Correct.

16   Q.  And, in fact, Mr. McAbee said one of the reasons he did

17   not want his wife to go was because of the possible violence?

18   A.  That's true.

19   Q.  And Mr. Roberts also said that he was at least anticipating

20   potential violence?

21   A.  That's correct.

22   Q.  And one of the things Mr. Roberts said in response to

23   Mr. McAbee bringing up violence was "In a group isn't an issue,

24   its 2 or 3" at a time?

25   A.  I recall that message.

 1    Q.  And that was in reference to two or three protesters

 2    potentially being subject to violence?

 3    A.  I think you could probably infer that from that message.

 4    Q.  And, in fact, being in a larger group, such as the -- the

 5    rally that he attended, President Trump's speech, would be,

 6    sort of, a safer group?

 7    A.  Again, I would say that's probably a possible inference.

 8    Q.  And Mr. Roberts was referring to other violence that had

 9    occurred against, sort of, or committed by --

10            MS. KEARNEY:  Objection.

11            THE COURT:  You can answer.

12    BY MR. SCHIFFELBEIN:

13    Q.  Was referring to violence, essentially, from other protest

14    groups; correct?

15    A.  If you would please show me the message you're referring

16    to.

17    Q.  Sure.

18            MR. SCHIFFELBEIN:  Ms. Rouhi, can you please pull up

19    601.

20    BY MR. SCHIFFELBEIN:

21    Q.  Can you see -- and it might be a little bit small, but on

22    page 10 of Government's 601 --

23            MR. SCHIFFELBEIN:  Ms. Rouhi, can you call out the

24    middle two.  Thank you so much.

25    ///

1    BY MR. SCHIFFELBEIN:

2    Q.  This is Mr. Roberts saying ". . . its 2 or 3" at a time;

3    correct?

4    A.  Correct.  "In a group isn't an issue, its 2 or 3 alone."

5    Q.  And, essentially, they're still talking about anticipated

6    violence against the Trump rally; correct?

7    A.  They're discussing their planned trip up there, yes, and

8    potential violence that could occur.

9    Q.  And that was potential violence that was expected against

10   the Trump crowd; correct?

11   A.  That I don't know.

12   Q.  Okay.  Again, we talked --

13          MR. SCHIFFELBEIN:  Thank you so much.  You can take

14   that down.

15   BY MR. SCHIFFELBEIN:

16   Q.  We talked before about the fact that the FBI has been

17   investigating January 6th for a decent amount of time; correct?

18   A.  Yes.  It's been over two and a half years since.

19   Q.  And the FBI and other law enforcement agencies prepared for

20   potential disruptions on January 6th; correct?

21   A.  I couldn't speak directly to that.  As I stated yesterday,

22   I'm assigned to the Knoxville division, and I was in Tennessee

23   at the time.  And I didn't have any information pertaining to

24   any violence that was anticipated at the Capitol.

25   Q.  Sure.  All right.  Why don't we do this.  You are the case

544

1    agent on this case; correct?

2    A.  I'm the case agent on a case of Ronald Colton McAbee.  I'm

3    not the case agent on the overall events of January 6th.

4    Q.  Absolutely.

5          You are the case agent in this particular case, though;

6    correct?

7    A.  Yes.  It was opened around August 2nd of 2021.

8    Q.  And --

9    A.  There was, for clarity, also another file opened in

10   Washington, D.C., at the Washington Field Office that

11   identified Mr. McAbee as AFO 134.

12   Q.  Sure.  Part of your job as the case agent is to help the

13   government in prosecuting this case?

14   A.  Correct.  Investigating.

15   Q.  And part of your job is to help review other law

16   enforcement files; correct?

17   A.  That can be part of the job.

18   Q.  And investigating January 6th, you were trying to determine

19   people who had actually planned to attack the Capitol; correct?

20   A.  After the fact, yes.  That would be part of it.

21   Q.  And the reason you did that after the fact is there was no

22   general intelligence at the time suggesting that people were

23   planning to attack police officers on January 6th?

24   A.  The only answer I can give to that is I had no information

25   at the time.

1    Q.  And, obviously, you know that planning to disrupt Congress

2    is a separate crime; correct?

3    A.  In comparison to what?  Assault of a federal officer?

4    Q.  Sure.

5    A.  Yes.

6    Q.  It would be a felony?

7    A.  I'm sorry?

8    Q.  It would be a felony?

9    A.  I would need to see the actual statute itself to confirm

10   that for you now.

11   Q.  Certainly your job as a case agent is to see if there's

12   evidence of other crimes that you can prosecute; correct?

13   A.  Right.  But there's varying degrees of crimes that could

14   also include violence.  Could be an aggravating factor.

15   Q.  Right.  And one of the things that you do in investigating

16   a case is to try to see if somebody has planned to go somewhere

17   to cause violence?

18   A.  Yes.  That would have been part of the investigation that

19   was ongoing after January 6th.

20   Q.  And going -- planning to go somewhere to cause violence

21   against police would be relevant to your investigation;

22   correct?

23   A.  Correct.

24   Q.  And in your review of this case, there's no evidence

25   suggesting that Mr. McAbee went to January 6th planning to

1    cause violence against the police; correct?

2    A.   I don't recall him speaking specifically about attacking

3    the police in any of his messages.

4    Q.   Okay.  We're going beyond the messages, though.  In your

5    review of everything you've looked at in this case, including

6    all of the other evidence, including Mr. McAbee's entire

7    cell phone, including speaking to him, and looking at all of

8    these photographs, no evidence suggesting Mr. McAbee came to --

9    came to D.C. on January 5th planning to attack police officers

10   on January 6th?

11   A.   In his interview, he said he went to Washington, D.C.,

12   because he was upset about the election as one reason.

13   Q.   Again, Officer --

14   A.   And, no, he did not say anywhere in his messages or to me

15   that his reason to come to the Capitol was to attack the

16   police.

17   Q.   Right.  And in your review of other information, everything

18   else you reviewed in this case, nothing suggests that he came

19   to -- to D.C. on January 5th and 6th to attack police, not just

20   what he said, not just what's in the messages, but everything

21   else you've reviewed?

22   A.   I don't recall a specific instance, no.

23   Q.   If you had seen a specific instance, that would be

24   something relevant to your case, though; correct?

25   A.   Yes.

1    Q.  Certainly would be something you would note down?

2    A.  I think so.

3    Q.  And something that you would give to the prosecutors?

4    A.  Right.

5    Q.  Okay.  Now, the -- you talked for a moment about hearing

6    the LRAD in parts of this riot?

7    A.  Right.

8    Q.  And the LRAD is a long-range acoustic device?

9    A.  Correct.

10   Q.  And it's something that Metropolitan Police use to sort of

11   help --

12   A.  Disperse a crowd, I would say.

13   Q.  -- disperse a crowd?

14        And the LRAD has a couple of different functions;

15   correct?

16   A.  As far as I understand it, it produces a very loud noise.

17   I could not tell you how many decibels it produces, but it

18   is -- its primary function is to disperse a crowd.

19   Q.  Sure.  You were sitting in court when the Capitol Police

20   commander said it was 140 decibels; correct?

21   A.  That sounds correct, but I don't remember specific

22   decibels.

23   Q.  Another thing that the LRAD can do is target a specific

24   area; correct?

25   A.  I believe so.

1   Q.  So one is just a general announcement -- correct? -- that's

2   very loud?

3   A.  I've never had any training in it, but it is a very loud

4   device, yes.

5   Q.  All right.  And to your understanding as a law enforcement

6   officer and as the case agent investigating this case and as

7   somebody who has reviewed body-camera footage about the LRAD,

8   you know that there's also a separate mode that is directional;

9   correct?

10  A.  I could not tell you anything about the modes of the LRAD

11  or the functioning of it.

12  Q.  You are aware that there were flash-bangs deployed by the

13  police?

14  A.  Captain Mendoza stated that, and you can hear loud -- for

15  lack of a better word -- bangs, and you see items traveling

16  through the air.

17  Q.  And in your investigation as the case agent in this case,

18  you are also aware that flash-bangs were deployed?

19  A.  Correct.

20  Q.  Do you know how many decibels a flash-bang produces?

21  A.  I do not.

22  Q.  Do you know how loud the crowd was on January 6th?

23  A.  As I heard described, it was very loud, and I can only

24  imagine with thousands of people that it would be a lot of

25  noise.

1    Q.  Certainly the FBI didn't go and measure the decibels of the

2    crowd at the time?

3    A.  No.

4    Q.  But the FBI does have the ability to sort of review how

5    loud crowds generally are?

6    A.  From my knowledge, it would only be, you know, a review of

7    the camera that's there.  I don't know how else that would --

8    I'm -- the video and the audio from that.

9    Q.  Now, I just want to talk for a brief moment about this tire

10   puncture repair kit tool that we talked about.

11   A.  Okay.

12   Q.  You searched Mr. McAbee's house in August of 2021; correct?

13   A.  The FBI searched the house.  I was not present at the

14   search, but, yes, we searched the house.

15   Q.  And the FBI did not seize this tire puncture repair kit

16   tool; correct?

17   A.  No, and if I recall correctly, I believe he had it in his

18   backpack on his person in Nashville.

19   Q.  And even though he had it on his person when he was

20   arrested, the FBI did not seize it?

21   A.  No, we did not.

22   Q.  Now, I want to talk just for a moment about other things on

23   Mr. McAbee's person when he was arrested.

24   A.  Okay.

25   Q.  One of them was he had a concealed weapon; correct?

1    A.  He did, yes.

2    Q.  It was in a holster?

3    A.  It was.

4    Q.  And he actually told you about that weapon when you

5    arrested him?

6    A.  He did, yes.

7    Q.  And Mr. McAbee makes holsters; correct?

8    A.  I don't recall if he said he makes them, but he does travel

9    around to gun shows, I believe throughout the southeast,

10   selling them.  So, yeah, he was involved in a business involved

11   in the sale of holsters.

12   Q.  And that concealed holster would have otherwise made it

13   difficult for you to find a firearm on him?

14   A.  I believe we would have found it.  There was an attachment

15   to his belt, but when we searched him, we would have located

16   it.

17   Q.  In terms of concealed holsters, though, you would say this

18   was actually a decent model?

19   A.  Yes, it was.

20   Q.  In your review of all of the evidence in this case,

21   including the text messages, video footage, still images, and

22   talking to Mr. McAbee, no evidence that he brought a firearm

23   with him to January 6th?

24   A.  No.  No.  The only thing related to a firearm would have

25   been the text message from Mr. Roberts to Mr. McAbee.  He never

1    discussed the firearm.

2    Q.  And --

3    A.  Colton McAbee never discussed the firearm.

4    Q.  Right.  And, in fact, police did not seize into evidence in

5    this case any of the firearms that he had?

6    A.  No.  He had one pistol on his person that you previously

7    mentioned, and then an associate of his had left another

8    semiautomatic pistol underneath the passenger seat of his

9    vehicle.  Those were both returned to his residence and

10   unloaded and left within the residence.

11   Q.  Now, I want to talk about some of the government's exhibits

12   that were played.

13           MR. SCHIFFELBEIN:  Ms. Rouhi, if you're able to pull

14   up Government's 403.  You can go to 1:25.

15       This has already been admitted into evidence.

16   BY MR. SCHIFFELBEIN:

17   Q.  Officer [sic], we're -- you're seeing on your screen right

18   now time stamp 1:25 of Government's 403; correct?

19   A.  Correct.

20   Q.  And you testified before this was --

21   A.  Of the video, not the time of day.

22   Q.  I'm sorry.  Correct.  Thank you for making that clear.

23       This is when the crowd is on the lower West Front of the

24   Capitol; correct?

25   A.  Correct.

1    Q.  And this is, obviously, past these initial barriers that

2    were trying to indicate the restricted area?

3    A.  Yes.

4           MR. SCHIFFELBEIN:  Okay.  And, Ms. Rouhi, if you can

5    play it for 6 seconds.

6    BY MR. SCHIFFELBEIN:

7    Q.  Just while the government is helpfully helping me, in that

8    brief period of time --

9    A.  Yes.

10   Q.  -- there's the crowd near the police line; correct?

11   A.  Yes, there is a crowd near the police line.

12   Q.  And Mr. McAbee is, in fact, fairly close to that police

13   line as well; correct?

14   A.  Yes, within, I would say, 10 to 15 feet, roughly.

15   Q.  At this point, do you see any tear gas going off in the

16   air?

17   A.  In a still image like that it's not plain -- it's very hard

18   to see.

19   Q.  Sure.  When --

20          MR. SCHIFFELBEIN:  Why don't we play it again for

21   about 6 seconds.

22          (An audio-visual recording was played.)

23   BY MR. SCHIFFELBEIN:

24   Q.  You heard this loud beep; correct?

25   A.  Yes.

1    Q.  That's the LRAD?

2    A.  That's my understanding, yes.

3    Q.  Okay.  And at that point, the LRAD is just emitting a loud

4    high-pitched noise; correct?

5    A.  There's that.  And then there's also -- police are on a

6    loudspeaker, as well, making an announcement.

7    Q.  Right.  And if --

8            MR. SCHIFFELBEIN:  Why don't we play this, then, for

9    another 20 seconds.

10           (An audio-visual recording was played.)

11   BY MR. SCHIFFELBEIN:

12   Q.  Again, Special Agent, we heard these loud beeps from the

13   LRAD; correct?

14   A.  Correct.

15   Q.  And there are audible noises of people on loudspeakers;

16   correct?

17   A.  That's correct.

18   Q.  And to your knowledge, those are probably police officers?

19   A.  Yes.

20   Q.  Could you identify from listening to this video what they

21   were saying?

22   A.  No, I could not understand.

23   Q.  Part of what the LRAD does, in addition to emitting these

24   loud noises, is it plays a message; correct?

25   A.  I don't know if that's -- message is played automatically

ACKER - CROSS

1    or if that message is provided by the police officer who is

2    operating it.

3    Q.  The message --

4    A.  I would assume they can do both.

5    Q.  The message is this is an unlawful assembly, please

6    disperse; correct?

7    A.  It's a message along those lines.  I don't know the

8    specific verbiage.

9    Q.  And at some point that message did, in fact, go off several

10   times during January 6th; correct?

11   A.  Yes.

12   Q.  You didn't hear it in this particular clip, though;

13   correct?

14   A.  I can hear a message, but what that specific verbiage is,

15   no, I cannot.

16   Q.  And you don't know what any particular person in the crowd

17   would have been able to hear as well; correct?

18   A.  I was not present in the crowd that day, no.

19   Q.  From this video, you're not able to tell what any

20   particular person in the crowd is able to hear; correct?

21   A.  I don't know that I could testify to what a person in the

22   crowd could hear.

23   Q.  So the answer is no, you don't know what they would have

24   heard?

25   A.  I do not know.

1    Q.  Okay.  Now, at this point in the day, you're aware that the

2    rally at the White House had concluded; correct -- or here's --

3    I'll strike that.

4         You're aware that the President, Donald Trump, had

5    finished speaking; correct?

6    A.  From my understanding of the events, is that at the

7    conclusion of his speech around the Ellipse, that the crowd

8    moved from that area down to the West Lawn of the Capitol.

9    Q.  And in part because Trump said go to the Capitol?

10   A.  I've not listened to the speech in its entirety to say that

11   definitively.  I believe that's probably been reported in the

12   news, but.

13   Q.  You've been --

14             MS. KEARNEY:  Can we approach?

15             THE COURT:  You may.

16             (Bench conference on the record.)

17             MS. KEARNEY:  I just wanted to make sure that you're

18   not asserting a --

19             MR. SCHIFFELBEIN:  No.

20             THE COURT:  That you're not what?

21             MS. KEARNEY:  Asserting a public authority defense.

22             MR. SCHIFFELBEIN:  No.  No.  There is -- we'll have a

23   *mens rea* defense, but not a public authority.  I don't think we

24   can sustain public authority.  We didn't notice it.

25             (Proceedings held in open court.)

```
 1    BY MR. SCHIFFELBEIN:
 2    Q.  I just want to make sure I know where we're at.  I had
 3    asked you if Trump had said go to the Capitol, and you said
 4    you're not sure?
 5    A.  I had not listened to the entirety of the speech.
 6    Q.  Sure.  Did you listen to parts of the speech?
 7    A.  Parts, yes.
 8    Q.  And did you listen to the part where Trump said go to the
 9    Capitol?
10    A.  I don't recall.
11    Q.  Okay.
12    A.  I do recall that that has been reported in the news.
13    Q.  And this would be after Trump said go to the Capitol;
14    correct?
15    A.  That was after the conclusion of his speech.
16    Q.  Right.  So this would be after the conclusion of his
17    speech?
18    A.  This is, yes.
19    Q.  Okay.  Thank you.
20              MR. SCHIFFELBEIN:  Can we play it for another
21    30 seconds.
22              (An audio-visual recording was played.)
23    BY MR. SCHIFFELBEIN:
24    Q.  All right.  Now, at this point you can actually see people
25    in the crowd deploying spray against officers; correct?
```

1    A.  I can see on the left side of the screen, yes.  That was

2    the appearance.

3    Q.  This is -- in terms of January 6th, at least this image

4    we've seen, the crowd is engaging in violence; correct?

5    A.  There are people that are -- that you can see are throwing

6    things and --

7    Q.  But in terms of other images and video footage we've seen,

8    the crowd at this point appears less violent?

9    A.  As compared to approximately 4:25 to 4:30 p.m. at the

10   tunnel?

11   Q.  Correct.

12   A.  Yes.

13   Q.  And in your review of all of the video footage in this

14   case, one of the things you would look for is whether there's

15   evidence of a suspect or a defendant engaging with police to

16   break a line; correct?

17   A.  Yes, we would want to have a good time line of, you know,

18   the entirety of his activities on that day.

19   Q.  And you're aware that -- sometime after this video, the

20   line at the West Front does break; correct?

21   A.  Yes.

22   Q.  Mr. McAbee is not at the front of that line engaging with

23   police?

24   A.  No, he's not.

25   Q.  Mr. McAbee is not spraying police officers at the West

ACKER - CROSS

1    Front line?

2    A.  No.

3    Q.  Mr. McAbee is not throwing objects at the police officers

4    at the West Front line?

5    A.  No.

6            MR. SCHIFFELBEIN:  Now, if we can go to Government's

7    404 and play it.  And if we can play it until 36 seconds.

8            (An audio-visual recording was played.)

9    BY MR. SCHIFFELBEIN:

10   Q.  All right.  And we see Mr. McAbee here; correct?

11   A.  Yes; that's correct, on the right side of the screen.

12   Q.  Fairly close to that police line; correct?

13   A.  I would say yes.

14   Q.  And, again, Mr. McAbee doesn't advance toward that police

15   line?

16   A.  In this video, no, he does not.

17   Q.  And in no video does Mr. McAbee engage with the police on

18   the lower West Front terrace?

19   A.  Not that I'm aware of, no.

20   Q.  And the government and you have reviewed thousands of

21   videos of what happened that day; correct?

22   A.  The government has reviewed thousands of videos.  I could

23   not give you an estimate on how many videos I have seen, but on

24   the lower lawn area, I do not see Mr. McAbee engaged in

25   violence.

1    Q.  And the government, as a whole, conducting this

2    investigation, has a way to sort of label particular videos;

3    correct?

4    A.  Yes.

5    Q.  To identify if they show a suspect; correct?

6    A.  Correct.

7    Q.  To identify if they show a suspect committing a crime;

8    correct?

9    A.  Yes.

10   Q.  And there are no videos identified by anybody in the

11   government that show Mr. McAbee committing a crime at the lower

12   West Front terrace; correct?

13   A.  Not that I'm aware of, no.

14           MR. SCHIFFELBEIN:  Now, if we can go to Government's

15   407 at 1 minute and 7 seconds.  All right.  And if we can play

16   this until 1 minute and 18 seconds.

17   BY MR. SCHIFFELBEIN:

18   Q.  And I want to see, Special Agent, if you can identify

19   Mr. McAbee in this video.

20   A.  Okay.

21           (An audio-visual recording was played.)

22   A.  Yes, I see him.

23   BY MR. SCHIFFELBEIN:

24   Q.  And Mr. McAbee is actually facing the video camera;

25   correct?

1    A.   At this moment in the video where it's paused, yes, he is.

2    Q.   And at the top we can see, sort of, police shields being

3    passed into the crowd; correct?

4    A.   Yes, the crowd has their hands on shields.

5    Q.   And at various times during January 6th, members of the

6    crowd obtained police shields; correct?

7    A.   That's correct.

8    Q.   And members of the crowd obtained police shields and used

9    them as weapons?

10   A.   That's correct.

11   Q.   And also used them as barriers against law enforcement;

12   correct?

13   A.   They used them against law enforcement.

14   Q.   And in all of your review of the video footage and the

15   still images in this case, there's no evidence that Mr. McAbee

16   ever touched a police shield?

17   A.   No.

18   Q.   Now, we also see -- did you see in this video a larger

19   canister of pepper spray?

20   A.   Yes.  It is in the vicinity of the shields.

21   Q.   And that larger canister of pepper spray is a law

22   enforcement-issued weapon; correct?

23   A.   That's my understanding.

24   Q.   And at various times on January 6th, members of the crowd

25   picked up pepper spray containers that were issued to law

1    enforcement; correct?

2    A.  That's my understanding.

3    Q.  Used them against law enforcement; correct?

4    A.  Yes.

5    Q.  Picked them up and sprayed them at law enforcement;

6    correct?

7    A.  Yes, that's my understanding.

8    Q.  And also threw them at law enforcement; correct?

9    A.  There were very -- a good number of items that were thrown

10   at law enforcement.

11   Q.  And in your review of all of the video footage in this case

12   and all of the still images, no evidence that Mr. McAbee ever

13   picked up a pepper spray container; correct?

14   A.  No, I don't know of a time that he picked up a pepper spray

15   container.

16   Q.  And no evidence that he brought a pepper spray container

17   with him; correct?

18   A.  That's correct.

19   Q.  And no evidence that he ever deployed pepper spray toward

20   law enforcement; correct?

21   A.  That's correct.

22   Q.  And at that point Mr. McAbee is not, sort of -- strike

23   that.

24        There is a large, congested group of people immediately

25   below the tunnel; correct?

1    A.  Below the tunnel and, you know -- that entire stairwell is

2    pretty congested.

3    Q.  And at this point in time, members of this riot are,

4    essentially, heaving against the police line; correct?

5    A.  That's correct.

6    Q.  And there's a continuous heave against the police line in

7    the lower west tunnel; correct?

8    A.  I don't know the length of time, but --

9    Q.  Over an extended period of time; correct?

10   A.  I can agree with that.

11   Q.  And you can hear people shouting heave-ho at various points

12   in these videos; correct?

13   A.  That's correct.

14   Q.  Mr. McAbee at no time heaves against the police line;

15   correct?

16   A.  You can see him move, but not in a motion that -- that I

17   would say is the same as the people in that area that I've

18   circled.

19   Q.  And at one point shortly before this -- and one point in

20   time, Mr. McAbee is sort of in the crowd almost directly below

21   the lower west terrace tunnel; correct?  Some distance away,

22   but below that tunnel?

23   A.  Could you repeat that, please.

24   Q.  At some point in time, sort of before what we're seeing

25   here, Mr. McAbee is, obviously, farther out in the crowd away

1    from the Capitol?

2    A.  Yes.  Yes.

3    Q.  And he's actually at some point below the lower west

4    terrace tunnel; correct?

5    A.  And to clarify, you're referring to -- yes.

6    Q.  That tunnel.  Okay.

7        And when Mr. McAbee gets to the front, he actually goes

8    up along the right side; correct?

9    A.  That's correct.

10   Q.  Doesn't go up through the middle?

11   A.  No.

12       MR. SCHIFFELBEIN:  Now, if we can pull up

13   Government's 408 and go to 28:45.  And if we can play it until

14   about 28:55.

15       (An audio-visual recording was played.)

16   BY MR. SCHIFFELBEIN:

17   Q.  All right.  Now, we saw Mr. McAbee in the top right-hand

18   corner; correct?

19   A.  Correct.

20   Q.  And as you testified before, he actually kind of hops the

21   fence a little bit?

22   A.  Right.  There's a railing there that he eventually -- I

23   believe at this time he is either close to getting over it or

24   standing right outside of it.

25   Q.  And that is a -- it's a permanent short metal fence right

```
1    outside the Capitol wall; correct?

2    A.  Correct.

3    Q.  And there's about three or two feet of space between that

4    fence and the Capitol wall; correct?

5    A.  I couldn't tell you the specific amount of space, but it's

6    not real wide.

7    Q.  But there is some space, though, between the Capitol wall

8    and that fence?

9    A.  Correct.

10   Q.  And fair to say there's more protesters toward the crowd

11   than on the other side of that fence; correct?

12   A.  From what you can see here, yes.

13              MR. SCHIFFELBEIN:  All right.  Now I want to -- if we

14   can pull up Government's 425.

15   BY MR. SCHIFFELBEIN:

16   Q.  Officer -- I'm sorry.  Not officer.  Special Agent,

17   Government's 425 depicts, essentially, that fence that

18   Mr. McAbee had sort of hopped over; correct?

19   A.  Yes.  His left hand is grasping the fence right here.

20   Q.  And here -- what this photo shows is, sort of, immediately

21   before Mr. McAbee goes into, sort of, the fray in that lower

22   west terrace tunnel; correct?

23   A.  Yes.

24   Q.  Just -- the amount of space around him, would you say it's

25   a little bit more space than what was -- he was subject to in
```

1    the crowd?

2    A.  That there's more space --

3    Q.  Correct.

4    A.  -- in the rest of the crowd than here?

5        Yes, there is.

6    Q.  And that, sort of, on this side of the fence, toward the

7    building, he might have a little more space to breathe than in

8    the crowd?

9    A.  He has more space now than if he were amongst the other

10   crowd, yes.

11          MR. SCHIFFELBEIN:  Now, if we can pull up

12   Government's 426.

13   BY MR. SCHIFFELBEIN:

14   Q.  This also depicts Mr. McAbee; correct?

15   A.  Correct.

16   Q.  Mr. McAbee just -- can you circle the back of his head.

17   A.  Sure.

18   Q.  And next to Mr. McAbee you can see the face of a woman;

19   correct?

20   A.  Yes.

21   Q.  And can you tell just by her facial expression what her

22   emotion might be?

23   A.  Well, she has goggles on, and she does not -- you know, her

24   eyes are closed.  She's potentially in pain.  If I recall

25   correctly, she had been helped up from the ground.

1    Q.  And Mr. McAbee was somebody who helped her up from the

2    ground; correct?

3    A.  He was standing there, but I believe this individual in

4    front of Mr. McAbee with the red hat and red face was --

5    Q.  Lifting her up?

6    A.  -- the closest to her, lifting her up, yes.

7    Q.  All right.  And this lady that we're talking about actually

8    at some point is -- kind of collapses into Mr. McAbee's arms;

9    correct?

10   A.  I know he has contact with her.  I couldn't say

11   definitively that she collapsed in his arms.

12   Q.  Now, we see an individual with a white, red, and blue

13   baseball cap; correct?

14   A.  Are you referring to the individual at the right side of

15   the tunnel?

16   Q.  Sure, the right side looking at it?

17   A.  Here?

18   Q.  Yes, sir.

19   A.  Okay.

20   Q.  That individual you can see on other video footage actually

21   attacks the police line; correct?

22   A.  As I recall, yes.  This is during the time that the

23   officers in the tunnel were being attacked.

24   Q.  And one of the things you do as a special agent reviewing

25   these cases is to try to find identifiable people to piece

1    together the footage; correct?

2    A.   Correct.

3    Q.   That's because the third-party footage and photographs,

4    they don't have time stamps corresponding to the

5    Capitol Police; correct?

6    A.   No, there's no time stamp on this video.

7    Q.   But you can roughly tell when this is by looking at

8    identifiable aspects of the photograph and comparing them to

9    known video footage; correct?

10   A.   Yes.

11   Q.   And this individual that you've circled with the red,

12   white, and blue baseball cap actually kicks at the line of

13   police; correct?

14   A.   I don't recall his exact actions.

15   Q.   And also uses crutches to attack the police line; correct?

16   A.   I know that crutches were used, but.

17   Q.   Do you see a hockey stick beside this individual?

18   A.   I believe -- it's not entirely clear, but I would think

19   that that would be the hockey stick that you're referring to.

20   Q.   And as you know, various people used hockey sticks against

21   the police line; correct?

22   A.   Here specifically?

23   Q.   And in general.

24   A.   Yes.

25   Q.   And Mr. McAbee never picked up a hockey stick and used it

1    against the police line; correct?

2    A.  No.

3    Q.  At one point Mr. McAbee, though, does pick up a police

4    baton; correct?

5    A.  He does, yes.

6    Q.  And that is immediately before he goes in and makes contact

7    with Officer Wayte; correct?

8    A.  That's correct.

9    Q.  He does not use that police baton on Officer Wayte;

10   correct?

11   A.  No.

12   Q.  In fact, he drops the police baton before he goes and makes

13   contact with Officer Wayte?

14   A.  The video shows him stand up with the baton for a matter of

15   seconds, and then he drops it.

16   Q.  And so the baton is dropped.  And then he advances toward

17   Officer Wayte; correct?

18   A.  Correct.

19   Q.  He does not advance with a baton in his hands?

20   A.  No, he does not.

21        MR. SCHIFFELBEIN:  Now, if we can pull up

22   Government's 414, please.  And naturally --

23        We'll move on in a moment.  We'll go back to 414,

24   actually.

25        If we can pull up 419 right now.

 1          Judge, to log in to box.com I have to get a text message

 2    authentication, so I'm going to grab my phone real quick.

 3          And this is a short video clip.  Can you just play it,

 4    Ms. Rouhi.  With audio.

 5              (An audio-visual recording was played.)

 6    BY MR. SCHIFFELBEIN:

 7    Q.  All right.  Now, this is a video that shows, obviously,

 8    violence at the Capitol; correct?

 9    A.  Correct.

10    Q.  It is a video that the government admitted into evidence;

11    correct?

12    A.  Yes.

13    Q.  And it's a video that has audio sort of superimposed over

14    it; correct?

15    A.  You mean audio as it's recording, not necessarily the

16    audio of --

17    Q.  Did you hear --

18    A.  -- what it captures?

19    Q.  -- Trump's voice in that clip?

20    A.  No, I didn't hear that.

21              MR. SCHIFFELBEIN:  All right.  Why don't we play it

22    again.

23              (An audio-visual recording was played.)

24    BY MR. SCHIFFELBEIN:

25    Q.  Did you hear Trump saying stuff in that video?

ACKER - CROSS

1    A.  Yes, I heard a voice that sounded like --

2    Q.  Obviously, Trump is not at the Capitol?

3    A.  Correct.

4    Q.  Fair to say that some people have potentially added audio

5    into the footage?

6    A.  That would be -- that would appear to be correct.

7    Q.  All right.  In the review of Mr. McAbee's cell phone, no

8    videos or anything like that where he has sort of tried to add

9    audio or anything to footage; correct?

10   A.  Not that I recall, no.

11   Q.  And in this -- the video that we just played might appear

12   to be sort of defending the violent conduct; correct?

13   A.  That's possible.

14   Q.  And no videos like that were found on Mr. McAbee's phone?

15   A.  No.

16        MR. SCHIFFELBEIN:  Now, I have 414.  Sadly, I'm

17   playing it on Wi-Fi, so it should work, but it might --

18        We'll move to the next one then.  Government's 413,

19   please.  And this is about 2 minutes and 40 seconds.  We're

20   going to play for about a minute and 30 seconds.

21        (An audio-visual recording was played.)

22   BY MR. SCHIFFELBEIN:

23   Q.  Special Agent, you see sort of in the right-hand side of

24   this video is that spot where Mr. McAbee is generally standing;

25   correct?

1    A.  Correct.

2    Q.  And you see a number of other, sort of, protesters, and

3    potentially rioters over there as well; correct?

4    A.  Yes.

5    Q.  And you see a person wearing sort of like a bald eagle mask

6    as well -- correct? -- or an eagle hat?

7    A.  Are you referring to this?

8    Q.  Yes.

9    A.  I see that.  I see where you're looking.

10   Q.  That person's outfit is fairly distinct among all of the

11   outfits on January 6th; correct?

12   A.  It's -- it's difficult to see.

13   Q.  One of the things you could do is use that person's outfit

14   to sort of time piece together this video and other video

15   footage; correct?

16   A.  Correct.

17   Q.  Because at some points where Mr. McAbee immediately --

18   before he goes to assist -- or to make contact with

19   Officer Wayte, you see this individual with the flag and eagle

20   mask; correct?

21   A.  You'd have to play the video --

22   Q.  That's fine.

23   A.  -- for me to confirm that it's at the exact same time.

24   Q.  And at this point, people on this right-hand side, some of

25   them are looking down on the ground; correct?

1    A.  Yes.

2    Q.  And we do know at some point there's a lady who is helped

3    up to her feet; correct?

4    A.  From that area, yes.

5            MR. SCHIFFELBEIN:  And if we can play it again -- or

6    not again.  Continue.

7            (An audio-visual recording was played.)

8    BY MR. SCHIFFELBEIN:

9    Q.  You see, obviously, an individual who's using crutches

10   against the police line; correct?

11   A.  Correct.

12   Q.  And, sort of -- also one of the things we saw in the upper

13   right corner -- and correct me if I'm wrong -- is what appeared

14   to be that lady on her feet; correct?

15   A.  Yes.

16   Q.  Okay.  So fair to say this is roughly at the time some of

17   those photographs were taken as well?

18   A.  Correct.

19   Q.  And Mr. McAbee at this point is not assisting this

20   individual to use the crutch against the police line;

21   correct?

22   A.  That is correct.

23           MR. SCHIFFELBEIN:  And if we can just play it for

24   just another 30 seconds.

25           (An audio-visual recording was played.)

```
 1    BY MR. SCHIFFELBEIN:

 2    Q.  All right.  We see Mr. McAbee, obviously now there;

 3    correct?

 4    A.  Correct.

 5    Q.  We saw him with the baton in his hand; correct?

 6    A.  Yes.

 7    Q.  And then, obviously, he dropped the baton; correct?

 8    A.  Correct.

 9            MR. SCHIFFELBEIN:  If we can play it for 10 more

10    seconds.

11            (An audio-visual recording was played.)

12    BY MR. SCHIFFELBEIN:

13    Q.  And now at this point, Officer [sic], we're at time stamp

14    1 minute and 50 seconds.

15        Can you identify Mr. McAbee in this video footage?

16    A.  Could you rewind it a few seconds and play it.

17    Q.  Certainly.

18            MR. SCHIFFELBEIN:  If we can play from 1:40 again and

19    go to 1:55.

20            (An audio-visual recording was played.)

21    BY MR. SCHIFFELBEIN:

22    Q.  Did you see Mr. McAbee sort of slide down the stairs?

23    A.  It's difficult to see specifically where he is with the

24    movement, but I would say based on my recollection of the

25    events, that is around the time Mr. McAbee slides down the
```

ACKER - CROSS

 1    steps.

 2    Q.  So what we witnessed was Mr. McAbee drop the baton and sort

 3    of go to where Officer Wayte was; correct?

 4    A.  Yes.

 5    Q.  Right.  And then he is pushed by Officer Moore; correct?

 6    A.  There's an exchange with Officer Moore.

 7    Q.  And Mr. McAbee gives him several open-fisted strikes;

 8    correct?

 9    A.  Correct.

10    Q.  And then Mr. McAbee goes, sort of, back to Officer Wayte;

11    correct?

12    A.  He does, yes.

13    Q.  Can you describe Mr. McAbee's footing, how sure it might

14    have been from this video footage?

15    A.  At the time he was standing at the top of the stairs?

16    Q.  Correct.

17    A.  I know that his -- his stance changed.  So it would be hard

18    to -- without looking at a specific portion of the video to

19    describe it.

20    Q.  Does it appear that at some point he kind of loses his

21    balance?

22    A.  At the time they go down the stairs?

23    Q.  Within this 30 seconds that we've watched, do you ever see

24    Mr. McAbee sort of try to catch his balance with his arms?

25    A.  He's pushed back.

1    Q.  And behind Mr. McAbee is the stairwell; correct?

2    A.  Correct.

3    Q.  Falling backwards onto stairs, not something that people

4    want to have happen to them; correct?

5    A.  No.

6    Q.  Especially into a crowd of angry rioters; correct?

7    A.  Correct.

8    Q.  And Mr. McAbee is, essentially, standing right on top of

9    Officer Wayte; correct?

10    A.  Yes.

11    Q.  I mean, his feet aren't on top of him, but his body is sort

12    of right over top of him; correct?

13    A.  Correct.

14    Q.  Okay.

15            MR. SCHIFFELBEIN:  Did you get 414?  We're going to

16    go to Government's 414.

17    BY MR. SCHIFFELBEIN:

18    Q.  Government's 414 shows sort of this aerial view of the

19    lower west terrace tunnel; correct?

20    A.  Yes.

21    Q.  All right.  And it's about a minute and 30 seconds long?

22    A.  Yes.

23    Q.  All right.  And from your review, Government's 414

24    essentially covers the time where Mr. McAbee is standing on the

25    side of the lower west terrace tunnel, goes to make contact

```
 1   with Officer Wayte, and then slides down the stairs; correct?
 2   A.  It appears to be from that same time.
 3              MR. SCHIFFELBEIN:  If we can play this.
 4              (An audio-visual recording was played.)
 5   BY MR. SCHIFFELBEIN:
 6   Q.  I'm at -- we've stopped it at -- the time stamp on the
 7   video is 32 seconds.
 8          Did you just see Mr. McAbee slide down the stairs?
 9   A.  Yes, I saw him go down the stairs.
10   Q.  And that slide appears to be involuntary movement; correct?
11   A.  From behind Mr. McAbee, you can see video of another
12   individual pulling at Officer Wayte's leg.
13   Q.  And Mr. McAbee is sort of -- essentially, appears to slide
14   down with Officer Wayte; correct?
15   A.  I would say that's correct.
16   Q.  And that slide, again, appears to be from this video
17   footage involuntary on Mr. McAbee's part; correct?
18   A.  From that footage and that angle, yes.
19              MR. SCHIFFELBEIN:  Now, if we can pull up
20   Government's 415.
21          That's fine.  Can we go back to, then, 414.  I'll just
22   go out of order.
23   BY MR. SCHIFFELBEIN:
24   Q.  Now, before we had stopped at 1 minute and -- we had
25   stopped it at 30 seconds -- I'm sorry -- correct?  Here, we'll
```

1    just strike that.

2         The time stamp on it right now is 32 seconds; correct,

3    Special Agent?

4    A.  Correct.

5    Q.  Okay.  Now, Mr. McAbee and Officer Wayte are on the ground

6    for a little under a minute; correct?

7    A.  At what point?  Down the stairs?

8    Q.  Correct.  Thank you for clarifying.

9         Once they're into the crowd.

10   A.  I don't know the exact time frame, but --

11   Q.  Okay.

12   A.  -- I would -- I would not argue that it's less than a

13   minute.

14   Q.  What I want to see if you can focus on, Mr. McAbee and

15   Officer Wayte later on in the video -- we'll just play it so

16   we're not hiding anything -- walking back up the stairs.  Okay?

17        MR. SCHIFFELBEIN:  We can play it to the end, please.

18        (An audio-visual recording was played.)

19   BY MR. SCHIFFELBEIN:

20   Q.  Do you see Mr. McAbee in this photo?

21   A.  Yes, I do.

22   Q.  And do you also see Officer Wayte?

23   A.  Yes, I see what appears to be Officer Wayte's jacket.

24   Q.  Now, just -- I believe everybody else can see, but can you

25   circle Mr. McAbee and Officer Wayte's jacket.

1    A.  That's Mr. McAbee.  That's Officer Wayte's jacket.

2    Q.  Thank you.

3           MR. SCHIFFELBEIN:  Ms. Rouhi, can you just advance

4    frame by frame for 3 seconds.  You can do it fairly quickly.

5           And if you can just play to the end now.  Thank you.

6           (An audio-visual recording was played.)

7    BY MR. SCHIFFELBEIN:

8    Q.  All right.  At the end of that, we saw Mr. McAbee turn to

9    the left of -- if you're facing the tunnel, he turned to the

10   left side; correct?

11   A.  Correct.

12   Q.  And Officer Wayte goes up into the police line; correct?

13   A.  He does, yes.

14   Q.  Mr. McAbee does not engage with Officer Wayte as

15   Officer Wayte is walking up the steps; correct?

16   A.  No.

17   Q.  And you -- in fact, you can see other people grabbing at

18   Officer Wayte; correct?

19   A.  Could you replay the video.

20   Q.  If you didn't see it, that's fine.  The jury will have it.

21           But you did not see Mr. McAbee doing that; correct?

22   A.  Pulling at Mr. -- Officer Wayte at that point in time?

23   Q.  Correct.

24   A.  No.

25   Q.  And at the end Mr. McAbee goes to the left side of that

ACKER - CROSS

1    tunnel; correct?

2    A.  Correct.

3    Q.  And that's where this protester's body was on the ground;

4    correct?

5    A.  Yes.

6    Q.  And he does not go to the police line at that point?

7    A.  I'm sorry?

8    Q.  Mr. McAbee does not advance to the police line at that

9    point; correct?

10   A.  At that point, no.  When he turns to the left, no, he does

11   not.

12   Q.  All right.

13          MR. SCHIFFELBEIN:  I'm going to pull up -- and this

14   does not need to be on the record.  I'm sorry.

15        Ms. Johnson, I'm going to use my computer for a moment.

16        I've pulled up what's been -- this is another file, but

17   it's Officer Wayte's body-worn-camera footage, which is

18   Government's 303.

19   BY MR. SCHIFFELBEIN:

20   Q.  This is Officer Wayte's body-camera footage; correct?

21   A.  It appears to be, yes.

22   Q.  And at the top time stamp on the footage itself -- not the

23   lower left one -- but the upper right one, we see 16:27 and

24   49 seconds; correct?

25   A.  I see that, yes.

1    Q.  Okay.  This person in the middle appears to be Mr. McAbee;

2    correct?

3    A.  Yes.

4    Q.  And this is roughly, to your knowledge, about the time that

5    he assaults Officer Moore; correct?

6    A.  It appears to be underneath the tunnel.

7    Q.  What I'd like you to do, Officer [sic], is just see if you

8    can pay attention to Mr. McAbee's hands for me.  I'm going to

9    advance frame by frame for a little bit.

10                  (A video recording was played.)

11   BY MR. SCHIFFELBEIN:

12   Q.  Right there did you see Officer Moore sort of give a body

13   check to Mr. McAbee?

14   A.  Yes, I see the contact between the officer and Mr. McAbee.

15   Q.  And right following this is where Mr. McAbee assaults

16   Officer Moore; correct?

17   A.  I believe so.

18   Q.  I'm going to advance it a few more frames.

19                  (A video recording was played.)

20                  MR. SCHIFFELBEIN:  I've stopped --

21   A.  Yes.

22                  MR. SCHIFFELBEIN:  The time stamp in the lower left

23   corner is 5:51.

24   BY MR. SCHIFFELBEIN:

25   Q.  And do you see Mr. McAbee's right hand?

1    A.  His right hand, yes.

2    Q.  Can you circle it for me, please.

3    A.  (Witness complying.)

4    Q.  And do you see his fingers outstretched?

5    A.  It's difficult to see.

6    Q.  Do you see what appears to be fingers and a thumb?

7    A.  I can't be certain how his hand is set in that video.

8    Q.  All right.  I'm going to advance a few more frames.

9             (A video recording was played.)

10   BY MR. SCHIFFELBEIN:

11   Q.  Did you see Mr. McAbee's left hand now?

12   A.  I see his left arm is right here.

13   Q.  Let me just back it up.

14        Can you see the shape of his hand at this point, his

15   left hand?

16   A.  It's difficult to tell.

17   Q.  Here can you see Mr. McAbee's thumb on his left hand?

18   A.  I see what appears to be his thumb, yes.

19   Q.  If a thumb is extended, indication potentially of an open

20   hand; correct?

21   A.  Potentially.

22   Q.  And as a law enforcement officer, you're trained in how to

23   give closed-fisted strikes; correct?

24   A.  I wouldn't say that the FBI necessarily does that -- you

25   know, fighting beyond the FBI academy, specifically in a

1    situation like this, because we don't deal with rioters, but.

2    Q.  Right.  But you're trained in basic martial arts; correct?

3    A.  I don't know that I would refer to it as martial arts.

4    More of a -- defensive tactics.

5    Q.  Basic defensive tactics; correct?

6    A.  Correct.

7    Q.  And as part of that, you learn how to throw a punch?

8    A.  We certainly punch one another at the academy.

9    Q.  You would not punch somebody with your thumb extended;

10   correct?

11   A.  No, probably not.

12   Q.  And here do we see Mr. McAbee's right hand?

13   A.  I can see both of his arms, but it's difficult with black

14   on black --

15   Q.  Can you see --

16   A.  -- to determine which hand.

17   Q.  Can you see what appears to also be an extended thumb?

18   A.  I see the area you're referring to, but I couldn't say with

19   any certainty --

20   Q.  Couldn't tell --

21        THE COURT REPORTER:  Hold on.

22   BY MR. SCHIFFELBEIN:

23   Q.  Might be his thumb; is that fair to say?

24   A.  Is that the area you're speaking of?

25   Q.  Yes.

1    A.   That's potentially his thumb, yes.

2    Q.   Okay.  Thank you.

3         And after those two strikes that we observed, Mr. McAbee

4    does not continue to do anything toward Officer Moore; correct?

5    A.   I don't believe so, but if you play the video.

6    Q.   Sure.  What we've been using in this trial is VLC media

7    player; correct?

8    A.   Correct.

9    Q.   And that's a freely available media player; correct?

10   A.   Yes.

11   Q.   Something that allows you to advance frame by frame;

12   correct?

13   A.   Correct.

14   Q.   And, certainly, the FBI is capable of doing that as well;

15   correct?

16   A.   Yes.

17   Q.   Now, as part of your investigation into this case, you also

18   reviewed and listened to the body-camera footage, obviously;

19   correct?

20   A.   Yes.

21   Q.   You listened to it carefully?

22   A.   Yes.

23   Q.   And reviewed it carefully?

24   A.   Yes.

25   Q.   And you also listened and reviewed the body-camera footage

1    when Officer Wayte is on the ground inside the crowd; correct?

2    A.  Yes, I have heard it.

3    Q.  And you can hear Officer Wayte saying, essentially, "Stop.

4    Get off of me"; correct?

5    A.  You would have to play it again right now.

6    Q.  Do you have any recollection of what Officer Wayte says

7    when he's on the ground?

8    A.  I do, but I would rather hear the video before I make a

9    definitive statement on his exact words.

10           MR. SCHIFFELBEIN:  Judge, can we approach just for a

11   moment?

12           THE COURT:  Sure.

13           (Bench conference on the record.)

14           MR. SCHIFFELBEIN:  I have an audio clip.  And it's

15   just the 9 seconds where Officer Wayte is on the ground and

16   Mr. McAbee is on top of him.  I simply stripped out the video,

17   and if you press equalizer on Windows Media Player you can

18   select an option.  That's all I've done, essentially.  It is

19   from this footage.  I'd like to play it.  I can introduce it

20   through my client.  I think it's fair to play it for the jury

21   to hear because they've already heard it.  There's nothing

22   added to it.

23           MS. KEARNEY:  So Mr. Schiffelbein and I had discussed

24   this prior.  As long as there's an explanation of how this clip

25   is made and kind of how the video is manipulated --

```
 1              MR. SCHIFFELBEIN:  I think that would be necessary

 2      for admission, but I think here I can play it as a

 3      demonstrative.

 4              MS. KEARNEY:  If the representation is that you're

 5      going to admit evidence of how you made it, then no objection,

 6      but if that evidence doesn't come in, I would object.

 7              MR. SCHIFFELBEIN:  Sure.

 8              THE COURT:  Okay.

 9              (Proceedings held in open court.)

10      BY MR. SCHIFFELBEIN:

11      Q.  The FBI also has access to just Windows Media Player as

12      well; correct?

13      A.  Correct.

14      Q.  And Windows Media Player has options where you can open up

15      an equalizer; correct?

16      A.  That's what I see on the screen.

17      Q.  And an equalizer is a way that you can adjust various sound

18      levels; correct?

19      A.  That's what it appears.

20      Q.  Essentially, increase certain frequencies and decrease

21      others; correct?

22      A.  Correct.

23      Q.  Okay.  I'm going to play a clip for you.

24              MR. SCHIFFELBEIN:  And just for the record, I will

25      give this to Ms. Johnson.  I guess this would be Defendant's
```

```
1    102.  And we'll provide it to you.

2    BY MR. SCHIFFELBEIN:

3    Q.  And tell me if you recognize the clip.  All right.  I'm

4    going to play it, and just tell me if you recognize it.

5             (An audio recording was played.)

6    BY MR. SCHIFFELBEIN:

7    Q.  Do you recognize that clip?

8    A.  Could you play it again, please.

9    Q.  Sure.  Let me turn it up.

10            (An audio recording was played.)

11   BY MR. SCHIFFELBEIN:

12   Q.  Do you recognize that clip, Agent?

13   A.  That sounds like Officer Wayte.

14   Q.  And sounds like Officer Wayte saying what?  Can you hear

15   him say something?

16   A.  At the end of it I can hear him say, "Help me up."

17   Q.  Do you ever hear him say, "I know.  I know"?

18   A.  Could you play it again, please.

19   Q.  Sure.

20            (An audio recording was played.)

21   A.  Yes, he says, "I know.  Help me up."

22   BY MR. SCHIFFELBEIN:

23   Q.  And before that he says, "Let go of me, man"; correct?

24   A.  I'm -- I'm not sure about that.  If you could replay it

25   again.
```

ACKER - CROSS

```
 1                MR. SCHIFFELBEIN:  Play it again.

 2                (An audio recording was played.)

 3     BY MR. SCHIFFELBEIN:

 4     Q.  Do you hear him say, "Let go of me, man"?

 5     A.  I can hear him say something.  It's possible that that's

 6     what he says, is "Let go of me, man."

 7     Q.  And then Officer Wayte, again, says, "I know.  I know.

 8     Help me up"; correct?

 9     A.  Correct.

10     Q.  Do you hear the voice in between those two statements from

11     Officer Wayte?

12     A.  No.

13     Q.  You can't hear a voice at all?

14     A.  I hear a lot of chaos around it.  Officer Wayte's voice --

15     obviously, his mouth is closer to the body camera.

16     Q.  All right.  You can't hear any other words from this audio?

17     A.  Would you play it again.

18     Q.  Sure.

19                (An audio recording was played.)

20     A.  I hear a lot of noise that goes on.  It sounds like

21     something is said.

22     BY MR. SCHIFFELBEIN:

23     Q.  You can't hear "I'm trying to help you, man"?

24     A.  I can't be certain that that's what's said.

25     Q.  Okay.  Is it consistent with what you hear?
```

1    A.  Well, when you say that, I start listening for that, and

2    then I would not say exactly that's what is said.  But if

3    you'll play it one more time, I would be happy to listen to it

4    again.

5            (An audio recording was played.)

6    A.  Again, my focus is -- was on what Officer Wayte was saying.

7    BY MR. SCHIFFELBEIN:

8    Q.  Now, your focus was on what Officer Wayte was saying

9    because he is, obviously, the victim of a crime here; correct?

10   A.  Correct.

11   Q.  And you're investigating an assault on Officer Wayte?

12   A.  Correct.

13   Q.  Now, at this point, Officer Wayte is in the crowd; correct?

14   A.  Yes.

15   Q.  And Mr. McAbee is on top of him; correct?

16   A.  When they slide down the steps after that point in time,

17   yes, Mr. McAbee is on top of Officer Wayte.

18   Q.  And Mr. McAbee, essentially, stays on top of him until

19   Officer Wayte stands up; correct?

20   A.  Yes.

21   Q.  And Officer Wayte is clearly speaking to somebody; correct?

22   A.  Correct.

23   Q.  And to your knowledge, in the entire time that

24   Officer Wayte is on the ground, Mr. McAbee is a constant

25   presence there; correct?

1    A.  Yes.

2    Q.  The person directly in front of him; correct?

3    A.  While he was on top of him.

4    Q.  Correct.

5    A.  Yes.

6    Q.  The person who Officer Wayte is actually facing; correct?

7    A.  Yes.

8    Q.  And the person who is holding on to Officer Wayte; correct?

9    A.  Correct.

10   Q.  As part of your view -- wow.  As part of your review of the

11   evidence in this case, one of the things you looked at was,

12   essentially, what the Vice President was doing while this riot

13   was occurring; correct?

14   A.  Correct.

15   Q.  Because one of the charges here is civil disorder; correct?

16   A.  Yes.

17   Q.  And, essentially, that's -- essentially, engaging in a

18   crime that disrupts an official federally protected function;

19   correct?

20   A.  Yes.

21   Q.  Okay.  Now, Vice President Pence, as far as you know, did

22   not change his location from 4 o'clock to 5 o'clock; correct?

23   A.  I don't know the location of Vice President --

24   Vice President Pence at the specific location, and I would need

25   to review the testimony of the special agent from the

1    Secret Service.

2    Q.  Sure.  As far as you know, the electoral certification did

3    not resume at 5 o'clock; correct?

4    A.  No.  As far as I know, no.

5    Q.  Nobody said, hey, we want to start this back up, and

6    Mr. McAbee is out there, so we can't do that; correct?

7    A.  No.

8    Q.  Now, the FBI has a lot of various tools in order to

9    investigate crimes; correct?

10   A.  Yes.

11   Q.  And you can send out files for expert review as well;

12   correct?

13   A.  We can send them out for a variety of different technical

14   enhancements, I would say.

15   Q.  There are various people who work at the FBI who are

16   forensic video analysts; correct?

17   A.  We have an audio and visual unit that does enhancements.

18   Q.  And one of the things that the audio and visual

19   enhancements can do is sort of isolate sound; correct?

20   A.  Potentially.

21   Q.  They have more specialized tools than Windows Media Player;

22   correct?

23   A.  I don't know the -- the exact tools that they have.

24   Q.  Certainly.

25   A.  But, certainly, they would have tools.

1    Q.  Probably tools that you might actually have to purchase and

2    not just that come free on a PC?

3    A.  Again, I don't -- I don't know where that particular unit

4    would get those tools.

5    Q.  And in investigating this case, you knew that Officer Wayte

6    was on the ground in the crowd for a period of time; correct?

7    A.  Correct.

8    Q.  You knew that he was saying things while he was on the

9    ground; correct?

10   A.  Correct.

11   Q.  You did not send out this file or any file in this case for

12   analysis by a forensic video analyst; correct?

13   A.  No, I did not.

14          MR. SCHIFFELBEIN:  Okay.  Thank you.

15      No other questions, Your Honor.

16          THE COURT:  Thank you.

17                    REDIRECT EXAMINATION

18   BY MS. KEARNEY:

19   Q.  Is it still morning?  Yes.  Good morning.

20   A.  Yes.  Good morning.

21   Q.  Mr. Schiffelbein was asking you on cross about evidence of

22   planning to attack police officers.  Do you remember that?

23   A.  I do.

24   Q.  He was also asking about evidence of planning to interfere

25   with the government.  Do you remember that?

1  A.  Yes.

2  Q.  Okay.  We talked yesterday about that III percent patch.

3  Could you remind us kind of what that ideology is.

4  A.  It's, in short terms, roughly, an anti-government ideology

5  that draws from the Revolutionary era of the insinuation that

6  only 3 percent of the colonists fought against the British

7  during the Revolution.

8  Q.  And a violent Revolution?

9  A.  Correct.

10  Q.  Okay.  And that patch that Mr. McAbee was wearing was

11  affixed to what?

12  A.  That was attached to his tactical vest.

13  Q.  And a tactical vest is meant to do what?

14  A.  Provide protection against gunfire.

15  Q.  Mr. Schiffelbein also asked you about that tire puncture --

16  T-handle tire puncture tool.  Do you remember that?

17  A.  I do.

18  Q.  And we read about that in Mr. McAbee's text messages;

19  right?

20  A.  We did, yes.

21  Q.  Okay.  And when did you review those text messages for the

22  first time, approximately?

23  A.  Late August of 2021.

24  Q.  And when did you seize Mr. McAbee's cell phone?

25  A.  August 17th, 2021.

1    Q.  All right.  When did you obtain the warrant to search

2    Mr. McAbee's residence?  Was it prior to August 17th, 2021?

3    A.  Yes, it was.

4    Q.  So when you obtained that warrant, did you know about that

5    text with the T-handle tire puncture?

6    A.  I did not.

7    Q.  And so was the FBI looking for that tool?

8    A.  No.

9    Q.  Did they have authorization to take that tool?

10   A.  No.

11   Q.  Mr. Schiffelbein also showed you the government exhibits of

12   Mr. McAbee on the west plaza.  Do you remember those?

13   A.  I do.

14   Q.  We were talking about the LRAD?

15   A.  Yes.

16   Q.  And you can see the line of officers?

17   A.  Correct.

18   Q.  Mr. Schiffelbein asked you if it was a crime to be on the

19   west plaza.  Do you remember that?

20   A.  Yes.

21   Q.  Do you remember the testimony of Captain Mendoza about the

22   restricted perimeter?

23   A.  I do recall the restricted perimeter.

24   Q.  And is that area that Mr. McAbee was in beyond that

25   restricted perimeter?

1    A.  Yes, it would be.

2    Q.  Is it a crime to be beyond that restricted perimeter?

3    A.  Yes.

4    Q.  Mr. Schiffelbein also asked you about when Mr. McAbee

5    climbs over the railing near the tunnel.  Do you remember that?

6    A.  I do.

7    Q.  He said would there be more space up there.  Do you

8    remember that?

9    A.  Yes, I do.

10   Q.  Okay.  Would there also be more space not in that crowd?

11   A.  Correct.  Yes.

12   Q.  And Mr. Schiffelbein also asked you about Mr. McAbee on the

13   steps.  He pointed out the steps were behind Mr. McAbee; right?

14   A.  That's correct.

15   Q.  And he asked you whether Mr. McAbee might want to avoid

16   falling backwards into the crowd?

17   A.  Yes.

18   Q.  He said because that's not a good thing to do; right?

19   A.  No.

20   Q.  Would being dragged headfirst into the crowd be a safe

21   thing to do?

22   A.  No.

23   Q.  Would being dragged feetfirst into the crowd be a safe

24   thing to do?

25   A.  No.

1          MS. KEARNEY:  No further questions.

2          THE COURT:  Thank you.

3        Thank you.

4          THE WITNESS:  Thank you.

5          (Witness excused.)

6          MS. KEARNEY:  Your Honor, at this time the government

7    is going to offer Exhibits 702, 703, and 704 pursuant to

8    Rule 902(11) and Government Exhibit 705 pursuant to 902(5).

9          MR. SCHIFFELBEIN:  No objection.

10          THE COURT:  They're admitted.

11          (Government Exhibit 702 through 705 admitted into

12    evidence.)

13          MS. KEARNEY:  And, Your Honor, may we have a brief

14    moment?

15          THE COURT:  Sure.

16          (Bench conference on the record.)

17          MS. KEARNEY:  Your Honor, at this point the

18    government intends to rest, but we're hoping we could take a

19    break to make sure we're all on the same page about exhibits,

20    and perhaps rest when we come back from a break.

21          THE COURT:  Okay.  How long of a break?

22          MR. SCHIFFELBEIN:  Well, I guess here's a question.

23    We would need to do at least a quick -- make a record of an

24    MJOA.  So I don't know what the Court --

25          THE COURT:  I thought you said you wanted to do kind

```
1        of a placeholder and argue it --

2                 MR. SCHIFFELBEIN:  I do, but that will take

3        five minutes or so.

4                 THE COURT:  Okay.

5                 MS. KEARNEY:  So we can do that when we come back,

6        and we can rest.

7                 MR. SCHIFFELBEIN:  That's fine, yeah.

8                 THE COURT:  All right.  So take 15?

9                 MR. SCHIFFELBEIN:  Fifteen.

10                THE COURT:  Okay.

11                (Proceedings held in open court.)

12                THE COURT:  All right.  We're going to take a

13       15-minute break, our morning break, and then we'll resume.

14                (Proceedings held out of the presence of the jury.)

15                THE COURT:  All right.  You can take your break.  I'm

16       staying here.

17                (Recess taken.)

18                THE COURT:  All right.  Are we ready?

19            Mr. Schiffelbein, the marshals put a chair there for his

20       testimony.  Are you going to have an objection to that?

21                MR. SCHIFFELBEIN:  If it's what they need to do.

22                THE COURT:  I agree with that.  But if you want to

23       put an objection on the record, I'm --

24                MR. SCHIFFELBEIN:  No.

25                THE COURT:  No.
```

```
 1                 (Proceedings held in the presence of the jury.)

 2                 THE COURT:  All right.  Welcome back.  Have a seat,

 3      please.

 4                 MS. KEARNEY:  Your Honor, the government rests.

 5                 THE COURT:  Mr. Schiffelbein, I know you wanted to

 6      place a placeholder on what we discussed.  So that'll be in

 7      place.  So why don't you call your first witness.

 8                 MR. SCHIFFELBEIN:  Thank you, Your Honor.

 9           The gov- -- oh, wow.  The defense calls Mr. Sajumon to

10      the stand.

11                 THE COURTROOM DEPUTY:  Good morning, sir.  Can you

12      please step into the box.  Raise your right hand.

13                 (Oath administered.)

14                 THE WITNESS:  I do.

15                 THE COURTROOM DEPUTY:  Thank you.

16                 THE COURT:  Good afternoon.

17                 THE WITNESS:  Afternoon, sir.

18                             DIRECT EXAMINATION

19      BY MR. SCHIFFELBEIN:

20      Q.  Good morning, sir.  Can you please introduce yourself to

21      the jury and spell your last name for the court reporter.

22      A.  Good morning.  I'm Deputy Sajumon, S-a-j-u-m-o-n.

23      Q.  And where are you currently employed?

24      A.  I work for the Loudoun County Sheriff's Office.

25      Q.  And were you employed at the Metropolitan Police Department
```

1    on January 6th of 2021?

2    A.  Yes.

3    Q.  When did you move to Loudoun County?

4    A.  I left around November of, like, 2022.

5    Q.  And how long have you been in law enforcement overall?

6    A.  About to be five years in November.

7    Q.  And so how long were you in law enforcement on January 6th,

8    2021?

9    A.  Three years, approximately.

10   Q.  When you were on -- were you on duty on January 6th?

11   A.  Yes, sir.

12   Q.  And what was your, sort of, beat?

13   A.  I'm sorry?

14   Q.  What was your beat?  What was your --

15   A.  I worked in the Sixth District, which is the southeast part

16   of Washington, D.C.

17   Q.  And what was your shift?

18   A.  I worked evening shift, which was -- from what I remember,

19   it was 1:00 p.m. to 11:00 p.m., or 12:00 a.m.

20   Q.  And you responded to the Capitol; correct?

21   A.  Yes, sir.

22   Q.  And who did you respond with?

23   A.  My coworkers, Metropolitan Police Department.

24   Q.  And you responded because there was, essentially, a riot at

25   the Capitol?

1    A.  Yes, sir.

2    Q.  Okay.  And when you got there, do you remember going to a

3    place that is often referred to as the tunnel?

4    A.  Yes, sir.

5    Q.  Okay.  And did you wear a body-worn camera?

6    A.  Yes, sir.

7    Q.  And the purpose of a body-worn camera is sort of to capture

8    generally what is going on; correct?

9    A.  Yes, sir.

10   Q.  Doesn't have a perfect field of view, though; right?

11   A.  No, sir.

12   Q.  Does it also have a microphone?

13   A.  Yes, sir.

14   Q.  And what does the microphone capture?

15   A.  Majority of the stuff that's happening in front of you

16   audio-wise.

17   Q.  And do you recall being at the front of the line in the

18   lower west tunnel?

19   A.  Yes, sir.

20   Q.  And do you how long you were there?

21   A.  No, sir; I do not.

22   Q.  Okay.  Do you remember at any point seeing an individual

23   with a -- a protective vest and the word -- sheriff's patch on

24   it?

25   A.  Yes, sir.

1    Q.  Was that fairly soon after you arrived at the front of the

2    line?

3    A.  Yes, sir.

4    Q.  I have pulled up -- this is a different file, but the

5    body-camera footage of Officer Sajumon, and I will provide --

6    sadly, this will be Defense 103.  And I'm only going to play

7    the first, essentially, I think, 13 minutes of it.

8            THE COURTROOM DEPUTY:  Is this part of the

9    government's exhibits?

10           MR. SCHIFFELBEIN:  It's a government exhibit, but the

11   government's exhibit shuts off after 5 minutes, and we're going

12   to play until a little bit after that.

13       The government has admitted the first five minutes, and

14   they don't object to displaying this.

15           MS. KEARNEY:  No, we don't object as long as -- we

16   don't object as long as the times that are being entered are

17   made clear.

18           MR. SCHIFFELBEIN:  Right.

19       And I will stop the video, truncate it, and send you the

20   video.

21           THE COURTROOM DEPUTY:  On a flash drive?

22           MR. SCHIFFELBEIN:  On a flash drive, if you have one,

23   maybe.

24   BY MR. SCHIFFELBEIN:

25   Q.  Do you recognize this body-camera footage, Officer?

SAJUMON - DIRECT

1    A.  Yes, sir.

2    Q.  Do you recognize this to be your body-camera footage?

3    A.  Yes, sir.

4    Q.  And, roughly, what time is it on the footage?

5    A.  It's 16:22 Zulu time.

6    Q.  So that's about 4:22?

7    A.  I don't know the exact conversion between Zulu time.

8    Q.  After this -- this is where you're suiting up, though;

9    correct?

10   A.  Yes, sir.

11   Q.  And you're going to the front; correct?

12   A.  Yes, sir.

13   Q.  All right.  Now, I'm going to skip to -- your body-worn

14   camera was recording consistently once you activated it,

15   though; correct?

16   A.  Yes, sir.

17   Q.  And you were wearing it when you were on the front of the

18   line?

19   A.  Yes, sir.

20   Q.  Okay.  What I want to do is to play, essentially,

21   10 minutes of this.  Okay?  And I want to ask you some

22   questions about it afterwards.  Okay?

23           (An audio-visual recording was played.)

24           MR. SCHIFFELBEIN:  I paused this at about 3 minutes

25   and 33 seconds.

1    BY MR. SCHIFFELBEIN:

2    Q.  We see an individual who is not a police officer sort of in

3    front of you; correct?

4    A.  Yes, sir.

5    Q.  A member of the crowd?

6    A.  I'm sorry?

7    Q.  Was he a member of the protest?

8    A.  Yes, sir.

9    Q.  Could you describe his demeanor?

10   A.  He was acting like he was stuck, at least in this

11   situation, from what I was seeing.

12   Q.  To your memory, were there people who were sort of stuck up

13   against and within the police line?

14   A.  Yes.

15   Q.  Was everybody who was there that day engaging in violence?

16   A.  I'm sorry.  Can you repeat that.

17   Q.  Was everybody who was there that day -- not law

18   enforcement -- everybody else.  Was everybody --

19   A.  Not everybody.

20   Q.  There were some people who were, essentially, stuck?

21   A.  Yes, sir.

22              (An audio-visual recording was played.)

23              MR. SCHIFFELBEIN:  For the record, I've paused this

24   at 5 minutes and 22 seconds.

25   ///

```
 1    BY MR. SCHIFFELBEIN:

 2    Q.  Officer, at this point, is the crowd, sort of, surging

 3    against the line?

 4    A.  Can you repeat that.

 5    Q.  Sure.  Is the crowd surging against the police line?

 6    A.  Yes, sir.

 7    Q.  Can you describe, sort of, the environment, what -- what it

 8    feels like to you?

 9    A.  What it felt like to me, at the moment, was a bunch of

10    objects coming at me, and I was getting pushed from behind from

11    my fellow coworkers and getting pushed from the front from the

12    individuals that were there.

13    Q.  Was it a tiresome situation?

14    A.  Yes.

15    Q.  Exhausting?

16    A.  Yes, sir.

17    Q.  Would you describe it as chaotic?

18    A.  Yes, sir.

19              (An audio-visual recording was played.)

20    BY MR. SCHIFFELBEIN:

21    Q.  Do we see an individual with the red hat, sort of, come

22    into view?

23    A.  Yes, sir.

24    Q.  Do you recall seeing him at this point in time that day?

25    A.  At this time?
```

1    Q.  Sure.

2    A.  No, I don't recall him at that beginning.

3    Q.  And you haven't -- it's been a while since you've watched

4    this footage; correct?

5    A.  Yes, sir.

6           (An audio-visual recording was played.)

7    BY MR. SCHIFFELBEIN:

8    Q.  Now, can you describe what that man, if you know from your

9    recollection -- what he was doing at this point?

10   A.  From watching the body camera, he was assaulting the

11   officer in front of me.

12   Q.  All right.  Do you know what he was doing with respect to

13   anybody on the ground at this point in time?

14   A.  No, sir.

15   Q.  Are you able to see whether there's a body on the ground

16   sort of in front of the police line?

17   A.  No, sir.

18   Q.  Are you able to see if there's other bodies on the ground?

19   A.  No, sir, not at this time.

20           (An audio-visual recording was played.)

21   BY MR. SCHIFFELBEIN:

22   Q.  Now, we see here -- does it appear that the violence has

23   sort of stopped for a moment?

24   A.  It's paused momentarily, yes.

25   Q.  All right.  There were various surges against the line

```
 1    throughout that day; correct?
 2    A.  Yes, sir.
 3              MR. SCHIFFELBEIN:  I'm going to skip ahead just to
 4    save a little bit of time to 7 minutes and 28 seconds.
 5              (An audio-visual recording was played.)
 6    BY MR. SCHIFFELBEIN:
 7    Q.  Do you see an individual on the right side of the screen
 8    who is yelling at the police?
 9    A.  Are you referring to the individual that's by the --
10    Q.  Do you see somebody by a flag?
11    A.  Yes, sir.
12    Q.  Okay.  Did you hear him yelling something?
13    A.  Yes.
14    Q.  That day, could you tell what he was yelling at you?
15    A.  No.
16    Q.  Were you able to hear it on the video footage?
17    A.  Yes.  But if you replay it, I would remember what he said.
18    Q.  Thank you.
19              (An audio-visual recording was played.)
20    BY MR. SCHIFFELBEIN:
21    Q.  Were you able to hear what he was saying?
22    A.  I can't understand what he's saying.
23    Q.  Did you hear anything about, like, a man down or anything?
24    A.  No, not at that moment.
25    Q.  And at this time you were not paying attention necessarily
```

```
1    to the crowd; is that fair to say?

2    A.  I'm sorry?

3    Q.  I'm sorry.

4         At this point your primary obligation is to stop the

5    violence --

6    A.  Yes, sir.

7    Q.  -- is that what you're saying?

8              (An audio-visual recording was played.)

9    BY MR. SCHIFFELBEIN:

10   Q.  Do you see a body sort of lying on the ground in the bottom

11   right corner of this screen?

12   A.  Yes, sir.

13   Q.  Can you tell if that person is alive or not from this

14   footage?

15   A.  No, I cannot.

16             (An audio-visual recording was played.)

17   BY MR. SCHIFFELBEIN:

18   Q.  Now, next to that person on the ground, do you see an

19   individual with a red baseball cap?

20   A.  Yes, sir.

21   Q.  Okay.  And do you see, sort of, what might be sunglasses on

22   that cap?

23   A.  Yes, sir.

24             (An audio-visual recording was played.)

25   ///
```

```
1    BY MR. SCHIFFELBEIN:

2    Q.  Did you know what, if anything, was -- clearly something,

3    but did you know what was wrong with that person who was in

4    need of medical attention?

5    A.  No, I didn't know exactly what was wrong.

6    Q.  And what were you thinking at the time?

7    A.  Subject was unconscious; and trying to pull that individual

8    back behind our line.

9    Q.  And you are still, obviously -- correct me if I'm wrong --

10   but focused on holding the line; correct?

11   A.  Yes, sir.

12   Q.  Now, I'm only going to play just a few more minutes and

13   I'll pause in between, but we're not going that long.

14              (An audio-visual recording was played.)

15   BY MR. SCHIFFELBEIN:

16   Q.  Did you say something to this individual?

17   A.  I did.

18   Q.  Okay.  What did you say?

19   A.  If you can replay it, I'll tell you the exact.  Please.

20              (An audio-visual recording was played.)

21   A.  I said thank you to him.

22   BY MR. SCHIFFELBEIN:

23   Q.  And why did you say that?

24   A.  In reference to the individual that was on the ground, he

25   helped us -- pulled them up.
```

```
1    Q.  Did it appear to you at this point that this individual was
2    a threat to the police?
3    A.  At that moment, no.
4              (An audio-visual recording was played.)
5    BY MR. SCHIFFELBEIN:
6    Q.  Now, we witness some things being thrown into the line;
7    correct?
8    A.  Yes, sir.
9    Q.  You don't see this person in the red baseball cap throwing
10   anything into the line; correct?
11   A.  No, no.
12   Q.  Can you describe his demeanor at this point.
13   A.  He's just standing there at this point.
14             (An audio-visual recording was played.)
15   BY MR. SCHIFFELBEIN:
16   Q.  Now, we're at 10 minutes and 12 seconds on the camera.
17        What is the crowd doing at this point?
18   A.  They're pushing forward and throwing items.
19   Q.  And what is the individual with the red baseball cap doing?
20   A.  He's still standing there.
21   Q.  Is he pushing forward with the crowd?
22   A.  No, sir.
23             (An audio-visual recording was played.)
24   BY MR. SCHIFFELBEIN:
25   Q.  And do you say something to this individual?
```

1    A.  Yeah.  I said, "I got you."

2    Q.  And why did you say that?

3    A.  Based on his demeanor of hunching over and his hand over

4    his face, I assumed he was injured or -- and based on what the

5    other individuals said, "That's his wife," I thought he was

6    upset because that was his wife, and she was unconscious.

7    Q.  Did you later learn that that's not his wife?

8    A.  Yes.

9    Q.  And to be fair, the red -- the man -- wow.  The man wearing

10   the red baseball cap never said, hey, that's my wife?

11   A.  No, sir.

12              (An audio-visual recording was played.)

13   BY MR. SCHIFFELBEIN:

14   Q.  Did you hear that man say something to you?

15   A.  He said something regarding an injury on his shoulder.

16   Q.  And afterwards, did he say anything about where he could or

17   couldn't go?

18   A.  Yeah.  He -- I think he mentioned -- from what I heard, he

19   mentioned something about getting past me to the other side.

20   Q.  Did he say, "I can't go back that way, man"?

21   A.  Yes, sir.

22              (An audio-visual recording was played.)

23   BY MR. SCHIFFELBEIN:

24   Q.  Did you hear him say anything just then?  Not just then,

25   but within the past 20 seconds or so?

1    A.  Yeah.

2    Q.  What did you hear him say?

3    A.  I don't know the exact -- the exact words, but he said

4    something help.

5    Q.  And did you know what he was talking about?

6    A.  No.

7    Q.  Was he -- were you experiencing sort of violence from the

8    crowd at this point?

9    A.  Yes.

10   Q.  To your observations, was he also sort of being pushed by

11   the crowd at this point?

12   A.  Yes, sir.

13            (An audio-visual recording was played.)

14   BY MR. SCHIFFELBEIN:

15   Q.  Where is your left arm at this point, Deputy?

16   A.  I believe it's against the side wall that was there.

17   Q.  Do you see your baton on this still image right now?  It's

18   kind of hard.  It's blurry right now.

19   A.  Yes.

20   Q.  And can you just draw a line on that.

21   A.  Right over here.

22   Q.  Sir, you can actually draw on the screen if you touch it.

23   A.  Oh, really?

24   Q.  Yeah.

25   A.  (Witness complying.)

1    Q.  Thank you.

2              (An audio-visual recording was played.)

3    BY MR. SCHIFFELBEIN:

4    Q.  Did you hear that man say something?

5    A.  Said, "I can't go back there."

6    Q.  And did you hear him say anything after that?

7    A.  Couldn't hear it.  If you want to replay it, please.

8    Q.  Replay it.

9              (An audio-visual recording was played.)

10   BY MR. SCHIFFELBEIN:

11   Q.  Did you hear him say anything after, "I can't go back that

12   way, man"?

13   A.  I believe he said, "Have you seen these?"

14   Q.  And does he finish that sentence?

15   A.  No.  No, sir.

16             (An audio-visual recording was played.)

17   BY MR. SCHIFFELBEIN:

18   Q.  And did you say something just then?

19   A.  I asked him if he needed help, and I told him he needs to

20   go back.

21             (An audio-visual recording was played.)

22   BY MR. SCHIFFELBEIN:

23   Q.  And did you see -- do you see that individual sort of

24   walking into the crowd?

25   A.  Yes, sir.

1    Q.  Can you describe how his body is positioned?

2    A.  He's bent over.  I believe, from what I remember, his hand

3    was on his shoulder area.

4    Q.  And can you describe his demeanor at this point in time?

5    A.  It's quiet.  He was -- didn't really say anything.

6    Slunched over and walking away in what appeared to be a weak

7    position.

8    Q.  And does he appear violent at this point in time?

9    A.  Not at this point, no.

10   Q.  The government might have some questions for you.  Thank

11   you very much.

12   A.  Okay.

13         MR. SCHIFFELBEIN:  And just for the record, I'm

14   paused at 12 minutes and 53 seconds on this.

15         MS. FOSTER:  Ms. Rouhi, if I could ask you to pull up

16   Government's Exhibit 306.

17                       CROSS-EXAMINATION

18   BY MS. FOSTER:

19   Q.  Officer Sajumon, just so you know, Government's Exhibit 306

20   is also your body-worn camera.  Okay?

21   A.  Okay.

22         MS. FOSTER:  And if I could ask -- Ms. Rouhi, if you

23   could go to 5 minutes and 37 seconds.  And then play it to

24   5 minutes and 50 seconds slowly.  With volume.

25             (An audio-visual recording was played.)

1    BY MS. FOSTER:

2    Q.  Officer Sajumon, in that clip you saw an officer down --

3    right? -- with that yellow --

4    A.  Yes, ma'am.

5    Q.  -- indicative yellow on his jacket?

6    A.  Yes, ma'am.

7    Q.  And you were trying to get to that downed officer; right?

8    A.  Yes, ma'am.

9    Q.  And you were trying to get Officer Moore, who was in front

10   of you -- you were trying to get Officer Moore to get to that

11   downed officer; right?

12   A.  Yes, ma'am.

13   Q.  But neither you nor Moore could get to that downed officer;

14   is that right?

15   A.  Yes, ma'am.

16   Q.  And the reason you couldn't get to that downed officer was

17   because there was a man standing between you and that downed

18   officer, and that was the man with that red baseball hat;

19   right?

20   A.  Yes, ma'am.

21   Q.  So when Moore stepped out to get that downed officer, that

22   man in the red baseball hat, he beat Moore back; is that right?

23   A.  Yes, ma'am.

24   Q.  By the time you had dealt with the fact that this

25   officer -- I mean, that this individual with the red baseball

1    hat was beating up on your colleague, Officer Moore, and then

2    dealt with that other individual that came to beat up on

3    Officer Moore, the downed officer was gone; is that fair?

4    A.  Yes, ma'am.

5    Q.  He had been pulled out into the crowd, and you couldn't see

6    him anymore; is that fair?

7    A.  Yes, ma'am.

8    Q.  So is it fair to say that man in the red baseball cap, that

9    he hindered your and Officer Moore's ability to get to that

10   downed officer; is that correct?

11   A.  Yes, ma'am.

12   Q.  And if you had been able to get to that downed officer,

13   where would you have pulled him?

14   A.  Behind our police line.

15   Q.  Would you have taken him out into the crowd?

16   A.  No, ma'am.

17   Q.  Because what was it like out in the crowd at that point?

18   A.  Objects coming at us and very violent, hostile crowd.

19   Q.  Were they trying to hit you?

20   A.  Yes, ma'am.

21   Q.  Were they trying to kick you?

22   A.  Yes, ma'am.

23        MS. FOSTER:  Ms. Rouhi, could you play, basically,

24   the same clip, from 5:30 to 5:53 but at normal speed so we can

25   hear the -- what the people are saying.

SAJUMON - CROSS

```
1    BY MS. FOSTER:

2    Q.  If I could ask you to focus on what you are saying and what

3    the man in the red baseball hat is saying.

4            MS. FOSTER:  It appears that they don't have the

5    video on their screens.  Am I -- is that on me?

6            THE COURTROOM DEPUTY:  Sorry about that.  Hold on.

7    BY MS. FOSTER:

8    Q.  All right.  If we can play that regular, and please focus

9    on what you're saying and what the man in the red hat is

10   saying.  Okay?

11   A.  Okay.

12            (An audio-visual recording was played.)

13   BY MS. FOSTER:

14   Q.  At the beginning of that clip, you're saying, "Hey, we've

15   got an officer down"; is that correct?

16   A.  Yes, ma'am.

17   Q.  Why are you saying that?

18   A.  Because I observed the officer on the ground, and he was

19   getting pulled in, I believe, at that moment.

20   Q.  Okay.  The next time you're saying, "Go, go, go."  Why are

21   you saying that?

22   A.  So we could get the officer --

23   Q.  Okay.

24   A.  -- and push forward.

25   Q.  I'm sorry.  So you can get the officer?
```

1    A.   And push forward on the line.

2    Q.   Why are you trying to push forward on the line?

3    A.   Because we were also standing there against that entryway,

4    and every advancement we made, we're being pushed back.

5    Q.   Okay.  And the man in the red hat, from what you could

6    tell, what is he yelling at you?

7    A.   When -- just a question.  In reference to the red hat, are

8    you talking about the second individual or the first

9    individual?

10   Q.   I'm sorry.  That's my fault.

11        The man in the red baseball hat who had the sunglasses

12   and the red bandana.

13   A.   I don't know exactly what he said, but I -- I heard -- if

14   I'm allowed to say profanity -- "Fuck."  I heard that.  That

15   was it.

16   Q.   Okay.  Is he speaking to you in a friendly manner?

17   A.   No, ma'am.

18   Q.   Is he being particularly aggressive to you and

19   Officer Moore?

20   A.   Yes, ma'am.

21   Q.   And at risk of stating the obvious, is the man in the red

22   baseball hat with the red bandana -- is he being helpful to the

23   officers?

24   A.   No, ma'am.

25   Q.   Is the man in the red hat and the red bandana -- was he

1    alerting you to the injured woman that was next to the downed

2    officer, to your knowledge?

3    A.  No, not at that moment.

4    Q.  Was he at that moment asking you to help her?

5    A.  Not at that moment.

6    Q.  That man with that red hat and the red bandana, he came

7    back a few minutes later with a woman who looked like she was

8    passed out; is that fair?

9    A.  Yes, ma'am.

10   Q.  Did you know that that man with the red baseball hat and

11   the red bandana, that that was the same man that had just

12   assaulted Officer Moore?

13   A.  No, not at that moment.  No, ma'am.

14   Q.  And you said thank you because you appreciated that he had

15   brought that woman to safety, you know, to the safety of the

16   police line?

17   A.  Yes, ma'am.

18   Q.  And I would imagine you also appreciated the fact that he

19   wasn't trying to hit you; is that fair?

20   A.  Yes, ma'am.

21   Q.  There were some questions that were asked of you about

22   whether at 4:31 p.m. it appeared to you that that individual in

23   the red hat and the red bandana, whether they were a threat to

24   the police.  Do you remember that question?

25   A.  Yes, ma'am.

SAJUMON - CROSS

```
 1    Q.  And to be fair, the assault that happened on Officer Moore
 2    was at 4:27 p.m., about three and a half minutes earlier; is
 3    that fair?
 4    A.  Yes, ma'am.
 5    Q.  At about 4:32 p.m., when that individual with the red
 6    baseball hat and the red bandana is trying to gain access into
 7    the tunnel, do you remember being asked questions about that?
 8    A.  Yes, ma'am.
 9    Q.  And at that time, did he point to a sheriff's badge [sic]
10    when he was trying to get access into that tunnel?
11    A.  I -- I don't know the exact time, but yes.
12    Q.  So was he trying to get some sort of special privilege
13    because he was pointing to that sheriff's badge?  Is that how
14    that appeared to you?
15    A.  Based on the injury, yes, ma'am.
16    Q.  And did you -- did you let him in?
17    A.  No, ma'am.
18    Q.  Why not?
19    A.  Because it's a police line, and we were holding that line.
20    Q.  And he wasn't a member of that police line; is that fair?
21    A.  No, ma'am.
22    Q.  Do you remember you were asked questions about how that
23    individual with the red baseball hat and the red bandana, he
24    said he couldn't go back there.  Do you remember those
25    questions?
```

SAJUMON - CROSS

```
1    A.  Yes, ma'am.

2    Q.  All right.  Would you be surprised to learn that he'd

3    actually been in that crowd for about 40 minutes before he was

4    up there with you?

5    A.  I did not know that.

6    Q.  Just so we're clear, would you have sent an injured police

7    officer, one of your MPD officers, into that crowd?

8    A.  Yes, ma'am.

9    Q.  You would?

10   A.  I'm sorry.  Can you repeat it.

11   Q.  Let's try that one more time.

12   A.  Yeah.

13   Q.  Would you have sent an injured MPD officer into that crowd?

14   A.  Oh.  I apologize.  I thought you meant the police line

15   crowd.

16        No, I would not send an injured officer into that crowd.

17          MS. FOSTER:  Nothing further.

18        Thank you, Officer Sajumon.

19          THE COURT:  Thank you.

20                    REDIRECT EXAMINATION

21   BY MR. SCHIFFELBEIN:

22   Q.  To your knowledge, officers were pulled into the crowd;

23   correct?

24   A.  I'm sorry?

25   Q.  To your knowledge, there were officers, obviously, that
```

```
1    were pulled into the crowd; correct?
2    A.  Yes.
3    Q.  And to your knowledge, did anybody in the crowd protect
4    officers?
5    A.  Not that I know of, no.
6    Q.  Okay.  If an officer were in the crowd and it was a violent
7    crowd, would you want somebody in the crowd to protect that
8    officer?
9    A.  Yes, sir.
10            MR. SCHIFFELBEIN:  No other questions.
11            THE COURT:  All right.  Thank you.
12         Thank you, Officer.  You're excused.
13            THE WITNESS:  Thank you, sir.
14            (Witness excused.)
15            MR. SCHIFFELBEIN:  The defense calls Mr. McAbee.
16            THE COURT:  All right.  We're going to take a
17    ten-minute break, and then we'll start with Mr. McAbee's
18    testimony.
19            (Proceedings held out of the presence of the jury.)
20            THE COURT:  Mr. McAbee, if you can come to the
21    podium, please.
22         So by testifying, you're going to be giving up a
23    significant number of your constitutional rights.  So I have to
24    make sure that you're making that decision yourself, that it's
25    not your attorney making that decision for you and also that
```

1    you're making that decision knowingly, intelligently,

2    voluntarily with the advice of your counsel.  So I have to ask

3    you a number of questions as we did during your plea hearing.

4    So I'm going to swear you in momentarily.

5                   (Oath administered.)

6                   THE DEFENDANT:  Yes, ma'am.

7                   THE COURT:  All right.  So let me begin by indicating

8    that I have no opinion one way or the other as to whether or

9    not you should testify.  So these questions are just so I can

10   make that assessment.

11       So you have a constitutional right not to testify on

12   your own behalf.  Do you understand that?

13                  THE DEFENDANT:  Yes, sir.

14                  THE COURT:  Okay.  And you have a constitutional

15   right to testify, if you wish to.  Do you understand that?

16                  THE DEFENDANT:  Yes, sir.

17                  THE COURT:  Okay.  No one can prevent you from

18   testifying if you want to; and, conversely, no one can force

19   you to testify if you do not want to.  Do you understand that?

20                  THE DEFENDANT:  Yes, sir.

21                  THE COURT:  Okay.  Because either way, you are

22   waiving a significant constitutional right.  I have to ensure

23   that you're making that decision knowingly, voluntarily, and

24   intelligently with the advice of your attorney.  Do you

25   understand that you do not have to testify or present any

1    evidence on your own behalf because you cannot be forced to

2    incriminate yourself; that is, to present evidence of your own

3    guilt?

4        Do you understand that?

5        THE DEFENDANT:  Yes, sir.

6        THE COURT:  Do you understand that if you choose not

7    to testify or to put on any evidence at trial, those choices

8    cannot be used against you to infer or suggest your guilt?

9        Do you understand that?

10       THE DEFENDANT:  Yes, sir.

11       THE COURT:  All right.  Do you understand that once

12   you begin your testimony, you're going to be waiving your right

13   against self-incrimination?

14       Do you understand that?

15       THE DEFENDANT:  Yes, sir.

16       THE COURT:  Okay.  And the government can ask you any

17   questions about the case, and you will not be able to pick and

18   choose which questions you want to answer or assert your Fifth

19   Amendment right not to answer.  Do you understand that?

20       THE DEFENDANT:  Yes, sir.

21       THE COURT:  Has anyone forced, threatened, or coerced

22   you in any way into testifying on your own behalf?

23       THE DEFENDANT:  No, sir.

24       THE COURT:  Has anyone suggested you had no choice or

25   pressured you into testifying?

```
1                    THE DEFENDANT:  No, sir.

2                    THE COURT:  Do you understand that the choice is

3       yours alone?

4                    THE DEFENDANT:  Yes, sir.

5                    THE COURT:  And you have consulted with your attorney

6       on what you should do?

7                    THE DEFENDANT:  Yes, sir.

8                    THE COURT:  And after consulting with your attorney,

9       you have decided that you want to testify?

10                   THE DEFENDANT:  Yes, sir.

11                   THE COURT:  Okay.  And that's your decision and yours

12      alone?

13                   THE DEFENDANT:  Yes, sir.

14                   THE COURT:  Okay.  And you've made that decision

15      voluntarily and of your own free will?

16                   THE DEFENDANT:  Yes, sir.

17                   THE COURT:  All right.  And your decision is to

18      testify today; is that correct?

19                   THE DEFENDANT:  Yes, sir.

20                   THE COURT:  Okay.

21              Any other questions that either counsel wants me to ask?

22                   MR. SCHIFFELBEIN:  Not from the defense, Your Honor.

23                   MS. KEARNEY:  No, Your Honor.

24                   THE COURT:  All right.

25                   MR. SCHIFFELBEIN:  May I use the restroom during this
```

```
 1    break?  Is that okay?

 2                THE COURT:  Sure.

 3                (Recess taken.)

 4                THE COURT:  Do the marshals want him seated before

 5    the jury comes back?

 6                THE MARSHAL:  Yes.

 7                (Proceedings held in the presence of the jury.)

 8                THE COURT:  All right.  We're going to start with the

 9    testimony of Mr. McAbee.

10                (Oath administered.)

11                THE DEFENDANT:  Yes, ma'am.

12                THE COURTROOM DEPUTY:  Thank you.

13                          DIRECT EXAMINATION

14    BY MR. SCHIFFELBEIN:

15    Q.  Good afternoon, Mr. McAbee.

16    A.  Good afternoon, sir.

17    Q.  Can you please just introduce yourself to the jury and

18    spell your last name.

19    A.  Yeah.  Ronald Colton McAbee.  M-c-a-b-e-e.

20    Q.  And what name do you go by?

21    A.  Colton, sir.

22    Q.  That's what your wife calls you?

23    A.  Yes, sir.

24    Q.  I want to begin just with why we're here.  Did you assault

25    Officer Wayte?
```

```
 1    A.  Yes, sir -- no, sir.  Not Wayte.  I did assault
 2    Officer Moore.
 3    Q.  What were you trying to do with respect to Officer Wayte?
 4    A.  With Officer Wayte, I tried to help him up.
 5    Q.  And did you assault Officer Moore?
 6    A.  Yes, sir.  I've taken ownership of that.  Yes, sir.
 7    Q.  All right.  Now, I want to back up.  And let's just talk
 8    about, generally, January 6th.  When did you decide that you
 9    wanted to go?
10    A.  Later in December.  I had time off from work.
11    Q.  And why did you have time off from work?
12    A.  Unfortunately, I got into a wreck.
13    Q.  And can you describe that wreck.
14    A.  Yeah.  I -- I fell asleep at the wheel, hit a ditch, and
15    rolled my truck approximately 12 times.  I chipped my hip, and
16    then I fractured my shoulder.
17    Q.  Did you go to the hospital?
18    A.  Yes, sir.
19    Q.  And how long were you in the hospital?
20    A.  I was in the hospital for a few hours.
21    Q.  Now, why January 6th?  Why that day in particular?
22    A.  That's been -- the President at the time was having a
23    rally.  I wanted to see the President speak, for one.  And
24    then --
25    Q.  And had --
```

1    A.  Go ahead.

2    Q.  Had you ever seen the President speak before?

3    A.  No, sir.

4    Q.  Was this the first time that you were available to see him

5    speak?

6    A.  Yes, sir.

7    Q.  And what were your thoughts, sort of, at the time of

8    wanting to see the President speak?

9    A.  I honestly thought that would be his last rally.  And, of

10   course, you know, there were some concerns about, you know, the

11   election.  I wanted to make sure that I was there to -- to

12   hear, basically, all the speakers, but especially Trump speak

13   and address those concerns.

14   Q.  And where were you living at the time?

15   A.  Unionville, Tennessee.

16   Q.  And can you just describe, if people aren't familiar with

17   Tennessee, where is Unionville?

18   A.  That is south of Nashville.  It is a rural farming

19   community.

20   Q.  Roughly how big is the town?

21   A.  Not too big.  I believe if you blink, you would miss it.

22   Q.  And to the extent that you know, were your beliefs at the

23   time about January 6th sort of common in the community you

24   lived in?

25   A.  Yes, sir.

```
1    Q.  Now, where were you working at the time?

2    A.  At the time of January 6th?

3    Q.  Yes, sir.

4    A.  At the Williamson County Sheriff's Office.

5    Q.  And where is Williamson County?

6    A.  It is in Franklin, Tennessee, south of Nashville.

7    Q.  And what were you doing for the Williamson County Sheriff's

8    Office?

9    A.  I was a sheriff deputy inside the jail.

10   Q.  You said a sheriff's deputy inside the jail?

11   A.  Yes, sir.

12   Q.  Have long had you been working for the Williamson County

13   Sheriff's Office?

14   A.  At that point for -- I think a few months at that point.

15   Q.  What were you doing before that?

16   A.  I was a sheriff's deputy in Georgia.

17   Q.  Where in Georgia?

18   A.  Cherokee County.

19   Q.  And what were you doing for Cherokee County?

20   A.  I was a sheriff's deputy inside the jail, and then I got

21   transferred to the courthouse.

22   Q.  Courthouse?

23   A.  Yes, sir.

24   Q.  So how long have you been in law enforcement?

25   A.  Approximately seven years.
```

1    Q.  Seven years by about January 6th?

2    A.  Yes, sir.

3    Q.  And had you always been a deputy sheriff?

4    A.  Not always.  I was a correctional officer with the

5    Tennessee Department of Correction.

6    Q.  Is that where you started?

7    A.  In law enforcement, yes, sir.

8    Q.  Did you ever work on patrol?

9    A.  No, sir.

10   Q.  What were your primary duties when you were a sheriff's

11   deputy at Williamson County?

12   A.  My primary duties were basically ensure the jail was safe;

13   make sure the inmates inside the jail were safe and, you know,

14   not unruly; make sure there's no contraband being -- coming

15   in; and just generally the safety and security of everybody

16   inside.

17   Q.  Now, did you -- did you select, sort of, that role, or did

18   you want to work in patrol?

19   A.  I did want to work in patrol at one point.  However, I made

20   a promise to my wife that I would not due to the safety.

21   Q.  And were you happy in your job?

22   A.  I was.

23   Q.  Now, when you were arrested, you were not working for the

24   Williamson County Sheriff's Office; is that right?

25   A.  That's right.

1    Q.  And why not?

2    A.  It was a mixture of things.  Due to the wreck, I felt

3    inadequate; felt like I couldn't do my job anymore.  I was

4    placed on light duty.  Eventually returned to full duty, but I

5    still didn't feel like I was 100 percent.

6    Q.  And what were you doing at the time you were arrested?

7    A.  At the time I was arrested, I was working at Velocity.

8    It's a trucking group.  I was an accountant.

9    Q.  And you said Velocity?

10   A.  Yes, sir.

11   Q.  Did you like that job?

12   A.  It was new.  It was fun, and I was learning.  Quite a bit

13   different from law enforcement, but I did like it.

14   Q.  Did you also have sort of a side job as well?

15   A.  Yes, sir.  I was -- I sold holsters.  I would travel to gun

16   shows in the southeast and -- basically, a vendor, and I would

17   demo -- demonstrate the holster and sell them.

18   Q.  Mr. McAbee, if you can try to speak -- maybe a little more

19   clearly.  I know it's hard.

20        Are you nervous today?

21   A.  I am, sir.

22   Q.  Did some of the footage that you see upset you?

23   A.  Very much.

24   Q.  And how did it make you feel?

25   A.  I felt -- with regards to Ms. Rosanne -- I felt that I

1    couldn't save her.  It -- it's really hard just rewatching

2    that, and, you know, there's -- there's a lot of -- I guess you

3    would say shame, embarrassment throughout the entire thing.

4    Q.  And when you say shame and embarrassment, what are you

5    referring to?

6    A.  My conduct that day was not acceptable for who I am or my

7    character.  You know, I just -- I feel like I could have made

8    better decisions and better choices.

9    Q.  Now, I want to pull back again.  You started talking to a

10   friend about going to January 6th; correct?

11   A.  Yes, sir.

12   Q.  And who is that friend?

13   A.  Michael Roberts.

14   Q.  And you and he -- we've read some of your text messages.

15   How would you describe, sort of, the way you would talk to

16   Mike?

17   A.  I would describe it as kind of bravado, puffing each other

18   up, or locker room talk, if you will.

19   Q.  Now, at some point you saw a photograph of brass knuckles;

20   right?

21   A.  Yes, sir.

22   Q.  Do you own brass knuckles?

23   A.  No, sir.

24   Q.  Have you ever bought brass knuckles?

25   A.  No, sir.

1    Q.  What are brass knuckles, to your mind?

2    A.  Could you repeat the last part.

3    Q.  What are brass knuckles to you?

4    A.  Brass knuckles to me is a device that will fit over your

5    fingers and has, like, a handle right here, and it is for

6    reinforcing a punch.

7    Q.  Can you make an open-fisted strike with brass knuckles?

8    A.  It would be hard.

9    Q.  Now, when did you actually go up to -- come up to

10   Washington, D.C.?

11   A.  I believe we drove the morning of the 5th.

12   Q.  And how long of a drive was it?

13   A.  Ten-plus hours.

14   Q.  From Unionville?

15   A.  From, yeah, Tennessee.

16   Q.  And on your way up, are you and Mike talking about

17   anything?

18   A.  We were mainly talking about, you know, how excited we were

19   to see Trump.  There was the -- the occasional talk of

20   potential counterprotesters coming, kind of preparing for that.

21   Q.  Now, when we talk about counterprotest, what do you mean by

22   that?

23   A.  So the counterprotesters in this case -- I've watched

24   videos.  I've watched news.  And, of course, I was talking to

25   Mike about Trump rallies.  And there's been a lot of people who

1    were kind of hostile towards Trump supporters.  Those were the

2    counterprotesters that I'm talking about, usually engage in

3    violence with -- with Trump supporters.  I -- I can't give you

4    a specific group, but maybe they are there.

5    Q.  And you said you watched the news.  Did that help inform

6    your opinion of violence you might expect?

7    A.  Yes, sir.

8    Q.  What sort of news was -- were you consuming at the time?

9    A.  I was watching Fox News and Newsmax and, of course, the

10   *Mark Lavine Show.*

11   Q.  Sorry.  What show?

12   A.  The *Mark Lavine Show.*  I would listen to that daily on --

13   in my radio.

14   Q.  And was there regular coverage of violence against Trump

15   supporters?

16   A.  Yes, sir.

17   Q.  Did you ever watch CNN?

18   A.  I would flip to it occasionally, but I wouldn't stay on it

19   too long.

20   Q.  How about, like, NPR?

21   A.  No, sir.

22   Q.  Did you ever read the newspapers?

23   A.  Have I ever what?

24   Q.  Did you read the newspapers regularly?

25   A.  Not regularly, no, sir.

1    Q.  Most of your news is coming from cable TV?

2    A.  Yes, sir.

3    Q.  All right.  Now, when you get to Washington, D.C. --

4    actually, sorry.

5         Some of the messages we saw, you mentioned preparing for

6    violence.  Were you preparing for violence from the police?

7    A.  No, sir.

8    Q.  Did you have any thoughts that you were going to engage in

9    violence with the police?

10   A.  No, sir.

11   Q.  Did you have any idea that there was going to be an attack

12   on the Capitol?

13   A.  No, sir.

14   Q.  Did you have any idea that there was going to be an attack

15   on Capitol and Metropolitan Police officers?

16   A.  No, sir.

17   Q.  So when we get to Washington, D.C. -- what time do you get

18   here?

19   A.  It's in the morning.  Probably before lunch, I believe.  I

20   want to say around 10:00.  I have no idea.

21   Q.  Did you arrive on January 6th or on January 5th?

22   A.  The 5th.

23   Q.  Okay.  What time did you get here on the 5th?

24   A.  I would say around 10:00 or 12:00.  I mean, it is a long

25   trip, and I think we left around 5:00 a.m.  I'm not sure.

1   Q.  And what did you do when you got to D.C. on the 5th?

2   A.  We, actually, hunted around for the hotel, driving around

3   in a big truck.  And then we found the hotel, and then we had

4   to find parking.  It's really hard to find parking with a

5   lifted truck, yes.

6   Q.  Had you ever been to D.C. before?

7   A.  I've been once on a field trip.  That was many, many years

8   ago.

9   Q.  You say a field trip, what grade were you in?

10  A.  Do what?

11  Q.  What grade were you in when you came?

12  A.  Eighth grade.

13  Q.  How far did you go in school, by the way?

14  A.  I have an associate's degree, but I've done three years of

15  college.

16  Q.  And what's your associate's in?

17  A.  Business administration.

18  Q.  All right.  So back to January -- or January 5th, do you go

19  to the Capitol on January 5th at all?

20  A.  No.

21  Q.  Do you go -- do you go to scout out, sort of, anything on

22  the National Mall?

23  A.  No, sir.

24  Q.  Are you talking to, like, Proud Boys or anything like that?

25  A.  No, sir.

635

1    Q.  You come here.  You find parking.  What do you do for the

2    rest of the day?

3    A.  So we check in to the hotel.  We load up our luggage into

4    our -- into our room.  We eventually meet up with Mike's

5    friend, and then we kind of just chill out until the night.

6    There's -- there was a -- like a rally going on at Freedom

7    Plaza -- Freedom Plaza, whatever.

8         They wanted to go down and listen to some speakers, and,

9    you know, I tagged along.  I mean, of course, I'm in D.C.  I

10   wanted to see some sites and stuff, so.

11   Q.  And the rally at Freedom Plaza, can you describe what it

12   was like.

13   A.  It was -- it was concerts, people talking.  Basically -- I

14   really don't know how -- there's a lot of people there and, you

15   know, chanting and having a good time and --

16   Q.  Was it violent?

17   A.  No, sir.

18   Q.  Did you expect there to be violence at that rally?

19   A.  No, sir.

20   Q.  And why not that rally?

21   A.  Well, there was a lot of Trump supporters there.  And, you

22   know, I felt being in a bigger crowd would, kind of, just, kind

23   of, dispel any violence or any potential violent person.

24   Q.  Was the main event Trump's speech on the 6th, though?  Was

25   that the main event?

 1    A.  Yes, sir.

 2    Q.  Now, what did you bring with you when you came to D.C. on

 3    January 5th?

 4    A.  I brought gloves; my vest; of course, my bandana; hat; and

 5    glasses.

 6    Q.  And let's start with the gloves.  Who bought those gloves?

 7    A.  Mike bought those gloves.

 8    Q.  And do you know how he bought them?

 9    A.  Through Amazon.

10    Q.  I have Government's 501.  Are these the gloves that Mike

11    bought?

12    A.  Yes, sir.

13    Q.  And are these gloves that you sort of wanted to bring with

14    you?

15    A.  Yes and no.  I wanted a -- protection for -- you know, for

16    my hands.  But I really didn't care for that style.  But they

17    did have a dual purpose.  And, you know, I -- I was going to

18    use them for my motorcycle afterwards.

19    Q.  All right.  So how much did they cost?

20    A.  I'm not sure, but I think 12 to 20 dollars.  I'm not sure,

21    though.

22    Q.  So if you were to describe, sort of, the quality of them,

23    what would you describe them as?

24    A.  They're leather.  And on the reinforced side, it's kind of

25    like a hard plastic.  And it's -- you've got some metaling on

MCABEE - DIRECT

1    there, but I wouldn't really call it, you know, metal per se.

2    Q.  And if I walk up to -- can you read from there the words on

3    this?  Maybe not.  I can walk closer to you.

4    A.  I can't from here.

5              MR. SCHIFFELBEIN:  May I approach, Your Honor?

6              THE COURT:  You may.

7    A.  It says Madbike.

8    BY MR. SCHIFFELBEIN:

9    Q.  What kind of gloves are these gloves?

10   A.  They are motorcycle gloves.

11   Q.  And do you own a motorcycle?

12   A.  Yes, sir.

13   Q.  And did you want motorcycle gloves to ride?

14   A.  Yes, sir.

15   Q.  Did you have any at the time?

16   A.  At the time, no.

17   Q.  Did you have gloves that you wore when you were on duty?

18   A.  Yes, sir.

19   Q.  And can you describe those gloves.

20   A.  Yes, sir.  I've had a few gloves.  I've had soft gloves.

21   I've had hard gloves, as in reinforced.  Of course, I always

22   wear the latex gloves.

23   Q.  And what were you trying to protect against in wearing

24   these gloves?

25   A.  Really, my hands from any potential, you know, debris or

1    strike or anything like that from a counterprotester.

2    Q.  Did you wear them trying to protect yourself against police

3    violence?

4    A.  No, sir.

5    Q.  Now, did you keep those gloves?

6    A.  Yes, sir.

7    Q.  And what were you using the gloves for after January 6th?

8    A.  I was going to use them for my motorcycle.

9    Q.  Did you ever use them?

10   A.  I've rode around on my motorcycle a little bit.  I've wore

11   those gloves a little bit, but my motorcycle ended up in the

12   shop.

13   Q.  With respect to motorcycle gloves generally, do these

14   appear roughly consistent with other motorcycle gloves?

15   A.  Yes, sir.

16   Q.  Do these seem more reinforced or less reinforced than other

17   motorcycle gloves?

18   A.  I would say about the same.

19   Q.  And how expensive can motorcycle gloves be?

20   A.  They can range anything from really cheap, as in $10, to a

21   couple hundred.

22   Q.  Now, I want to talk about the other -- one of the other

23   things you brought, which is your vest.

24   A.  Yes, sir.

25   Q.  Why did you bring your vest?

1          THE COURT:  Mr. Schiffelbein, if you can find a

2     natural point to take the lunch break within the next

3     five minutes or so.

4          MR. SCHIFFELBEIN:  After the vest, I think we can do

5     it.

6     BY MR. SCHIFFELBEIN:

7     Q.  Why did you bring the vest?

8     A.  To protect myself from any strikes or hits, basically, so

9     it would absorb any blow from counterprotesters.

10    Q.  I'm showing you what's been admitted into evidence as

11    Government's 503.  Is this the vest that you brought?

12    A.  Yes, sir.

13    Q.  Is this a vest that you purchased?

14    A.  Yes, sir.

15    Q.  Where did you get the vest?

16    A.  Actually bought that at a gun show.

17    Q.  And when did you buy it?

18    A.  I think 2019 or -- or maybe 2018.  I'm not real sure, but

19    around then.

20    Q.  And you said you bought it at a gun show.  Is it legal for

21    people to purchase these vests?

22    A.  Yes, sir.

23    Q.  Are they, sort of, common in the area where you live?

24    A.  Yes, sir.

25    Q.  Why did you buy it?

1    A.  My agency at the time was debating on going with an outer

2    carrier vest, which would be on the outside, and you could have

3    all your gear on it as opposed to being on a duty belt.  But we

4    actually ended up going with an inner carrier vest.  It's just

5    softer or smaller, and it goes on the inside of the shirt.

6    Q.  Did you have your inner carrier vest at the time on

7    January 6th?

8    A.  No.

9    Q.  Was that because it was at work?

10   A.  Yes, sir.

11   Q.  Had you ever worn this vest while you were on duty?

12   A.  Not on duty.  I used it mainly for training.  When we

13   trained, we -- we do a lot of PT and running.  It was heavier.

14   And as you guys could tell, I was a bigger guy back then.  And

15   I tried to do anything to lose some pounds.

16   Q.  Would you wear it when you were training, sort of, as part

17   of your job?

18   A.  Yes, sir.

19   Q.  Okay.  Not just, like, running on your own with the vest?

20   A.  No, sir.

21   Q.  Is that why it had a sheriff's patch on it?

22   A.  Yes, sir.

23   Q.  It doesn't have a sheriff's patch now, though; correct?

24   A.  No, sir.

25   Q.  Why not?

1    A.  When I left the force, you know, you're not really supposed

2    to display that you are any type of law enforcement, because

3    you would get charged for im- -- impersonating a police

4    officer.

5    Q.  So what did you do with the sheriff's patch?

6    A.  I gave it away.

7    Q.  Why did you keep the vest?

8    A.  The vest -- well, I mean, for one, I bought it.  You know,

9    I -- it was just more of a "just in case" type of thing.  I'm

10   still -- at the time, you know, still of the mindset that, you

11   know, if something were to happen, I could respond, you know,

12   as a private citizen, but I kept it with me.

13   Q.  And this is a -- it's a ballistic vest; correct?

14   A.  Yes, sir.

15   Q.  And you heard the agent testify it's not rated for -- for

16   knife protection; right?

17   A.  Yes, sir.

18   Q.  Did you have any other vests at the time?

19   A.  No, sir.

20   Q.  Did you wear it expecting any sort of particular violence

21   that day?

22   A.  Yes.  Of course, at -- it might not stop knife blows, but

23   it will help with it.  Back in December -- well, Mike and I

24   discussed the previous rally that he attended in December.

25   Q.  Not with respect to anything that he said as being true,

1    but did that help reason why you wore the vest?

2    A.  Yes, sir.

3    Q.  Okay.  Can you continue.

4    A.  With the rally in December, it was my knowledge that

5    somebody got stabbed -- a Trump supporter got stabbed that day,

6    and I really didn't want to be stabbed.

7    Q.  And did you wear this wanting to protect from bullets from

8    police officers?

9    A.  No, sir.

10           MR. SCHIFFELBEIN:  Judge, I'd like to publish this,

11    if we can -- and then be done for lunch, if that's okay.

12           THE COURT:  Okay.

13           MR. SCHIFFELBEIN:  Or afterwards.  I don't know --

14           THE COURT:  Let's do it afterwards.

15           MR. SCHIFFELBEIN:  Afterwards.  Thank you.

16           THE COURT:  All right.  We're going to break for

17    lunch.  If you can come back at 2 o'clock.

18           (Proceedings held out of the presence of the jury.)

19           THE COURT:  All right.  Come back at 2 o'clock.

20           (Recess taken.)

21           (REPORTER'S NOTE:  The p.m. portion of the trial was

22    reported by Lisa Edwards, who prepared said transcript.)

23

24

25

MCABEE - DIRECT

1          CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER

2

3          I, Nancy J. Meyer, Registered Diplomate Reporter,

4     Certified Realtime Reporter, do hereby certify that the above

5     and foregoing constitutes a true and accurate transcript of my

6     stenograph notes and is a full, true, and complete transcript

7     of the proceedings to the best of my ability.

8

9                    Dated this 6th day of October, 2023.

10

11                    /s/ Nancy J. Meyer
                      Nancy J. Meyer
12                    Official Court Reporter
                      Registered Diplomate Reporter
13                    Certified Realtime Reporter
                      333 Constitution Avenue Northwest
14                    Washington, D.C. 20001

15

16

17

18

19

20

21

22

23

24

25

## $

**$10** [1] - 638:20

## 1

**1** [4] - 559:15, 559:16, 573:14, 576:24
**10** [5] - 542:22, 552:14, 573:9, 601:21, 608:16
**100** [1] - 629:5
**102** [1] - 586:1
**103** [1] - 600:6
**10:00** [2] - 633:20, 633:24
**11:00** [1] - 598:19
**12** [4] - 608:16, 612:14, 625:15, 636:20
**12:00** [2] - 598:19, 633:24
**13** [1] - 600:7
**134** [1] - 544:11
**140** [1] - 547:20
**15** [2] - 552:14, 596:8
**15-minute** [1] - 596:13
**16:22** [1] - 601:5
**16:27** [1] - 579:23
**17th** [2] - 592:25, 593:2
**18** [1] - 559:16
**1:00** [1] - 598:19
**1:25** [2] - 551:14, 551:18
**1:40** [1] - 573:18
**1:55** [1] - 573:19

## 2

**2** [6] - 541:24, 543:2, 543:4, 570:19, 642:17, 642:19
**20** [3] - 553:9, 609:25, 636:20
**2018** [1] - 639:18
**2019** [1] - 639:18
**2021** [7] - 544:7, 549:12, 592:23, 592:25, 593:2, 598:1, 598:8
**2022** [1] - 598:4
**22** [1] - 602:24
**28** [1] - 605:4
**28:45** [1] - 563:13
**28:55** [1] - 563:14
**2nd** [1] - 544:7

## 3

**3** [6] - 541:24, 543:2,

543:4, 578:4, 592:6, 601:24
**30** [6] - 556:21, 570:20, 572:24, 574:23, 575:21, 576:25
**303** [1] - 579:18
**306** [2] - 612:16, 612:19
**32** [2] - 576:7, 577:2
**33** [1] - 601:25
**36** [1] - 558:7
**37** [1] - 612:23

## 4

**4** [1] - 589:22
**40** [2] - 570:19, 619:3
**403** [2] - 551:14, 551:18
**404** [1] - 558:7
**407** [1] - 559:15
**408** [1] - 563:13
**413** [1] - 570:18
**414** [8] - 568:22, 568:23, 570:16, 575:15, 575:16, 575:18, 575:23, 576:21
**415** [1] - 576:20
**419** [1] - 568:25
**425** [2] - 564:14, 564:17
**426** [1] - 565:12
**49** [1] - 579:24
**4:22** [1] - 601:6
**4:25** [1] - 557:9
**4:27** [1] - 618:2
**4:30** [1] - 557:9
**4:31** [1] - 617:22
**4:32** [1] - 618:5

## 5

**5** [6] - 589:22, 590:3, 600:11, 602:24, 612:23, 612:24
**50** [2] - 573:14, 612:24
**501** [1] - 636:10
**503** [1] - 639:11
**53** [1] - 612:14
**5:00** [1] - 633:25
**5:30** [1] - 614:24
**5:51** [1] - 580:23
**5:53** [1] - 614:24
**5th** [10] - 546:9, 546:19, 631:11, 633:21, 633:22, 633:23, 634:1, 634:18, 634:19,

636:3

## 6

**6** [2] - 552:5, 552:21
**601** [2] - 542:19, 542:22
**6th** [29] - 543:17, 543:20, 544:3, 544:18, 544:23, 545:19, 545:25, 546:10, 546:19, 548:22, 550:23, 554:10, 557:3, 560:5, 560:24, 571:11, 598:1, 598:7, 598:10, 625:8, 625:21, 626:23, 627:2, 628:1, 630:10, 633:21, 635:24, 638:7, 640:7

## 7

**7** [2] - 559:15, 605:4
**702** [2] - 595:7, 595:11
**703** [1] - 595:7
**704** [1] - 595:7
**705** [2] - 595:8, 595:11

## 9

**9** [1] - 584:15
**902(11** [1] - 595:8
**902(5)** [1] - 595:8

## A

**a.m** [2] - 598:19, 633:25
**ability** [2] - 549:4, 614:9
**able** [10] - 551:13, 554:17, 554:19, 554:20, 604:15, 604:18, 605:16, 605:21, 614:12, 622:17
**absolutely** [1] - 544:4
**absorb** [1] - 639:9
**academy** [2] - 581:25, 582:8
**acceptable** [1] - 630:6
**access** [3] - 585:11, 618:6, 618:10
**accountant** [1] - 629:8
**Acker's** [1] - 540:19
**acoustic** [1] - 547:8
**acting** [1] - 602:10
**actions** [1] - 567:14

**activated** [1] - 601:14
**activities** [1] - 557:18
**actual** [1] - 545:9
**add** [1] - 570:8
**added** [2] - 570:4, 584:22
**addition** [1] - 553:23
**address** [1] - 626:13
**adjust** [1] - 585:17
**administered** [3] - 597:13, 621:5, 624:10
**administration** [1] - 634:17
**admission** [1] - 585:2
**admit** [1] - 585:5
**admitted** [6] - 551:15, 569:10, 595:10, 595:11, 600:13, 639:10
**advance** [8] - 558:14, 568:19, 578:3, 579:8, 580:9, 580:18, 581:8, 583:11
**advancement** [1] - 616:4
**advances** [1] - 568:16
**advice** [2] - 621:2, 621:24
**aerial** [1] - 575:18
**affixed** [1] - 592:11
**AFO** [1] - 544:11
**afternoon** [4] - 597:16, 597:17, 624:15, 624:16
**afterwards** [6] - 601:22, 609:16, 636:18, 642:13, 642:14, 642:15
**agencies** [1] - 543:19
**agency** [1] - 640:1
**Agent** [7] - 540:18, 553:12, 559:18, 564:16, 570:23, 577:3, 586:12
**agent** [1] - 544:1, 544:2, 544:3, 544:5, 544:12, 545:11, 548:6, 548:17, 566:24, 589:25, 641:15
**aggravating** [1] - 545:14
**aggressive** [1] - 616:18
**ago** [1] - 634:8
**agree** [2] - 562:10, 596:22
**ahead** [2] - 605:3,

626:1
**air** [2] - 548:16, 552:16
**alerting** [1] - 617:1
**alive** [1] - 606:13
**allowed** [1] - 616:14
**allows** [1] - 583:11
**almost** [1] - 562:20
**alone** [3] - 543:4, 623:3, 623:12
**Amazon** [1] - 636:9
**Amendment** [1] - 622:19
**amount** [3] - 543:17, 564:5, 564:24
**analysis** [1] - 591:12
**analyst** [1] - 591:12
**analysts** [1] - 590:16
**angle** [1] - 576:18
**angry** [1] - 575:6
**announcement** [2] - 548:1, 553:6
**answer** [5] - 542:11, 544:24, 554:23, 622:18, 622:19
**anti** [1] - 592:4
**anti-government** [1] - 592:4
**anticipated** [2] - 543:5, 543:24
**anticipating** [1] - 541:19
**apologize** [1] - 619:14
**appear** [7] - 570:6, 570:11, 574:20, 604:22, 608:1, 612:8, 638:14
**appearance** [1] - 557:2
**appeared** [4] - 572:13, 612:6, 617:22, 618:14
**appreciated** [2] - 617:14, 617:18
**approach** [3] - 555:14, 584:10, 637:5
**area** [11] - 547:24, 552:2, 555:8, 558:24, 562:17, 572:4, 582:18, 582:24, 593:24, 612:3, 639:23
**argue** [2] - 577:12, 596:1
**arm** [2] - 581:12, 610:15
**arms** [4] - 566:8, 566:11, 574:24, 582:13
**arrested** [6] - 549:20, 549:23, 550:5,

628:23, 629:6, 629:7
**arrive** [1] - 633:21
**arrived** [1] - 600:1
**arts** [2] - 582:2, 582:3
**asleep** [1] - 625:14
**aspects** [1] - 567:8
**assault** [6] - 545:3,
588:11, 618:1,
624:24, 625:1, 625:5
**assaulted** [1] - 617:12
**assaulting** [1] -
604:10
**assaults** [2] - 580:5,
580:15
**assembly** [1] - 554:5
**assert** [1] - 622:18
**asserting** [2] - 555:18,
555:21
**assessment** [1] -
621:10
**assigned** [1] - 543:22
**assist** [1] - 571:18
**assisting** [1] - 572:19
**associate** [1] - 551:7
**associate's** [2] -
634:14, 634:16
**assume** [1] - 554:4
**assumed** [1] - 609:4
**attached** [1] - 592:12
**attachment** [1] -
550:14
**attack** [9] - 544:19,
544:23, 546:9,
546:15, 546:19,
567:15, 591:22,
633:11, 633:14
**attacked** [1] - 566:23
**attacking** [1] - 546:2
**attacks** [1] - 566:21
**attended** [2] - 542:5,
641:24
**attention** [3] - 580:8,
605:25, 607:4
**attorney** [4] - 620:25,
621:24, 623:5, 623:8
**audible** [1] - 553:15
**audio** [58] - 549:8,
552:22, 553:10,
556:22, 558:8,
559:21, 563:15,
569:4, 569:5,
569:13, 569:15,
569:16, 569:23,
570:4, 570:9,
570:21, 572:7,
572:25, 573:11,
573:20, 576:4,
577:18, 578:6,
584:14, 586:5,
586:10, 586:20,

587:2, 587:16,
587:19, 588:5,
590:17, 590:18,
599:16, 601:23,
602:22, 603:19,
604:6, 604:20,
605:5, 605:19,
606:8, 606:16,
606:24, 607:14,
607:20, 608:4,
608:14, 608:23,
609:12, 609:22,
610:13, 611:2,
611:9, 611:16,
611:21, 612:25,
615:12
**audio-visual** [40] -
552:22, 553:10,
556:22, 558:8,
559:21, 563:15,
569:5, 569:23,
570:21, 572:7,
572:25, 573:11,
573:20, 576:4,
577:18, 578:6,
601:23, 602:22,
603:19, 604:6,
604:20, 605:5,
605:19, 606:8,
606:16, 606:24,
607:14, 607:20,
608:4, 608:14,
608:23, 609:12,
609:22, 610:13,
611:2, 611:9,
611:16, 611:21,
612:25, 615:12
**audio-wise** [1] -
599:16
**August** [5] - 544:7,
549:12, 592:23,
592:25, 593:2
**authentication** [1] -
569:2
**authority** [3] - 555:21,
555:23, 555:24
**authorization** [1] -
593:9
**automatically** [1] -
553:25
**available** [2] - 583:9,
626:4
**avoid** [1] - 594:15
**aware** [7] - 548:12,
548:18, 555:1,
555:4, 557:19,
558:19, 559:13

**B**

**backpack** [1] - 549:18

**backwards** [2] -
575:3, 594:16
**badge** [2] - 618:9,
618:13
**balance** [2] - 574:21,
574:24
**bald** [1] - 571:5
**ballistic** [1] - 641:13
**bandana** [9] - 616:12,
616:22, 616:25,
617:6, 617:11,
617:23, 618:6,
618:23, 636:4
**bang** [1] - 548:20
**bangs** [3] - 548:12,
548:15, 548:18
**barriers** [2] - 552:1,
560:11
**baseball** [16] - 566:13,
567:12, 606:19,
608:9, 608:19,
609:10, 613:18,
613:22, 613:25,
614:8, 615:3,
616:11, 616:22,
617:10, 618:6,
618:23
**based** [4] - 573:24,
609:3, 609:4, 618:15
**basic** [2] - 582:2,
582:5
**baton** [10] - 568:4,
568:9, 568:12,
568:14, 568:16,
568:19, 573:5,
573:7, 574:2, 610:17
**beat** [4] - 598:12,
598:14, 613:22,
614:2
**beating** [1] - 614:1
**beep** [1] - 552:24
**beeps** [1] - 553:12
**begin** [3] - 621:7,
622:12, 624:24
**beginning** [1] - 604:2,
615:14
**behalf** [3] - 621:12,
622:1, 622:22
**behind** [6] - 575:1,
576:11, 594:13,
603:10, 607:8,
614:14
**beliefs** [1] - 626:22
**below** [5] - 561:25,
562:1, 562:20,
562:22, 563:3
**belt** [2] - 550:15, 640:3
**Bench** [3] - 555:16,
584:13, 595:16
**bent** [1] - 612:2

**beside** [1] - 567:17
**better** [3] - 548:15,
630:8
**between** [8] - 541:6,
564:3, 564:7,
580:14, 587:10,
601:7, 607:13,
613:17
**beyond** [4] - 546:4,
581:25, 593:24,
594:2
**big** [3] - 626:20,
626:21, 634:3
**bigger** [2] - 635:22,
640:14
**bit** [9] - 542:21,
563:21, 564:25,
580:9, 600:12,
605:4, 629:12,
638:10, 638:11
**black** [2] - 582:13,
582:14
**blink** [1] - 626:21
**blow** [1] - 639:9
**blows** [1] - 641:22
**blue** [2] - 566:12,
567:12
**blurry** [1] - 610:18
**bodies** [1] - 604:18
**body** [20] - 548:7,
575:11, 579:3,
579:17, 579:20,
580:12, 583:18,
583:25, 587:15,
599:5, 599:7, 600:5,
600:25, 601:2,
601:13, 604:10,
604:15, 606:10,
612:1, 612:20
**body-camera** [7] -
548:7, 579:20,
583:18, 583:25,
600:5, 600:25, 601:2
**body-worn** [4] - 599:5,
599:7, 601:13,
612:20
**body-worn-camera**
[1] - 579:17
**bottom** [1] - 606:10
**bought** [8] - 630:24,
636:6, 636:7, 636:8,
636:11, 639:16,
639:20, 641:8
**box** [1] - 597:12
**box.com** [1] - 569:1
**Boys** [1] - 634:24
**brass** [7] - 630:19,
630:22, 630:24,
631:1, 631:3, 631:4,
631:7

**bravado** [1] - 630:17
**break** [12] - 557:16,
557:20, 595:19,
595:20, 595:21,
596:13, 596:15,
620:17, 624:1,
639:2, 642:16
**breathe** [1] - 565:7
**brief** [3] - 549:9,
552:8, 595:13
**bring** [5] - 540:3,
636:2, 636:13,
638:25, 639:7
**bringing** [1] - 541:23
**British** [1] - 592:6
**brought** [6] - 550:22,
561:16, 617:15,
636:4, 638:23,
639:11
**building** [1] - 565:7
**bullets** [1] - 642:7
**bunch** [1] - 603:9
**business** [2] - 550:10,
634:17
**buy** [2] - 639:17,
639:25

**C**

**cable** [1] - 633:1
**camera** [17] - 548:7,
549:7, 559:24,
579:17, 579:20,
583:18, 583:25,
587:15, 599:5,
599:7, 600:5,
600:25, 601:2,
601:14, 604:10,
608:16, 612:20
**canister** [2] - 560:19,
560:21
**cannot** [4] - 554:15,
606:15, 622:1, 622:8
**cap** [8] - 566:13,
567:12, 606:19,
606:22, 608:9,
609:10, 609:10,
614:8
**capable** [1] - 583:14
**Capitol** [22] - 543:24,
544:19, 546:15,
547:19, 551:24,
555:8, 555:9, 556:3,
556:9, 556:13,
563:1, 564:1, 564:4,
564:7, 567:5, 569:8,
570:2, 598:20,
598:25, 633:12,
633:15, 634:19
**Captain** [2] - 548:14,

646

593:21
**capture** [2] - 599:7, 599:14
**captures** [1] - 569:18
**care** [1] - 636:16
**carefully** [2] - 583:21, 583:23
**carrier** [3] - 640:2, 640:4, 640:6
**case** [31] - 543:25, 544:1, 544:2, 544:3, 544:5, 544:12, 544:13, 545:11, 545:16, 545:24, 546:5, 546:18, 546:24, 548:6, 548:17, 550:20, 551:5, 557:14, 560:15, 561:11, 583:17, 589:11, 591:5, 591:11, 622:17, 631:23, 641:9
**cases** [1] - 566:25
**catch** [1] - 574:24
**cell** [3] - 546:7, 570:7, 592:24
**certain** [3] - 581:7, 585:20, 587:24
**certainly** [8] - 545:11, 547:1, 549:1, 573:17, 582:8, 583:14, 590:24, 590:25
**certainty** [1] - 582:19
**certification** [1] - 590:2
**chair** [1] - 596:19
**change** [1] - 589:22
**changed** [1] - 574:17
**chanting** [1] - 635:15
**chaos** [1] - 587:14
**chaotic** [1] - 603:17
**character** [1] - 630:7
**charged** [1] - 641:3
**charges** [1] - 589:15
**cheap** [1] - 638:20
**check** [2] - 580:13, 635:3
**Cherokee** [2] - 627:18, 627:19
**chill** [1] - 635:5
**chipped** [1] - 625:15
**choice** [2] - 622:24, 623:2
**choices** [2] - 622:7, 630:8
**choose** [2] - 622:6, 622:18
**circle** [3] - 565:16,

577:25, 581:2
**circled** [2] - 562:18, 567:11
**citizen** [1] - 641:12
**civics** [1] - 541:2
**civil** [1] - 589:15
**clarify** [1] - 563:5
**clarifying** [1] - 577:8
**clarity** [1] - 544:9
**clear** [4] - 551:22, 567:18, 600:17, 619:6
**clearly** [4] - 588:21, 607:2, 629:19
**client** [1] - 584:20
**climbs** [1] - 594:5
**clip** [12] - 554:12, 569:3, 569:19, 584:14, 584:24, 585:23, 586:3, 586:7, 586:12, 613:2, 614:24, 615:14
**close** [3] - 552:12, 558:12, 563:23
**closed** [2] - 565:24, 581:23
**closed-fisted** [1] - 581:23
**closer** [2] - 587:15, 637:3
**closest** [1] - 566:6
**CNN** [1] - 632:17
**coerced** [1] - 622:21
**collapsed** [1] - 566:11
**collapses** [1] - 566:8
**colleague** [1] - 614:1
**college** [1] - 634:15
**colonists** [1] - 592:6
**Colton** [4] - 544:2, 551:3, 624:19, 624:21
**coming** [5] - 603:10, 614:18, 628:14, 631:20, 633:1
**commander** [1] - 547:20
**committed** [1] - 542:9
**committing** [2] - 559:7, 559:11
**common** [2] - 626:23, 639:23
**community** [2] - 626:19, 626:23
**compared** [1] - 557:9
**comparing** [1] - 567:8
**comparison** [1] - 545:3
**complying** [2] - 581:3, 610:25

**computer** [1] - 579:15
**concealed** [3] - 549:25, 550:12, 550:17
**concerns** [2] - 626:10, 626:13
**concerts** [1] - 635:13
**concluded** [1] - 555:2
**conclusion** [2] - 555:7, 556:15, 556:16
**conduct** [2] - 570:12, 630:6
**conducting** [1] - 559:1
**conference** [3] - 555:16, 584:13, 595:16
**confirm** [2] - 545:9, 571:23
**congested** [2] - 561:24, 562:2
**Congress** [1] - 545:1
**consistent** [2] - 587:25, 638:14
**consistently** [1] - 601:14
**constant** [1] - 588:24
**constitutional** [4] - 620:23, 621:11, 621:14, 621:22
**consulted** [1] - 623:5
**consulting** [1] - 623:8
**consuming** [1] - 632:5
**contact** [6] - 566:10, 568:6, 568:13, 571:18, 575:25, 580:14
**contacts** [1] - 540:11
**contained** [1] - 541:12
**container** [3] - 561:13, 561:15, 561:16
**containers** [1] - 560:25
**continue** [4] - 540:18, 572:6, 583:4, 642:3
**continuing** [1] - 540:23
**continuous** [1] - 562:6
**contraband** [1] - 628:14
**conversely** [1] - 621:18
**conversion** [1] - 601:7
**corner** [4] - 563:18, 572:13, 580:23, 606:11
**correct** [280] - 541:7, 541:14, 541:15, 541:21, 542:14, 543:3, 543:4, 543:6,

543:10, 543:17, 543:20, 544:1, 544:6, 544:14, 544:16, 544:19, 545:2, 545:12, 545:22, 545:23, 546:1, 546:24, 547:9, 547:15, 547:20, 547:21, 547:24, 548:1, 548:9, 548:19, 549:12, 549:16, 549:25, 550:7, 551:18, 551:19, 551:22, 551:24, 551:25, 552:10, 552:13, 552:24, 553:4, 553:13, 553:14, 553:16, 553:17, 553:24, 554:6, 554:10, 554:13, 554:17, 554:20, 555:2, 555:5, 556:14, 556:25, 557:4, 557:11, 557:16, 557:20, 558:10, 558:11, 558:12, 558:21, 559:3, 559:5, 559:6, 559:8, 559:12, 559:25, 560:3, 560:6, 560:7, 560:10, 560:12, 560:22, 561:1, 561:3, 561:6, 561:8, 561:13, 561:17, 561:18, 561:20, 561:21, 561:25, 562:4, 562:5, 562:7, 562:9, 562:12, 562:13, 562:15, 562:21, 563:4, 563:8, 563:9, 563:18, 563:19, 564:1, 564:2, 564:4, 564:9, 564:11, 564:18, 564:22, 565:3, 565:14, 565:15, 565:19, 566:2, 566:9, 566:13, 566:21, 567:1, 567:2, 567:5, 567:9, 567:13, 567:15, 567:21, 568:1, 568:4, 568:7, 568:8, 568:10, 568:17, 568:18, 569:8, 569:9, 569:11, 569:14, 570:3, 570:6, 570:9, 570:12, 570:25,

571:1, 571:3, 571:6, 571:11, 571:15, 571:16, 571:20, 571:25, 572:3, 572:10, 572:11, 572:13, 572:14, 572:18, 572:21, 572:22, 573:3, 573:4, 573:5, 573:7, 573:8, 574:3, 574:5, 574:8, 574:9, 574:11, 574:16, 575:1, 575:2, 575:4, 575:6, 575:7, 575:9, 575:12, 575:13, 575:19, 576:1, 576:10, 576:14, 576:15, 576:17, 576:25, 577:2, 577:4, 577:6, 577:8, 578:10, 578:11, 578:12, 578:15, 578:18, 578:21, 578:23, 579:1, 579:2, 579:4, 579:9, 579:20, 579:24, 580:2, 580:5, 580:16, 581:20, 581:23, 582:2, 582:5, 582:6, 582:10, 583:4, 583:7, 583:8, 583:9, 583:12, 583:13, 583:15, 583:19, 584:1, 584:4, 585:12, 585:13, 585:15, 585:18, 585:21, 585:22, 586:23, 587:8, 587:9, 588:9, 588:10, 588:12, 588:13, 588:15, 588:19, 588:21, 588:22, 588:25, 589:2, 589:4, 589:6, 589:8, 589:9, 589:13, 589:14, 589:15, 589:19, 589:22, 590:3, 590:6, 590:9, 590:12, 590:16, 590:19, 590:22, 591:6, 591:7, 591:9, 591:10, 591:12, 592:9, 593:17, 594:11, 594:14, 598:20, 599:8, 601:9, 601:11, 601:15, 602:3, 604:4, 605:1, 607:9, 607:10, 608:7,

647

608:10, 614:10, 615:15, 619:23, 620:1, 623:18, 630:10, 640:23, 641:13
**Correction** [1] - 628:5
**correctional** [1] - 628:4
**correctly** [2] - 549:17, 565:25
**corresponding** [1] - 567:4
**cost** [1] - 636:19
**counsel** [2] - 621:2, 623:21
**counterprotest** [1] - 631:21
**counterprotester** [1] - 638:1
**counterprotesters** [4] - 631:20, 631:23, 632:2, 639:9
**County** [10] - 597:24, 598:3, 627:4, 627:5, 627:7, 627:12, 627:18, 627:19, 628:11, 628:24
**couple** [2] - 547:14, 638:21
**course** [7] - 626:10, 631:24, 632:9, 635:9, 636:4, 637:21, 641:22
**Court** [1] - 595:24
**court** [5] - 547:19, 555:25, 585:9, 596:11, 597:21
**COURT** [58] - 540:3, 540:6, 540:9, 540:15, 540:17, 542:11, 555:15, 555:20, 582:21, 584:12, 585:8, 591:16, 595:2, 595:10, 595:15, 595:21, 595:25, 596:4, 596:8, 596:10, 596:12, 596:15, 596:18, 596:22, 596:25, 597:2, 597:5, 597:16, 619:19, 620:11, 620:16, 620:20, 621:7, 621:14, 621:17, 621:21, 622:6, 622:11, 622:16, 622:21, 622:24, 623:2, 623:5, 623:8, 623:11, 623:14,

623:17, 623:20, 623:24, 624:2, 624:4, 624:8, 637:6, 639:1, 642:12, 642:14, 642:16, 642:19
**courthouse** [2] - 627:21, 627:22
**COURTROOM** [6] - 597:11, 597:15, 600:8, 600:21, 615:6, 624:12
**coverage** [1] - 632:14
**covers** [1] - 575:24
**coworkers** [2] - 598:23, 603:11
**crime** [7] - 545:2, 559:7, 559:11, 588:9, 589:18, 593:18, 594:2
**crimes** [3] - 545:12, 545:13, 590:9
**cross** [2] - 540:19, 591:21
**CROSS** [2] - 540:23, 612:17
**cross-examination** [1] - 540:19
**CROSS-EXAMINATION** [2] - 540:23, 612:17
**crowd** [63] - 543:10, 547:12, 547:13, 547:18, 548:22, 549:2, 551:23, 552:10, 552:11, 554:16, 554:18, 554:20, 554:22, 555:7, 556:25, 557:4, 557:8, 560:3, 560:4, 560:6, 560:8, 560:24, 562:20, 562:25, 564:10, 565:1, 565:4, 565:8, 565:10, 575:6, 577:9, 584:1, 588:13, 591:6, 594:10, 594:16, 594:20, 594:23, 602:5, 603:2, 603:5, 606:1, 608:17, 608:21, 610:8, 610:11, 611:24, 614:5, 614:15, 614:17, 614:18, 619:3, 619:7, 619:13, 619:15, 619:16, 619:22, 620:1, 620:3, 620:6, 620:7, 635:22

**crowds** [1] - 549:5
**crutch** [1] - 572:20
**crutches** [3] - 567:15, 567:16, 572:9

**D**

**D.C** [12] - 544:10, 546:9, 546:11, 546:19, 598:16, 631:10, 633:3, 633:17, 634:1, 634:6, 635:9, 636:2
**daily** [1] - 632:12
**deal** [1] - 582:1
**dealt** [2] - 613:24, 614:2
**debating** [1] - 640:1
**debris** [1] - 637:25
**December** [4] - 625:10, 641:23, 641:24, 642:4
**decent** [2] - 543:17, 550:18
**decibels** [5] - 547:17, 547:20, 547:22, 548:20, 549:1
**decide** [1] - 625:8
**decided** [1] - 623:9
**decision** [7] - 620:24, 620:25, 621:1, 621:23, 623:11, 623:14, 623:17
**decisions** [1] - 630:8
**decrease** [1] - 585:20
**defendant** [1] - 557:15
**DEFENDANT** [18] - 540:12, 621:6, 621:13, 621:16, 621:20, 622:5, 622:10, 622:15, 622:20, 622:23, 623:1, 623:4, 623:7, 623:10, 623:13, 623:16, 623:19, 624:11
**Defendant's** [1] - 585:25
**defending** [1] - 570:12
**defense** [5] - 555:21, 555:23, 597:9, 620:15, 623:22
**Defense** [1] - 600:6
**defensive** [2] - 582:4, 582:5
**definitive** [1] - 584:9
**definitively** [2] - 555:11, 566:11
**degree** [1] - 634:14
**degrees** [1] - 545:13

**demeanor** [4] - 602:9, 608:12, 609:3, 612:4
**demo** [1] - 629:17
**demonstrate** [1] - 629:17
**demonstrative** [1] - 585:3
**Department** [3] - 597:25, 598:23, 628:5
**depicts** [2] - 564:17, 565:14
**deployed** [3] - 548:12, 548:18, 561:19
**deploying** [1] - 556:25
**DEPUTY** [7] - 597:11, 597:15, 600:8, 600:21, 615:6, 624:12
**deputy** [6] - 627:9, 627:10, 627:16, 627:20, 628:3, 628:11
**Deputy** [2] - 597:22, 610:15
**describe** [17] - 574:13, 574:19, 602:9, 603:7, 603:17, 604:8, 608:12, 612:1, 612:4, 625:13, 626:16, 630:15, 630:17, 635:11, 636:22, 636:23, 637:19
**described** [1] - 548:23
**determine** [2] - 544:18, 582:16
**device** [3] - 547:8, 548:4, 631:4
**different** [4] - 547:14, 590:13, 600:4, 629:13
**difficult** [5] - 550:13, 571:12, 573:23, 581:5, 581:16, 582:13
**DIRECT** [2] - 597:18, 624:13
**directional** [1] - 548:8
**directly** [3] - 543:21, 562:20, 589:2
**discussed** [5] - 551:1, 551:3, 584:23, 597:6, 641:24
**discussing** [1] - 543:7
**disorder** [1] - 589:15
**dispel** [1] - 635:23
**disperse** [4] - 547:12, 547:13, 547:18, 554:6

**display** [1] - 641:2
**displaying** [1] - 600:14
**disrupt** [1] - 545:1
**disruptions** [1] - 543:20
**disrupts** [1] - 589:18
**distance** [1] - 562:21
**distinct** [1] - 571:10
**District** [1] - 598:15
**ditch** [1] - 625:14
**division** [1] - 543:22
**dollars** [1] - 636:20
**Donald** [1] - 555:4
**done** [3] - 584:18, 634:14, 642:11
**down** [17] - 543:14, 547:1, 555:8, 571:25, 573:22, 573:25, 574:22, 576:1, 576:8, 576:9, 576:14, 577:7, 588:16, 605:23, 613:2, 615:15, 635:8
**downed** [10] - 613:7, 613:11, 613:13, 613:16, 613:17, 613:21, 614:3, 614:10, 614:12, 617:1
**dragged** [2] - 594:20, 594:23
**draw** [2] - 610:20, 610:22
**draws** [1] - 592:5
**drive** [3] - 600:21, 600:22, 631:12
**driving** [1] - 634:2
**drop** [1] - 574:2
**dropped** [2] - 568:16, 573:7
**drops** [2] - 568:12, 568:15
**drove** [1] - 631:11
**dual** [1] - 636:17
**due** [2] - 628:20, 629:2
**during** [6] - 554:10, 560:5, 566:22, 592:7, 621:3, 623:25
**duties** [2] - 628:10, 628:12
**duty** [7] - 598:10, 629:4, 637:17, 640:3, 640:11, 640:12

**E**

**eagle** [3] - 571:5, 571:6, 571:19

648

Edwards [1] - 642:22
eighth [1] - 634:12
either [3] - 563:23,
621:21, 623:21
election [2] - 546:12,
626:11
electoral [1] - 590:2
Ellipse [1] - 555:7
embarrassment [2] -
630:3, 630:4
emitting [2] - 553:3,
553:23
emotion [1] - 565:22
employed [2] -
597:23, 597:25
end [5] - 577:17,
578:5, 578:8,
578:25, 586:16
ended [2] - 638:11,
640:4
enforcement [20] -
543:19, 544:16,
548:5, 560:11,
560:13, 560:22,
561:1, 561:3, 561:5,
561:8, 561:10,
561:20, 581:22,
598:5, 598:7,
602:18, 627:24,
628:7, 629:13, 641:2
enforcement-issued
[1] - 560:22
engage [4] - 558:17,
578:14, 632:2, 633:8
engaged [1] - 558:24
engaging [5] - 557:4,
557:15, 557:22,
589:17, 602:15
enhancements [3] -
590:14, 590:17,
590:19
ensure [2] - 621:22,
628:12
entered [1] - 600:16
entire [4] - 546:6,
562:1, 588:23, 630:3
entirely [1] - 567:18
entirety [3] - 555:10,
556:5, 557:18
entryway [1] - 616:3
environment [1] -
603:7
equalizer [3] - 584:17,
585:15, 585:17
era [1] - 592:5
especially [2] - 575:6,
626:12
essentially [18] -
542:13, 543:5,
562:4, 564:17,

575:8, 575:24,
576:13, 584:3,
584:18, 585:20,
588:18, 589:12,
589:17, 598:24,
600:7, 601:20,
602:20
estimate [1] - 558:23
evening [1] - 598:18
event [2] - 635:24,
635:25
events [3] - 544:3,
555:6, 573:25
eventually [3] -
563:22, 629:4, 635:4
evidence [24] -
545:12, 545:24,
546:6, 546:8,
550:20, 550:22,
551:4, 551:15,
557:15, 560:15,
561:12, 561:16,
561:19, 569:10,
585:5, 585:6,
589:11, 591:21,
591:24, 595:12,
622:1, 622:2, 622:7,
639:10
exact [10] - 567:14,
571:23, 577:10,
584:9, 590:23,
601:7, 607:19,
610:3, 618:11
exactly [1] - 588:2,
607:5, 616:13
examination [1] -
540:19
EXAMINATION [6] -
540:23, 591:17,
597:18, 612:17,
619:20, 624:13
exchange [1] - 574:6
excited [1] - 631:18
excused [3] - 595:5,
620:12, 620:14
exhausting [1] -
603:15
Exhibit [4] - 595:8,
595:11, 612:16,
612:19
exhibit [2] - 600:10,
600:11
Exhibits [1] - 595:7
exhibits [4] - 551:11,
593:11, 595:19,
600:9
expect [2] - 632:6,
635:18
expected [1] - 543:9
expecting [1] - 641:20

expensive [1] - 638:19
experiencing [1] -
610:7
expert [1] - 590:11
explanation [1] -
584:24
expression [1] -
565:21
extended [4] - 562:9,
581:19, 582:9,
582:17
extent [1] - 626:22
eyes [1] - 565:24

**F**

face [3] - 565:18,
566:4, 609:4
Facebook [1] - 541:10
facial [1] - 565:21
facing [3] - 559:24,
578:9, 589:6
fact [12] - 541:16,
542:4, 543:16,
544:20, 544:21,
551:4, 552:12,
554:9, 568:12,
578:17, 613:24,
617:18
factor [1] - 545:14
fair [15] - 564:10,
570:4, 572:16,
582:23, 584:20,
606:1, 609:9, 614:3,
614:6, 614:8, 617:8,
617:19, 618:1,
618:3, 618:20
fairly [5] - 552:12,
558:12, 571:10,
578:4, 600:1
falling [2] - 575:3,
594:16
familiar [1] - 626:16
far [5] - 547:16,
589:21, 590:2,
590:4, 634:13
farming [1] - 626:18
fault [2] - 540:14,
616:10
FBI [15] - 540:18,
543:16, 543:19,
549:1, 549:4,
549:13, 549:15,
549:20, 581:24,
581:25, 583:14,
585:11, 590:8,
590:15, 593:7
federal [1] - 545:3
federally [1] - 589:18
feet [5] - 552:14,

564:3, 572:3,
572:14, 575:11
feetfirst [1] - 594:23
fell [1] - 625:14
fellow [1] - 603:11
felony [2] - 545:6,
545:8
felt [6] - 603:9, 629:2,
629:3, 629:25,
635:22
fence [2] - 563:21,
563:25, 564:4,
564:8, 564:11,
564:17, 564:19,
565:6
few [4] - 573:16,
580:18, 581:8,
607:12, 617:7,
625:20, 627:14,
637:20
Fi [1] - 570:17
Field [1] - 544:10
field [3] - 599:10,
634:7, 634:9
fifteen [1] - 596:9
Fifth [1] - 622:18
fighting [1] - 581:25
file [5] - 544:9, 579:16,
591:11, 600:4
files [2] - 544:16,
590:11
fine [4] - 571:22,
576:21, 578:20,
596:7
fingers [3] - 581:4,
581:6, 631:5
finish [1] - 611:14
finished [1] - 555:5
firearm [5] - 550:13,
550:22, 550:24,
551:1, 551:3
firearms [1] - 551:5
first [6] - 592:22,
597:7, 600:7,
600:13, 616:8, 626:4
fisted [2] - 574:7,
581:23, 631:7
fit [1] - 631:4
five [4] - 596:3, 598:6,
600:13, 639:3
flag [2] - 571:19,
605:10
flash [5] - 548:12,
548:18, 548:20,
600:21, 600:22
flash-bang [1] -
548:20
flash-bangs [2] -
548:12, 548:18
flip [1] - 632:18

focus [5] - 577:14,
588:6, 588:8, 615:2,
615:8
focused [1] - 607:10
following [1] - 580:15
footage [31] - 548:7,
550:21, 557:7,
557:13, 560:14,
561:11, 566:20,
567:1, 567:3, 567:9,
570:5, 570:9,
571:15, 573:15,
574:14, 576:17,
576:18, 579:17,
579:20, 579:22,
583:18, 583:25,
584:19, 600:5,
600:25, 601:2,
601:4, 604:4,
605:16, 606:14,
629:22
footing [1] - 574:13
force [2] - 621:18,
641:1
forced [2] - 622:1,
622:21
forensic [2] - 590:16,
591:12
forward [5] - 608:18,
608:21, 615:24,
616:1, 616:2
FOSTER [10] - 612:15,
612:18, 612:22,
613:1, 614:23,
615:1, 615:4, 615:7,
615:13, 619:17
fought [1] - 592:6
Fox [1] - 632:9
fractured [1] - 625:16
frame [7] - 577:10,
578:4, 580:9, 583:11
frames [2] - 580:18,
581:8
Franklin [1] - 627:6
fray [1] - 564:21
free [2] - 591:2, 623:15
Freedom [3] - 635:6,
635:7, 635:11
freely [1] - 583:9
frequencies [1] -
585:20
friend [3] - 630:10,
630:12, 635:5
friendly [1] - 616:16
front [14] - 557:22,
563:7, 566:4, 589:2,
599:15, 599:17,
600:1, 601:11,
601:17, 602:3,
603:11, 604:11,

604:16, 613:9
**Front** [6] - 551:23, 557:20, 558:1, 558:4, 558:18, 559:12
**Fuck** [1] - 616:14
**full** [1] - 629:4
**fun** [1] - 629:12
**function** [2] - 547:18, 589:18
**functioning** [1] - 548:11
**functions** [1] - 547:14

## G

**gain** [1] - 618:6
**gas** [1] - 552:15
**gear** [1] - 640:3
**general** [3] - 544:22, 548:1, 567:23
**generally** [6] - 549:5, 570:24, 599:8, 625:8, 628:15, 638:13
**Georgia** [2] - 627:16, 627:17
**glasses** [1] - 636:5
**gloves** [24] - 636:4, 636:6, 636:7, 636:10, 636:13, 637:9, 637:10, 637:13, 637:17, 637:19, 637:20, 637:21, 637:22, 637:24, 638:5, 638:7, 638:11, 638:13, 638:14, 638:17, 638:19
**goggles** [1] - 565:23
**gov** [1] - 597:9
**government** [17] - 544:13, 552:7, 558:20, 558:22, 559:1, 559:11, 569:10, 591:25, 592:4, 593:11, 595:6, 595:18, 597:4, 600:10, 600:13, 612:10, 622:16
**Government** [2] - 595:8, 595:11
**Government's** [20] - 542:22, 551:14, 551:18, 558:6, 559:14, 563:13, 564:14, 564:17, 565:12, 568:22, 570:18, 575:16,

575:18, 575:23, 576:20, 579:18, 612:16, 612:19, 636:10, 639:11
**government's** [3] - 551:11, 600:9, 600:11
**grab** [1] - 569:2
**grabbing** [1] - 578:17
**grade** [3] - 634:9, 634:11, 634:12
**grasping** [1] - 564:19
**ground** [18] - 565:25, 566:2, 571:25, 577:5, 579:3, 584:1, 584:7, 584:15, 588:24, 591:6, 591:9, 604:13, 604:15, 604:18, 606:10, 606:18, 607:24, 615:18
**group** [7] - 541:23, 542:4, 542:6, 543:4, 561:24, 629:8, 632:4
**groups** [1] - 542:14
**guess** [3] - 585:25, 595:22, 630:2
**guilt** [2] - 622:3, 622:8
**gun** [4] - 550:9, 629:15, 639:16, 639:20
**gunfire** [1] - 592:14
**guy** [1] - 640:14
**guys** [1] - 640:14

## H

**half** [2] - 543:18, 618:2
**hand** [18] - 563:17, 564:19, 570:23, 571:24, 573:5, 580:25, 581:1, 581:7, 581:11, 581:14, 581:15, 581:17, 581:20, 582:12, 582:16, 597:12, 609:3, 612:2
**handle** [3] - 592:16, 593:5, 631:5
**hands** [5] - 560:4, 568:19, 580:8, 636:16, 637:25
**happy** [2] - 588:3, 628:21
**hard** [9] - 552:17, 574:17, 610:18, 629:19, 630:1, 631:8, 634:4, 636:25, 637:21
**hat** [19] - 566:4, 571:6,

603:21, 613:18, 613:22, 614:1, 615:3, 615:9, 616:5, 616:7, 616:11, 616:22, 616:25, 617:6, 617:10, 617:23, 618:6, 618:23, 636:4
**head** [1] - 565:16
**headfirst** [1] - 594:20
**hear** [38] - 548:14, 554:12, 554:14, 554:17, 554:20, 554:22, 562:11, 569:17, 569:20, 569:25, 584:3, 584:8, 584:21, 586:14, 586:16, 586:17, 587:4, 587:5, 587:10, 587:13, 587:14, 587:16, 587:20, 587:23, 587:25, 605:12, 605:16, 605:21, 605:23, 609:14, 609:24, 610:2, 611:4, 611:6, 611:7, 611:11, 614:25, 626:12
**heard** [11] - 548:23, 552:24, 553:12, 554:24, 570:1, 584:2, 584:21, 609:18, 616:13, 616:14, 641:15
**hearing** [2] - 547:5, 621:3
**heave** [2] - 562:6, 562:11
**heave-ho** [1] - 562:11
**heaves** [1] - 562:14
**heavier** [1] - 640:13
**heaving** [1] - 562:4
**held** [10] - 540:2, 540:16, 555:25, 585:9, 596:11, 596:14, 597:1, 620:19, 624:7, 642:18
**Help** [1] - 586:16
**help** [13] - 544:12, 544:15, 547:11, 586:21, 587:8, 587:23, 610:4, 611:19, 617:4, 625:4, 632:5, 641:23, 642:1
**helped** [4] - 565:25, 566:1, 572:2, 607:25
**helpful** [1] - 616:22

helpfully [1] - 552:7
helping [1] - 552:7
hiding [1] - 577:16
high [1] - 553:4
high-pitched [1] - 553:4
hindered [1] - 614:9
hip [1] - 625:15
hit [3] - 614:19, 617:19, 625:14
hits [1] - 639:8
ho [1] - 562:11
hockey [4] - 567:17, 567:19, 567:20, 567:25
hold [2] - 582:21, 615:6
holding [3] - 589:8, 607:10, 618:19
holster [3] - 550:2, 550:12, 629:17
holsters [5] - 550:7, 550:11, 550:17, 629:15
honestly [1] - 626:9
Honor [12] - 540:4, 540:5, 540:22, 591:15, 595:6, 595:13, 595:17, 597:4, 597:8, 623:22, 623:23, 637:5
hoping [1] - 595:18
hopped [1] - 564:18
hops [1] - 563:20
hospital [3] - 625:17, 625:19, 625:20
hostile [2] - 614:18, 632:1
hotel [3] - 634:2, 634:3, 635:3
hours [2] - 625:20, 631:13
House [1] - 555:2
house [3] - 549:12, 549:13, 549:14
hunching [1] - 609:3
hundred [1] - 638:21
hunted [1] - 634:2

## I

idea [3] - 633:11, 633:14, 633:20
identifiable [2] - 566:25, 567:8
identified [2] - 544:11, 559:10
identify [5] - 553:20, 559:5, 559:7,

559:18, 573:15
ideology [2] - 592:3, 592:4
Ill [1] - 592:2
image [3] - 552:17, 557:3, 610:17
images [4] - 550:21, 557:7, 560:15, 561:12
imagine [2] - 548:24, 617:18
immediately [4] - 561:24, 564:20, 568:6, 571:17
impersonating [1] - 641:3
inadequate [1] - 629:3
include [1] - 545:14
including [4] - 546:5, 546:6, 546:7, 550:21
increase [1] - 585:20
incriminate [1] - 622:2
incrimination [1] - 622:13
indicate [1] - 552:2
indicating [1] - 621:7
indication [1] - 581:19
indicative [1] - 613:5
individual [30] - 566:3, 566:12, 566:14, 566:20, 567:11, 567:17, 571:19, 572:9, 572:20, 576:12, 599:22, 602:2, 603:21, 605:7, 605:9, 606:19, 607:7, 607:16, 607:24, 608:1, 608:19, 608:25, 611:23, 613:25, 614:2, 616:8, 616:9, 617:22, 618:5, 618:23
individuals [2] - 603:12, 609:5
infer [2] - 542:3, 622:8
inference [1] - 542:7
inform [1] - 632:5
information [3] - 543:23, 544:24, 546:17
initial [1] - 552:1
injured [5] - 609:4, 617:1, 619:6, 619:13, 619:16
injury [2] - 609:15, 618:15
inmates [1] - 628:13
inner [2] - 640:4,

640:6
**inside** [7] - 584:1,
627:9, 627:10,
627:20, 628:13,
628:16, 640:5
**insinuation** [1] - 592:5
**instance** [2] - 546:22,
546:23
**intelligence** [1] -
544:22
**intelligently** [2] -
621:1, 621:24
**intends** [1] - 595:18
**interfere** [1] - 591:24
**interview** [1] - 546:11
**introduce** [3] - 584:19,
597:20, 624:17
**investigate** [1] - 590:9
**investigating** [7] -
543:17, 544:14,
544:18, 545:15,
548:6, 588:11, 591:5
**investigation** [5] -
545:18, 545:21,
548:17, 559:2,
583:17
**involuntary** [2] -
576:10, 576:17
**involved** [1] - 550:10
**isolate** [1] - 590:19
**issue** [2] - 541:23,
543:4
**issued** [2] - 560:22,
560:25
**items** [3] - 548:15,
561:9, 608:18
**itself** [2] - 545:9,
579:22

### J

**jacket** [4] - 577:23,
577:25, 578:1, 613:5
**jail** [5] - 627:9, 627:10,
627:20, 628:12,
628:13
**January** [34] - 543:17,
543:20, 544:3,
544:18, 544:23,
545:19, 545:25,
546:9, 546:10,
546:19, 548:22,
550:23, 554:10,
557:3, 560:5,
560:24, 571:11,
598:1, 598:7,
598:10, 625:8,
625:21, 626:23,
627:2, 628:1,
630:10, 633:21,

634:18, 634:19,
636:3, 638:7, 640:7
**job** [1] - 544:12,
544:15, 544:17,
545:11, 628:21,
629:3, 629:11,
629:14, 640:17
**Johnson** [2] - 579:15,
585:25
**judge** [3] - 569:1,
584:10, 642:10
**jury** [13] - 540:2,
540:3, 540:16,
578:20, 584:20,
596:14, 597:1,
597:21, 620:19,
624:5, 624:7,
624:17, 642:18

### K

**KEARNEY** [16] -
540:4, 542:10,
555:14, 555:17,
555:21, 584:23,
585:4, 591:18,
595:1, 595:6,
595:13, 595:17,
596:5, 597:4,
600:15, 623:23
**keep** [2] - 638:5, 641:7
**kept** [1] - 641:12
**kick** [1] - 614:21
**kicks** [1] - 567:12
**kind** [15] - 563:20,
566:8, 574:20,
584:25, 592:3,
595:25, 610:18,
630:17, 631:20,
632:1, 635:5,
635:22, 636:24,
637:9
**kit** [2] - 549:10, 549:15
**knife** [2] - 641:16,
641:22
**knowingly** [2] - 621:1,
621:23
**knowledge** [9] -
549:6, 553:18,
580:4, 588:23,
617:2, 619:22,
619:25, 620:3, 642:4
**known** [1] - 567:9
**Knoxville** [1] - 543:22
**knuckles** [7] - 630:19,
630:22, 630:24,
631:1, 631:3, 631:4,
631:7

### L

**label** [1] - 559:2
**lack** [1] - 548:15
**lady** [3] - 566:7, 572:2,
572:14
**large** [1] - 561:24
**larger** [3] - 542:4,
560:18, 560:21
**last** [4] - 597:21,
624:18, 626:9, 631:2
**late** [1] - 592:23
**latex** [1] - 637:22
**Lavine** [2] - 632:10,
632:12
**law** [20] - 543:19,
544:15, 548:5,
560:11, 560:13,
560:21, 560:25,
561:3, 561:5, 561:8,
561:10, 561:20,
581:22, 598:5,
598:7, 602:17,
627:24, 628:7,
629:13, 641:2
**Lawn** [1] - 555:8
**lawn** [1] - 558:24
**learn** [3] - 582:7,
609:7, 619:2
**learning** [1] - 629:12
**least** [4] - 541:19,
557:3, 595:23,
602:10
**leather** [1] - 636:24
**left** [18] - 551:7,
551:10, 557:1,
564:19, 578:9,
578:10, 578:25,
579:10, 579:23,
580:22, 581:11,
581:12, 581:15,
581:17, 598:4,
610:15, 633:25,
641:1
**leg** [1] - 576:12
**legal** [1] - 639:20
**length** [1] - 562:8
**less** [3] - 557:8,
577:12, 638:16
**levels** [1] - 585:18
**lifted** [1] - 634:5
**lifting** [2] - 566:5,
566:6
**light** [1] - 629:4
**line** [46] - 552:10,
552:11, 552:13,
557:16, 557:17,
557:20, 557:22,
558:1, 558:4,
558:12, 558:15,

562:4, 562:6,
562:14, 566:21,
567:12, 567:15,
567:21, 568:1,
572:10, 572:20,
578:12, 579:6,
579:8, 593:16,
599:17, 600:2,
601:18, 602:13,
603:3, 603:5,
604:16, 604:25,
607:8, 607:10,
608:6, 608:10,
610:20, 614:14,
616:1, 616:2,
617:16, 618:19,
618:20, 619:14
**lines** [1] - 554:7
**Lisa** [1] - 642:22
**listen** [5] - 556:6,
556:8, 588:3,
632:12, 635:8
**listened** [5] - 555:10,
556:5, 583:18,
583:21, 583:25
**listening** [2] - 553:20,
588:1
**live** [1] - 639:23
**lived** [1] - 626:24
**living** [1] - 626:14
**load** [1] - 635:3
**located** [1] - 550:15
**location** [3] - 589:22,
589:23, 589:24
**locker** [1] - 630:18
**log** [1] - 569:1
**long-range** [1] - 547:8
**look** [1] - 557:14
**looked** [3] - 546:5,
589:11, 617:7
**looking** [7] - 546:7,
566:16, 567:7,
571:9, 571:25,
574:18, 593:7
**lose** [1] - 640:15
**loses** [1] - 574:20
**loud** [11] - 547:16,
548:2, 548:3,
548:14, 548:22,
548:23, 549:5,
552:24, 553:3,
553:12, 553:24
**Loudoun** [2] - 597:24,
598:3
**loudspeaker** [1] -
553:6
**loudspeakers** [1] -
553:15
**lower** [13] - 551:23,
558:18, 558:24,

559:11, 562:7,
562:21, 563:3,
564:21, 575:19,
575:25, 579:23,
580:22, 599:18
**LRAD** [11] - 547:6,
547:8, 547:14,
547:23, 548:7,
548:10, 553:1,
553:3, 553:13,
553:23, 593:14
**luggage** [1] - 635:3
**lunch** [4] - 633:19,
639:2, 642:11,
642:17
**lying** [1] - 606:10

### M

**M-c-a-b-e-e** [1] -
624:19
**ma'am** [31] - 613:4,
613:6, 613:8,
613:12, 613:15,
613:20, 613:23,
614:4, 614:7,
614:11, 614:16,
614:20, 614:22,
615:16, 616:17,
616:20, 616:24,
617:9, 617:13,
617:17, 617:20,
617:25, 618:4,
618:8, 618:15,
618:17, 618:21,
619:1, 619:8, 621:6,
624:11
**Madbike** [1] - 637:7
**main** [2] - 635:24,
635:25
**majority** [1] - 599:15
**Mall** [1] - 634:22
**man** [25] - 586:23,
587:4, 587:6,
587:23, 604:8,
605:23, 609:9,
609:14, 609:20,
611:4, 611:12,
613:17, 613:18,
613:22, 614:8,
615:3, 615:9, 616:5,
616:11, 616:21,
616:25, 617:6,
617:10, 617:11
**manipulated** [1] -
584:25
**manner** [1] - 616:16
**Mark** [2] - 632:10,
632:12
**MARSHAL** [1] - 624:6
**marshals** [2] - 596:19,

624:4
**martial** [2] - 582:2, 582:3
**mask** [2] - 571:5, 571:20
**matter** [1] - 568:14
**McAbee** [92] - 541:6, 541:9, 541:13, 541:16, 541:23, 544:2, 544:11, 545:25, 546:8, 550:7, 550:22, 550:25, 551:3, 552:12, 557:22, 557:25, 558:3, 558:10, 558:14, 558:17, 558:24, 559:11, 559:19, 559:24, 560:15, 561:12, 561:22, 562:14, 562:20, 562:25, 563:7, 563:17, 564:18, 564:21, 565:14, 565:16, 565:18, 566:1, 566:4, 567:25, 568:3, 570:24, 571:17, 572:19, 573:2, 573:15, 573:22, 573:25, 574:2, 574:7, 574:10, 574:24, 575:1, 575:8, 575:24, 576:8, 576:11, 576:13, 577:5, 577:14, 577:20, 577:25, 578:1, 578:8, 578:14, 578:21, 578:25, 579:8, 580:1, 580:13, 580:14, 580:15, 583:3, 584:16, 588:15, 588:17, 588:18, 588:24, 590:6, 592:10, 593:12, 593:24, 594:4, 594:12, 594:13, 594:15, 620:15, 620:20, 624:9, 624:15, 624:19, 629:18
**McAbee's** [17] - 546:6, 549:12, 549:23, 566:8, 570:7, 570:14, 574:13, 576:17, 580:8, 580:25, 581:11, 581:17, 582:12,

592:18, 592:24, 593:2, 620:17
**mean** [7] - 569:15, 575:11, 613:25, 631:21, 633:24, 635:9, 641:8
**meant** [2] - 592:13, 619:14
**measure** [1] - 549:1
**media** [2] - 583:6, 583:9
**Media** [4] - 584:17, 585:11, 585:14, 590:21
**medical** [1] - 607:4
**meet** [1] - 635:4
**member** [3] - 602:5, 602:7, 618:20
**members** [4] - 560:5, 560:8, 560:24, 562:3
**memory** [1] - 602:12
**Mendoza** [2] - 548:14, 593:21
**mens** [1] - 555:23
**mentioned** [4] - 551:7, 609:18, 609:19, 633:5
**message** [13] - 541:25, 542:3, 542:15, 550:25, 553:24, 553:25, 554:1, 554:3, 554:5, 554:7, 554:9, 554:14, 569:1
**messages** [13] - 541:3, 541:6, 541:9, 541:12, 546:3, 546:4, 546:14, 546:20, 550:21, 592:18, 592:21, 630:14, 633:5
**metal** [2] - 563:25, 637:1
**metaling** [1] - 636:25
**Metropolitan** [4] - 547:10, 597:25, 598:23, 633:15
**Michael** [1] - 630:13
**microphone** [2] - 599:12, 599:14
**middle** [3] - 542:24, 563:10, 580:1
**might** [13] - 542:21, 565:7, 565:22, 570:11, 570:17, 574:13, 582:23, 591:1, 594:15, 606:21, 612:10, 632:6, 641:22
**Mike** [6] - 630:16,

631:16, 631:25, 636:7, 636:10, 641:23
**Mike's** [1] - 635:4
**mind** [1] - 631:1
**mindset** [1] - 641:10
**minute** [9] - 559:15, 559:16, 570:20, 573:14, 575:21, 576:24, 577:6, 577:13, 620:17
**minutes** [18] - 570:19, 596:3, 600:7, 600:11, 600:13, 601:21, 601:24, 602:24, 605:4, 607:12, 608:16, 612:14, 612:23, 612:24, 617:7, 618:2, 619:3, 639:3
**miss** [1] - 626:21
**mixture** [1] - 629:2
**MJOA** [1] - 595:24
**mode** [1] - 548:8
**model** [1] - 550:18
**modes** [1] - 548:10
**moment** [17] - 547:5, 549:9, 549:22, 560:1, 568:23, 579:15, 584:11, 595:14, 603:9, 604:23, 605:24, 608:3, 615:19, 617:3, 617:4, 617:5, 617:13
**momentarily** [2] - 604:24, 621:4
**months** [1] - 627:14
**Moore** [18] - 574:5, 574:6, 580:5, 580:12, 580:16, 583:4, 613:9, 613:10, 613:13, 613:21, 613:22, 614:1, 614:3, 616:19, 617:12, 618:1, 625:2, 625:5
**Moore's** [1] - 614:9
**morning** [14] - 540:17, 540:20, 540:25, 541:1, 541:2, 591:19, 591:20, 596:13, 597:11, 597:20, 597:22, 631:11, 633:19
**most** [1] - 633:1
**motion** [1] - 562:16
**motorcycle** [11] - 636:18, 637:10, 637:11, 637:13,

638:8, 638:10, 638:11, 638:13, 638:14, 638:17, 638:19
**mouth** [1] - 587:15
**move** [4] - 562:16, 568:23, 570:18, 598:3
**moved** [1] - 555:8
**movement** [2] - 573:24, 576:10
**MPD** [2] - 619:7, 619:13

# N

**name** [3] - 597:21, 624:18, 624:20
**Nashville** [3] - 549:18, 626:18, 627:6
**National** [1] - 634:22
**natural** [1] - 639:2
**naturally** [1] - 568:22
**near** [3] - 552:10, 552:11, 594:5
**necessarily** [3] - 569:15, 581:24, 605:25
**necessary** [1] - 585:1
**need** [7] - 540:11, 545:9, 579:14, 589:24, 595:23, 596:21, 607:4
**needed** [1] - 611:19
**needs** [1] - 611:19
**nervous** [1] - 629:20
**never** [5] - 548:3, 550:25, 551:3, 567:25, 609:10
**new** [2] - 540:11, 629:12
**News** [1] - 632:9
**news** [6] - 555:12, 556:12, 631:24, 632:5, 632:8, 633:1
**Newsmax** [1] - 632:9
**newspapers** [2] - 632:22, 632:24
**next** [6] - 565:18, 570:18, 606:18, 615:20, 617:1, 639:2
**night** [1] - 635:5
**nobody** [1] - 590:5
**noise** [4] - 547:16, 548:25, 553:4, 587:20
**noises** [2] - 553:15, 553:24
**normal** [1] - 614:24
**NOTE** [1] - 642:21

**note** [1] - 547:1
**nothing** [3] - 546:18, 584:21, 619:17
**notice** [1] - 555:24
**November** [2] - 598:4, 598:6
**NPR** [1] - 632:20
**number** [4] - 561:9, 571:2, 620:23, 621:3

# O

**o'clock** [5] - 589:22, 590:3, 642:17, 642:19
**Oath** [3] - 597:13, 621:5, 624:10
**oath** [1] - 540:21
**object** [4] - 585:6, 600:14, 600:15, 600:16
**objection** [5] - 542:10, 585:5, 595:9, 596:20, 596:23
**objects** [3] - 558:3, 603:10, 614:18
**obligation** [1] - 606:4
**observations** [1] - 610:10
**observed** [2] - 583:3, 615:18
**obtain** [1] - 593:1
**obtained** [3] - 560:6, 560:8, 593:4
**obvious** [1] - 616:21
**obviously** [14] - 541:6, 545:1, 552:1, 562:25, 569:7, 570:2, 572:9, 573:2, 573:7, 583:18, 587:15, 588:9, 607:9, 619:25
**occasional** [1] - 631:19
**occasionally** [1] - 632:18
**occur** [1] - 543:8
**occurred** [1] - 542:9
**occurring** [1] - 589:13
**offer** [1] - 595:7
**Office** [6] - 544:10, 597:24, 627:4, 627:8, 627:13, 628:24
**Officer** [73] - 546:13, 551:17, 568:7, 568:9, 568:13, 568:17, 571:19, 573:13, 574:3, 574:5, 574:6,

574:10, 575:9,
576:1, 576:12,
576:14, 577:5,
577:15, 577:22,
577:23, 577:25,
578:1, 578:12,
578:14, 578:15,
578:18, 578:22,
579:17, 579:20,
580:5, 580:7,
580:12, 580:16,
583:4, 584:1, 584:3,
584:6, 584:15,
586:13, 586:14,
587:7, 587:11,
587:14, 588:6,
588:8, 588:11,
588:13, 588:17,
588:19, 588:21,
588:24, 589:6,
589:8, 591:5, 600:5,
600:25, 612:19,
613:2, 613:9,
613:10, 614:1,
614:3, 614:9,
616:19, 617:12,
618:1, 619:18,
620:12, 624:25,
625:2, 625:3, 625:4,
625:5
**officer** [33] - 545:3,
548:6, 554:1,
564:16, 580:14,
581:22, 602:2,
603:2, 604:11,
613:2, 613:7,
613:11, 613:13,
613:16, 613:18,
613:21, 613:25,
614:3, 614:10,
614:12, 615:15,
615:18, 615:22,
615:25, 617:2,
619:7, 619:13,
619:16, 620:6,
620:8, 628:4, 641:4
**officers** [16] - 544:23,
546:9, 553:18,
556:25, 557:25,
558:3, 566:23,
591:22, 593:16,
616:23, 619:7,
619:22, 619:25,
620:4, 633:15, 642:8
**official** [1] - 589:18
**often** [1] - 599:3
**once** [4] - 577:9,
601:14, 622:11,
634:7
**one** [32] - 541:16,

541:22, 545:15,
546:12, 548:1,
549:25, 551:6,
557:14, 562:19,
566:24, 568:3,
570:18, 571:13,
572:12, 579:23,
582:8, 588:3,
589:11, 589:15,
590:18, 600:22,
619:7, 619:11,
621:8, 621:17,
621:18, 625:23,
628:19, 638:22,
641:8
**ongoing** [1] - 545:19
**open** [7] - 555:25,
574:7, 581:19,
585:9, 585:14,
596:11, 631:7
**open-fisted** [2] -
574:7, 631:7
**opened** [2] - 544:7,
544:9
**operating** [1] - 554:2
**opinion** [2] - 621:8,
632:6
**opposed** [1] - 640:3
**option** [1] - 584:18
**options** [1] - 585:14
**order** [2] - 576:22,
590:8
**otherwise** [1] - 550:12
**outer** [1] - 640:1
**outfit** [2] - 571:10,
571:13
**outfits** [1] - 571:11
**outside** [3] - 563:24,
564:1, 640:2
**outstretched** [1] -
581:4
**overall** [2] - 544:3,
598:5
**own** [8] - 621:12,
622:1, 622:2,
622:22, 623:15,
630:22, 637:11,
640:19
**ownership** [1] - 625:6

**P**

**p.m** [7] - 557:9,
598:19, 617:22,
618:2, 618:5, 642:21
**page** [2] - 542:22,
595:19
**pain** [1] - 565:24
**parking** [3] - 634:4,
635:1

**part** [17] - 544:12,
544:15, 544:17,
544:20, 545:18,
553:23, 555:9,
556:8, 576:17,
582:7, 583:17,
589:10, 598:15,
600:8, 631:2, 640:16
**particular** [8] - 544:5,
554:12, 554:16,
554:20, 559:2,
591:3, 625:21,
641:20
**particularly** [1] -
616:18
**parts** [3] - 547:6,
556:6, 556:7
**party** [1] - 567:3
**passed** [2] - 560:3,
617:8
**passenger** [1] - 551:8
**past** [3] - 552:1,
609:19, 609:25
**patch** [6] - 592:2,
592:10, 599:23,
640:21, 640:23,
641:5
**patrol** [3] - 628:8,
628:18, 628:19
**pause** [1] - 607:13
**paused** [5] - 560:1,
601:24, 602:23,
604:24, 612:14
**pay** [1] - 580:8
**paying** [1] - 605:25
**PC** [1] - 591:2
**Pence** [2] - 589:21,
589:24
**people** [24] - 544:19,
544:22, 548:24,
553:15, 556:24,
557:5, 561:24,
562:11, 562:17,
566:25, 567:20,
570:4, 571:24,
575:3, 578:17,
590:15, 602:12,
602:20, 614:25,
626:16, 631:25,
635:13, 635:14,
639:21
**pepper** [7] - 560:19,
560:21, 560:25,
561:13, 561:14,
561:16, 561:19
**per** [1] - 637:1
**percent** [3] - 592:2,
592:3
**perfect** [1] - 599:10
**perhaps** [1] - 595:20

**perimeter** [4] - 593:22,
593:23, 593:25,
594:2
**period** [3] - 552:8,
562:9, 591:6
**permanent** [1] -
563:25
**person** [17] - 549:18,
549:19, 549:23,
551:6, 554:16,
554:20, 554:21,
571:5, 580:1, 589:2,
589:6, 589:8,
606:13, 606:18,
607:3, 608:9, 635:23
**person's** [2] - 571:10,
571:13
**pertaining** [1] - 543:23
**phone** [5] - 546:7,
569:2, 570:7,
570:14, 592:24
**photo** [2] - 564:20,
577:20
**photograph** [2] -
567:8, 630:19
**photographs** [3] -
546:8, 567:3, 572:17
**pick** [2] - 568:3,
622:17
**picked** [5] - 560:25,
561:5, 561:13,
561:14, 567:25
**piece** [2] - 566:25,
571:14
**pistol** [2] - 551:6,
551:8
**pitched** [1] - 553:4
**place** [3] - 597:6,
597:7, 599:3
**placed** [1] - 629:4
**placeholder** [2] -
596:1, 597:6
**plain** [1] - 552:17
**planned** [3] - 543:7,
544:19, 545:16
**planning** [7] - 544:23,
545:1, 545:20,
545:25, 546:9,
591:22, 591:24
**plastic** [1] - 636:25
**play** [40] - 552:5,
552:20, 553:8,
556:20, 558:7,
559:15, 563:13,
569:3, 569:21,
570:20, 571:21,
572:5, 572:23,
573:9, 573:16,
573:18, 576:3,
577:15, 577:17,

578:5, 583:5, 584:5,
584:19, 584:20,
585:2, 585:23,
586:4, 586:8,
586:18, 587:1,
587:17, 588:3,
600:6, 600:12,
601:20, 607:12,
612:23, 614:23,
615:8
**played** [52] - 551:12,
552:22, 553:10,
553:25, 556:22,
558:8, 559:21,
563:15, 569:5,
569:23, 570:11,
570:21, 572:7,
572:25, 573:11,
573:20, 576:4,
577:18, 578:6,
580:10, 580:19,
581:9, 586:5,
586:10, 586:20,
587:2, 587:19,
588:5, 601:23,
602:22, 603:19,
604:6, 604:20,
605:5, 605:19,
606:8, 606:16,
606:24, 607:14,
607:20, 608:4,
608:14, 608:23,
609:12, 609:22,
610:13, 611:2,
611:9, 611:16,
611:21, 612:25,
615:12
**player** [2] - 583:7,
583:9
**Player** [4] - 584:17,
585:11, 585:14,
590:21
**playing** [1] - 570:17
**plays** [1] - 553:24
**Plaza** [3] - 635:7,
635:11
**plaza** [2] - 593:12,
593:19
**plea** [1] - 621:3
**plus** [1] - 631:13
**podium** [1] - 620:21
**point** [51] - 552:15,
553:3, 554:9, 555:1,
556:24, 557:8,
561:22, 562:3,
562:19, 562:24,
563:3, 566:8, 568:3,
571:24, 572:2,
572:19, 573:13,
574:20, 577:7,

578:22, 579:6,
579:9, 579:10,
581:14, 588:13,
588:16, 595:17,
599:22, 603:2,
603:24, 604:9,
604:13, 606:4,
608:1, 608:12,
608:13, 608:17,
610:8, 610:11,
610:15, 612:4,
612:8, 612:9,
614:17, 618:9,
627:14, 628:19,
630:19, 639:2

**pointed** [1] - 594:13

**pointing** [1] - 618:13

**points** [2] - 562:11,
571:17

**Police** [6] - 547:10,
547:19, 567:5,
597:25, 598:23,
633:15

**police** [61] - 544:23,
545:21, 546:1,
546:3, 546:9,
546:16, 546:19,
548:13, 551:4,
552:10, 552:11,
552:12, 553:5,
553:18, 554:1,
557:15, 557:23,
557:25, 558:3,
558:12, 558:14,
558:17, 560:2,
560:6, 560:8,
560:16, 562:4,
562:6, 562:14,
566:21, 567:13,
567:15, 567:21,
568:1, 568:3, 568:9,
568:12, 572:10,
572:20, 578:12,
579:6, 579:8,
591:22, 602:2,
602:13, 603:5,
604:16, 605:8,
608:2, 614:14,
617:16, 617:24,
618:19, 618:20,
619:6, 619:14,
633:6, 633:9, 638:2,
641:3, 642:8

**portion** [2] - 574:18,
642:21

**position** [1] - 612:7

**positioned** [1] - 612:1

**possible** [4] - 541:17,
542:7, 570:13, 587:5

**posted** [1] - 541:10

**potential** [8] - 541:13,
541:20, 543:8,
543:9, 543:20,
631:20, 635:23,
637:25

**potentially** [8] - 542:2,
565:24, 570:4,
571:3, 581:19,
581:21, 583:1,
590:20

**pounds** [1] - 640:15

**prepared** [2] - 543:19,
642:22

**preparing** [3] -
631:20, 633:5, 633:6

**presence** [8] - 540:2,
540:16, 588:25,
596:14, 597:1,
620:19, 624:7,
642:18

**present** [4] - 549:13,
554:18, 621:25,
622:2

**President** [10] - 542:5,
555:4, 589:12,
589:21, 589:23,
589:24, 625:22,
625:23, 626:2, 626:8

**press** [1] - 584:17

**pressured** [1] - 622:25

**pretty** [1] - 562:2

**prevent** [1] - 621:17

**previous** [1] - 641:24

**previously** [1] - 551:6

**primary** [4] - 547:18,
606:4, 628:10,
628:12

**printed** [1] - 541:10

**private** [1] - 641:12

**privilege** [1] - 618:12

**Proceedings** [10] -
540:2, 540:16,
555:25, 585:9,
596:11, 596:14,
597:1, 620:19,
624:7, 642:18

**produces** [3] - 547:16,
547:17, 548:20

**profanity** [1] - 616:14

**promise** [1] - 628:20

**prosecute** [1] - 545:12

**prosecuting** [1] -
544:13

**prosecutors** [1] -
547:3

**protect** [6] - 620:3,
620:7, 637:23,
638:2, 639:8, 642:7

**protected** [1] - 589:18

**protection** [3] -

592:14, 636:15,
641:16

**protective** [1] - 599:23

**protest** [2] - 542:13,
602:7

**protester's** [1] - 579:3

**protesters** [3] - 542:1,
564:10, 571:2

**Proud** [1] - 634:24

**provide** [3] - 586:1,
592:14, 600:5

**provided** [1] - 554:1

**PT** [1] - 640:13

**public** [3] - 555:21,
555:23, 555:24

**publish** [1] - 642:10

**puffing** [1] - 630:17

**pull** [12] - 542:18,
551:13, 563:12,
564:14, 565:11,
568:21, 568:25,
576:19, 579:13,
607:7, 612:15, 630:9

**pulled** [8] - 579:16,
600:4, 607:25,
614:5, 614:13,
615:19, 619:22,
620:1

**pulling** [2] - 576:12,
578:22

**punch** [4] - 582:7,
582:8, 582:9, 631:6

**puncture** [5] - 549:10,
549:15, 592:15,
592:16, 593:5

**purchase** [2] - 591:1,
639:21

**purchased** [1] -
639:13

**purpose** [2] - 599:7,
636:17

**pursuant** [2] - 595:7,
595:8

**push** [3] - 615:24,
616:1, 616:2

**pushed** [6] - 574:5,
574:25, 603:10,
603:11, 610:10,
616:4

**pushing** [2] - 608:18,
608:21

## Q

**quality** [1] - 636:22

**questions** [15] - 541:2,
591:15, 595:1,
601:22, 612:10,
617:21, 618:7,
618:22, 618:25,

620:10, 621:3,
621:9, 622:17,
622:18, 623:21

**quick** [2] - 569:2,
595:23

**quickly** [1] - 578:4

**quiet** [1] - 612:5

**quite** [1] - 629:12

## R

**radio** [1] - 632:13

**railing** [3] - 563:22,
594:5

**raise** [1] - 597:12

**rallies** [1] - 631:25

**rally** [11] - 542:5,
543:6, 555:2,
625:23, 626:9,
635:6, 635:11,
635:18, 635:20,
641:24, 642:4

**range** [2] - 547:8,
638:20

**rated** [1] - 641:15

**rather** [1] - 584:8

**rea** [1] - 555:23

**read** [5] - 592:18,
630:14, 632:22,
632:24, 637:2

**ready** [2] - 540:3,
596:18

**real** [3] - 564:6, 569:2,
639:18

**really** [11] - 610:23,
612:5, 630:1, 634:4,
635:14, 636:16,
637:1, 637:25,
638:20, 641:1, 642:6

**reason** [5] - 544:21,
546:12, 546:15,
613:16, 642:1

**reasons** [1] - 541:16

**Recess** [3] - 596:17,
624:3, 642:20

**recognize** [6] - 586:3,
586:4, 586:7,
586:12, 600:25,
601:2

**recollection** [1] -
573:24, 584:6, 604:9

**record** [9] - 555:16,
579:14, 584:13,
585:24, 595:16,
595:23, 596:23,
602:23, 612:13

**recording** [1] -
552:22, 553:10,
556:22, 558:8,
559:21, 563:15,

569:5, 569:15,
569:23, 570:21,
572:7, 572:25,
573:11, 573:20,
576:4, 577:18,
578:6, 580:10,
580:19, 581:9,
586:5, 586:10,
586:20, 587:2,
587:19, 588:5,
601:14, 601:23,
602:22, 603:19,
604:6, 604:20,
605:5, 605:19,
606:8, 606:16,
606:24, 607:14,
607:20, 608:4,
608:14, 608:23,
609:12, 609:22,
610:13, 611:2,
611:9, 611:16,
611:21, 612:25,
615:12

**red** [34] - 566:4,
566:12, 567:11,
603:21, 606:19,
608:9, 608:19,
609:9, 609:10,
613:18, 613:22,
613:25, 614:8,
615:3, 615:9, 616:5,
616:7, 616:11,
616:12, 616:21,
616:22, 616:25,
617:6, 617:10,
617:11, 617:23,
618:5, 618:6, 618:23

**REDIRECT** [2] -
591:17, 619:20

**refer** [1] - 582:3

**reference** [3] - 542:1,
607:24, 616:7

**referred** [1] - 599:3

**referring** [10] - 542:8,
542:13, 542:15,
563:5, 566:14,
567:19, 571:7,
582:18, 605:9, 630:5

**regarding** [1] - 609:15

**regards** [1] - 629:25

**regular** [2] - 615:8,
632:14

**regularly** [2] - 632:24,
632:25

**reinforced** [4] -
636:24, 637:21,
638:16

**reinforcing** [1] - 631:6

**related** [1] - 550:24

**relevant** [2] - 545:21,

546:24
**remember** [18] -
547:21, 591:22,
591:25, 592:16,
593:12, 593:19,
593:21, 594:5,
594:8, 598:18,
599:2, 599:22,
605:17, 612:2,
617:24, 618:7,
618:22, 618:24
**remind** [2] - 540:20,
592:3
**repair** [2] - 549:10,
549:15
**repeat** [5] - 562:23,
602:16, 603:4,
619:10, 631:2
**replay** [6] - 578:19,
586:24, 605:17,
607:19, 611:7, 611:8
**reported** [3] - 555:11,
556:12, 642:22
**reporter** [1] - 597:21
**REPORTER** [1] -
582:21
**REPORTER'S** [1] -
642:21
**representation** [1] -
585:4
**residence** [3] - 551:9,
551:10, 593:2
**respect** [4] - 604:12,
625:3, 638:13,
641:25
**respond** [2] - 598:22,
641:11
**responded** [2] -
598:20, 598:24
**response** [1] - 541:22
**rest** [5] - 565:4,
595:18, 595:20,
596:6, 635:2
**restricted** [5] - 552:2,
593:22, 553:9,
593:25, 594:2
**restroom** [1] - 623:25
**rests** [1] - 597:4
**resume** [2] - 590:3,
596:13
**returned** [2] - 551:9,
629:4
**review** [16] - 544:15,
545:24, 546:5,
546:17, 549:4,
549:6, 550:20,
557:13, 560:14,
561:11, 570:7,
575:23, 589:10,
589:25, 590:11,

592:21
**reviewed** [9] - 541:4,
546:18, 546:21,
548:7, 558:20,
558:22, 583:18,
583:23, 583:25
**reviewing** [1] - 566:24
**Revolution** [2] -
592:7, 592:8
**Revolutionary** [1] -
592:5
**rewatching** [1] - 630:1
**rewind** [1] - 573:16
**ride** [1] - 637:13
**right-hand** [3] -
563:17, 570:23,
571:24
**rights** [1] - 620:23
**riot** [4] - 547:6, 562:3,
589:12, 598:24
**rioters** [3] - 571:3,
575:6, 582:1
**risk** [1] - 616:21
**Roberts** [8] - 541:7,
541:13, 541:19,
541:22, 542:8,
543:2, 550:25,
630:13
**rode** [1] - 638:10
**role** [1] - 628:17
**rolled** [1] - 625:15
**Ronald** [2] - 544:2,
624:19
**room** [2] - 630:18,
635:4
**Rosanne** [1] - 629:25
**roughly** [8] - 552:14,
567:7, 572:16,
580:4, 592:4, 601:4,
626:20, 638:14
**Rouhi** [9] - 542:18,
542:23, 551:13,
552:4, 569:4, 578:3,
612:15, 612:22,
614:23
**Rule** [1] - 595:8
**running** [2] - 640:13,
640:19
**rural** [1] - 626:18

## S

**S-a-j-u-m-o-n** [1] -
597:22
**sadly** [2] - 570:16,
600:6
**safe** [4] - 594:20,
594:23, 628:12,
628:13
**safer** [1] - 542:6

**safety** [4] - 617:15,
628:15, 628:20
**Sajumon** [6] - 597:9,
597:22, 600:5,
612:19, 613:2,
619:18
**sale** [1] - 550:11
**save** [2] - 605:4, 630:1
**saw** [8] - 563:17,
572:12, 573:5,
576:9, 578:8, 613:2,
630:19, 633:5
**SCHIFFELBEIN** [135] -
540:5, 540:7,
540:10, 540:13,
540:24, 542:12,
542:18, 542:20,
542:23, 543:1,
543:13, 543:15,
551:13, 551:16,
552:4, 552:6,
552:20, 552:23,
553:8, 553:11,
555:19, 555:22,
556:1, 556:20,
556:23, 558:6,
558:9, 559:14,
559:17, 559:23,
563:12, 563:16,
564:13, 564:15,
565:11, 565:13,
568:21, 569:6,
569:21, 569:24,
570:16, 570:22,
572:5, 572:8,
572:23, 573:1,
573:9, 573:12,
573:18, 573:21,
575:15, 575:17,
576:3, 576:5,
576:19, 576:23,
577:17, 577:19,
578:3, 578:7,
579:13, 579:19,
580:11, 580:20,
580:22, 580:24,
581:10, 582:22,
584:10, 584:14,
585:1, 585:7,
585:10, 585:24,
586:2, 586:6,
586:11, 586:22,
587:1, 587:3,
587:22, 588:7,
591:14, 595:9,
595:22, 596:2,
596:7, 596:9,
596:21, 596:24,
597:8, 597:19,
600:10, 600:18,

600:22, 600:24,
601:24, 602:1,
602:23, 603:1,
603:20, 604:7,
604:21, 605:3,
605:6, 605:20,
606:9, 606:17,
607:1, 607:15,
607:22, 608:5,
608:15, 608:24,
609:13, 609:23,
610:14, 611:3,
611:10, 611:17,
611:22, 612:13,
619:21, 620:10,
620:15, 623:22,
623:25, 624:14,
637:5, 637:8, 639:4,
639:6, 642:10,
642:13, 642:15
**Schiffelbein** [10] -
584:23, 591:21,
592:15, 593:11,
593:18, 594:4,
594:12, 596:19,
597:5, 639:1
**school** [1] - 634:13
**scout** [1] - 634:21
**screen** [7] - 551:17,
557:1, 558:11,
585:16, 605:7,
606:11, 610:22
**screens** [1] - 615:5
**se** [1] - 637:1
**search** [2] - 549:14,
593:1
**searched** [4] - 549:12,
549:13, 549:14,
550:15
**seat** [3] - 540:18,
551:8, 597:2
**seated** [1] - 624:4
**second** [1] - 616:8
**seconds** [30] - 552:5,
552:21, 553:9,
556:21, 558:7,
559:15, 559:16,
568:15, 570:19,
570:20, 572:24,
573:10, 573:14,
573:16, 574:23,
575:21, 576:7,
576:25, 577:2,
578:4, 579:24,
584:15, 601:25,
602:24, 605:4,
608:16, 609:25,
612:14, 612:23,
612:24
**Secret** [1] - 590:1

**security** [1] - 628:15
**see** [87] - 542:21,
545:9, 545:11,
545:16, 548:15,
552:15, 552:18,
556:24, 557:1,
557:5, 558:10,
558:24, 559:18,
559:22, 560:2,
560:18, 562:16,
564:12, 565:18,
566:12, 566:20,
567:17, 570:23,
571:2, 571:5, 571:9,
571:12, 571:19,
572:9, 573:2,
573:22, 573:23,
574:23, 576:8,
576:11, 577:14,
577:20, 577:22,
577:23, 577:24,
578:17, 578:20,
578:21, 579:23,
579:25, 580:7,
580:12, 580:14,
580:25, 581:4,
581:5, 581:6,
581:11, 581:12,
581:14, 581:17,
581:18, 582:12,
582:13, 582:15,
582:17, 582:18,
585:16, 593:16,
602:2, 603:21,
604:15, 604:18,
604:22, 605:7,
605:10, 606:10,
606:18, 606:21,
608:9, 610:17,
611:23, 614:5,
625:23, 626:4,
626:8, 629:22,
631:19, 635:10
**seeing** [5] - 551:17,
562:24, 599:22,
602:11, 603:24
**seem** [1] - 638:16
**seize** [4] - 549:15,
549:20, 551:4,
592:24
**select** [2] - 584:18,
628:17
**self** [1] - 622:13
**self-incrimination** [1]
- 622:13
**sell** [1] - 629:17
**selling** [1] - 550:10
**semiautomatic** [1] -
551:8
**send** [5] - 590:11,

590:13, 591:11, 600:19, 619:16
**sent** [2] - 619:6, 619:13
**sentence** [1] - 611:14
**separate** [2] - 545:2, 548:8
**Service** [1] - 590:1
**set** [1] - 581:7
**seven** [2] - 627:25, 628:1
**several** [2] - 554:9, 574:7
**shame** [2] - 630:3, 630:4
**shape** [1] - 581:14
**sheriff** [2] - 627:9, 628:3
**Sheriff's** [5] - 597:24, 627:4, 627:7, 627:13, 628:24
**sheriff's** [10] - 599:23, 618:9, 618:13, 627:10, 627:16, 627:20, 628:10, 640:21, 640:23, 641:5
**shield** [1] - 560:16
**shields** [5] - 560:2, 560:4, 560:6, 560:8, 560:20
**shift** [2] - 598:17, 598:18
**shirt** [1] - 640:5
**shop** [1] - 638:12
**short** [3] - 563:25, 569:3, 592:4
**shortly** [1] - 562:19
**shoulder** [3] - 609:15, 612:3, 625:16
**shouting** [1] - 562:11
**show** [7] - 542:15, 559:5, 559:7, 559:11, 632:11, 639:16, 639:20
**Show** [2] - 632:10, 632:12
**showed** [1] - 593:11
**showing** [1] - 639:10
**shows** [6] - 550:9, 564:20, 568:14, 569:7, 575:18, 629:16
**shuts** [1] - 600:11
**sic** [4] - 551:17, 573:13, 580:7, 618:9
**side** [17] - 557:1, 558:11, 563:8, 564:11, 565:6, 566:14, 566:16,

570:23, 571:24, 575:25, 578:10, 578:25, 605:7, 609:19, 610:16, 629:14, 636:24
**significant** [2] - 620:23, 621:22
**simply** [1] - 584:16
**sites** [1] - 635:10
**sitting** [1] - 547:19
**situation** [3] - 582:1, 602:11, 603:13
**Sixth** [1] - 598:15
**skip** [2] - 601:13, 605:3
**slide** [6] - 573:22, 576:8, 576:10, 576:13, 576:16, 588:16
**slides** [2] - 573:25, 576:1
**slowly** [1] - 612:24
**slunched** [1] - 612:6
**small** [1] - 542:21
**smaller** [1] - 640:5
**soft** [1] - 637:20
**softer** [1] - 640:5
**sold** [1] - 629:15
**sometime** [1] - 557:19
**somewhere** [2] - 545:16, 545:20
**soon** [1] - 600:1
**sorry** [20] - 540:10, 540:14, 545:7, 551:22, 564:16, 576:25, 579:7, 579:14, 598:13, 602:6, 602:16, 606:2, 606:3, 615:6, 615:25, 616:10, 619:10, 619:24, 632:11, 633:4
**sort** [57] - 542:6, 542:9, 547:10, 549:4, 559:2, 560:2, 561:22, 562:20, 562:24, 564:18, 564:20, 564:21, 565:6, 569:13, 570:8, 570:12, 570:23, 571:2, 571:5, 571:14, 572:12, 573:22, 574:2, 574:10, 574:24, 575:11, 575:18, 576:13, 580:12, 590:19, 598:12, 599:7, 602:2, 602:12, 603:2, 603:7,

603:21, 604:16, 604:23, 606:10, 606:21, 610:7, 610:10, 611:23, 618:12, 626:7, 626:23, 628:17, 629:14, 630:15, 632:8, 634:21, 636:13, 636:22, 639:23, 640:16, 641:20
**sound** [2] - 585:17, 590:19
**sounded** [1] - 570:1
**sounds** [4] - 547:21, 586:13, 586:14, 587:20
**south** [2] - 626:18, 627:6
**southeast** [3] - 550:9, 592:15, 629:16
**space** [10] - 564:3, 564:5, 564:7, 564:24, 564:25, 565:2, 565:7, 565:9, 594:7, 594:10
**speakers** [2] - 626:12, 635:8
**speaking** [6] - 546:2, 546:7, 555:5, 582:24, 588:21, 616:16
**special** [5] - 564:16, 566:24, 570:23, 589:25, 618:12
**Special** [3] - 553:12, 559:18, 577:3
**specialized** [1] - 590:21
**specific** [10] - 546:22, 546:23, 547:21, 547:23, 554:8, 554:14, 564:5, 574:18, 589:24, 632:4
**specifically** [4] - 546:2, 567:22, 573:23, 581:25
**speech** [8] - 542:5, 555:7, 555:10, 556:5, 556:6, 556:15, 556:17, 635:24
**speed** [1] - 614:24
**spell** [2] - 597:21, 624:18
**spot** [1] - 570:24
**spray** [5] - 556:25, 560:19, 560:21, 560:25, 561:13,

561:14, 561:16, 561:19
**sprayed** [1] - 561:5
**spraying** [1] - 557:25
**stabbed** [3] - 642:5, 642:6
**stairs** [9] - 573:22, 574:15, 574:22, 575:3, 576:1, 576:8, 576:9, 577:7, 577:16
**stairwell** [2] - 562:1, 575:1
**stamp** [7] - 551:18, 567:6, 573:13, 576:6, 577:2, 579:22, 580:22
**stamps** [1] - 567:4
**stance** [1] - 574:17
**stand** [2] - 568:14, 597:10
**standing** [10] - 563:24, 566:3, 570:24, 574:15, 575:8, 575:24, 608:13, 608:20, 613:17, 616:3
**stands** [1] - 588:19
**start** [5] - 588:1, 590:5, 620:17, 624:8, 636:6
**started** [2] - 628:6, 630:9
**statement** [1] - 584:9
**statements** [1] - 587:10
**stating** [1] - 616:21
**statute** [1] - 545:9
**stay** [1] - 632:18
**staying** [1] - 596:16
**stays** [1] - 588:18
**step** [1] - 597:12
**stepped** [1] - 613:21
**steps** [5] - 574:1, 578:15, 588:16, 594:13
**stick** [3] - 567:17, 567:19, 567:25
**sticks** [1] - 567:20
**still** [13] - 540:20, 543:5, 550:21, 552:17, 560:15, 561:12, 591:19, 607:9, 608:20, 610:17, 629:5, 641:10
**Stop** [1] - 584:3
**stop** [3] - 600:19, 606:4, 641:22
**stopped** [5] - 576:6, 576:24, 576:25,

580:20, 604:23
**strike** [5] - 555:3, 561:22, 577:1, 631:7, 638:1
**strikes** [4] - 574:7, 581:23, 583:3, 639:8
**stripped** [1] - 584:16
**stuck** [3] - 602:10, 602:12, 602:20
**stuff** [3] - 569:25, 599:15, 635:10
**style** [1] - 636:16
**subject** [3] - 542:2, 564:25, 607:7
**suggest** [1] - 622:8
**suggested** [1] - 622:24
**suggesting** [3] - 544:22, 545:25, 546:8
**suggests** [1] - 546:18
**suiting** [1] - 601:8
**sunglasses** [2] - 606:21, 616:11
**superimposed** [1] - 569:13
**supporter** [1] - 642:5
**supporters** [4] - 632:1, 632:3, 632:15, 635:21
**supposed** [1] - 641:1
**surges** [1] - 604:25
**surging** [2] - 603:2, 603:5
**surprised** [1] - 619:2
**suspect** [3] - 557:15, 559:5, 559:7
**sustain** [1] - 555:24
**swear** [1] - 621:4

## T

**T-handle** [2] - 592:16, 593:5
**tactical** [2] - 592:12, 592:13
**tactics** [2] - 582:4, 582:5
**tagged** [1] - 635:9
**target** [1] - 547:23
**tear** [1] - 552:15
**technical** [1] - 590:13
**ten** [2] - 620:17, 631:13
**ten-minute** [1] - 620:17
**ten-plus** [1] - 631:13
**Tennessee** [6] - 543:22, 626:15, 626:17, 627:6,

628:5, 631:15
**terms** [4] - 550:17, 557:3, 557:7, 592:4
**terrace** [7] - 558:18, 559:12, 562:21, 563:4, 566:12, 575:19, 575:25
**testified** [2] - 551:20, 563:20
**testify** [10] - 554:21, 621:9, 621:11, 621:15, 621:19, 621:25, 622:7, 623:9, 623:18, 641:15
**testifying** [4] - 620:22, 621:18, 622:22, 622:25
**testimony** [6] - 589:25, 593:21, 596:20, 620:18, 622:12, 624:9
**text** [11] - 541:3, 541:6, 541:9, 541:12, 550:21, 550:25, 569:1, 592:18, 592:21, 593:5, 630:14
**that'll** [1] - 597:6
**they've** [1] - 584:21
**thinking** [2] - 540:7, 607:6
**third** [1] - 567:3
**third-party** [1] - 567:3
**thoughts** [2] - 626:7, 633:8
**thousands** [3] - 548:24, 558:20, 558:22
**threat** [2] - 608:2, 617:23
**threatened** [1] - 622:21
**three** [5] - 542:1, 564:3, 598:9, 618:2, 634:14
**threw** [1] - 561:8
**throughout** [3] - 550:9, 605:1, 630:3
**throw** [1] - 582:7
**throwing** [4] - 557:5, 558:3, 608:9, 608:18
**thrown** [2] - 561:9, 608:6
**thumb** [8] - 581:6, 581:17, 581:18, 581:19, 582:9, 582:17, 582:23, 583:1
**tire** [5] - 549:9,

549:15, 592:15, 592:16, 593:5
**tiresome** [1] - 603:13
**today** [2] - 623:18, 629:20
**together** [2] - 567:1, 571:14
**tool** [5] - 549:10, 549:16, 592:16, 593:7, 593:9
**tools** [6] - 590:8, 590:21, 590:23, 590:25, 591:1, 591:4
**top** [12] - 560:2, 563:17, 574:15, 575:8, 575:11, 575:12, 579:22, 584:16, 588:15, 588:17, 588:18, 589:3
**touch** [1] - 610:22
**touched** [1] - 560:16
**toward** [6] - 558:14, 561:19, 564:10, 565:6, 568:16, 583:4
**towards** [1] - 632:1
**town** [1] - 626:20
**trained** [3] - 581:22, 582:2, 640:13
**training** [3] - 548:3, 640:12, 640:16
**transcript** [1] - 642:22
**transferred** [1] - 627:21
**travel** [2] - 550:8, 629:15
**traveling** [1] - 548:15
**trial** [3] - 583:6, 622:7, 642:21
**tried** [3] - 570:8, 625:4, 640:15
**trip** [4] - 543:7, 633:25, 634:7, 634:9
**truck** [3] - 625:15, 634:3, 634:5
**trucking** [1] - 629:8
**true** [2] - 541:18, 641:25
**Trump** [17] - 543:6, 543:10, 555:4, 555:9, 556:3, 556:8, 556:13, 569:25, 570:2, 626:12, 631:19, 631:25, 632:1, 632:3, 632:14, 635:21, 642:5
**Trump's** [3] - 542:5, 569:19, 635:24
**truncate** [1] - 600:19

**try** [5] - 545:16, 566:25, 574:24, 619:11, 629:18
**trying** [17] - 544:18, 552:2, 587:23, 607:7, 613:7, 613:9, 613:10, 614:19, 614:21, 616:2, 617:19, 618:6, 618:10, 618:12, 625:3, 637:23, 638:2
**tunnel** [21] - 557:10, 561:25, 562:1, 562:7, 562:21, 562:22, 563:4, 563:6, 564:22, 566:15, 566:23, 575:19, 575:25, 578:9, 579:1, 580:6, 594:5, 599:3, 599:18, 618:7, 618:10
**turn** [2] - 578:8, 586:9
**turned** [1] - 578:9
**turns** [1] - 579:10
**TV** [1] - 633:1
**two** [6] - 542:1, 542:24, 543:18, 564:3, 583:3, 587:10
**type** [2] - 641:2, 641:9

## U

**unconscious** [2] - 607:7, 609:6
**under** [2] - 540:20, 577:6
**underneath** [2] - 551:8, 580:6
**unfortunately** [1] - 625:12
**Unionville** [3] - 626:15, 626:17, 631:14
**unit** [2] - 590:17, 591:3
**unlawful** [1] - 554:5
**unloaded** [1] - 551:10
**unruly** [1] - 628:14
**up** [58] - 541:23, 542:18, 543:7, 551:14, 560:25, 561:5, 561:13, 561:14, 563:8, 563:10, 563:12, 564:14, 565:1, 565:25, 566:1, 566:5, 566:6, 567:25, 568:3, 568:14, 568:21,

568:25, 572:3, 576:19, 577:16, 578:12, 578:15, 579:13, 579:16, 581:13, 585:14, 586:9, 586:16, 586:21, 587:8, 588:19, 590:5, 594:7, 600:4, 601:8, 602:12, 607:25, 612:15, 614:1, 614:2, 619:4, 620:22, 625:4, 625:7, 630:18, 631:9, 631:16, 635:3, 635:4, 637:2, 638:11, 640:4
**upper** [2] - 572:12, 579:23
**upset** [3] - 546:12, 609:6, 629:22
**uses** [1] - 567:15

## V

**variety** [1] - 590:13
**various** [9] - 541:12, 560:5, 560:24, 562:11, 567:20, 585:17, 590:8, 590:15, 604:25
**varying** [1] - 545:13
**vehicle** [1] - 551:9
**Velocity** [2] - 629:7, 629:9
**vendor** [1] - 629:16
**verbiage** [2] - 554:8, 554:14
**vest** [20] - 592:12, 592:13, 599:23, 636:4, 638:23, 638:25, 639:4, 639:7, 639:11, 639:13, 639:15, 640:2, 640:4, 640:6, 640:11, 640:19, 641:7, 641:8, 641:13, 642:1
**vests** [2] - 639:21, 641:18
**Vice** [4] - 589:12, 589:21, 589:23, 589:24
**vicinity** [1] - 560:20
**victim** [1] - 588:9
**video** [52] - 549:8, 550:21, 551:21, 553:20, 554:19, 557:7, 557:13, 557:19, 558:16, 558:17, 559:19,

559:24, 560:1, 560:14, 560:18, 561:11, 566:20, 567:6, 567:9, 568:14, 569:3, 569:7, 569:10, 569:13, 569:25, 570:11, 570:24, 571:14, 571:21, 573:15, 574:14, 574:18, 576:7, 576:11, 576:16, 577:15, 578:19, 580:10, 580:19, 581:7, 581:9, 583:5, 584:8, 584:16, 584:25, 590:16, 591:12, 600:19, 600:20, 605:16, 615:5
**videos** [9] - 558:21, 558:22, 558:23, 559:2, 559:10, 562:12, 570:8, 570:14, 631:24
**view** [4] - 575:18, 589:10, 599:10, 603:22
**violence** [32] - 541:13, 541:17, 541:20, 541:23, 542:2, 542:8, 542:13, 543:6, 543:8, 543:9, 543:24, 545:14, 545:17, 545:20, 546:1, 557:4, 558:25, 569:8, 602:15, 604:22, 606:5, 610:7, 632:3, 632:6, 632:14, 633:6, 633:9, 635:18, 635:23, 638:3, 641:20
**violent** [8] - 557:8, 570:12, 592:8, 612:8, 614:18, 620:6, 635:16, 635:23
**visual** [42] - 552:22, 553:10, 556:22, 558:8, 559:21, 563:15, 569:5, 569:23, 570:21, 572:7, 572:25, 573:11, 573:20, 576:4, 577:18, 578:6, 590:17, 590:18, 601:23, 602:22, 603:19, 604:6, 604:20,

657

605:5, 605:19,
606:8, 606:16,
606:24, 607:14,
607:20, 608:4,
608:14, 608:23,
609:12, 609:22,
610:13, 611:2,
611:9, 611:16,
611:21, 612:25,
615:12
**VLC** [1] - 583:6
**voice** [5] - 569:19,
570:1, 587:10,
587:13, 587:14
**volume** [1] - 612:24
**voluntarily** [3] - 621:2,
621:23, 623:15

## W

**waiving** [2] - 621:22,
622:12
**walk** [2] - 637:2, 637:3
**walking** [4] - 577:16,
578:15, 611:24,
612:6
**wall** [4] - 564:1, 564:4,
564:7, 610:16
**wants** [1] - 623:21
**warrant** [2] - 593:1,
593:4
**Washington** [7] -
544:10, 546:11,
598:16, 631:10,
633:3, 633:17
**watch** [1] - 632:17
**watched** [5] - 574:23,
604:3, 631:23,
631:24, 632:5
**watching** [2] - 604:10,
632:9
**Wayte** [41] - 568:7,
568:9, 568:13,
568:17, 571:19,
574:3, 574:10,
575:9, 576:1,
576:14, 577:5,
577:15, 577:22,
578:12, 578:14,
578:15, 578:18,
578:22, 584:1,
584:3, 584:6,
584:15, 586:13,
586:14, 587:7,
587:11, 588:6,
588:8, 588:11,
588:13, 588:17,
588:19, 588:21,
588:24, 589:6,
589:8, 591:5,
624:25, 625:1,

625:3, 625:4
**Wayte's** [7] - 576:12,
577:23, 577:25,
578:1, 579:17,
579:20, 587:14
**weak** [1] - 612:6
**weapon** [3] - 549:25,
550:4, 560:22
**weapons** [1] - 560:9
**wear** [6] - 599:5,
637:22, 638:2,
640:16, 641:20,
642:7
**wearing** [5] - 571:5,
592:10, 601:17,
609:9, 637:23
**welcome** [2] - 540:17,
597:2
**west** [9] - 562:7,
562:21, 563:3,
564:22, 575:19,
575:25, 593:12,
593:19, 599:18
**West** [7] - 551:23,
555:8, 557:20,
557:25, 558:4,
558:18, 559:12
**wheel** [1] - 625:14
**white** [2] - 566:12,
567:12
**White** [1] - 555:2
**whole** [1] - 559:1
**Wi** [1] - 570:17
**Wi-Fi** [1] - 570:17
**wide** [1] - 564:6
**wife** [7] - 541:17,
609:5, 609:6, 609:7,
609:10, 624:22,
628:20
**Williamson** [6] -
627:4, 627:5, 627:7,
627:12, 628:11,
628:24
**Windows** [4] - 584:17,
585:11, 585:14,
590:21
**wise** [1] - 599:16
**wish** [1] - 621:15
**witness** [2] - 597:7,
608:6
**Witness** [4] - 581:3,
595:5, 610:25,
620:14
**WITNESS** [5] - 540:22,
595:4, 597:14,
597:17, 620:13
**witnessed** [1] - 574:2
**woman** [4] - 565:18,
617:1, 617:7, 617:15
**word** [2] - 548:15,

599:23
**words** [4] - 584:9,
587:16, 610:3, 637:2
**wore** [3] - 637:17,
638:10, 642:1
**worn** [6] - 579:17,
599:5, 599:7,
601:13, 612:20,
640:11
**wow** [3] - 589:10,
597:9, 609:9
**wreck** [3] - 625:12,
625:13, 629:2

## Y

**yawn** [1] - 540:6
**years** [7] - 543:18,
598:6, 598:9,
627:25, 628:1,
634:7, 634:14
**yelling** [4] - 605:8,
605:12, 605:14,
616:6
**yellow** [2] - 613:3,
613:5
**yesterday** [2] -
543:21, 592:2
**yourself** [5] - 597:20,
620:24, 622:2,
624:17, 638:2

## Z

**Zulu** [2] - 601:5, 601:7