```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 _____

 United States of America,       ) Criminal Action
                                 ) No. 1:21-cr-00035-RC-7
               Plaintiff,        )
                                 ) Jury Note and Verdict
 vs.                             )
                                 )
 Ronald Colton McAbee,           ) Washington, D.C.
                                 ) October 11, 2023
               Defendant.        ) Time:  10:00 a.m.
 _____

             Transcript of Jury Note and Verdict
                         Held Before
                The Honorable Rudolph Contreras
                  United States District Judge


                      A P P E A R A N C E S

 For the Government:     Benet J. Kearney
                         Alexandra F. Foster
                         UNITED STATES ATTORNEY'S OFFICE
                         FOR THE DISTRICT OF COLUMBIA
                         601 D Street, Northwest
                         Washington, D.C. 20579

 For the Defendant:      Benjamin M. Schiffelbein
                         FEDERAL PUBLIC DEFENDER
                         210 First Street, Southwest, Suite 400
                         Roanoke, Virginia 24011
 _____

 Stenographic Official Court Reporter:
                         Nancy J. Meyer
                         Registered Diplomate Reporter
                         Certified Realtime Reporter
                         333 Constitution Avenue, Northwest
                         Washington, D.C. 20001
                         202-354-3118

 Proceedings recorded by mechanical stenography.  Transcript
 produced by computer-aided transcription.
```

|   |   |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | (Proceedings held out of the presence of the jury.) |
| 3 | THE COURT:  Have the parties had a chance to discuss |
| 4 | how they want to deal with this redaction issue? |
| 5 | MR. SCHIFFELBEIN:  We disagree, but yes. |
| 6 | THE COURT:  Okay.  Someone want to share their |
| 7 | results? |
| 8 | MS. KEARNEY:  The parties are not in agreement. |
| 9 | THE COURT:  So, first, remind me as to what |
| 10 | Exhibit 601 is.  It's the text messages from the defendant? |
| 11 | MS. KEARNEY:  Yes, Your Honor.  601 is text messages |
| 12 | between the defendant and Mike Roberts.  And just so that the |
| 13 | Court is aware, the redactions fall into a couple of |
| 14 | categories.  First, addresses.  Second -- |
| 15 | THE COURT:  So personal privacy stuff? |
| 16 | MS. KEARNEY:  Correct. And all of these remain kind |
| 17 | of as a courtesy to defense counsel.  The government doesn't |
| 18 | believe that any of these messages are -- are so prejudicial |
| 19 | that they should be kept from the jury, but -- |
| 20 | THE COURT:  They're certainly not things that I |
| 21 | excluded. |
| 22 | MS. KEARNEY:  Correct. But we just didn't intend to |
| 23 | use them so we thought we might as well redact. |
| 24 | The second category is additional references to COVID. |
| 25 | There were some references to COVID kept in.  There are |

|||
|---|---|
| 1 | references to COVID by Mr. Roberts where Mr. Roberts refers to |
| 2 | COVID as the China virus.  There's an exchange between |
| 3 | Mr. Roberts and Mr. McAbee.  Frankly, I don't know about what |
| 4 | because it's in response to a link sent by Mr. Roberts.  My |
| 5 | assumption would be that it's about COVID enforcement, where |
| 6 | Mr. McAbee says, "What is this?  Nazi Germany asking for my Jew |
| 7 | papers?" |
| 8 | There is an exchange between Mr. Roberts and Mr. McAbee |
| 9 | where Mr. McAbee uses the term bet to respond to Mr. Roberts. |
| 10 | Mr. Roberts doesn't know what he means, and he explains that |
| 11 | it's hoodrat for 10-4. |
| 12 | THE COURT:  All right.  So what are you proposing as |
| 13 | the solution? |
| 14 | MS. KEARNEY:  I'm proposing, Your Honor, that we just |
| 15 | instruct the jury to put the binder aside and use the redacted |
| 16 | version. |
| 17 | THE COURT:  The electronic version? |
| 18 | MS. KEARNEY:  Correct. |
| 19 | Look, in the event that there's going to be additional |
| 20 | inquiry necessary, I suggest that we just ask the jury, |
| 21 | basically, how far they got, since the first set of redactions |
| 22 | are really address redactions and really should have no bearing |
| 23 | on them. |
| 24 | THE COURT:  Okay.  Mr. Schiffelbein. |
| 25 | MR. SCHIFFELBEIN:  First, I want to say this is, I |

1    think, just a simple mistake.
2         There's a lot of issues here.  There's a lot of moving
3    parts in this case.  So I'm not asserting or assuming at all
4    any bad faith on any party.  And, frankly, I didn't notice it
5    either.  So I think I'm at fault as much as anyone.
6         I am asking for a mistrial, in part, given the current
7    events in Israel, in the Middle East.  I think making light in
8    any way of the Holocaust, to the extent that somebody is
9    comparing COVID restrictions to Nazi Germany is incredibly
10   prejudicial, and especially at this time could be seen that
11   way.  I also think the remark about something being hoodrat is,
12   frankly, racist.  And I think a jury would see that as well.
13        The Court is absolutely correct.  These were not things
14   that the Court excluded.  These were just done as -- by
15   agreement, essentially.  And so I understand that that would
16   weigh against a mistrial.
17        To the extent that the Court does not, I think the
18   Court should, essentially, repeat the redacted exhibit
19   instruction and just indicate that sometimes redactions are
20   made to take out irrelevant things or things not related to the
21   trial, so.
22        THE COURT:  Okay.  And I gather, Ms. Kearney, that
23   you're not opposed to repeating the redacted exhibit
24   requirement?
25        MS. KEARNEY:  Not at all.

1         THE COURT:  Okay.
2             All right.  Let's bring the jury in.
3             I'll deny the motion for the mistrial, and I'm going
4    to -- I'll do the alternative, which is to ask them to refer
5    only to the electronic version, and I will repeat the redacted
6    document --
7             MS. KEARNEY:  May I suggest, perhaps we just take the
8    binder away from them.
9             MR. SCHIFFELBEIN:  Well, I think there's other stuff
10   in the binder; right?
11            MS. KEARNEY:  But maybe we should all double-check
12   it.
13            MR. SCHIFFELBEIN:  Double-check it, that's fine.
14            THE COURT:  Okay.
15            (Proceedings held in the presence of the jury.)
16            THE COURT:  All right.  Have a seat, please.
17            So I gather from the jury's note that there was a
18   redaction error with respect to Exhibit 601, the text messages,
19   and that the electronic version was appropriately redacted but
20   the physical version was not.
21            So I'm going to ask you to rely on the electronic
22   version only.  And to the extent that you saw or discussed
23   anything that was in the paper copy that was not in the
24   electronic version, just put that out of your mind and don't
25   rely on that information at all.

1       And I'll repeat to you the instruction on redacted
2  documents or exhibits.  So during the course of this trial, a
3  number of exhibits were admitted in evidence.  Sometimes only
4  portions of an exhibit were admitted, such as portions of a
5  longer video, a document with some words or pictures blacked
6  out or otherwise removed, or a video played without audio.
7  There are a variety of reasons why only a portion of an exhibit
8  is admitted, including that the other portions are inadmissible
9  or implicate an individual's privacy.
10      As you examine the exhibits and you see or hear portions
11 where there appear to be omissions, you should consider only
12 the portions that were admitted, which are the redacted
13 versions, the electronic versions that you've seen.  You should
14 not guess as to what has been taken out or why, and you should
15 not hold it against either party.
16      You are to decide the facts only from the evidence that
17 is before you, which is the electronic version that has the
18 redactions.  So to the extent you saw anything that was
19 supposed to be redacted but wasn't in the paper copy, just put
20 that out of your mind.  Do not discuss it and do not consider
21 it at all in your deliberations.
22      All right.  Thank you.  Sorry for the error.
23          (Proceedings held out of the presence of the jury.)
24          THE COURT:  All right.  Anything else?
25          MS. KEARNEY:  Just logistically, Your Honor, we can

1    print out another hard copy of the properly redacted 601 and
2    bring it over, or would we rather they just proceed with the
3    electronic copy?
4              THE COURT:  At this point I'd just have them proceed
5    with the electronic version.
6              MS. KEARNEY:  That's fine.
7              THE COURT:  And you're going to check to see that
8    there's no other mistakes of that nature?
9              MS. KEARNEY:  We'll do that right now.
10             THE COURT:  Okay.  Thank you.
11             (Recess taken from 11:32 a.m. to 1:48 p.m.)
12             THE COURT:  All right.  Are we ready to bring in the
13   jury?
14             MR. SCHIFFELBEIN:  Yes, Your Honor.
15             MS. KEARNEY:  Yes, Your Honor.
16             THE COURT:  The one question I had -- I had for the
17   counsel is after the verdict comes in, one of the things I was
18   thinking about is whether I keep the foreperson behind and ask
19   a few questions about the redaction issue.  Is it worth making
20   a record on that point?
21             MR. SCHIFFELBEIN:  I think it is.
22             MS. KEARNEY:  Yes, we agree.
23             THE COURT:  Okay. All right. Let's bring in the
24   jury.
25             (Proceedings held in the presence of the jury.)

1          THE COURT:  Welcome back.  Have a seat, please.
2      So I gather from the note to me that the verdict has
3  been reached; is that correct?
4          THE JURY FOREPERSON:  Correct.
5          THE COURT:  Okay.  So I'll let Ms. Johnson take it
6  from here.
7          THE COURTROOM DEPUTY:  Okay.  Madam Foreperson, I
8  understand you have reached a verdict.
9          THE JURY FOREPERSON:  Yes, we have.
10         THE COURTROOM DEPUTY:  In the matter of United States
11 v. Ronald Colton McAbee, Criminal Action 21-35, Count No. 1,
12 inflicting bodily injury on Officer A.W., how do you -- have
13 you reached a verdict?  Guilty or not guilty?
14         THE JURY FOREPERSON:  Guilty.
15         THE COURTROOM DEPUTY:  Count 2, civil disorder,
16 guilty or not guilty?
17         THE JURY FOREPERSON:  Guilty.
18         THE COURTROOM DEPUTY:  Count 3, entering or remaining
19 in a restricted building or grounds with a deadly or dangerous
20 weapon, guilty or not guilty?
21         THE JURY FOREPERSON:  Guilty.
22         THE COURTROOM DEPUTY:  Count 4, disorderly or
23 disruptive conduct in a restricted building or grounds with a
24 deadly or dangerous weapon, guilty or not guilty?
25         THE JURY FOREPERSON:  Guilty.

```
 1              THE COURTROOM DEPUTY:  Count 5, engaging in physical
 2    violence in a restricted building or grounds with a deadly or
 3    dangerous weapon, guilty or not guilty?
 4              THE JURY FOREPERSON:  Guilty.
 5              THE COURTROOM DEPUTY:  Juror No. 1, is that your
 6    verdict?
 7              JUROR NO. 1:  Yes.
 8              THE COURTROOM DEPUTY:  Juror No. 2, is that your
 9    verdict?
10              JUROR NO. 2:  Yes.
11              THE COURTROOM DEPUTY:  Juror No. 4, is that your
12    verdict?
13              JUROR NO. 4:  Yes.
14              THE COURTROOM DEPUTY:  Juror No. 5, is your verdict?
15              JUROR NO. 5:  Yes.
16              THE COURTROOM DEPUTY:  Juror No. 6, is that your
17    verdict?
18              JUROR NO. 6:  Yes.
19              THE COURTROOM DEPUTY:  Juror No. 7, is that your
20    verdict?
21              JUROR NO. 7:  Yes.
22              THE COURTROOM DEPUTY:  Juror No. 8, is that your
23    verdict?
24              JUROR NO. 8:  Yes.
25              THE COURTROOM DEPUTY:  Juror No. 9, is that your
```

```
 1      verdict?
 2                JUROR NO. 9:  Yes.
 3                THE COURTROOM DEPUTY:  Juror No. 10, is that your
 4      verdict?
 5                JUROR NO. 10:  Yes.
 6                THE COURTROOM DEPUTY:  Juror No. 11, is this that
 7      verdict?
 8                JUROR NO. 11:  Yes.
 9                THE COURTROOM DEPUTY:  Juror No. 13, is that your
10      verdict?
11                JUROR NO. 13:  Yes.
12                THE COURTROOM DEPUTY:  Juror No. 14, is that your
13      verdict?
14                JUROR NO. 14:  Yes.
15                THE COURTROOM DEPUTY:  The jury is polled,
16      Your Honor.
17                THE COURT:  All right.  Well, as I said at the very
18      beginning, this -- and I know you-all have very busy lives,
19      both professionally and personally, and it's a sacrifice to
20      come here and devote time to this.  But without willing
21      participation by citizens such as yourself, the process simply
22      would not work, and it's one of the most important part of our
23      society, is the jury system.
24                So I thank you greatly for your time and your
25      thoughtfulness and the time you've taken to devote to this
```

1    case.  So with that, you're relieved.  I won't take any more of
2    your time, but I will come back to the jury room at some point
3    to thank you personally, if you want to stick around a little
4    while.
5          But there's a few things I need to do first before I can
6    do that.  So feel free to leave or feel free to stick around,
7    and I'm happy to come back in a little bit.  So thank you so
8    much for your service.
9          If the foreperson can stay behind.  Thank you.
10         (Proceedings held out of the presence of the jury,
11   except for the jury foreperson.)
12         THE COURT:  I hate to put you in the witness stand,
13   but we just have some questions about the redaction issue.
14         THE JURY FOREPERSON:  Yes.
15         THE COURT:  Okay.  So I'm going to be super official
16   and have you sworn in.
17         (Oath administered.)
18         THE JURY FOREPERSON:  I do.
19         THE COURTROOM DEPUTY:  Thank you, ma'am.
20         THE COURT:  Okay.  If you can just -- I'll just let
21   you give you a narrative how this came to light and how many
22   people saw the unredacted versions and what was discussed.  If
23   you can just give us some general ideas about that.
24         THE JURY FOREPERSON:  Sure.  So we realized the
25   redaction issue this morning during deliberations.  We had

|   |   |
|---|---|
| 1 | Exhibit 601 pulled up on the screen.  So we're reviewing it |
| 2 | electronically together.  And a member of the jury had our |
| 3 | binder open to the same page, and we're reading.  And she |
| 4 | raised her hand and said, "I noticed that there are redactions |
| 5 | up on the screen, black bars, and I don't see those.  I'm |
| 6 | following with the same page, and I don't see those." |
| 7 | So that was when we realized that there had been this |
| 8 | issue.  To my knowledge, there were at least three jurors |
| 9 | yesterday who, in the process of looking at the binder during |
| 10 | deliberations, may have seen redacted messages.  They all said |
| 11 | to me that they don't specifically remember the content, |
| 12 | though.  And at that point when we realized it, we closed the |
| 13 | book and sent you a message. |
| 14 | THE COURT:  So was there -- was there any discussion |
| 15 | amongst the jurors about something that had been seen in the |
| 16 | unredacted version that had been redacted in the electronic |
| 17 | version, specific statements? |
| 18 | THE JURY FOREPERSON:  No, Your Honor. |
| 19 | THE COURT:  No.  Okay.  Mr. Schiffelbein, do you have |
| 20 | any questions? |
| 21 | MR. SCHIFFELBEIN:  Good afternoon.  Do you recall |
| 22 | what page you were on when that was recognized? |
| 23 | THE JURY FOREPERSON:  I do not. |
| 24 | MR. SCHIFFELBEIN:  Do you know if it was in the |
| 25 | beginning of the texts?  The middle?  The end? |

```
 1                THE JURY FOREPERSON:  I'm -- because we were looking
 2   at it up on the screen, I'm sort of referencing the scroll bar.
 3   I want to say we were three-quarters of the way down.
 4                MR. SCHIFFELBEIN:  Okay.
 5                THE JURY FOREPERSON:  I know that's not very
 6   specific, but that's the best I can do.
 7                MR. SCHIFFELBEIN:  Helpful.  Thank you.
 8                THE COURT:  Does -- do you recall the discussion
 9   about anything about having to do with a COVID card and
10   Nazi Germany?
11                THE JURY FOREPERSON:  No, Your Honor.
12                THE COURT:  Okay.  Ms. Kearney?
13                MS. KEARNEY:  We think that's sufficient, Your Honor.
14   Thank you.
15                THE COURT:  Mr. Schiffelbein, do you have any
16   follow-up to my question?
17                MR. SCHIFFELBEIN:  No, Your Honor.
18                THE COURT:  No.  All right.  Thank you.  You're
19   excused.
20                THE JURY FOREPERSON:  Thank you.
21                (REPORTER'S NOTE:  The jury foreperson left.)
22                THE COURT:  All right.  We already have a schedule
23   because of the other plea, as far as -- any reason that we
24   can't just stick to that schedule for these counts as well?
25                MR. SCHIFFELBEIN:  No, Your Honor, not from the
```

1   defense.
2           MS. KEARNEY:  Not from the government.
3           MR. SCHIFFELBEIN:  I would ask if the Court can grant
4   a 14-day extension to the standard 14-day timeline for
5   post-trial motions.
6           THE COURT:  Sure.
7           MR. SCHIFFELBEIN:  Thank you.
8           THE COURTROOM DEPUTY:  You said 14 days?
9           THE COURT:  Fourteen-day extension.  So that would
10  make it what?
11          MR. SCHIFFELBEIN:  Twenty-eight days.
12          THE COURT:  Twenty-eight days.
13          THE COURTROOM DEPUTY:  Twenty-eight days.  That would
14  be Friday, the 13th of November.
15          MR. SCHIFFELBEIN:  That's fine.  Thank you.
16          THE COURT:  Do you want a Monday so you have the
17  weekend?
18          MR. SCHIFFELBEIN:  If I can have a Monday, that would
19  be great.
20          THE COURT:  Okay.
21          THE COURTROOM DEPUTY:  November 20th.
22          THE COURT:  November 20th.  Okay.  All right.
23      You know, one of the things I've said previously on
24  these cases is I've had three January 6th cases; all three
25  cases have been tried by federal public defenders of other

1   offices.  I knew that the office in D.C. was very good, but
2   it's really amazing how uniform that level of excellence of the
3   other public defender's offices have been, you know.  I've had
4   Philly, Tacoma, and Roanoke.
5           So it's -- there's not -- there's a lot of parts of the
6   criminal justice system that don't work particularly well, in
7   particular at the state level, but this is something that has
8   worked very well.  The caliber of the representation from the
9   public defender -- federal public defender's office has been
10  uniformly good across the board.
11          So thank you, Mr. Schiffelbein.
12          MR. SCHIFFELBEIN:  Thank you, Your Honor.  I
13  appreciate it.
14          THE COURT:  All right.  Anything else?
15          MS. KEARNEY:  Yes, Your Honor.  To the extent that
16  they are not automatically made available, the government just
17  requests an order making the trial exhibits available to the
18  public upon their request.
19          THE COURT:  Any objection to that?
20          MR. SCHIFFELBEIN:  No objection.
21          MS. KEARNEY:  The properly redacted one.
22          MR. SCHIFFELBEIN:  No objection, Your Honor.
23          THE COURT:  Okay.  Why don't you submit a proposed
24  order.
25          MS. KEARNEY:  We'll do that.  Thank you.

1            THE COURT:  All right.  Thank you.
2        Thank you, Mr. McAbee.  I'll see you in February, I
3   think it is.
4            THE DEFENDANT:  Thank you, sir.
5            (Proceedings were concluded at 2:01 p.m.)

1      CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER

2

3           I, Nancy J. Meyer, Registered Diplomate Reporter,

4      Certified Realtime Reporter, do hereby certify that the above

5      and foregoing constitutes a true and accurate transcript of my

6      stenograph notes and is a full, true, and complete transcript

7      of the proceedings to the best of my ability.

8

9                       Dated this 17th day of November, 2023.

10

11                      /s/ Nancy J. Meyer
                        Nancy J. Meyer
12                      Official Court Reporter
                        Registered Diplomate Reporter
13                      Certified Realtime Reporter
                        333 Constitution Avenue Northwest
14                      Washington, D.C. 20001

**1**

**1** [3] - 8:11, 9:5, 9:7
**10** [2] - 10:3, 10:5
**10-4** [1] - 3:11
**11** [2] - 10:6, 10:8
**11:32** [1] - 7:11
**13** [2] - 10:9, 10:11
**13th** [1] - 14:14
**14** [3] - 10:12, 10:14, 14:8
**14-day** [2] - 14:4
**1:48** [1] - 7:11

**2**

**2** [3] - 8:15, 9:8, 9:10
**20th** [2] - 14:21, 14:22
**21-35** [1] - 8:11
**2:01** [1] - 16:5

**3**

**3** [1] - 8:18

**4**

**4** [3] - 8:22, 9:11, 9:13

**5**

**5** [3] - 9:1, 9:14, 9:15

**6**

**6** [2] - 9:16, 9:18
**601** [3] - 5:18, 7:1, 12:1
**6th** [1] - 14:24

**7**

**7** [2] - 9:19, 9:21

**8**

**8** [2] - 9:22, 9:24

**9**

**9** [2] - 9:25, 10:2

**A**

**a.m** [1] - 7:11
**A.W** [1] - 8:12
**absolutely** [1] - 4:13
**Action** [1] - 8:11
**additional** [1] - 3:19
**address** [1] - 3:22
**administered** [1] - 11:17
**admitted** [4] - 6:3, 6:4, 6:8, 6:12
**afternoon** [1] - 12:21
**agree** [1] - 7:22
**agreement** [1] - 4:15
**alternative** [1] - 5:4
**amazing** [1] - 15:2
**appear** [1] - 6:11
**appreciate** [1] - 15:13
**appropriately** [1] - 5:19
**aside** [1] - 3:15
**asserting** [1] - 4:3
**assuming** [1] - 4:3
**assumption** [1] - 3:5
**audio** [1] - 6:6
**automatically** [1] - 15:16
**available** [2] - 15:16, 15:17

**B**

**bad** [1] - 4:4
**bar** [1] - 13:2
**bars** [1] - 12:5
**bearing** [1] - 3:22
**beginning** [2] - 10:18, 12:25
**behind** [2] - 7:18, 11:9
**best** [1] - 13:6
**bet** [1] - 3:9
**between** [2] - 3:2, 3:8
**binder** [5] - 3:15, 5:8, 5:10, 12:3, 12:9
**bit** [1] - 11:7
**black** [1] - 12:5
**blacked** [1] - 6:5
**board** [1] - 15:10
**bodily** [1] - 8:12
**book** [1] - 12:13
**bring** [4] - 5:2, 7:2, 7:12, 7:23
**building** [3] - 8:19, 8:23, 9:2
**busy** [1] - 10:18

**C**

**caliber** [1] - 15:8
**card** [1] - 13:9
**case** [2] - 4:3, 11:1
**cases** [3] - 14:24, 14:25
**check** [3] - 5:11, 5:13, 7:7
**China** [1] - 3:2
**citizens** [1] - 10:21
**civil** [1] - 8:15
**closed** [1] - 12:12
**Colton** [1] - 8:11
**comparing** [1] - 4:9
**concluded** [1] - 16:5
**conduct** [1] - 8:23
**consider** [2] - 6:11, 6:20
**content** [1] - 12:11
**copy** [4] - 5:23, 6:19, 7:1, 7:3
**correct** [3] - 3:18, 4:13, 8:3
**Correct** [1] - 8:4
**counsel** [1] - 7:17
**Count** [5] - 8:11, 8:15, 8:18, 8:22, 9:1
**counts** [1] - 13:24
**course** [1] - 6:2
**Court** [5] - 4:13, 4:14, 4:17, 4:18, 14:3
**COURT** [37] - 3:12, 3:17, 3:24, 4:22, 5:1, 5:14, 5:16, 6:24, 7:4, 7:7, 7:10, 7:12, 7:16, 7:23, 8:1, 8:5, 10:17, 11:12, 11:15, 11:20, 12:14, 12:19, 13:8, 13:12, 13:15, 13:18, 13:22, 14:6, 14:9, 14:12, 14:16, 14:20, 14:22, 15:14, 15:19, 15:23, 16:1
**COURTROOM** [23] - 8:7, 8:10, 8:15, 8:18, 8:22, 9:1, 9:5, 9:8, 9:11, 9:14, 9:16, 9:19, 9:22, 9:25, 10:3, 10:6, 10:9, 10:12, 10:15, 11:19, 14:8, 14:13, 14:21
**COVID** [5] - 3:1, 3:2, 3:5, 4:9, 13:9
**Criminal** [1] - 8:11
**criminal** [1] - 15:6
**current** [1] - 4:6

**D**

**D.C** [1] - 15:1
**dangerous** [3] - 8:19, 8:24, 9:3
**days** [4] - 14:8, 14:11, 14:12, 14:13
**deadly** [3] - 8:19, 8:24, 9:2
**decide** [1] - 6:16
**DEFENDANT** [1] - 16:4
**defender** [1] - 15:9
**defender's** [2] - 15:3, 15:9
**defenders** [1] - 14:25
**defense** [1] - 14:1
**deliberations** [3] - 6:21, 11:25, 12:10
**deny** [1] - 5:3
**DEPUTY** [23] - 8:7, 8:10, 8:15, 8:18, 8:22, 9:1, 9:5, 9:8, 9:11, 9:14, 9:16, 9:19, 9:22, 9:25, 10:3, 10:6, 10:9, 10:12, 10:15, 11:19, 14:8, 14:13, 14:21
**devote** [2] - 10:20, 10:25
**discuss** [1] - 6:20
**discussed** [2] - 5:22, 11:22
**discussion** [2] - 12:14, 13:8
**disorder** [1] - 8:15
**disorderly** [1] - 8:22
**disruptive** [1] - 8:23
**document** [2] - 5:6, 6:5
**documents** [1] - 6:2
**done** [1] - 4:14
**double** [2] - 5:11, 5:13
**double-check** [2] - 5:11, 5:13
**down** [1] - 13:3
**during** [3] - 6:2, 11:25, 12:9

**E**

**East** [1] - 4:7
**eight** [3] - 14:11, 14:12, 14:13
**either** [2] - 4:5, 6:15
**electronic** [10] - 3:17, 5:5, 5:19, 5:21, 5:24, 6:13, 6:17, 7:3, 7:5, 12:16
**electronically** [1] - 12:2
**end** [1] - 12:25
**enforcement** [1] - 3:5
**engaging** [1] - 9:1
**entering** [1] - 8:18
**error** [2] - 5:18, 6:22
**especially** [1] - 4:10
**essentially** [2] - 4:15, 4:18
**event** [1] - 3:19
**events** [1] - 4:7
**evidence** [2] - 6:3, 6:16
**examine** [1] - 6:10
**excellence** [1] - 15:2
**except** [1] - 11:11
**exchange** [2] - 3:2, 3:8
**excluded** [1] - 4:14
**excused** [1] - 13:19
**Exhibit** [2] - 5:18, 12:1
**exhibit** [4] - 4:18, 4:23, 6:4, 6:7
**exhibits** [4] - 6:2, 6:3, 6:10, 15:17
**explains** [1] - 3:10
**extension** [2] - 14:4, 14:9
**extent** [5] - 4:8, 4:17, 5:22, 6:18, 15:15

**F**

**facts** [1] - 6:16
**faith** [1] - 4:4
**far** [2] - 3:21, 13:23
**fault** [1] - 4:5
**February** [1] - 16:2
**federal** [2] - 14:25, 15:9
**few** [2] - 7:19, 11:5
**fine** [3] - 5:13, 7:6, 14:15
**first** [3] - 3:21, 3:25, 11:5
**follow** [1] - 13:16
**follow-up** [1] - 13:16
**following** [1] - 12:6
**foreperson** [4] - 7:18, 11:9, 11:11, 13:21
**FOREPERSON** [16] - 8:4, 8:9, 8:14, 8:17, 8:21, 8:25, 9:4, 11:14, 11:18, 11:24, 12:18, 12:23, 13:1, 13:5, 13:11, 13:20
**Foreperson** [1] - 8:7
**fourteen** [1] - 14:9
**fourteen-day** [1] - 14:9
**frankly** [3] - 3:3, 4:4, 4:12
**free** [2] - 11:6
**Friday** [1] - 14:14

**G**

**gather** [3] - 4:22, 5:17, 8:2
**general** [1] - 11:23
**Germany** [3] - 3:6, 4:9, 13:10
**given** [1] - 4:6
**government** [2] - 14:2, 15:16
**grant** [1] - 14:3

**great** [1] - 14:19
**greatly** [1] - 10:24
**grounds** [3] - 8:19, 8:23, 9:2
**guess** [1] - 6:14
**guilty** [15] - 8:13, 8:14, 8:16, 8:17, 8:20, 8:21, 8:24, 8:25, 9:3, 9:4

**H**

**hand** [1] - 12:4
**happy** [1] - 11:7
**hard** [1] - 7:1
**hate** [1] - 11:12
**hear** [1] - 6:10
**held** [4] - 5:15, 6:23, 7:25, 11:10
**helpful** [1] - 13:7
**hold** [1] - 6:15
**Holocaust** [1] - 4:8
**Honor** [13] - 3:14, 6:25, 7:14, 7:15, 10:16, 12:18, 13:11, 13:13, 13:17, 13:25, 15:12, 15:15, 15:22
**hoodrat** [2] - 3:11, 4:11

**I**

**ideas** [1] - 11:23
**implicate** [1] - 6:9
**important** [1] - 10:22
**inadmissible** [1] - 6:8
**including** [1] - 6:8
**incredibly** [1] - 4:9
**indicate** [1] - 4:19
**individual's** [1] - 6:9
**inflicting** [1] - 8:12
**information** [1] - 5:25
**injury** [1] - 8:12
**inquiry** [1] - 3:20
**instruct** [1] - 3:15
**instruction** [2] - 4:19, 6:1
**irrelevant** [1] - 4:20
**Israel** [1] - 4:7
**issue** [4] - 7:19, 11:13, 11:25, 12:8
**issues** [1] - 4:2

**J**

**January** [1] - 14:24
**Jew** [1] - 3:6
**Johnson** [1] - 8:5
**Juror** [12] - 9:5, 9:8, 9:11, 9:14, 9:16, 9:19, 9:22, 9:25, 10:3, 10:6, 10:9, 10:12
**JUROR** [12] - 9:7, 9:10, 9:13, 9:15, 9:18, 9:21, 9:24, 10:2, 10:5, 10:8, 10:11, 10:14
**jurors** [2] - 12:8, 12:15
**jury** [16] - 3:15, 3:20, 4:12, 5:2, 5:15, 6:23, 7:13, 7:24, 7:25, 10:15, 10:23, 11:2, 11:10, 11:11, 12:2, 13:21
**JURY** [16] - 8:4, 8:9, 8:14, 8:17, 8:21, 8:25, 9:4, 11:14, 11:18, 11:24, 12:18, 12:23, 13:1, 13:5, 13:11, 13:20
**jury's** [1] - 5:17
**justice** [1] - 15:6

**K**

**Kearney** [2] - 4:22, 13:12
**KEARNEY** [15] - 3:14, 3:18, 4:25, 5:7, 5:11, 6:25, 7:6, 7:9, 7:15, 7:22, 13:13, 14:2, 15:15, 15:21, 15:25
**keep** [1] - 7:18
**knowledge** [1] - 12:8

**L**

**least** [1] - 12:8
**leave** [1] - 11:6
**left** [1] - 13:21
**level** [2] - 15:2, 15:7
**light** [2] - 4:7, 11:21
**link** [1] - 3:4
**lives** [1] - 10:18
**logistically** [1] - 6:25
**look** [1] - 3:19
**looking** [2] - 12:9, 13:1

**M**

**ma'am** [1] - 11:19
**Madam** [1] - 8:7
**matter** [1] - 8:10
**McAbee** [6] - 3:3, 3:6, 3:8, 3:9, 8:11, 16:2
**means** [1] - 3:10
**member** [1] - 12:2
**message** [1] - 12:13
**messages** [2] - 5:18, 12:10
**Middle** [1] - 4:7
**middle** [1] - 12:25
**mind** [2] - 5:24, 6:20
**mistake** [1] - 4:1
**mistakes** [1] - 7:8
**mistrial** [3] - 4:6, 4:16, 5:3
**Monday** [2] - 14:16, 14:18
**morning** [1] - 11:25
**most** [1] - 10:22
**motion** [1] - 5:3
**motions** [1] - 14:5
**moving** [1] - 4:2

**N**

**narrative** [1] - 11:21
**nature** [1] - 7:8
**Nazi** [3] - 3:6, 4:9, 13:10
**necessary** [1] - 3:20
**need** [1] - 11:5
**NO** [12] - 9:7, 9:10, 9:13, 9:15, 9:18, 9:21, 9:24, 10:2, 10:5, 10:8, 10:11, 10:14
**NOTE** [1] - 13:21
**note** [2] - 5:17, 8:2
**notice** [1] - 4:4
**noticed** [1] - 12:4
**November** [3] - 14:14, 14:21, 14:22
**number** [1] - 6:3

**O**

**Oath** [1] - 11:17
**objection** [3] - 15:19, 15:20, 15:22
**office** [2] - 15:1, 15:9
**Officer** [1] - 8:12
**offices** [2] - 15:1, 15:3
**official** [1] - 11:15
**omissions** [1] - 6:11
**one** [5] - 7:16, 7:17, 10:22, 14:23, 15:21
**open** [1] - 12:3
**opposed** [1] - 4:23
**order** [2] - 15:17, 15:24
**otherwise** [1] - 6:6

**P**

**p.m** [2] - 7:11, 16:5
**page** [3] - 12:3, 12:6, 12:22
**paper** [2] - 5:23, 6:19
**papers** [1] - 3:7
**part** [2] - 4:6, 10:22
**participation** [1] - 10:21
**particular** [1] - 15:7
**particularly** [1] - 15:6
**parts** [2] - 4:3, 15:5
**party** [2] - 4:4, 6:15
**people** [1] - 11:22
**perhaps** [1] - 5:7
**personally** [2] - 10:19, 11:3
**Philly** [1] - 15:4
**physical** [2] - 5:20, 9:1
**pictures** [1] - 6:5
**played** [1] - 6:6
**plea** [1] - 13:23
**point** [4] - 7:4, 7:20, 11:2, 12:12
**polled** [1] - 10:15
**portion** [1] - 6:7
**portions** [5] - 6:4, 6:8, 6:10, 6:12
**post** [1] - 14:5
**post-trial** [1] - 14:5
**prejudicial** [1] - 4:10
**presence** [4] - 5:15, 6:23, 7:25, 11:10
**previously** [1] - 14:23
**print** [1] - 7:1
**privacy** [1] - 6:9
**proceed** [2] - 7:2, 7:4
**Proceedings** [5] - 5:15, 6:23, 7:25, 11:10, 16:5
**process** [2] - 10:21, 12:9
**professionally** [1] - 10:19
**properly** [2] - 7:1, 15:21
**proposed** [1] - 15:23
**proposing** [2] - 3:12, 3:14
**public** [5] - 14:25, 15:3, 15:9, 15:18
**pulled** [1] - 12:1

**Q**

**quarters** [1] - 13:3
**questions** [3] - 7:19, 11:13, 12:20

**R**

**racist** [1] - 4:12
**raised** [1] - 12:4
**rather** [1] - 7:2
**reached** [3] - 8:3, 8:8, 8:13
**reading** [1] - 12:3
**ready** [1] - 7:12
**realized** [3] - 11:24, 12:7, 12:12
**really** [3] - 3:22, 15:2
**reason** [1] - 13:23
**reasons** [1] - 6:7
**Recess** [1] - 7:11
**recognized** [1] - 12:22
**record** [1] - 7:20
**redacted** [12] - 3:15, 4:18, 4:23, 5:5, 5:19, 6:1, 6:12, 6:19, 7:1, 12:10, 12:16, 15:21
**redaction** [4] - 5:18, 7:19, 11:13, 11:25
**redactions** [5] - 3:21, 3:22, 4:19, 6:18, 12:4
**refer** [1] - 5:4
**references** [1] - 3:1
**referencing** [1] - 13:2
**refers** [1] - 3:1
**related** [1] - 4:20
**relieved** [1] - 11:1
**rely** [2] - 5:21, 5:25
**remaining** [1] - 8:18
**remark** [1] - 4:11
**remember** [1] - 12:11
**removed** [1] - 6:6
**repeat** [3] - 4:18, 5:5, 6:1
**repeating** [1] - 4:23
**REPORTER'S** [1] - 13:21
**representation** [1] - 15:8
**request** [1] - 15:18
**requests** [1] - 15:17
**requirement** [1] - 4:24
**respect** [1] - 5:18
**respond** [1] - 3:9
**response** [1] - 3:4
**restricted** [3] - 8:19, 8:23, 9:2
**restrictions** [1] - 4:9
**reviewing** [1] - 12:1
**Roanoke** [1] - 15:4
**Roberts** [7] - 3:1, 3:3, 3:4, 3:8, 3:9, 3:10
**Ronald** [1] - 8:11
**room** [1] - 11:2

**S**

**sacrifice** [1] - 10:19
**saw** [3] - 5:22, 6:18, 11:22
**schedule** [2] - 13:22,

13:24
**Schiffelbein** [4] - 3:24, 12:19, 13:15, 15:11
**SCHIFFELBEIN** [19] - 3:25, 5:9, 5:13, 7:14, 7:21, 12:21, 12:24, 13:4, 13:7, 13:17, 13:25, 14:3, 14:7, 14:11, 14:15, 14:18, 15:12, 15:20, 15:22
**screen** [3] - 12:1, 12:5, 13:2
**scroll** [1] - 13:2
**seat** [2] - 5:16, 8:1
**see** [6] - 4:12, 6:10, 7:7, 12:5, 12:6, 16:2
**sent** [2] - 3:4, 12:13
**service** [1] - 11:8
**set** [1] - 3:21
**simple** [1] - 4:1
**simply** [1] - 10:21
**society** [1] - 10:23
**solution** [1] - 3:13
**sometimes** [2] - 4:19, 6:3
**sorry** [1] - 6:22
**sort** [1] - 13:2
**specific** [2] - 12:17, 13:6
**specifically** [1] - 12:11
**stand** [1] - 11:12
**standard** [1] - 14:4
**state** [1] - 15:7
**statements** [1] - 12:17
**States** [1] - 8:10
**stay** [1] - 11:9
**stick** [3] - 11:3, 11:6, 13:24
**stuff** [1] - 5:9
**submit** [1] - 15:23
**sufficient** [1] - 13:13
**suggest** [2] - 3:20, 5:7
**super** [1] - 11:15
**supposed** [1] - 6:19
**sworn** [1] - 11:16
**system** [2] - 10:23, 15:6

## T

**Tacoma** [1] - 15:4
**term** [1] - 3:9
**text** [1] - 5:18
**texts** [1] - 12:25
**thinking** [1] - 7:18
**thoughtfulness** [1] - 10:25
**three** [4] - 12:8, 13:3, 14:24
**three-quarters** [1] -

13:3
**timeline** [1] - 14:4
**together** [1] - 12:2
**trial** [4] - 4:21, 6:2, 14:5, 15:17
**tried** [1] - 14:25
**twenty** [3] - 14:11, 14:12, 14:13
**twenty-eight** [3] - 14:11, 14:12, 14:13

## U

**uniform** [1] - 15:2
**uniformly** [1] - 15:10
**United** [1] - 8:10
**unredacted** [2] - 11:22, 12:16
**up** [4] - 12:1, 12:5, 13:2, 13:16
**uses** [1] - 3:9

## V

**variety** [1] - 6:7
**verdict** [16] - 7:17, 8:2, 8:8, 8:13, 9:6, 9:9, 9:12, 9:14, 9:17, 9:20, 9:23, 10:1, 10:4, 10:7, 10:10, 10:13
**version** [11] - 3:16, 3:17, 5:5, 5:19, 5:20, 5:22, 5:24, 6:17, 7:5, 12:16, 12:17
**versions** [3] - 6:13, 11:22
**video** [2] - 6:5, 6:6
**violence** [1] - 9:2
**virus** [1] - 3:2

## W

**weapon** [3] - 8:20, 8:24, 9:3
**weekend** [1] - 14:17
**weigh** [1] - 4:16
**welcome** [1] - 8:1
**willing** [1] - 10:20
**witness** [1] - 11:12
**words** [1] - 6:5
**worth** [1] - 7:19

## Y

**yesterday** [1] - 12:9
**you-all** [1] - 10:18
**yourself** [1] - 10:21