**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 21-cr-35 (RC)** |
| **RONALD COLTON MCABEE,** | |
| **Defendant.** | |

**MOTION TO FILE REDACTED VERSION OF THE GOVERNMENT'S SENTENCING**
**MEMORANDUM ON THE PUBLIC DOCKET AND SEAL SENTENCING EXHIBIT B**

      The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby respectfully moves to file a redacted version of the government's sentencing memo and file Government's Sentencing Exhibit B under seal. Several sentences have been redacted from page 50 of the Government's Sentencing Memorandum. Further, Government's Sentencing Exhibit B to the Sentencing Memorandum has been filed under seal. The proposed redactions and sealed materials contain a victim's medical information.

//

//

//

//

//

//

//

WHEREFORE, the government respectfully requests that the Court grant the government's motion and issue an order sealing Government's Sentencing Exhibit B allowing the Government to file a redacted sentencing memorandum on the public docket (ECF) in this matter.

Dated: February 21, 2024

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

*/s/ Benet J. Kearney*_____
Benet J. Kearney
N.Y. Bar No. 4774048
Alexandra F. Foster
D.C. Bar No. 470096
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530
Benet.Kearney@usdoj.gov / (212) 637 2260
Alexandra. Foster@usdoj.gov / (619) 546-6735