IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America

      v.                                                Case No. 1:21-CR-35-RC-7

Ronald Colton McAbee

### Defendant's Notice of Appeal

Mr. McAbee, through counsel, notices his appeal to the United States Court of Appeals for the District of Columbia Circuit from his conviction and sentence made final by entry of judgement on March 4, 2024. Mr. McAbee is indigent and requests the court grant him *in forma pauperis* status and waive the payment of fees and costs associated with this appeal. He further requests the Court appoint counsel for him. The undersigned is a member of the Bar of the Court of Appeals for the District of Columbia Circuit and is ready, willing, and able to accept appointment on this appeal.

Respectfully submitted,

/s/ Benjamin Schiffelbein
210 First Street SW, Ste 400
Roanoke, VA 24011
Benjamin_Schiffelbein@fd.org
540 777 0880
D.C. Cir. Bar No. 65089