**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

United States of America,      ) Criminal Action
                               ) No. 1:21-cr-00035-RC-7
             Plaintiff,        )
                               ) **Sentencing**
   vs.                         )
                               )
Ronald Colton McAbee,          ) Washington, D.C.
                               ) **February 29, 2024**
             Defendant.        ) Time:  9:30 a.m.
_____

**Transcript of Sentencing**
Held Before
The Honorable Rudolph Contreras
United States District Judge


A P P E A R A N C E S

For the Government:        **Benet J. Kearney**
                           **Alexandra F. Foster**
                           UNITED STATES ATTORNEY'S OFFICE
                           FOR THE DISTRICT OF COLUMBIA
                           601 D Street, Northwest
                           Washington, D.C. 20579

For the Defendant:         **Benjamin M. Schiffelbein**
                           FEDERAL PUBLIC DEFENDER
                           210 First Street, Southwest, Suite 400
                           Roanoke, Virginia 24011

Also Present:              Crystal Lustig, U.S. Probation Officer
_____

Stenographic Official Court Reporter:
                           Nancy J. Meyer
                           Registered Diplomate Reporter
                           Certified Realtime Reporter
                           333 Constitution Avenue, Northwest
                           Washington, D.C. 20001
                           202-354-3118

Proceedings recorded by mechanical stenography.  Transcript
produced by computer-aided transcription.

2

1              P R O C E E D I N G S

2              THE COURTROOM DEPUTY:  This is Criminal Action 21-35,

3     United States v. Ronald Colton McAbee.

4              Counsel, please approach the podium and state your

5     appearance for the record.

6              MS. KEARNEY:  Good morning, Your Honor.  Benet

7     Kearney and Alexandra Foster for the United States.

8              THE COURT:  Good morning.

9              MS. FOSTER:  Good morning.

10              MR. SCHIFFELBEIN:  Good morning, Your Honor.

11     Benjamin Schiffelbein for Mr. McAbee, who is present.

12              THE COURT:  Good morning.

13              Good morning, Mr. McAbee.

14              THE DEFENDANT:  Good morning, sir.

15              THE COURT:  All right.  Mr. Schiffelbein, I think we

16     have the -- you've set a record for the most contested

17     guidelines issue ever in a sentencing.  So settle in.  This is

18     going to take a bit of time.

19              MR. SCHIFFELBEIN:  Glad I could help, Your Honor.

20              THE COURT:  All right.  Mr. McAbee and defense

21     counsel, have you reviewed the presentence report as revised

22     following the defense and the government's submissions?

23              MR. SCHIFFELBEIN:  We have, Your Honor.

24              THE COURT:  Any additional objections, other than

25     those previously stated?

1     MR. SCHIFFELBEIN:  There is one additional objection.

2     And I -- I understand I probably should have filed it earlier.

3     Just to the information in paragraph 34, there's a recitation

4     of reports from the D.C. Jail, which we haven't received, and

5     there's no witness testimony, nor was there any finding with

6     respect to that incident.  So we would object to that language.

7     THE COURT:  All right.  I'll duly note that

8     objection.

9     Any from the government?

10    MS. KEARNEY:  No, Your Honor, other than what we've

11    laid out in our submission.

12    THE COURT:  Okay.  So under Federal Rule of Criminal

13    Procedure 32(i)(3)(A), the Court will accept the presentence

14    report as its findings of fact on issues not in dispute.

15    This case falls within the Sentencing Reform Act of 1984

16    under which Congress created the United States Sentencing

17    Commission, which has issued detailed guidelines for judges

18    such as myself to consider in determining the sentence in a

19    criminal case like this.  The commission has set sentencing

20    ranges for specific offenses, and those ranges are contained in

21    a *Guidelines Manual*.

22    However, in light of the Supreme Court's decision in

23    *Booker*, the guidelines are not mandatory.  They're advisory,

24    but must be consulted by the Court in determining the

25    appropriate sentence in a case.  Therefore, I will assess and

1    determine the proper sentence in this case by reference to and

2    in consideration of the guidelines, in the first instance.  But

3    the guidelines will be treated as advisory and not mandatory.

4    And there's no presumption that the guideline sentence is the

5    correct sentence.  The guidelines will be considered, along

6    with all the other relevant factors, under the sentencing

7    statute found at 18 U.S.C. 3553.

8         Defendant has pleaded guilty to two counts of the third

9    superseding indictment:  Count 12, which is assaulting,

10   resisting, or impeding certain officers in violation of

11   18 U.S.C. § 111(a)(1).

12        And Count 24, act of physical violence in the Capitol

13   Grounds or Buildings in violation of 40 U.S.C. § 5104(e)(2)(F).

14        And found guilty by a jury for Count 9, inflicting

15   bodily injury on certain officers and aiding and abetting in

16   violation of 18 U.S.C. §§ 111(a)(1) and (b) and 2.

17        Count 14, civil disorder in violation of

18   18 U.S.C. § 231(a)(3).

19        Count 18, entering and remaining in a restricted

20   building or grounds with a deadly or dangerous weapon in

21   violation of 18 U.S.C. § 1752(a)(1) and (b)(1)(A).

22        Count 19, disorderly and disruptive conduct in a

23   restricted building or grounds with a deadly or dangerous

24   weapon in violation of 18 U.S.C. § 1752(a)(2) and (b)(1)(A).

25        And Count 20, engaging in physical violence in a

1    restricted building or grounds with a deadly or dangerous

2    weapon in violation of 18 U.S.C. § 1752(a)(4) and (b)(1)(A).

3         There are several -- as I indicated earlier, there's

4    several disputes concerning the appropriate guidelines

5    calculation, and I'll go through them one by one.

6         So, first, there's a dispute between the defendant and

7    the government and probation concerning whether 2 levels should

8    be added for obstruction of justice because the defendant

9    provided false testimony.  A 2-level upward adjustment may be

10   given for obstructing or impeding the administration of justice

11   where the Court finds that the defendant willfully obstructed

12   or impeded or attempted to obstruct or impede the

13   administration of justice with respect to the investigation,

14   prosecution, or sentencing of the instant offense of conviction

15   and the obstructive conduct related to the defendant's offense

16   of conviction and any relevant conduct.  That's Sentencing

17   Guidelines § 3C1.1.

18        The provision is not intended to punish a defendant for

19   the exercise of a constitutional right, including the right to

20   testify on his own behalf at trial.  A defendant's denial of

21   guilt, other than a denial of guilt under oath that constitutes

22   perjury, is not a basis for application of the section.  Not

23   all inaccurate testimony or statements necessarily reflect a

24   willful attempt to obstruct justice.  Perjury for purposes of

25   section 3C1.1 is the same as perjury under the federal perjury

1    statute, 18 U.S.C. 1621, as found in *United States v. Dunnigan*.

2        It occurs where a witness testifying under oath or

3    affirmation gives false testimony concerning a material

4    matter with the willful intent to provide false testimony

5    rather than as a result of confusion, mistake, or faulty

6    memory.

7        The government and probation's position is that the

8    defendant repeatedly perjured himself at trial, and certainly

9    much of Mr. McAbee's testimony at trial was not credible.  In

10   particular, his testimony of motives concerning his physical

11   actions towards Officer A.W. -- that he intended to reposition

12   him and that he had no idea that the Capitol Grounds were off

13   limits -- that testimony was not credible.

14       But despite the contradictory video evidence, the Court

15   does not find that the lack of credibility of Mr. McAbee's

16   testimony is sufficient to warrant the upward adjustment for

17   obstruction under a preponderance of evidence standard.

18   Mr. McAbee's testimony, in particular those parts that the

19   government alleges were untrue, were based on -- were not based

20   on objective verifiable facts directly contradicted by

21   documentary evidence or other witnesses.  Rather, they centered

22   on his state of mind, his intent, and his willfulness.

23       While the jury, obviously, found the willfulness and

24   specific intent required to convict Mr. McAbee of all the

25   charges, the Court is reluctant to enhance Mr. McAbee's offense

1  level in such subjective areas as motives and perception, as

2  opposed to an objective fact -- fact, such as whether the

3  defendant gives a plainly false alibi in his testimony or

4  attempts to place the blame for the crime on another person who

5  cannot possibly have committed the crime.

6      Thus, the Court will not apply the 2-point enhancement

7  following Judge Friedman's analysis in *Safavian*.

8      Second, defendant argues that he should not receive a

9  3-level enhancement for bodily injury.  I have previously found

10  that Officer A.W. suffered serious bodily injury, but the

11  Co-Defendant Mullins only earned a 3-level enhancement for

12  bodily injury because, in part, it was clear that A.W.'s head

13  laceration appears to have occurred prior to his encounter with

14  either Mullins or McAbee.

15      But defendant's position that no enhancement should

16  apply is clearly wrong because A.W.'s credible testimony showed

17  by a preponderance of the evidence that he received blows while

18  he was being confronted by defendant at the top of the stairs,

19  while he was brought down the steps, and while pinned at the

20  bottom of the stairs.  At the very least, his gas mask was

21  pulled off while he was pinned under defendant, and he was

22  sprayed by something that caused an intense burning sensation

23  and made it difficult to breathe.

24      The scrapes and bruises he sustained while he received

25  these blows and the intense pain and difficulty breathing he

1    experienced while pinned down qualify as physical injury caused

2    by defendant's actions; therefore, I will apply that 3-level

3    enhancement for bodily injury.

4         Third, although defendant acknowledges that the

5    enhancement for a conviction under 111(b) clearly applies, he

6    objects that its application results in at least a partial

7    double-counting.  The Court acknowledges this possibility, but

8    that issue will be assessed in the context of considering a

9    variance, not in whether or not to apply a clearly applicable

10   guideline.

11        Fourth, defense counsel argues that defendant does not

12   merit the 6-point enhancement for a government victim --

13   government officer victim who was attacked because of that

14   status.  The Court notes that numerous January 6th defendants

15   in similar cases have had this enhancement applied to their

16   cases, and it is merited here too.

17        Here it is clear that the defendant knew both

18   Officers Moore and A.W. were law enforcement officers, as their

19   dress and equipment made that fact obvious, and that was

20   certainly the reason defendant attacked them.  He did not

21   attack any of the other rioters, only the officers.

22        And defendant's actions striking Officer Moore's head

23   and pulling Officer A.W. towards the violent crowd down the

24   stairs and pinning him down created a substantial risk of

25   serious bodily injury.  Thus, the 6-point enhancement clearly

1    applies.

2          Fifth, the government argues and probation accepts that

3    a 2-point enhancement applies because of restraint of victim.

4    The guideline definition of physically restrained means the

5    forcible restraint of the victim, such as being tied up, bound,

6    or locked up.

7          Obviously, A.W. was not tied, bound, or locked up.  And

8    although application of the enhancement does not require one of

9    these exact scenarios, these scenarios should provide

10   meaningful guideposts.  So it does require a bit of a stretch

11   to make the enhancement applicable and the facts -- to the

12   facts of this case.

13         That is not to say that a good argument can't be made

14   that the enhancement could apply here.  In particular, in this

15   case, amongst the other co-defendants for which the government

16   sought this enhancement, the enhancement would be most

17   applicable here given that A.W. was pinned down under the

18   defendant for about 25 seconds or so.

19         But even in this case, in the context of an enhancement

20   that could significantly further restrain defendant's liberty,

21   a certain amount of lenity is in order.  And the facts of this

22   case still do not fall in the heartland of cases in which the

23   enhancement has been applied, especially when defendant's

24   involvement in dragging A.W. was so brief.  Although A.W. was

25   pinned under the defendant for a brief period, it is not clear

1    that was defendant's specific intent.  Thus, A.W.'s restraint

2    did not seem to be the defendant's focus.

3         Six, defendant argues that the 4-level body-armor

4    enhancement does not apply because he did not use the body

5    armor as part of the offense and simply donning the body armor

6    does not qualify his use.  But as Judge Mehta concluded in

7    *Webster*, 21-cr-208, although use means active employment in a

8    manner to protect the person from gunfire but does not mean

9    mere possession.  Because defendant wore his body armor during

10   his attacks on Officers Moore and A.W., a trained law

11   enforcement officer, such as defendant, would have known the

12   officers guarding the Capitol had guns and that attacking them

13   could have resulted in gunfire.

14        Thus, it is reasonable to infer that wearing the body

15   armor contributed to the offense in the sense that it would

16   have emboldened McAbee to aggressively behave the way he did.

17   Thus, I will apply the 4-level body-armor enhancement.

18        Seventh, defendant argues that the 4-level

19   dangerous-weapon enhancement should not apply to his striking

20   of Officer Moore with his gloves because those gloves do not

21   qualify as dangerous weapons and that the quick strikes were

22   not likely to cause any injury to Moore.  This position seems

23   contrary to the jury's necessary findings beyond a reasonable

24   doubt.

25        Regardless, I find by a preponderance of the evidence

1    that the gloves qualify due to their reinforced knuckles,

2    regardless of whether they were reinforced by plastic or brass,

3    and their raised plastic ridges and that defendant intended to

4    use and, in fact, did use them in a manner that was likely to

5    cause bodily injury by striking Officer Moore with a closed

6    fist at least once.

7         Eighth, defendant argues that he did not commit an

8    aggravated assault.  The Court wonders whether the defendant

9    and his counsel watched the same videos that the jury and the

10   Court watched.  The videos depict an enraged, violent man

11   wearing body armor and reinforced gloves spewing expletives as

12   he attacked Officer Moore and worked to pull Officer A.W. away

13   from the protection of the tunnel and his colleagues into the

14   crowd of rioters.

15        His testimony concerning his efforts to reposition A.W.

16   are not credible and are rejected by the Court.

17        Defendant's position that his attacks on the officers

18   were minimal compared to most assaults is absurd.  It was an

19   aggravated assault in every sense of that term.

20        Finally, although the government disagrees with

21   probation's grouping analysis, the Court will rely on

22   probation's analysis because, in the end, the Court's

23   bottom-line sentence will depend primarily on the comparator

24   sentences rather than the very high guidelines ranges.

25        So making those -- accepting those things and rejecting

1   those things that I just stated, my calculations, using the

2   2023 *Guidelines Manual*, for the Count 9 offense level is a base

3   offense level of 14; an additional 3 levels for

4   victim-sustained bodily injury, which were the bruising,

5   abrasions, and extreme pain after the gas mask was removed; the

6   2-level increase for the 111(b) conviction; 6-level increase

7   for victim government officer and the offense motivated by such

8   status; 4-level increase for the use of the body armor, which

9   results in an adjusted offense level of 29.  As indicated, I

10  did not add the restraint or the obstruction.

11       That results in a total offense level of 29.

12       There's no acceptance adjustment for acceptance of

13  responsibility.

14       With respect to the Count Group 1 offenses, the base

15  level is 14.  There's an additional 4 levels for the use of a

16  dangerous weapon and an additional 6-level increase because the

17  victim government officer -- the victim was a government

18  officer and the offense was motivated by that status.

19       That results in an adjusted offense level of 24.

20       There's no adjustment for acceptance of responsibility.

21       So Count 9 results in one unit.  Count Group 1 results

22  in a half unit.  So one and a half units, add 1 level to the

23  highest, which is 29, for a total offense level of 30.

24       Like many of the January 6th defendants, defendant has

25  no criminal history.  Thus, no points.  And the criminal

1    history category is I.

2          The guidelines range for imprisonment based on a total

3    offense level of 30 and a criminal history category of I is

4    97 to 121 months.

5          All right.  As I've said under *Booker*, the guidelines

6    are advisory in this case but will be considered fully by the

7    Court in determining the proper sentence, along with all the

8    other relevant factors.

9          Would the government like to address the Court?

10         MS. KEARNEY:  I just had a question before we get to

11   the 3553(a) factors, Your Honor.  The Court's grouping analysis

12   is that Counts 9, 12, and 14 group?

13         THE COURT:  I just followed what's in the PSR.  I

14   don't remember that off the top of my head.

15         MS. KEARNEY:  So the PSR, I believe, groups the

16   assault of Moore, which is 12, the civil disorder and the three

17   1752 charges together; and then groups Count 9, which is the

18   assault of Wayte separately.

19         So I wanted to make sure that was the analysis the Court

20   was doing.

21         THE COURT:  Yes.

22         MS. KEARNEY:  Okay.  Thank you.

23         THE COURT:  You're welcome.

24         All right.  I assume you have more of a presentation

25   than just that.

1          MS. KEARNEY:  I think so.  Thank you, Your Honor.

2      Thank you, Your Honor.

3      I know Your Honor has sat through this trial.  I know

4  you have trials from other defendants who were in the area, and

5  I know that you've done several sentencings of co-defendants,

6  so there's -- unless there's something specific in the videos

7  you'd like to see, I don't intend to play them.

8          THE COURT:  No.  And I watched all of them again

9  yesterday.

10         MS. KEARNEY:  Thank you.

11         THE COURT:  And, you know, I watched them very

12  recently in the Coffee trial as well, so.

13         MS. KEARNEY:  Understood, Your Honor.

14     On January 6th, Ronald Colton McAbee was a law

15  enforcement officer.  He wore that status proudly.  He

16  displayed it in a patch on the bulletproof vest that he donned.

17  And on that day he did not uphold the law, and he did not

18  protect people.

19     He came to D.C. expecting and eager for violence.  And

20  when he was presented with that opportunity, he chose to break

21  the law, and he chose to assault officers who were doing their

22  duty to protect the Capitol and those inside.  He didn't start

23  the assault, but he certainly did nothing to put a stop to it.

24     It's clear from the video and from the Court's rulings

25  that Mr. McAbee did not enter the fray to help.  I know the

1    Court has not applied the obstruction enhancements, but I

2    think it's clear from the evidence presented at trial that is

3    an after-the-fact rationalization.  And I'll outline some of

4    the ways in which I think that assertion is supported in a

5    minute.

6         But, first, the defendant goes straight to

7    Officer Wayte.  That officer is lying on his back.  He is

8    bleeding, and he is helpless.  He has just seen Officer B.M.

9    get pulled out headfirst into the crowd, and he does nothing

10   to help that officer.  And he pushes Officer Moore, who's

11   trying to get to Officer Wayte, out of his way as he crosses

12   the arch.

13        His focus is on the officers.  He grabs hold of Wayte's

14   thigh, and he drags the officer's body away from the line

15   towards the violent mob.  And now Mr. McAbee has been in that

16   mob for about half an hour.  He knows what it's like in there.

17   He said it was crowded.  He said it was chaotic.  Members of

18   that crowd are armed, and they are angry.

19        And so I want to address the assertion that he was just

20   trying to get to Ms. Boyland, the woman on the other side of

21   the arch.  But Officer Wayte's body was just an obstacle to

22   him.  And I want to think about what that means for the

23   calculation that Mr. McAbee made at that moment in time.

24        He didn't leave Officer Wayte alone.  He didn't step

25   over him.  He didn't look at the other officers around him and

1    say, they're helping him.  I'll go around.

2         He interfered with those officers.  He moved

3    Officer Wayte closer to danger.  And so to him, Officer Wayte

4    had no value.  He was something that had to be tossed out of

5    the way.  And I'd say with no regard for the consequences, but

6    Mr. McAbee knew what those consequences were.  Again, because

7    he had been in that mob.

8         But his actions show he wasn't just trying to get to

9    Ms. Boyland.  He maintains his focus on Officer Wayte.  And

10   when Officer Moore took steps to push him off of Officer Wayte,

11   he struck him.  He lashed out.  He punched him, and this is an

12   example of Mr. McAbee's explanations not matching what

13   happened.

14        He said at trial that he wanted to create a separation

15   between himself and Officer Moore.  So he struck his face.

16   That's not how you create separation.  You push someone.  You

17   shove them.  You don't hit their face.

18        But after he does that, he turns back to Officer Wayte.

19   He doesn't turn back to the woman at the other side of the

20   arch.  He picks up Officer Wayte by his vest, and you can hear

21   Officer Wayte's moan, for lack of a better word, when he does

22   so.  He doesn't take advantage of the separation he created to

23   get to Ms. Boyland.  He takes advantage of it to go back to

24   assaulting the officer.

25        And this is another example of how Mr. McAbee's

1     explanations don't line up with what happened.  He says

2     he was trying to pull him up by his vest, to help him up.

3     Officer Powell told the Court, it's not how you help

4     someone up.  You give them a hand.  You don't drag them by

5     their vest.

6          So they slide down the stairs.  And as the Court noted,

7     the defendant is over Officer Wayte for about 20 seconds.  He's

8     pushing down on him, and he's hand-fighting with him; right?

9     This is yet another way in that he is not protecting the

10    officer as he asserted at trial.  Officer Wayte is trying to

11    get free.  He is trying to help himself, and Mr. McAbee is

12    preventing him.  This is not someone trying to help.

13         Now, maybe Mr. McAbee had second thoughts while he was

14    pinning Officer Wayte down, and maybe that's how Officer Wayte

15    got up.  We don't know.  But I haven't heard any regret from

16    Mr. McAbee.  He may be sorry for what he did and for the

17    ramifications that those actions have on his life, but I've

18    heard no acknowledgment of the pain and the fear and the trauma

19    that those officers experienced and that he caused.

20         And I want to direct the Court to Officer Wayte's

21    statement at Mr. Jersey's sentencing, which is the first

22    sentencing in these cases.  And what he said -- what he told

23    the Court was that the videos don't capture the essence of the

24    fear that he had, of the uncertainty of what was going to

25    happen next.  And as he testified at trial, that uncertainty

1    was that he thought he was going to die.  And that's because of

2    this defendant.

3           And while that is happening, Officer Wayte is staring up

4    at that sheriff's patch.  And imagine -- imagine what it must

5    have felt like for those officers in the tunnel, for

6    Officer Wayte to see someone who should have been their

7    colleague, who should have been their backup, who should have

8    been their support, not only do nothing to stop the rioters,

9    not only join the rioters, but to lash out violently at the MPD

10   officers.

11          I want to talk a little bit about the guidelines here,

12   and I know that the Court has calculated it lower than the

13   government's calculation.  But I think there are grounds for an

14   upward variance here.  And here's why.  Those guidelines in how

15   they are grouped don't reflect the full situation of two

16   assaults on officers using a dangerous weapon and resulting in

17   bodily injury on January 6th.

18          There's a 1-level enhancement, which I believe accounts

19   for Officer Moore's assault, but what it doesn't take into

20   context because -- the 1752 counts -- the interference with

21   congressional business counts -- doesn't reflect what was

22   happening that day.  It doesn't reflect that this riot, these

23   assaults, this violence was happening in the context of an

24   assault on Congress.

25          And so were this a different context, were this -- I

1    hesitate to say a normal riot, but another sort of melee, those

2    calculations would be the same, and it doesn't reflect the

3    context of what happened here.

4         Your Honor, Mr. McAbee's status as a law enforcement

5    officer, which is where I started, makes these crimes all the

6    more serious.  As we pointed out in our memo, the defendant is

7    someone who wields his power when it benefits him.  He wears

8    his sheriff's patch.  He's talked about how he's trained to

9    render aid, to help, and uses his status, as we saw at the arch

10   several minutes after the assault of Wayte and Moore, to help

11   himself out when he is injured.

12        But he rejects others' authority when it doesn't work

13   for him.  He lashes out.  He assigns blame.  That's what we saw

14   with Officer Moore and Officer Moore's efforts to protect

15   Officer Wayte from Mr. McAbee.  That's what we saw in his

16   reaction to hearing that officers had died and were complaining

17   about the use of weapons at the Capitol.  He says it was the

18   rioters who were attacked, who were defending themselves.  And

19   that's rich, Your Honor, especially considering what Mr. McAbee

20   himself saw where he was positioned.

21        And he said at trial that the police could have done a

22   better job de-escalating the situation.  I think that evidence

23   is a complete lack of recognition of what it is that he

24   participated in on January 6th.  And, you know, I'll note since

25   he's been incarcerated, he's also been in an altercation about

1     not wanting to follow rules that he disagrees with.

2          These crimes are serious.  I think the Court has

3     underscored that on many occasions.  They have serious

4     consequences for the officers, for our system of government.

5     And the fact that this defendant was himself at the time a law

6     enforcement officer makes it all the more scary.  This is one

7     who is supposed to be upholding our laws, who we're supposed to

8     turn to for help, who we're supposed to be able to rely on, and

9     instead he is working violently to undermine that.

10          And so, Your Honor, I think the government stands by its

11    initial request, but will revise that to a request for an

12    upward variance.

13          THE COURT:  Okay.  I gather that we're not going to

14    hear anything from A.W. or Moore; is that right?

15          MS. KEARNEY:  No, sir.

16          THE COURT:  Okay.  Let me see if I have any other

17    questions.

18          All right.  Thank you.

19          MS. KEARNEY:  Thank you.

20          THE COURT:  Mr. Schiffelbein.

21          MR. SCHIFFELBEIN:  The government has well described

22    the aggravating aspects of this assault, particularly that it

23    occurred on January 6th.  But January 6th also has several

24    mitigating aspects in regards to Mr. McAbee's culpability that

25    the government has not recognized.

1          First, obviously, January 6th was an event that was

2    largely created as a result of several of our national leaders

3    directly calling for people to come to the Capitol.  The

4    sitting President himself and numerous members of Congress were

5    responsible for gathering people to January 6th -- to the

6    Capitol on January 6th.

7          And Mr. McAbee did not come to Washington with the

8    intent to disrupt Congress.  There's not evidence of that that

9    does occur in several other January 6th cases.  In fact, it's

10   not even clear that he would have come to the Capitol at all

11   but for the fact that the President directed the crowd to go

12   and he largely followed.

13         This was Mr. McAbee's first and his last political

14   rally.  He's never been to one before, and he does not intend

15   to go to one again, but he went in response to national

16   discourse that had been repeatedly spouted; that there were

17   several irregularities in the election, and that's why he went.

18   Not to disrupt Congress, not to attack the Capitol, and not to

19   attack police officers.  He went because protesting and

20   assembling is how Americans demonstrate their patriotism.

21         Now, there were 8 senators and 139 representatives who

22   objected to the 2020 certification following January 6th.  The

23   January 6th riot itself delayed Congress's ability to certify

24   the election for about six hours, from about 2 o'clock until

25   shortly after 8 o'clock.  Congress took more than seven hours

1    to certify the election because of baseless objections,

2    parroting claims made by the then-sitting President, as well as

3    voiced by many people in the mob that had just attacked the

4    Capitol.

5            And I'm not sure which is more damaging to democracy:

6    the fact that thousands of people followed a call to protest

7    and did engage in violent actions or that 147 members of

8    Congress still chose to object to that election, even after the

9    mob was quelled.

10           Now, it did become abundantly clear -- and Mr. McAbee

11   does not contest -- that he very -- he should have left

12   January 6th long before he did.  But he did choose to leave, to

13   his credit, before the police were able to regain control.  He

14   left shortly after his convicted criminal acts in this case.

15   He left about 30 minutes too late.  If he had left at 2:00,

16   instead of shortly closer to 3:00, he probably would not be

17   here today.

18           And were it not for the reasons behind the rally, the

19   obvious signs from law enforcement to leave, the fact that they

20   were using tear gas, they were deploying an LRAD, and that

21   numerous people had been hit by less lethal ammunitions, that

22   would have been a good reason to leave.  Everybody knows when

23   police are doing that, that's not a place you should be.  And

24   it's easy for us to say that now.

25           But this country's history of excessive police violence,

1    particularly toward crowds, has made that -- I think that

2    argument holds less sway when people are assembled for reasons

3    that are central to what it means to be an American.  And I'm

4    not equating January 6th with any civil rights protests at

5    all.  The two are distinct in myriad ways, almost entirely

6    separate, but people assembled on January 6th because they had

7    inherent beliefs about what it means to be an American and how

8    to vote.

9         And police deployed tear gas and violence against them.

10   Police also deployed tear gas and violence against people in

11   Ferguson in 2014.  And the fact that police were deploying

12   those violence -- that violence and tear gas against protesters

13   doesn't necessarily mean that that's where the protesters

14   should not have been.  Sometimes in America the fact that

15   police are using violence against you means that is exactly

16   where you should be, and it is not entirely clear or obvious at

17   the time whether history will be kind to those views.

18        There is nothing at all similar about January 6th

19   and Bloody Sunday in 1965, but there 600 marchers were

20   encountered by police officers who engaged in incredibly

21   violent action against them.  And the fact that police were

22   using their authority did not mean that they should have left.

23   In fact, it means they were doing exactly what it meant to be

24   American.

25        Now, I'm not saying that January 6th was at all like

1    Bloody Sunday.  I'm simply arguing that the fact that police

2    used their authority in this country does not necessarily mean

3    that people should turn around and leave.

4         What's also mitigating about Mr. McAbee's conduct here

5    is that it occurred in the context of a mob.  He went to the

6    Capitol following the crowd, not of his own volition, and he

7    engaged in activity while he was enraptured by mob mentality.

8    And mob mentality is dangerous because it prevents us from

9    acting like we normally would.  It inhibits our ability to

10   exercise judgment.  It means that it is less -- that a lengthy

11   prison sentence is not needed or not as necessary when people

12   are not otherwise engaging in criminal behavior when they are

13   calm, cool, collected, and are well thinking it out.

14        How do we stop a mob?  The government's approach largely

15   has been to request sentences within the sentencing guidelines,

16   but courts have routinely in January 6th cases sentenced

17   defendants to well below the guidelines.  Harsh sentences,

18   though, don't deter mobs.  Harsh sentences ignore the

19   motivations that cause people to become a member of a mob in

20   the first place.

21        And I want to digress for a moment with an example of

22   how to stop the mob.  The celebrated author Harper Lee

23   demonstrated an effective way to do that in *To Kill a*

24   *Mockingbird*.  There, a lynch mob assembled to attack and kill

25   Tom Robinson, a Black criminal defendant.  And Atticus Finch,

1    his attorney, went alone to the jail to try to stop them with a

2    shotgun and also with argument and reason, and the reason and

3    the argument did not stop the mob.  What stopped the mob was

4    Scout, recognizing the humanity of one of the people in the mob

5    and telling him, talking to him, about his humanity.  Once that

6    occurred, the mob dissipated.

7         Recognizing the humanity of Mr. McAbee and recognizing

8    the humanity of people who attended the January 6th

9    insurrection is the way to deter it in the future.

10   Mr. McAbee's humanity has been demonstrated by his lifelong

11   good character.

12        The government's argued that his status as a law

13   enforcement officer is aggravating, and it is, in some

14   respects.  It is less aggravating, though, because Mr. McAbee,

15   unlike some law enforcement officers, did not attend

16   January 6th with the goal of otherwise committing a crime.  He

17   engaged in behavior that he was found to have committed a crime

18   while he was otherwise surrounded by a mob in an impossible

19   situation.  Yes, he should have left.  But he did not choose to

20   engage in a criminal act because he was a law enforcement

21   officer, and he did not use his law enforcement training to

22   help further commit crimes.

23        But the fact that he has spent much of his life in law

24   enforcement is mitigating, and so is the way in which he

25   decided to pursue law enforcement.  Mr. McAbee did not choose

1    to become a patrol officer or a beat cop or to make arrests or

2    to follow the adrenaline-fueled aspects of that job, which are

3    often thought to be more prestigious.  He largely worked in

4    jails or courthouses, and he did so because he enjoys

5    protecting other people.

6         And that is what he has spent most of his life doing.

7    He has that desire, largely because of his upbringing, where we

8    detail in our sentencing memo -- and I think the presentence

9    report, as well as several of the letters demonstrate it as

10   well -- Mr. McAbee did not have the best chance in life, but he

11   overcame some difficult circumstances.  He chose to protect his

12   siblings from an abusive father.  He chose to pursue his own

13   education and pay for it.  And he chose to find a career in law

14   enforcement where he could find happiness.

15        The people in -- the people who have written numerous

16   character letters for Mr. McAbee demonstrate and expound his

17   good character.  And that good character means a lengthy

18   sentence of incarceration is not necessary to accomplish the

19   purposes of punishment.  A lengthy sentence of incarceration is

20   not necessary to specifically deter Mr. McAbee who has

21   otherwise not engaged in any criminal activity and is otherwise

22   not expounding the fact of his participation in January 6th as

23   a good thing.

24        There are some criminal defendants in January 6th cases

25   who celebrated their behavior on January 6th, and that is not

1     Mr. McAbee.  And, in fact, unlike many people who went to

2     trial, Mr. McAbee pled guilty to offenses that he agrees he

3     committed, and but for just various aspect of plea

4     negotiations, he might not have gone to trial.

5          A lengthy sentence of incarceration is also not

6     necessary given that Mr. McAbee has already served 31 months

7     in pretrial confinement.  As the Court well knows, pretrial

8     confinement is a much more difficult situation than living in

9     prison.  People have much less access to materials.  They

10    usually cannot go outside, and they are confined more securely

11    than in prisons.  Mr. McAbee has spent, depending on his

12    sentence, a significant portion of it in pretrial confinement.

13    And that does mitigate, slightly, against a lengthier prison

14    sentence.

15         Now, I don't want to rehash the details of his

16    convictions because the Court has made specific findings on

17    them, and Mr. McAbee is not necessarily contesting those.  The

18    nature of the charges that the government filed means that a

19    variety of conduct could be responsible for the jury's

20    convictions of him.

21         But Mr. McAbee's conduct on January 6th was, compared to

22    others, either average or slightly more minor.  Mr. McAbee

23    did -- he was convicted of assaulting two police officers.

24    Those assaults were relatively brief.  The first assault was

25    entirely reactive.  This is not excusing his conduct.  This is

1    not saying he acted in self-defense.  We do not assert that

2    with respect to Officer Moore.

3          But Mr. McAbee was first struck by Officer Moore and

4    then responded.  He responded with two quick blows.  The Court

5    has found that one of those occurred with a closed fist.

6    Regardless, Mr. McAbee did not after that continue to

7    assault Moore.  He did shout at him.  He did engage in

8    behavior that he admitted on the stand that he was ashamed of.

9          But that assault is relatively minor compared to others

10   because it did not involve, for instance, any weapons that were

11   found strewn about the ground.  In fact, Mr. McAbee right

12   before that had dropped a -- a baton that he had picked up.  He

13   did not use that baton, and I think we'd be in a much different

14   circumstance if he had used a metal police baton against an

15   officer.  He did not otherwise pick up pepper spray and spray

16   it at police.  He did not throw objects at the police.

17         For about two and a half minutes when he was at the

18   front, he was engaged in activity for which he was found to

19   have committed several crimes.  But that was relatively

20   short-lived.  He did not attempt to enter the Capitol.  He did

21   not otherwise damage or destroy any property on the Capitol.

22         And after he assisted to bring Ms. Boyland to the police

23   line, he left.  And he left while stand- -- actually after

24   standing there for about 10 minutes with Officer Sajumon,

25   enduring the blows that the police were enduring as well.

1        And then he recognized the -- the remorse that the

2    government is looking for, that they claim he has not

3    demonstrated.  He demonstrated then his words that day.  "I

4    can't go back that way.  Have you seen" -- and he gestured to

5    the crowd.  He knew how violent it was.  And he does have

6    remorse and regret for his actions that day.

7        The events of January 6th and Mr. McAbee's conduct also

8    demonstrated that it was difficult to leave.  I think,

9    obviously, the Court probably wants to know why didn't he turn

10   around and leave.  And that's an answer that Mr. McAbee can't

11   really give because he spent the past 31 months thinking about

12   it.

13       Why did he not, after being on the lower west-front

14   terrace, just turn around and leave?  Why did he approach the

15   tunnel?  But it was difficult to leave that day.  The videos

16   show that it took about 30 minutes for him to go up the steps

17   because he was surrounded on all sides.

18       Those aspects of what happened that day mitigate

19   Mr. McAbee's case and demonstrate that a sentence similar to

20   his co-defendants, who are also convicted of assaulting

21   Officer Wayte, is the most appropriate sentence in this case.

22       The Court also should consider the fact that Mr. McAbee

23   did try to save somebody's life that day; that he did engage in

24   lifesaving efforts; that though they were unsuccessful, helps

25   to demonstrate that he is not somebody who is deserving of a

1    significant prison sentence or that such a prison sentence is

2    necessary with respect to him.

3         Just yesterday, Judge Chutkan sentenced a defendant to

4    40 months, well below the recommended guidelines, Michael Foy,

5    who was convicted of using a metal pole and striking officers

6    with it, as well as a hockey stick, both clear weapons against

7    police, and his sentence was 40 months.

8         Look to Mr. McAbee's co-defendants that the Court has

9    already sentenced, for some of whom had engaged in much more

10   serious behavior with respect to Officer Wayte.  And those

11   gentlemen have received sentences much lower than the

12   government's request as well.

13        The police largely -- I think most people believe that

14   the actions of the police on January 6th, including Mr. McAbee,

15   were relatively restrained.  It is a miracle that more people

16   did not die and that firearms were not used or deployed.  But

17   we also know about what happens in this mob, is that some of

18   the officers very well may have engaged in behavior that

19   otherwise might be an assault.

20        There are officers who sprayed pepper spray at people

21   who weren't necessarily deserving of pepper spray, other than

22   the fact that they were there.  And we don't punish those

23   officers for doing that because, one, they were justified uses

24   of force, but we also understand that when there is chaos, it

25   is much more difficult to make a rational decision.

1    The fact that Mr. McAbee's conduct occurred amidst chaos
2    is mitigating and demonstrates that a lengthy sentence, such as
3    what the government is asking for, what the guidelines call
4    for, is not otherwise necessary.

5    With respect to the government's argument that the 1752
6    count is not otherwise taken into account with the Court's
7    guideline calculations given grouping, while the 1752 count
8    otherwise would reference the Court to 2B2.3, which has a much
9    lower guideline sentence for trespass, the only reason that his
10   guideline sentence -- or his recommended guidelines for that
11   crime are higher is because of the cross-reference which
12   specifically calls the Court back to the conduct for
13   Officer Wayte.

14   And so if the Court were looking at the guidelines for
15   the 1752 count, not with respect to what happened to
16   Officer Wayte, but just with respect to the civil disorder
17   itself, the Court would not consider that because it would be
18   much lower than the 29 level.

19   Now, obviously, Mr. McAbee did not plead guilty, and
20   many people in January 6th cases have pled guilty.  And
21   though the guidelines recommend a reduction for people who
22   accept responsibility, the law is clear that courts cannot
23   impose higher sentences simply because a defendant has
24   exercised his right to a trial.  We reward acceptance of
25   responsibility because it makes the criminal system -- not

1   because it makes the criminal system more efficient, but

2   because it demonstrates that a lower sentence is sufficient but

3   not greater than necessary to otherwise accomplish the purposes

4   of punishment.

5         People who demonstrate insight and remorse for their

6   actions generally need less time in prison because the specific

7   deterrent effect of the process has already helped accomplish

8   parts of the system -- or purposes of punishment.  And

9   Mr. McAbee's actions in this case demonstrate that some of the

10   mitigating parts of acceptance of responsibility do apply with

11   respect to him.  He did not contest all of his charges at

12   trial.

13         He admitted to assaulting Officer Moore.  He contested

14   assaulting Officer Wayte because, in his mind, he did not

15   believe that that is what he was doing.  But he did not deny

16   that he otherwise engaged with him.  And, frankly, Mr. McAbee's

17   testimony could entirely be consistent with the jury's verdict

18   just because -- even if he didn't assault Officer Moore -- or

19   Officer Wayte, because him being there very well could have

20   been the obstructive behavior that would have been -- allowed

21   the jury to -- to find -- to make a conviction.

22         But Mr. McAbee's testimony and the fact that he admitted

23   that he was ashamed of some of his actions that day and when

24   the Court hears his allocution demonstrate that a lengthy

25   sentence of imprisonment is not necessary.

1          Now, the guidelines, again, as the Court has indicated,

2    do call for a significantly higher sentence.  What is

3    interesting in this case is that there are various aspects of

4    Mr. McAbee's conduct that otherwise more than double his --

5    what his recommended guideline sentence would be.  For the

6    assault itself, he would otherwise be looking at a sentence of

7    30 to 37 months recommended by the guidelines.

8          But because he wore body armor and because he had

9    motorcycle gloves, his sentence is significantly -- his

10   recommended guideline range is significantly elevated.  But

11   those aspects of his case do not really make him more culpable.

12   They don't really make his actions that day much more deserving

13   of significant punishment.

14         Does the fact that he wore body armor -- when the Court

15   is already considering the fact that he was a law enforcement

16   officer, does that really deserve or call for a lengthier

17   sentence?  And although the Court has found that the 6-point

18   enhancement should apply for the official victim, does that

19   make this assault significantly more serious than most assaults

20   and most cases where we're looking at assaults on law

21   enforcement officers?

22         Especially in this case where Mr. McAbee's actions

23   against the police were brief in time, and especially where it

24   is clear that he otherwise does not harbor any ill will toward

25   officers, toward Congress, or toward anybody that day -- and,

1    in fact, his allocution will demonstrate, again, that he

2    apologizes for his behavior and the effect that it had not only

3    on Officer Wayte and Moore, but everybody who was there that

4    day.  A sentence similar to his co-defendants is sufficient but

5    not greater than necessary to otherwise accomplish the purposes

6    of punishment.

7         And so that's what we would ask the Court to do, pending

8    any questions.

9         THE COURT:  I just have one technical question.  Our

10   circuit, in its wisdom, has required that we discuss what used

11   to be the standard terms of supervision, and now they're no

12   longer standard.  We have to discuss them, as we do any other

13   part of the sentencing.

14        Did you take a look at those, which they're set forth

15   in --

16        MR. SCHIFFELBEIN:  I did, Your Honor.  And I believe

17   I noted an objection just to the drug testing condition.  He --

18   it's not going to be an issue for him, but I don't think

19   there's any evidence for the Court that it's needed.  The

20   standard, though, is that the Court has to find evidence that

21   it's not needed.  And I'm saying that there isn't evidence that

22   it's needed.  So I understand if the Court imposes it.

23        THE COURT:  All right.  I will impose it just

24   because -- regardless of where things stand now, you know,

25   it'll be some time before that kicks in.

```
1            MR. SCHIFFELBEIN:  Right.
2            THE COURT:  So it's hard to judge what Mr. McAbee
3     will be at that point in time.  So I will impose that.
4            Okay.  If Mr. McAbee wants to address the Court, he
5     can --
6            MR. SCHIFFELBEIN:  He does.  He does, Your Honor.
7            THE COURT:  Okay.  Go ahead.
8            THE DEFENDANT:  Good morning, sir.
9            THE COURT:  Good morning.
10           THE DEFENDANT:  I'd like to start out thanking the
11    Court for making this trial as fair as possible in a place
12    where there's strong negative feelings about myself and
13    January 6th.  I want to thank the marshals for showing kindness
14    and professionalism, to the officers on January 6th.  Even
15    though I don't agree with some of the tactics that day, I do
16    understand your frame of mind, and you had a job to do that
17    day.
18           It was never my intention to strike fear or be part of
19    the chaos.  I saw an officer down, I jumped into action, and,
20    ultimately, was in the way.  And I apologize.
21           Sir, I come from a very volatile family.  And this is
22    not an excuse for the broken-home theory.  Since I was a child,
23    I had to protect myself and my brothers from a physically,
24    emotionally, and psychologically abusive father.  During this
25    time, I had only myself to rely on because my mother left for
```

1   the same reasons.  She left us behind so I had to step up and

2   make it my mission to protect my brothers.

3        When my father snatched my younger brother up off the

4   couch by his hair, I jumped to protect him.  He would call me

5   things no parent should ever call a child, pinned me against

6   the wall, or hit me.  I was just glad it was me and not my

7   brothers.  I was often the outlet for his anger.

8        I dreaded being home so I threw myself into sports and

9   other activities.  Playing football, soccer, and cheerleading

10  came natural to me.  And I excelled at them because I played a

11  protective role, protect the quarterback, protect the goal, and

12  protect the girls.  I took pride in my positions and was hard

13  on myself when I failed.

14       In high school, I was in various clubs and president of

15  HOSA, which is Health Occupation Students of America.  In HOSA

16  I learned how to treat wounds, CPR, and, overall, help people

17  in disasters.  In the Boy Scouts, I was taught to always be

18  prepared.  I took that to heart.  I sometimes overprepare.

19       In the Police Explorers program, I learned that heroes

20  were real and the meaning of 1 John 3:16, we know what love is

21  because Jesus gave his life for us.  As well, we must give our

22  lives for each other.

23       Every day I suited up for work I was willing to risk my

24  life for my brothers and sisters and my community.  I didn't

25  learn these things on my own, though.  Many men and women

1    taught me how to be a great man, and I continued to learn

2    daily.

3         My football coach taught me how to look someone in the

4    eyes and the importance of a firm handshake.  My scoutmaster

5    taught me how to plan and honor duty and service.  My soccer

6    coach taught me what loyalty means and my father-in-law, Sam,

7    taught me about sacrifice for your family and what's right.

8    It's -- it's what's right.  Not who's right.

9         Sam filled in where my father failed, and it's who I

10   strive to be like and to make proud.  My mother-in-law,

11   Ms. Kim, filled in as my own mother long before I married into

12   the family.  I never asked her to, but she knew I needed a

13   maternal figure.  She taught me how to treat women's emotions,

14   how to be a gentleman, and not everything a man does has to be

15   like John Wayne, but sometimes you have to be Andy Taylor from

16   Mayberry.

17        My beautiful wife, Sarah, taught me to trust in myself.

18   And she's my rock.  I've gone through so many things alongside

19   her, and she keeps me grounded.  She has never faltered, never

20   ran from a challenge, and always pushes through.  She has

21   showed me what true loyalty and determination is.  I never made

22   it easy for her.  But thank you for everything you do.

23        These are just some of the circumstances and people

24   who help me form -- or helped form the man you see today.  I'm

25   so glad to finally have a lawyer who listened to me and

1   allowed me to accept responsibility for the assault on

2   Officer Moore.

3         As for Officer Wayte, I was only trying to help.  I

4   would've taken responsibility if I believe I assaulted --

5   assaulted him, as the prosecution alleges.  My training kicked

6   in, and I jumped to action.  But I owe both of them an apology

7   for the situation I put them in, and I wish they were here so I

8   could tell them I'm sorry.  They didn't ask for any of this,

9   but they answered the call.  Thank you.

10        For Officer Sajumon, thank you for protecting me.

11        January 6th should not have unfolded the way it did.  I

12   can't go back in the -- time and change things, but I can use

13   it as a learning lesson and never forget the events that

14   occurred.

15        Ashli Babbitt, Kevin Greeson, Benjamin Philips, and

16   Rosanne Boyland all lost their lives on January 6th, 2021,

17   Brian Sicknick on January 7th, and many other officers and

18   citizens to suicide over the months and years.  You will never

19   be forgotten.  I'm sorry for all families who lost someone.

20        The one that haunts me the most is of Ms. Boyland.  I'm

21   sorry I couldn't help your daughter.  I'm sorry I couldn't

22   bring her back.  I'm sorry I failed her.  The nightmares and

23   thoughts of what I could have done different are a constant

24   reminder.  Mr. and Mrs. Boyland, please forgive me.  I would

25   trade places with any of them if it meant these families could

1    be whole.

2         Your Honor, sir, I would acknowledge that you have a

3    very difficult job to do today.  I do not envy you.  I agree

4    that I must be held accountable for my actions, and I ask you

5    not to judge me here too hard for 20 minutes of my life when I

6    spent many years building myself to be a man of servitude.  I

7    gave an approximate seven years of my life to my community as

8    law enforcement and countless late-night calls from friends who

9    needed a listening ear or for me to come over and just be there

10   for them.

11        However much time you deem appropriate, being a felon is

12   a life sentence.  And being a Jan6 carries its own problems.

13   Before trial and shortly after my arrest, I've lost everything

14   except my wife and in-laws.  I've lost a career I could fall

15   back on, a business with my father-in-law.  My bank dropped me.

16   I've been called a domestic terrorist, extremist, and radical.

17   I've been told that I was a part of the reason why cops

18   committed suicide by a jail officer, and my family gets

19   harassed almost daily.

20        I've been away from my support system for 31 months, and

21   I'm not sure how I will be treated in prison due to my former

22   occupation.  I ask you to take these factors into

23   consideration, sir.  I'm ready to close out this chapter and

24   put this behind me.  I understand I've made mistakes.  I

25   understand you must punish me.  I just ask that you please

40

```
1    reunite me with my family soon, sir.
2           Thank you.
3                THE COURT:  Thank you.
4                MR. SCHIFFELBEIN:  With respect to placement,
5    Your Honor, I'd ask the Court to recommend FCI Englewood, only
6    because it's a facility that typically houses either police
7    officers or people who have other security threat issues.
8                THE COURT:  What state is that?
9                MR. SCHIFFELBEIN:  It's in Colorado.  So it's far,
10   but it's -- that's our request.
11               THE COURTROOM DEPUTY:  You said Englewood?
12               MR. SCHIFFELBEIN:  Englewood.
13               THE COURTROOM DEPUTY:  A-n or E-n?
14               MR. SCHIFFELBEIN:  E-n.
15               THE COURT:  Okay.  I'll make that recommendation.
16          All right.  Thank you.
17          So we'll start with some of the financial issues.  With
18   respect to restitution, I'm going to order $2,000 paid to the
19   Clerk of the Court to be forwarded to the Architect of the
20   Capitol; and $30,165.65 to MPD to reimburse them for the
21   treatment that Officer A.W. received and the lost work, and
22   I'll explain those two -- my reasoning for that shortly.  But
23   the MPD portion will be joint and several with Jersey and
24   Mullins.
25               With respect to fines, the maximum fine is 250,000 times
```

1    six and then an additional $5,000 for the one count.  The

2    guidelines range is 35,000 to 250,000.  Probation indicates in

3    the PSR that the defendant is able to pay a fine and recommends

4    a fine of 10,000.

5         The defendant has been detained for quite some time and,

6    thus, unable to work and support his family.  Although his

7    family has raised a modest amount through social media

8    platforms, defendant also had prior retained counsel before

9    being represented by the current public defender.  Therefore, I

10   do not find that amount raised to be a basis to impose a fine.

11   Accordingly, I do not intend to impose a fine.

12        The Court is to impose a sentence sufficient but not

13   greater than necessary to comply with the purposes set forth in

14   the subsection.  I'm to consider the nature and circumstances

15   of the offense, the history and characteristics of the

16   defendant, and impose a sentence that reflects the seriousness

17   of the offense, promotes respect for the law, and provides just

18   punishment for the offense.

19        Of course, the offense is extremely serious.  A number

20   of my colleagues have spoken eloquently about this.  Defendant

21   took part in a mob riot that took place at the Capitol on

22   January 6th, 2021.  Many of the rioters, including defendant,

23   engaged in violence and some destroyed property.  I have

24   watched numerous videos of rioters who, like defendant, engaged

25   in hand-to-hand combat with police officials.

1          It was not a peaceful event.  More than a hundred law

2    enforcement officers were injured on that day.  Moreover, the

3    Capitol sustained substantially over $1.5 million in property

4    damage.

5          Many of the rioters intended to block the certification

6    of the votes for President Joe Biden, and although the rioters

7    failed to block the certification, they delayed it for several

8    hours.  The security breach forced lawmakers to hide inside the

9    House gallery until they could be evacuated to undisclosed

10   locations.  In short, the rioters' actions threatened the

11   peaceful transfer of power, a direct attack on our nation's

12   democracy.

13         And the defendant fits comfortably within the group of

14   rioters that actually attacked law enforcement.  He was part of

15   some of the most violent clashes that day that took place at

16   the archway tunnel at the lower west terrace.

17         Prior to traveling to D.C. for the January 6th rally,

18   defendant's communications made clear that he envisioned some

19   sort of fight was possible.  He and his travel companion

20   discussed the fight for their children and future generations.

21   This characterization does not signify that they were thinking

22   only of counterprotesters.

23         Accordingly, defendant came to D.C. with a bulletproof

24   vest and gloves with reinforced knuckles and

25   hard-plastic-raised ridges.  After he attended the "Stop the

1    Steal" rally at the Ellipse, he made his way to the

2    Capitol Grounds.  Upon arrival, about 2:00 p.m., he saw metal

3    barricades and police in riot gear using various methods to

4    keep the growing crowds from the Capitol Building.  In fact,

5    defendant testified that he had been hit by a rubber bullet.

6         He later ended up on the lower west terrace about

7    3:50 p.m.  Although he was not initially close to the archway

8    tunnel, over the course of the next half hour, he worked his

9    way through the dense crowd towards the archway and positioned

10   himself directly south of it.  From this position, he was in a

11   position to see the chaos up close as the police officers

12   forming the police line attempted to expel the rioters from the

13   tunnel.

14        Officer A.W. was at the front of that police line at the

15   mouth of the tunnel.  Outside of the tunnel, a co-defendant

16   grabbed Officer A.W.'s face and knocked him to the ground.

17   While A.W. lay on the ground, another co-defendant grabbed his

18   baton and ripped it away from him.

19        Another defendant grabbed Officer B.M.'s helmet and neck

20   of his vest and dragged him over Officer A.W. and down the

21   steps into the crowd of the rioters.  Defendant was right there

22   in a position to see these attacks close up, and the Court

23   finds by a preponderance of the evidence that he did see these

24   events and knew exactly what was going on there.

25        Defendant then moved towards Officer A.W. while he was

1    still on the ground and another officer was trying to pull him

2    back into the relative safety of the police line and tunnel.

3    Co-Defendant Mullins leaned over the railing and grabbed A.W.'s

4    leg, violently tugging on it, and pulling him towards the crowd

5    as the officer tried to pull him back to safety.  Defendant

6    McAbee grabbed another one of A.W.'s legs.

7         And at one point, as reflected in the video, it seems

8    like Mullins, the officer, and Defendant McAbee are pulling

9    A.W. in different directions in a violent game of tug-of-war

10   with A.W.'s defenseless body serving as the rope.  Mullins and

11   McAbee pulled A.W. towards the crowd, away from the police line

12   and tunnel.

13        Officer Moore stepped off the police line to help

14   Officer A.W. and used his baton to push defendant away.  But

15   defendant stood upright, yelled obscenities at Officer Moore,

16   then hit him twice with the reinforced gloves; at least once,

17   as Officer Moore testified, with a closed fist.

18        After attacking Officer Moore, defendant, again, turned

19   his attention to Officer A.W., grabbing his torso and lifting

20   him.  The two of them slid down the steps together with

21   defendant on top of Officer A.W.  When they reached the bottom

22   of the stairs, defendant's body pinned Officer A.W. down for

23   approximately 25 seconds.

24        Although Officer A.W. tried to push defendant off of

25   him, he was struck by rioters, and a rioter pulled off his

1   gas mask, after which he was hit with chemical spray, causing

2   him extreme pain and difficulty breathing.  Finally, unaided by

3   defendant, Officer A.W. was able to roll over and make his way

4   back to the police line.  A.W.'s injuries required that he be

5   off duty until May 2021 and only limited duty until

6   approximately July 2021.

7       To defendant's credit, after his encounter with

8   Officer A.W., defendant attempted to assist a fallen rioter,

9   Ms. Boyland, who needed medical attention.  Defendant helped

10   administer CPR and to pass the lifeless body back into the

11   tunnel, where she was passed back in through to the tunnel to

12   unsuccessfully receive medical attention.

13       Notably, none of the other rioters who assisted in

14   this effort to save Ms. Boyland needed to attack law

15   enforcement to do so.  To the contrary, the attacks on the

16   law enforcement officers and the police line hindered their

17   ability to attend to anything else but holding the line and

18   defending themselves.

19       Initially, defendant was quite proud of his January 6th

20   exploits.  On the day following the event, he posed with his

21   travel partner holding up a newspaper with the headline

22   "INSURRECTION," in capital letters, and texted that photo to

23   another contact.  He also sent pictures of the injuries he

24   alleged to have sustained that day, celebrating the blood he

25   claims to have shed for his country, stating that he would shed

1   more in the days to come, and exclaiming liberty or death.

2   Notably, he did not mention anything about Ms. Boyland or

3   attempting to help her.

4        However, other than immediately after January 6th, it

5   appears he did not trumpet his actions from that day any

6   further.

7        Defendant is a 30-year-old man with an associate's

8   degree and a long history of working in corrections and law

9   enforcement.  He worked as a deputy sheriff in Franklin,

10  Tennessee; a deputy sheriff in Canton, Georgia; a

11  deputy sheriff in Knoxville, Tennessee; and a corrections

12  officer in Morgan County, Tennessee.  He has been gainfully

13  employed his entire adult life, also working part-time as a

14  regional salesman for his father-in-law's leather holster

15  company.

16       He has no criminal history.

17       Defendant's upbringing was not ideal, to say the least.

18  Although his parents were married, they separated when he was

19  12 and divorced a couple years later.  The defendant resided

20  with his father thereafter and only had minimal contact with

21  his mother.

22       Defendant reports that there was constant fighting in

23  the household and that the children were subjected to physical

24  and mental abuse by their father.  He reports that the abuse

25  ramped up after the divorce.  His mother moved to another town

1    after the divorce, and defendant reports that she was absent

2    during his formative years, partying and doing other stuff.

3          Defendant has maintained his own residence since he was

4    22 years old.

5          Fortunately, defendant met his now wife while in high

6    school.  They have been married since 2016, and her family has

7    fully embraced him.  Thus, he will have a stable environment in

8    which to rehabilitate himself upon release.

9          As previously stated, defendant has devoted his

10   professional career to public service, serving in both

11   corrections and law enforcement.  He has also performed a

12   number of good works in the community.  In particular, he's

13   reported to have assisted a number of different injured

14   individuals during different points in his life and claims to

15   have saved two lives in the process.  Thus, the acts of

16   violence committed in the instant offense as reported by the

17   numerous individuals that wrote letters on defendant's behalf

18   appear to be out of character for him.

19         The Court is to impose a sentence that affords adequate

20   deterrence to criminal conduct, protects the public from

21   further crimes of the defendant.

22         The events of January 6th involved a rather

23   unprecedented confluence of events spurred by then-President

24   Trump and a number of his prominent allies who bear much

25   responsibility for what occurred on that day.

1    Defendant has been detained since his arrest so he has

2    not had a chance to comply with the requirements while on

3    release status, but the presentence report does report a

4    trouble incident of resistance to the correction's authorities

5    at the jail.  Moreover, an individual who has directly and

6    brazenly attacked law enforcement officers is inherently

7    dangerous to the public because one who does not hesitate to

8    attack a law enforcement officer would not hesitate to attack

9    any member of the population who angers him.

10    Due to defendant's violence against law enforcement, the

11    Court is concerned that Mr. McAbee will reoffend, will be

12    emotionally swept up in irrational actions, and will be an

13    ongoing risk to the public.  In fact, immediately after

14    January 6th, defendant promised to shed more blood in support

15    of his misguided views.

16    With respect to general deterrence, the Court believes

17    that incarceration is necessary to deter other potentially

18    violent protesters from resolving their political disputes

19    through the use of violence rather than peaceful demonstration.

20    The Court is to provide a sentence that provides the

21    defendant with needed educational or vocational training,

22    medical care, or other correctional treatment in the most

23    effective manner.

24    As reflected in the presentence report, the Court

25    intends to impose as a special condition of his supervision the

1    financial disclosure requirements to facilitate the monitoring

2    of the restitution payments.

3          Moreover, and while in BOP custody, consistent with the

4    PSR, the Court will recommend participation in the following

5    programs:  The Federal Prison Industries and the Bureau of

6    Rehabilitation and Values Enhancement program.

7          The Court is to consider the kinds of sentences

8    available.  Given the nature of the crime and the defendant's

9    history of violence against law enforcement, the Court is only

10   considering further incarceration.

11         The Court is to consider the kinds of sentence and

12   sentencing range established for the applicable category of

13   offense committed by the applicable category of defendant as

14   set forth in the guidelines.  The Court has considered the

15   applicable guidelines.  The Court is also cognizant that

16   although the government seeks a sentence at the bottom of the

17   guidelines range it calculated, I have disagreed with a number

18   of its proposed guidelines enhancements and arrived at lower

19   guidelines range.

20         The Court is also cognizant that probation has

21   recommended a significant variance, and I think some of the

22   enhancements may overstate the severity of the offense.  I'll

23   deal with those shortly.

24         I'm to consider any pertinent policy statements issued

25   by the Sentencing Commission.  Defendant argues that he should

1    be granted a downward departure under section 5K2.20 for

2    aberrant behavior, but the Court concludes that this policy

3    statement does not apply because the offenses involved more

4    than a single attack -- and as reflected by the fact that they

5    are grouped separately because of separate victims -- and

6    defendant utilized a dangerous weapon in the process as well.

7         The Court is to impose a sentence that avoids

8    unwarranted sentence disparities among defendants with similar

9    records who have been found guilty of similar conduct.  The

10   government has provided a chart that lists a number of

11   January 6th defendant sentencings.  I have previously closely

12   analyzed the other January 6th defendants who were convicted

13   under 18 U.S.C. 111 by researching the dockets in those cases,

14   including the applicable guidelines ranges.

15        The Court makes that the observation -- makes the

16   observation that no matter how one analyzes the 111 cases,

17   whether it be all of them, just those that involve 111(a) and

18   (b) or some subset that eliminates high or low outliers, or

19   just those cases with guidelines similar to defendant, the

20   result is that the average sentences cluster around the low

21   end of the guidelines.  But the Court recognizes that although

22   the government recommends a low-end guideline sentence based on

23   its calculation, I have arrived at a much lower applicable

24   range.

25        Obviously, the clearest comparators are the

1     co-defendants that I have already sentenced:  Barnhart, Stager,

2     Courson, Jersey, and Mullins.  Jersey received a low end of his

3     guidelines range; as did Mullins, minus a couple months due to

4     pretrial restrictions on his liberty; Barnhart also received a

5     few months below the low end of his guidelines range because he

6     had a significant period of restricted liberties pretrial, for

7     which I gave him some credit, and the GPS ankle bracelet he

8     wore during that period credibly resulted in long-term damage

9     to his leg.

10         The low end of defendant's guidelines range is much

11    higher than his co-defendants due in some part to the fact he

12    attacked more than one officer and he did not get credit for

13    acceptance of responsibility.  These disparities make sense,

14    but he also has a significant enhancement for the use of the

15    body armor that did not significantly impact the harm caused by

16    his attacks and the deadly weapon used here.  The reinforced

17    gloves also may not be amongst the deadliest weapons used on

18    January 6th, such as the batons, and, thus, may also overstate

19    the severity of the offense here.

20         And as previously stated, the enhancement for a 111(b)

21    conviction also may overstate the gravity of the offense by

22    partially double-counting.

23         Three comparators stand out in my mind.  One, Stager

24    had a guidelines range based on an Offense Level 26 and

25    Criminal History Category I of 63 to 78 months.  I gave him

1    a sentence of 52 months, which was 82.5 percent of the low

2    end.  If you back out the acceptance of responsibility 3

3    levels, his range would have been 29 and criminal history of I,

4    resulting in 87 to 108 months.  82.5 percent of that is about

5    72 months.

6         The second notable comparator is Jersey.  He had a

7    guidelines range of 24 with a criminal history category of I,

8    which resulted in a range of 51 to 63 months.  And I gave him

9    the low end of the 51 months.  Similarly, if you back out the

10   acceptance of responsibility 3 levels, the low end would be

11   70 months.

12        Third, this case shares similarities with another

13   defendant I sentenced, Kyle Fitzsimons, who also fought in the

14   tunnel, attacked more than one officer, caused injury, and used

15   a dangerous weapon.  His guidelines range was 32 and Criminal

16   History Category I, resulting in a range of 121 to 151 months.

17   And I gave him 87 months, which was 71.9 percent of the low

18   end.

19        If you apply 71.9 percent of the low end to the

20   guidelines I'm applying to this defendant, it also amounts to

21   about 70 months.

22        Finally, if I cut in half the enhancements for 111(b)

23   conviction, body armor, and dangerous weapons, the factors that

24   I think may overstate the severity of the offense, you end up

25   with a guidelines range of 70 to 87 months.

1          As reflected in the PSR, probation was unable to

2    provide any statistical information for similar defendants who

3    share the same primary guideline for conviction and the same

4    criminal history and offense level because a lack of an apt

5    comparator.

6          With respect to restitution, I'm to provide restitution

7    to any victims of the offense.  As I indicated, I'm going to

8    impose $2,000 to be ordered to be paid to the Architect of the

9    Capitol.  Defendant takes issue with this amount, arguing that

10   he did not destroy property, but this misses the point.  The

11   fact that the money is being funneled through the Architect of

12   the Capitol doesn't reflect that the money is only for damage

13   to property.

14         The Court is persuaded by the child porn cases involving

15   this sort of diffuse harm caused by many and hard to apportion

16   amongst the many who collectively cause such harm.  Those are

17   the cases *Paroline,* P-a-r-o-l-i-n-e, and *Monzel*, M-o-n-z-e-l.

18         Defendant was part of the mob, and the mob was the

19   proximate cause of the diffuse harm, resulting in millions of

20   losses.  Moreover, defendant incorrectly focuses solely on

21   damage to property, but the mob caused significant other

22   expenditures, including overtime hours to officers and -- that

23   otherwise would not have to have been there but for the mob.

24   And that includes the Capitol Police officers, the MPD

25   officers, and the Virginia State Police officers that were

1    finally called in to turn the tide, and the equipment and

2    supplies that were expended due to the riot that had to be

3    replenished.

4          In fact, defendant indicates that he was hit by a rubber

5    bullet.  And clearly when he was at the mouth of the tunnel,

6    there was a lot of chemical spray being expended, all of which

7    had to be replenished.  So there is direct evidence of him

8    causing financial harm to the government at large on that day.

9    Thus, the small $2,000 amount of restitution is appropriate for

10   his portion of the harm.

11         Additionally, restitution to MPD to reimburse it for

12   medical treatment and time off provided to Officer A.W. will be

13   awarded in the amount of $30,165.65, joint and -- that amount

14   will be joint and several with co-defendants Jersey and

15   Mullins.  Defendant argues that MPD should not be reimbursed

16   for this time off, which I note is -- the time off is only part

17   of the expenditure.  There was part of it for direct medical

18   attention.

19         But as the government aptly notes, the statute

20   specifically covers this type of recompense received from

21   insurance or another source and as reflected in the case of

22   *United States v. Lewis* in the Seventh Circuit.

23         Defendant further argues that even if awarded, the

24   amount should be allocated amongst the three co-defendants and

25   not joint and several, but there's no practical way to allocate

1     the amount amongst the three.  And much of the harm -- in

2     particular, the emotional harm -- is equally attributed to all

3     three, if not actually more so to defendant who Officer A.W.

4     testified stood out amongst the rioters in his mind.

5             Thus, the full amount requested of restitution will be

6     awarded and will be joint and several.

7             I will now indicate the sentence to be imposed, but

8     counsel will have one more opportunity to make any legal

9     objections on the factors I've considered.

10            Mr. Schiffelbein?

11               MR. SCHIFFELBEIN:  Nothing additional, Your Honor.

12               THE COURT:  Okay.  Government?

13               MS. KEARNEY:  Nothing additional.  Thank you.

14               THE COURT:  Okay.  Mr. McAbee, if you can come to the

15    podium.

16            It is the judgment of the Court that you, Ronald Colton

17    McAbee, are hereby committed to the custody of the Bureau of

18    Prisons for a term of 70 months on Counts 9, 12, 18, 19, and

19    20; and 60 months for Count 14; and 6 months for Count 24.  All

20    counts to run concurrently.

21            You're further sentenced to serve a 36-month term of

22    supervised release as to Counts 9, 12, 14, 18, 19, and 20, all

23    to run concurrently.

24            You are further ordered to pay a special assessment of

25    $610 as required by statute.

1          The Court finds that you do not have the ability to pay

2     a fine and, therefore, declines to impose one.  You are ordered

3     to make restitution through the clerk's office to the Architect

4     of the Capitol in the amount of $2,000 and to MPD in the amount

5     of $30,165.65.  These financial obligations shall be paid at a

6     rate of no less than $350 per month commencing 30 days after

7     your release from incarceration.  The special assessment and

8     restitution are payable to the Clerk of the Court for the

9     U.S. District Court, District of Columbia, that will be

10    forwarded to the victims.

11         Within 30 days of any change of address, you shall

12    notify the Clerk of the Court of the change until such time as

13    the financial obligation is paid in full.

14         While on supervision, you shall submit to collection of

15    DNA; you shall not possess a firearm or other dangerous weapon,

16    you shall not use or possess an illegal controlled substance

17    and submit to one drug test within 15 days of placement on

18    supervision and at least 2 periodic drug tests thereafter; and

19    you shall not commit another federal, state, or local crime.

20         You shall also abide by the general conditions of

21    supervision adopted by the U.S. Probation Office, only one of

22    which your counsel objected to, which I overruled, as well as

23    the following special conditions:  As I indicated earlier, the

24    financial information disclosure.

25         Counsel, any reasons other than those previously argued

1    and stated why the sentence should not be imposed as stated?

2              MR. SCHIFFELBEIN:  No, Your Honor.

3              THE COURT:  Okay.  I will impose the sentence as

4    stated.

5              Given that the defendant was convicted of all the

6    counts, I gather there's nothing to be dismissed; is that

7    right?

8              MS. KEARNEY:  That's correct.  But in the abundance

9    of caution, the government dismisses the outstanding counts.

10             THE COURT:  Okay.  In the original indictment.

11             And so I failed to note about the credit for time

12   served.  The defendant has been in continuous custody since

13   August 17th, 2021, a little over 2 years and 7 months, all of

14   which time he will receive credit for.

15             Mr. Schiffelbein, does your client want transfer of the

16   jurisdiction of supervision to the Middle District of

17   Tennessee?

18             MR. SCHIFFELBEIN:  He would.

19             THE COURT:  Okay.  And the government is going to

20   make its standard objection?

21             MS. KEARNEY:  Yes, Your Honor, we do and offer,

22   perhaps, a proposal that will satisfy everybody; is that, you

23   know, upon Mr. McAbee's release, the Court convene a conference

24   and we discuss the transfer of jurisdiction.

25             THE COURT:  I'm going to go ahead and just transfer

1    jurisdiction to the -- both supervision and jurisdiction to

2    the Middle District of Tennessee.  And I know the defendant

3    moved.  It's still the Middle District of Tennessee, do you

4    know?

5                THE DEFENDANT:  Yes, sir.

6                THE COURT:  It is.  Okay.

7         All right.  Mr. McAbee, you were convicted by a plea of

8    guilty on two counts and by a jury verdict of guilty on all the

9    other others.  You can appeal your conviction and/or the

10   sentence, if you wish.

11        You have the right to apply for leave in forma pauperis.

12   That means without the payment of costs.  And if you request

13   and qualify, the Clerk of the Court will prepare and file a

14   notice of appeal on your behalf, although I note you're

15   represented by very able counsel that can assist you in that

16   process.

17        With few exceptions, any notice of appeal must be filed

18   within 14 days of the entry of the judgment.  This is a lengthy

19   judgment and commitment order.  So it's going to take a few

20   days to prepare it and get it on the docket, but -- so probably

21   sometime next week.  Fourteen days from that point, if you wish

22   to appeal.

23        Anything else we need to cover today?

24                MR. SCHIFFELBEIN:  I don't believe so, Your Honor.

25                MS. KEARNEY:  No, Your Honor.

1          THE COURT:  All right.  Mr. McAbee, cognitive

2     dissonance is a very powerful thing.  It must be extremely

3     difficult for you given your life in law enforcement to

4     watch those videos and must be somewhat of an out-of-body

5     experience.

6          THE DEFENDANT:  Yes, sir.

7          THE COURT:  Obviously, I and the jury see things a

8     little different than how you recall them.  But, you know,

9     you're going to have a little bit more time to think about it.

10    And I don't expect that you will be part of the criminal

11    justice system again, and I hope that's the case and that

12    you're -- you had a tough upbringing.  You lost your cool that

13    day, you know, perhaps due to the abuse you experienced as a

14    child.  But I take attacks on law enforcement very, very

15    seriously, which I expect you did too until that date.

16         So good luck to you.

17         THE DEFENDANT:  Thank you, sir.

18         THE COURT:  You're excused.

19         (Proceedings were concluded at 11:03 a.m.)

20

21

22

23

24

25

1          <u>CERTIFICATE OF STENOGRAPHIC OFFICIAL COURT REPORTER</u>

2

3          I, Nancy J. Meyer, Registered Diplomate Reporter,

4     Certified Realtime Reporter, do hereby certify that the above

5     and foregoing constitutes a true and accurate transcript of my

6     stenograph notes and is a full, true, and complete transcript

7     of the proceedings to the best of my ability.

8

9                    Dated this 7th day of April, 2024.

10

11                    /s/ Nancy J. Meyer
                      Nancy J. Meyer
12                    Official Court Reporter
                      Registered Diplomate Reporter
13                    Certified Realtime Reporter
                      333 Constitution Avenue Northwest
14                    Washington, D.C. 20001

15

16

17

18

19

20

21

22

23

24

25

**$**

**$2,000** [4] - 40:18, 53:8, 54:9, 56:4
**$30,165.65** [3] - 40:20, 54:13, 56:5
**$350** [1] - 56:6
**$5,000** [1] - 41:1
**$610** [1] - 55:25

**/**

**/s** [1] - 60:11

**1**

**1** [4] - 12:14, 12:21, 12:22, 36:20
**1-level** [1] - 18:18
**1.5** [1] - 42:3
**10** [1] - 28:24
**10,000** [1] - 41:4
**108** [1] - 52:4
**111** [2] - 50:13, 50:16
**111(a** [1] - 50:17
**111(a)(1** [1] - 4:16
**111(a)(1)** [1] - 4:11
**111(b** [4] - 8:5, 12:6, 51:20, 52:22
**11:03** [1] - 59:19
**12** [6] - 4:9, 13:12, 13:16, 46:19, 55:18, 55:22
**121** [2] - 13:4, 52:16
**139** [1] - 21:21
**14** [7] - 4:17, 12:3, 12:15, 13:12, 55:19, 55:22, 58:18
**147** [1] - 22:7
**15** [1] - 56:17
**151** [1] - 52:16
**1621** [1] - 6:1
**1752** [5] - 13:17, 18:20, 31:5, 31:7, 31:15
**1752(a)(1** [1] - 4:21
**1752(a)(2** [1] - 4:24
**1752(a)(4** [1] - 5:2
**17th** [1] - 57:13
**18** [12] - 4:7, 4:11, 4:16, 4:18, 4:19, 4:21, 4:24, 5:2, 6:1, 50:13, 55:18, 55:22
**19** [3] - 4:22, 55:18, 55:22
**1965** [1] - 23:19
**1984** [1] - 3:15
**1:21-cr-00035-RC-7** [1] - 1:3

**2**

**2** [5] - 4:16, 5:7, 21:24, 56:18, 57:13
**2-level** [2] - 5:9, 12:6
**2-point** [2] - 7:6, 9:3
**20** [5] - 4:25, 17:7, 39:5, 55:19, 55:22
**20001** [1] - 1:22, 60:14
**2014** [1] - 23:11
**2016** [1] - 47:6
**202-354-3118** [1] - 1:23
**2020** [1] - 21:22
**2021** [5] - 38:16, 41:22, 45:5, 45:6, 57:13
**2023** [1] - 12:2
**2024** [2] - 1:6, 60:9
**20579** [1] - 1:15
**21-35** [1] - 2:2
**21-cr-208** [1] - 10:7
**210** [1] - 1:17
**22** [1] - 47:4
**231(a)(3)** [1] - 4:18
**24** [4] - 4:12, 12:19, 52:7, 55:19
**24011** [1] - 1:17
**25** [2] - 9:18, 44:23
**250,000** [2] - 40:25, 41:2
**26** [1] - 51:24
**29** [6] - 1:6, 12:9, 12:11, 12:23, 31:18, 52:3
**2:00** [2] - 22:15, 43:2
**2B2.3** [1] - 31:8

**3**

**3** [3] - 12:3, 52:2, 52:10
**3-level** [3] - 7:9, 7:11, 8:2
**30** [7] - 12:23, 13:3, 22:15, 29:16, 33:7, 56:6, 56:11
**30-year-old** [1] - 46:7
**31** [3] - 27:6, 29:11, 39:20
**32** [1] - 52:15
**32(i)(3)(A** [1] - 3:13
**333** [2] - 1:22, 60:13
**34** [1] - 3:3
**35,000** [1] - 41:2
**3553** [1] - 4:7
**3553(a** [1] - 13:11
**36-month** [1] - 55:21
**37** [1] - 33:7
**3:00** [1] - 22:16

**3:16** [1] - 36:20
**3:50** [1] - 43:7
**3C1.1** [2] - 5:17, 5:25

**4**

**4** [1] - 12:15
**4-level** [4] - 10:3, 10:17, 10:18, 12:8
**40** [3] - 4:13, 30:4, 30:7
**400** [1] - 1:17

**5**

**51** [2] - 52:8, 52:9
**5104(e)(2)(F)** [1] - 4:13
**52** [1] - 52:1
**5K2.20** [1] - 50:1

**6**

**6** [1] - 55:19
**6-level** [2] - 12:6, 12:16
**6-point** [3] - 8:12, 8:25, 33:17
**60** [1] - 55:19
**600** [1] - 23:19
**601** [1] - 1:14
**63** [2] - 51:25, 52:8
**6th** [41] - 8:14, 12:24, 14:14, 18:17, 19:24, 20:23, 21:1, 21:5, 21:6, 21:9, 21:22, 21:23, 22:12, 23:4, 23:6, 23:18, 23:25, 24:16, 25:8, 25:16, 26:22, 26:24, 26:25, 27:21, 29:7, 30:14, 31:20, 35:13, 35:14, 38:11, 38:16, 41:22, 42:17, 45:19, 46:4, 47:22, 48:14, 50:11, 50:12, 51:18

**7**

**7** [1] - 57:13
**70** [4] - 52:11, 52:21, 52:25, 55:18
**71.9** [2] - 52:17, 52:19
**72** [1] - 52:5
**78** [1] - 51:25
**7th** [2] - 38:17, 60:9

**8**

**8** [2] - 21:21, 21:25
**82.5** [2] - 52:1, 52:4
**87** [3] - 52:4, 52:17,

52:25

**9**

**9** [7] - 4:14, 12:2, 12:21, 13:12, 13:17, 55:18, 55:22
**97** [1] - 13:4
**9:30** [1] - 1:7

**A**

**a.m** [2] - 1:7, 59:19
**A.W** [28] - 6:11, 7:10, 8:18, 8:23, 9:7, 9:17, 9:24, 10:10, 11:12, 11:15, 20:14, 40:21, 43:14, 43:17, 43:20, 43:25, 44:9, 44:11, 44:14, 44:19, 44:21, 44:22, 44:24, 45:3, 45:8, 54:12, 55:3
**A.W.'s** [8] - 7:12, 7:16, 10:1, 43:16, 44:3, 44:6, 44:10, 45:4
**aberrant** [1] - 50:2
**abetting** [1] - 4:15
**abide** [1] - 56:20
**ability** [5] - 21:23, 24:9, 45:17, 56:1, 60:7
**able** [5] - 20:8, 22:13, 41:3, 45:3, 58:15
**abrasions** [1] - 12:5
**absent** [1] - 47:1
**absurd** [1] - 11:18
**abundance** [1] - 57:8
**abundantly** [1] - 22:10
**abuse** [3] - 46:24, 59:13
**abusive** [2] - 26:12, 35:24
**accept** [3] - 3:13, 31:22, 38:1
**acceptance** [8] - 12:12, 12:20, 31:24, 32:10, 51:13, 52:2, 52:10
**accepting** [1] - 11:25
**accepts** [1] - 9:2
**access** [1] - 27:9
**accomplish** [4] - 26:18, 32:3, 32:7, 34:5
**accordingly** [2] - 41:11, 42:23
**account** [1] - 31:6
**accountable** [1] - 39:4
**accounts** [1] - 18:18
**accurate** [1] - 60:5

**acknowledge** [1] - 39:2
**acknowledges** [2] - 8:4, 8:7
**acknowledgment** [1] - 17:18
**Act** [1] - 3:15
**act** [2] - 4:12, 25:20
**acted** [1] - 28:1
**acting** [1] - 24:9
**Action** [2] - 1:3, 2:2
**action** [3] - 23:21, 35:19, 38:6
**actions** [17] - 6:11, 8:2, 8:22, 16:8, 17:17, 22:7, 29:6, 30:14, 32:6, 32:9, 32:23, 33:12, 33:22, 39:4, 42:10, 46:5, 48:12
**active** [1] - 10:7
**activities** [1] - 36:9
**activity** [3] - 24:7, 26:21, 28:18
**acts** [2] - 22:14, 47:15
**add** [2] - 12:10, 12:22
**added** [1] - 5:8
**additional** [8] - 2:24, 3:1, 12:3, 12:15, 12:16, 41:1, 55:11, 55:13
**additionally** [1] - 54:11
**address** [4] - 13:9, 15:19, 35:4, 56:11
**adequate** [1] - 47:19
**adjusted** [2] - 12:9, 12:19
**adjustment** [4] - 5:9, 6:16, 12:12, 12:20
**administer** [1] - 45:10
**administration** [2] - 5:10, 5:13
**admitted** [2] - 28:8, 32:13, 32:22
**adopted** [1] - 56:21
**adrenaline** [1] - 26:2
**adrenaline-fueled** [1] - 26:2
**adult** [1] - 46:13
**advantage** [2] - 16:22, 16:23
**advisory** [3] - 3:23, 4:3, 13:6
**affirmation** [1] - 6:3
**affords** [1] - 47:19
**after-the-fact** [1] - 15:3
**aggravated** [2] - 11:8, 11:19

**aggravating** [3] - 20:22, 25:13, 25:14
**aggressively** [1] - 10:16
**agree** [2] - 35:15, 39:3
**agrees** [1] - 27:2
**ahead** [2] - 35:7, 57:25
**aid** [1] - 19:9
**aided** [1] - 1:24
**aiding** [1] - 4:15
**Alexandra** [2] - 1:13, 2:7
**alibi** [1] - 7:3
**alleged** [1] - 45:24
**alleges** [2] - 6:19, 38:5
**allies** [1] - 47:24
**allocate** [1] - 54:25
**allocated** [1] - 54:24
**allocution** [2] - 32:24, 34:1
**allowed** [2] - 32:20, 38:1
**almost** [2] - 23:5, 39:19
**alone** [2] - 15:24, 25:1
**alongside** [1] - 37:18
**altercation** [1] - 19:25
**America** [3] - 1:3, 23:14, 36:15
**American** [3] - 23:3, 23:7, 23:24
**Americans** [1] - 21:20
**amidst** [1] - 31:1
**ammunitions** [1] - 22:21
**amount** [12] - 9:21, 41:7, 41:10, 53:9, 54:9, 54:13, 54:24, 55:1, 55:5, 56:4
**amounts** [1] - 52:20
**AN** [1] - 40:13
**analysis** [5] - 7:7, 11:21, 11:22, 13:11, 13:19
**analyzed** [1] - 50:12
**analyzes** [1] - 50:16
**Andy** [1] - 37:15
**anger** [1] - 36:7
**angers** [1] - 48:9
**angry** [1] - 15:18
**ankle** [1] - 51:7
**answer** [1] - 29:10
**answered** [1] - 38:9
**apologize** [1] - 35:20
**apologizes** [1] - 34:2
**apology** [1] - 38:6
**appeal** [4] - 58:9, 58:14, 58:17, 58:22
**appear** [1] - 47:18

**appearance** [1] - 2:5
**applicable** [8] - 8:9, 9:11, 9:17, 49:12, 49:13, 49:15, 50:14, 50:23
**application** [3] - 5:22, 8:6, 9:8
**applied** [3] - 8:15, 9:23, 15:1
**applies** [3] - 8:5, 9:1, 9:3
**apply** [13] - 7:6, 7:16, 8:2, 8:9, 9:14, 10:4, 10:17, 10:19, 32:10, 33:18, 50:3, 52:19, 58:11
**applying** [1] - 52:20
**apportion** [1] - 53:15
**approach** [3] - 2:4, 24:14, 29:14
**appropriate** [5] - 3:25, 5:4, 29:21, 39:11, 54:9
**approximate** [1] - 39:7
**April** [1] - 60:9
**apt** [1] - 53:4
**arch** [4] - 15:12, 15:21, 16:20, 19:9
**Architect** [4] - 40:19, 53:8, 53:11, 56:3
**archway** [3] - 42:16, 43:7, 43:9
**area** [1] - 14:4
**areas** [1] - 7:1
**argued** [2] - 25:12, 56:25
**argues** [9] - 7:8, 8:11, 9:2, 10:3, 10:18, 11:7, 49:25, 54:15, 54:23
**arguing** [2] - 24:1, 53:9
**argument** [5] - 9:13, 23:2, 25:2, 25:3, 31:5
**armed** [1] - 15:18
**armor** [12] - 10:3, 10:5, 10:9, 10:15, 10:17, 11:11, 12:8, 33:8, 33:14, 51:15, 52:23
**arrest** [2] - 39:13, 48:1
**arrests** [1] - 26:1
**arrival** [1] - 43:2
**arrived** [2] - 49:18, 50:23
**ashamed** [2] - 28:8, 32:23
**Ashli** [1] - 38:15

**aspect** [1] - 27:3
**aspects** [6] - 20:22, 20:24, 26:2, 29:18, 33:3, 33:11
**assault** [18] - 11:8, 11:19, 13:16, 13:18, 14:21, 14:23, 18:19, 18:24, 19:10, 20:22, 27:24, 28:7, 28:9, 30:19, 32:18, 33:6, 33:19, 38:1
**assaulted** [2] - 38:4, 38:5
**assaulting** [6] - 4:9, 16:24, 27:23, 29:20, 32:13, 32:14
**assaults** [6] - 11:18, 18:16, 18:23, 27:24, 33:19, 33:20
**assembled** [3] - 23:2, 23:6, 24:24
**assembling** [1] - 21:20
**assert** [1] - 28:1
**asserted** [1] - 17:10
**assertion** [2] - 15:4, 15:19
**assess** [1] - 3:25
**assessed** [1] - 8:8
**assessment** [2] - 55:24, 56:7
**assigns** [1] - 19:13
**assist** [2] - 45:8, 58:15
**assisted** [3] - 28:22, 45:13, 47:13
**associate's** [1] - 46:7
**assume** [1] - 13:24
**attack** [9] - 8:21, 21:18, 21:19, 24:24, 42:11, 45:14, 48:8, 50:4
**attacked** [9] - 8:13, 8:20, 11:12, 19:18, 22:3, 42:14, 48:6, 51:12, 52:14
**attacking** [2] - 10:12, 44:18
**attacks** [6] - 10:10, 11:17, 43:22, 45:15, 51:16, 59:14
**attempt** [2] - 5:24, 28:20
**attempted** [3] - 5:12, 43:12, 45:8
**attempting** [1] - 46:3
**attempts** [1] - 7:4
**attend** [2] - 25:15, 45:17
**attended** [2] - 25:8, 42:25

**attention** [4] - 44:19, 45:9, 45:12, 54:18
**Atticus** [1] - 24:25
**attorney** [1] - 25:1
**ATTORNEY'S** [1] - 1:13
**attributed** [1] - 55:2
**August** [1] - 57:13
**author** [1] - 24:22
**authorities** [1] - 48:4
**authority** [3] - 19:12, 23:22, 24:2
**available** [1] - 49:8
**Avenue** [2] - 1:22, 60:13
**average** [2] - 27:22, 50:20
**avoids** [1] - 50:7
**awarded** [3] - 54:13, 54:23, 55:6

# B

**b)(1)(A)** [3] - 4:21, 4:24, 5:2
**B.M** [1] - 15:8
**B.M.'s** [1] - 43:19
**Babbitt** [1] - 38:15
**backup** [1] - 18:7
**bank** [1] - 39:15
**Barnhart** [2] - 51:1, 51:4
**barricades** [1] - 43:3
**base** [1] - 12:2, 12:14
**based** [5] - 6:19, 13:2, 50:22, 51:24
**baseless** [1] - 22:1
**basis** [2] - 5:22, 41:10
**baton** [5] - 28:12, 28:13, 28:14, 43:18, 44:14
**batons** [1] - 51:18
**bear** [1] - 47:24
**beat** [1] - 26:1
**beautiful** [1] - 37:17
**become** [2] - 22:10, 24:19, 26:1
**behalf** [3] - 5:20, 47:17, 58:14
**behave** [1] - 10:16
**behavior** [9] - 24:12, 25:17, 26:25, 28:8, 30:10, 30:18, 32:20, 34:2, 50:2
**behind** [3] - 22:18, 36:1, 39:24
**beliefs** [1] - 23:7
**believes** [1] - 48:16
**below** [3] - 24:17, 30:4, 51:5

**benefits** [1] - 19:7
**Benet** [2] - 1:12, 2:6
**Benjamin** [3] - 1:16, 2:11, 38:15
**best** [2] - 26:10, 60:7
**better** [2] - 16:21, 19:22
**between** [2] - 5:6, 16:15
**beyond** [1] - 10:23
**Biden** [1] - 42:6
**bit** [4] - 2:18, 9:10, 18:11, 59:9
**Black** [1] - 24:25
**blame** [2] - 7:4, 19:13
**bleeding** [1] - 15:8
**block** [2] - 42:5, 42:7
**blood** [2] - 45:24, 48:14
**Bloody** [2] - 23:19, 24:1
**blows** [4] - 7:17, 7:25, 28:4, 28:25
**bodily** [9] - 4:15, 7:9, 7:10, 7:12, 8:3, 8:25, 11:5, 12:4, 18:17
**body** [18] - 10:3, 10:4, 10:5, 10:9, 10:14, 10:17, 11:11, 12:8, 15:14, 15:21, 33:8, 33:14, 44:10, 44:22, 45:10, 51:15, 52:23, 59:4
**body-armor** [2] - 10:3, 10:17
**Booker** [2] - 3:23, 13:5
**BOP** [1] - 49:3
**bottom** [4] - 7:20, 11:23, 44:21, 49:16
**bottom-line** [1] - 11:23
**bound** [2] - 9:5, 9:7
**Boy** [1] - 36:17
**Boyland** [10] - 15:20, 16:9, 16:23, 28:22, 38:16, 38:20, 38:24, 45:9, 45:14, 46:2
**bracelet** [1] - 51:7
**brass** [1] - 11:2
**brazenly** [1] - 48:6
**breach** [1] - 42:8
**break** [1] - 14:20
**breathe** [1] - 7:23
**breathing** [2] - 7:25, 45:2
**Brian** [1] - 38:17
**brief** [4] - 9:24, 9:25, 27:24, 33:23
**bring** [2] - 28:22, 38:22

**broken** [1] - 35:22
**broken-home** [1] - 35:22
**brother** [1] - 36:3
**brothers** [4] - 35:23, 36:2, 36:7, 36:24
**brought** [1] - 7:19
**bruises** [1] - 7:24
**bruising** [1] - 12:4
**Building** [1] - 43:4
**building** [4] - 4:20, 4:23, 5:1, 39:6
**Buildings** [1] - 4:13
**bullet** [2] - 43:5, 54:5
**bulletproof** [2] - 14:16, 42:23
**Bureau** [2] - 49:5, 55:17
**burning** [1] - 7:22
**business** [2] - 18:21, 39:15

## C

**calculated** [2] - 18:12, 49:17
**calculation** [4] - 5:5, 15:23, 18:13, 50:23
**calculations** [3] - 12:1, 19:2, 31:7
**calm** [1] - 24:13
**cannot** [3] - 7:5, 27:10, 31:22
**Canton** [1] - 46:10
**capital** [1] - 45:22
**Capitol** [22] - 4:12, 6:12, 10:12, 14:22, 19:17, 21:3, 21:6, 21:10, 21:18, 22:4, 24:6, 28:20, 28:21, 40:20, 41:21, 42:3, 43:2, 43:4, 53:9, 53:12, 53:24, 56:4
**capture** [1] - 17:23
**care** [1] - 48:22
**career** [3] - 26:13, 39:14, 47:10
**carries** [1] - 39:12
**case** [19] - 3:15, 3:19, 3:25, 4:1, 9:12, 9:15, 9:19, 9:22, 13:6, 22:14, 29:19, 29:21, 32:9, 33:3, 33:11, 33:22, 52:12, 54:21, 59:11
**cases** [14] - 8:15, 8:16, 9:22, 17:22, 21:9, 24:16, 26:24, 31:20, 33:20, 50:13, 50:16, 50:19, 53:14, 53:17

**Category** [2] - 51:25, 52:16
**category** [5] - 13:1, 13:3, 49:12, 49:13, 52:7
**caused** [7] - 7:22, 8:1, 17:19, 51:15, 52:14, 53:15, 53:21
**causing** [2] - 45:1, 54:8
**caution** [1] - 57:9
**celebrated** [2] - 24:22, 26:25
**celebrating** [1] - 45:24
**centered** [1] - 6:21
**central** [1] - 23:3
**certain** [3] - 4:10, 4:15, 9:21
**certainly** [3] - 6:8, 8:20, 14:23
**CERTIFICATE** [1] - 60:1
**certification** [3] - 21:22, 42:5, 42:7
**Certified** [3] - 1:21, 60:4, 60:13
**certify** [3] - 21:23, 22:1, 60:4
**challenge** [1] - 37:20
**chance** [2] - 26:10, 48:2
**change** [3] - 38:12, 56:11, 56:12
**chaos** [4] - 30:24, 31:1, 35:19, 43:11
**chaotic** [1] - 15:17
**chapter** [1] - 39:23
**character** [5] - 25:11, 26:16, 26:17, 47:18
**characteristics** [1] - 41:15
**characterization** [1] - 42:21
**charges** [4] - 6:25, 13:17, 27:18, 32:11
**chart** [1] - 50:10
**cheerleading** [1] - 36:9
**chemical** [2] - 45:1, 54:6
**child** [4] - 35:22, 36:5, 53:14, 59:14
**children** [2] - 42:20, 46:23
**choose** [3] - 22:12, 25:19, 25:25
**chose** [6] - 14:20, 14:21, 22:8, 26:11, 26:12, 26:13
**Chutkan** [1] - 30:3

**Circuit** [1] - 54:22
**circuit** [1] - 34:10
**circumstance** [1] - 28:14
**circumstances** [3] - 26:11, 37:23, 41:14
**citizens** [1] - 38:18
**civil** [4] - 4:17, 13:16, 23:4, 31:16
**claim** [1] - 29:2
**claims** [3] - 22:2, 45:25, 47:14
**clashes** [1] - 42:15
**clear** [12] - 7:12, 8:17, 9:25, 14:24, 15:2, 21:10, 22:10, 23:16, 30:6, 31:22, 33:24, 42:18
**clearest** [1] - 50:25
**clearly** [5] - 7:16, 8:5, 8:9, 8:25, 54:5
**Clerk** [4] - 40:19, 56:8, 56:12, 58:13
**clerk's** [1] - 56:3
**client** [1] - 57:15
**close** [4] - 39:23, 43:7, 43:11, 43:22
**closed** [3] - 11:5, 28:5, 44:17
**closely** [1] - 50:11
**closer** [2] - 16:3, 22:16
**clubs** [1] - 36:14
**cluster** [1] - 50:20
**co** [11] - 9:15, 14:5, 29:20, 30:8, 34:4, 43:15, 43:17, 51:1, 51:11, 54:14, 54:24
**Co** [2] - 7:11, 44:3
**co-defendant** [2] - 43:15, 43:17
**Co-Defendant** [2] - 7:11, 44:3
**co-defendants** [9] - 9:15, 14:5, 29:20, 30:8, 34:4, 51:1, 51:11, 54:14, 54:24
**coach** [2] - 37:3, 37:6
**Coffee** [1] - 14:12
**cognitive** [1] - 59:1
**cognizant** [2] - 49:15, 49:20
**colleague** [1] - 18:7
**colleagues** [2] - 11:13, 41:20
**collected** [1] - 24:13
**collection** [1] - 56:14
**collectively** [1] - 53:16
**Colorado** [1] - 40:9
**Colton** [4] - 1:6, 2:3,

14:14, 55:16
**Columbia** [1] - 56:9
**COLUMBIA** [2] - 1:1, 1:14
**combat** [1] - 41:25
**comfortably** [1] - 42:13
**commencing** [1] - 56:6
**Commission** [2] - 3:17, 49:25
**commission** [1] - 3:19
**commit** [3] - 11:7, 25:22, 56:19
**commitment** [1] - 58:19
**committed** [8] - 7:5, 25:17, 27:3, 28:19, 39:18, 47:16, 49:13, 55:17
**committing** [1] - 25:16
**communications** [1] - 42:18
**community** [3] - 36:24, 39:7, 47:12
**companion** [1] - 42:19
**company** [1] - 46:15
**comparator** [3] - 11:23, 52:6, 53:5
**comparators** [2] - 50:25, 51:23
**compared** [3] - 11:18, 27:21, 28:9
**complaining** [1] - 19:16
**complete** [2] - 19:23, 60:6
**comply** [2] - 41:13, 48:2
**computer** [1] - 1:24
**computer-aided** [1] - 1:24
**concerned** [1] - 48:11
**concerning** [5] - 5:4, 5:7, 6:3, 6:10, 11:15
**concluded** [2] - 10:6, 59:19
**concludes** [1] - 50:2
**concurrently** [2] - 55:20, 55:23
**condition** [2] - 34:17, 48:25
**conditions** [2] - 56:20, 56:23
**conduct** [13] - 4:22, 5:15, 5:16, 24:4, 27:19, 27:21, 27:25, 29:7, 31:1, 31:12, 33:4, 47:20, 50:9
**conference** [1] - 57:23

**confined** [1] - 27:10
**confinement** [3] - 27:7, 27:8, 27:12
**confluence** [1] - 47:23
**confronted** [1] - 7:18
**confusion** [1] - 6:5
**Congress** [8] - 3:16, 18:24, 21:4, 21:8, 21:18, 21:25, 22:8, 33:25
**Congress's** [1] - 21:23
**congressional** [1] - 18:21
**consequences** [3] - 16:5, 16:6, 20:4
**consider** [3] - 3:18, 29:22, 31:17, 41:14, 49:7, 49:11, 49:24
**consideration** [2] - 4:2, 39:23
**considered** [4] - 4:5, 13:6, 49:14, 55:9
**considering** [4] - 8:8, 19:19, 33:15, 49:10
**consistent** [2] - 32:17, 49:3
**constant** [2] - 38:23, 46:22
**constitutes** [2] - 5:21, 60:5
**Constitution** [2] - 1:22, 60:13
**constitutional** [1] - 5:19
**consulted** [1] - 3:24
**contact** [2] - 45:23, 46:20
**contained** [1] - 3:20
**contest** [2] - 22:11, 32:11
**contested** [2] - 2:16, 32:13
**contesting** [1] - 27:17
**context** [7] - 8:8, 9:19, 18:20, 18:23, 18:25, 19:3, 24:5
**continue** [1] - 28:6
**continued** [1] - 37:1
**continuous** [1] - 57:12
**contradicted** [1] - 6:20
**contradictory** [1] - 6:14
**contrary** [2] - 10:23, 45:15
**Contreras** [1] - 1:9
**contributed** [1] - 10:15
**control** [1] - 22:13
**controlled** [1] - 56:16

**convene** [1] - 57:23
**convict** [1] - 6:24
**convicted** [7] - 22:14,
  27:23, 29:20, 30:5,
  50:12, 57:5, 58:7
**conviction** [9] - 5:14,
  5:16, 8:5, 12:6,
  32:21, 51:21, 52:23,
  53:3, 58:9
**convictions** [2] -
  27:16, 27:20
**cool** [2] - 24:13, 59:12
**cop** [1] - 26:1
**cops** [1] - 39:17
**correct** [2] - 4:5, 57:8
**correction's** [1] - 48:4
**correctional** [1] -
  48:22
**corrections** [3] - 46:8,
  46:11, 47:11
**costs** [1] - 58:12
**couch** [1] - 36:4
**counsel** [9] - 2:4,
  2:21, 8:11, 11:9,
  41:8, 55:8, 56:22,
  56:25, 58:15
**Count** [14] - 4:9, 4:12,
  4:14, 4:17, 4:19,
  4:22, 4:25, 12:2,
  12:14, 12:21, 13:17,
  55:19
**count** [4] - 31:6, 31:7,
  31:15, 41:1
**counterprotesters** [1]
  - 42:22
**counting** [2] - 8:7,
  51:22
**countless** [1] - 39:8
**country** [2] - 24:2,
  45:25
**country's** [1] - 22:25
**counts** [7] - 4:8,
  18:20, 18:21, 55:20,
  57:6, 57:9, 58:8
**Counts** [3] - 13:12,
  55:18, 55:22
**County** [1] - 46:12
**couple** [2] - 46:19,
  51:3
**course** [2] - 41:19,
  43:8
**Courson** [1] - 51:2
**Court** [72] - 1:20, 3:13,
  3:24, 5:11, 6:14,
  6:25, 7:6, 8:7, 8:14,
  11:8, 11:10, 11:16,
  11:21, 13:7, 13:9,
  13:19, 15:1, 17:3,
  17:6, 17:20, 17:23,
  18:12, 20:2, 27:7,

27:16, 28:4, 29:9,
  29:22, 30:8, 31:8,
  31:12, 31:14, 31:17,
  32:24, 33:1, 33:14,
  33:17, 34:7, 34:19,
  34:20, 34:22, 35:4,
  35:11, 40:5, 40:19,
  41:12, 43:22, 47:19,
  48:11, 48:16, 48:20,
  48:24, 49:4, 49:7,
  49:9, 49:11, 49:14,
  49:15, 49:20, 50:2,
  50:7, 50:15, 50:21,
  53:14, 55:16, 56:1,
  56:8, 56:9, 56:12,
  57:23, 58:13, 60:12
**COURT** [35] - 1:1, 2:8,
  2:12, 2:15, 2:20,
  2:24, 3:7, 3:12,
  13:13, 13:21, 13:23,
  14:8, 14:11, 20:13,
  20:16, 20:20, 34:9,
  34:23, 35:2, 35:7,
  35:9, 40:3, 40:8,
  40:15, 55:12, 55:14,
  57:3, 57:10, 57:19,
  57:25, 58:6, 59:1,
  59:7, 59:18, 60:1
**Court's** [5] - 3:22,
  11:22, 13:11, 14:24,
  31:6
**courthouses** [1] -
  26:4
**COURTROOM** [3] -
  2:2, 40:11, 40:13
**courts** [2] - 24:16,
  31:22
**cover** [1] - 58:23
**covers** [1] - 54:20
**CPR** [2] - 36:16, 45:10
**create** [2] - 16:14,
  16:16
**created** [4] - 3:16,
  8:24, 16:22, 21:2
**credibility** [1] - 6:15
**credible** [4] - 6:9,
  6:13, 7:16, 11:16
**credibly** [1] - 51:8
**credit** [6] - 22:13,
  45:7, 51:7, 51:12,
  57:11, 57:14
**crime** [7] - 7:4, 7:5,
  25:16, 25:17, 31:11,
  49:8, 56:19
**crimes** [5] - 19:5,
  20:2, 25:22, 28:19,
  47:21
**Criminal** [5] - 1:3, 2:2,
  3:12, 51:25, 52:15
**criminal** [18] - 3:19,

12:25, 13:3, 22:14,
  24:12, 24:25, 25:20,
  26:21, 26:24, 31:25,
  32:1, 46:16, 47:20,
  52:3, 52:7, 53:4,
  59:10
**cross** [1] - 31:11
**cross-reference** [1] -
  31:11
**crosses** [1] - 15:11
**crowd** [11] - 8:23,
  11:14, 15:9, 15:18,
  21:11, 24:6, 29:5,
  43:9, 43:21, 44:4,
  44:11
**crowded** [1] - 15:17
**crowds** [2] - 23:1,
  43:4
**Crystal** [1] - 1:18
**culpability** [1] - 20:24
**culpable** [1] - 41:9
**current** [1] - 41:9
**custody** [3] - 49:3,
  55:17, 57:12
**cut** [1] - 52:22

# D

**D.C** [8] - 1:6, 1:15,
  1:22, 3:4, 14:19,
  42:17, 42:23, 60:14
**daily** [2] - 37:2, 39:19
**damage** [5] - 28:21,
  42:4, 51:8, 53:12,
  53:21
**damaging** [1] - 22:5
**danger** [1] - 16:3
**dangerous** [13] - 4:20,
  4:23, 5:1, 10:19,
  10:21, 12:16, 18:16,
  24:8, 48:7, 50:6,
  52:15, 52:23, 56:15
**dangerous-weapon**
  [1] - 10:19
**date** [1] - 59:15
**Dated** [1] - 60:9
**daughter** [1] - 38:21
**days** [7] - 46:1, 56:6,
  56:11, 56:17, 58:18,
  58:20, 58:21
**de** [1] - 19:22
**de-escalating** [1] -
  19:22
**deadliest** [1] - 51:17
**deadly** [4] - 4:20, 4:23,
  5:1, 51:16
**deal** [1] - 49:23
**death** [1] - 46:1
**decided** [1] - 25:25
**decision** [2] - 3:22,

30:25
**declines** [1] - 56:2
**deem** [1] - 39:11
**defendant** [84] - 4:8,
  5:6, 5:8, 5:11, 5:18,
  6:8, 7:3, 7:8, 7:18,
  7:21, 8:4, 8:11, 8:17,
  8:20, 9:18, 9:25,
  10:3, 10:9, 10:11,
  10:18, 11:3, 11:7,
  11:8, 12:24, 15:6,
  17:7, 18:2, 19:6,
  20:5, 24:25, 30:3,
  31:23, 41:3, 41:5,
  41:8, 41:16, 41:20,
  41:22, 41:24, 42:13,
  42:23, 43:5, 43:15,
  43:17, 43:19, 43:21,
  43:25, 44:14, 44:15,
  44:18, 44:21, 44:24,
  45:3, 45:8, 45:9,
  45:19, 46:7, 46:19,
  46:22, 47:1, 47:3,
  47:5, 47:9, 47:21,
  48:1, 48:14, 48:21,
  49:13, 49:25, 50:6,
  50:11, 50:19, 52:13,
  52:20, 53:9, 53:18,
  53:20, 54:4, 54:15,
  54:23, 55:3, 57:5,
  57:12, 58:2
**DEFENDANT** [6] -
  2:14, 35:8, 35:10,
  58:5, 59:6, 59:17
**Defendant** [6] - 1:7,
  1:16, 7:11, 44:3,
  44:5, 44:8
**defendant's** [18] -
  5:15, 5:20, 7:15, 8:2,
  8:22, 9:20, 9:23,
  10:1, 10:2, 11:17,
  42:18, 44:22, 45:7,
  46:17, 47:17, 48:10,
  49:8, 51:10
**defendants** [17] -
  8:14, 9:15, 12:24,
  14:4, 14:5, 24:17,
  26:24, 29:20, 30:8,
  34:4, 50:8, 50:12,
  51:1, 51:11, 53:2,
  54:14, 54:24
**DEFENDER** [1] - 1:16
**defender** [1] - 41:9
**defending** [2] - 19:18,
  45:18
**defense** [4] - 2:20,
  2:22, 8:11, 28:1
**defenseless** [1] -
  44:10
**definition** [1] - 9:4

**degree** [1] - 46:8
**delayed** [2] - 21:23,
  42:7
**democracy** [2] - 22:5,
  42:12
**demonstrate** [9] -
  21:20, 26:9, 26:16,
  29:19, 29:25, 32:5,
  32:9, 32:24, 34:1
**demonstrated** [5] -
  24:23, 25:10, 29:3,
  29:8
**demonstrates** [2] -
  31:2, 32:2
**demonstration** [1] -
  48:19
**denial** [2] - 5:20, 5:21
**dense** [1] - 43:9
**deny** [1] - 32:15
**departure** [1] - 50:1
**depict** [1] - 11:10
**deployed** [3] - 23:9,
  23:10, 30:16
**deploying** [2] - 22:20,
  23:11
**deputy** [3] - 46:9,
  46:10, 46:11
**DEPUTY** [3] - 2:2,
  40:11, 40:13
**described** [1] - 20:21
**deserve** [1] - 33:16
**deserving** [3] - 29:25,
  30:21, 33:12
**desire** [1] - 26:7
**despite** [1] - 6:14
**destroy** [2] - 28:21,
  53:10
**destroyed** [1] - 41:23
**detail** [1] - 26:8
**detailed** [1] - 3:17
**details** [1] - 27:15
**detained** [2] - 41:5,
  48:1
**deter** [4] - 24:18, 25:9,
  26:20, 48:17
**determination** [1] -
  37:21
**determine** [1] - 4:1
**determining** [3] -
  3:18, 3:24, 13:7
**deterrence** [2] - 47:20,
  48:16
**deterrent** [1] - 32:7
**devoted** [1] - 47:9
**die** [2] - 18:1, 30:16
**died** [1] - 19:16
**different** [7] - 18:25,
  28:13, 38:23, 44:9,
  47:13, 47:14, 59:8
**difficult** [8] - 7:23,

26:11, 27:8, 29:8, 29:15, 30:25, 39:3, 59:3
**difficulty** [2] - 7:25, 45:2
**diffuse** [2] - 53:15, 53:19
**digress** [1] - 24:21
**Diplomate** [3] - 1:21, 60:3, 60:12
**direct** [4] - 17:20, 42:11, 54:7, 54:17
**directed** [1] - 21:11
**directions** [1] - 44:9
**directly** [4] - 6:20, 21:3, 43:10, 48:5
**disagreed** [1] - 49:17
**disagrees** [2] - 11:20, 20:1
**disasters** [1] - 36:17
**disclosure** [2] - 49:1, 56:24
**discourse** [1] - 21:16
**discuss** [3] - 34:10, 34:12, 57:24
**discussed** [1] - 42:20
**dismissed** [1] - 57:6
**dismisses** [1] - 57:9
**disorder** [3] - 4:17, 13:16, 31:16
**disorderly** [1] - 4:22
**disparities** [2] - 50:8, 51:13
**displayed** [1] - 14:16
**dispute** [2] - 3:14, 5:6
**disputes** [2] - 5:4, 48:18
**disrupt** [2] - 21:8, 21:18
**disruptive** [1] - 4:22
**dissipated** [1] - 25:6
**dissonance** [1] - 59:2
**distinct** [1] - 23:5
**DISTRICT** [3] - 1:1, 1:1, 1:14
**District** [6] - 1:10, 56:9; 57:16, 58:2, 58:3
**divorce** [2] - 46:25, 47:1
**divorced** [1] - 46:19
**DNA** [1] - 56:15
**docket** [1] - 58:20
**dockets** [1] - 50:13
**documentary** [1] - 6:21
**domestic** [1] - 39:16
**done** [3] - 14:5, 19:21, 38:23
**donned** [1] - 14:16

**donning** [1] - 10:5
**double** [3] - 8:7, 33:4, 51:22
**double-counting** [2] - 8:7, 51:22
**doubt** [1] - 10:24
**down** [12] - 7:19, 8:1, 8:23, 8:24, 9:17, 17:6, 17:8, 17:14, 35:19, 43:20, 44:20, 44:22
**downward** [1] - 50:1
**drag** [1] - 17:4
**dragged** [1] - 43:20
**dragging** [1] - 9:24
**drags** [1] - 15:14
**dreaded** [1] - 36:8
**dress** [1] - 8:19
**dropped** [2] - 28:12, 39:15
**drug** [3] - 34:17, 56:17, 56:18
**due** [7] - 11:1, 39:21, 48:10, 51:3, 51:11, 54:2, 59:13
**duly** [1] - 3:7
**Dunnigan** [1] - 6:1
**during** [5] - 10:9, 35:24, 47:2, 47:14, 51:8
**duty** [4] - 14:22, 37:5, 45:5

## E

**E-n** [1] - 40:14
**eager** [1] - 14:19
**ear** [1] - 39:9
**earned** [1] - 7:11
**easy** [2] - 22:24, 37:22
**education** [1] - 26:13
**educational** [1] - 48:21
**effect** [2] - 32:7, 34:2
**effective** [2] - 24:23, 48:23
**efficient** [1] - 32:1
**effort** [1] - 45:14
**efforts** [3] - 11:15, 19:14, 29:24
**eighth** [1] - 11:7
**either** [3] - 7:14, 27:22, 40:6
**election** [4] - 21:17, 21:24, 22:1, 22:8
**elevated** [1] - 33:10
**eliminates** [1] - 50:18
**Ellipse** [1] - 43:1
**eloquently** [1] - 41:20
**emboldened** [1] -

10:16
**embraced** [1] - 47:7
**emotional** [1] - 55:2
**emotionally** [2] - 35:24, 48:12
**emotions** [1] - 37:13
**employed** [1] - 46:13
**employment** [1] - 10:7
**EN** [1] - 40:13
**encounter** [2] - 7:13, 45:7
**encountered** [1] - 23:20
**end** [12] - 11:22, 50:21, 50:22, 51:2, 51:5, 51:10, 52:2, 52:9, 52:10, 52:18, 52:19, 52:24
**ended** [1] - 43:6
**enduring** [2] - 28:25
**enforcement** [28] - 8:18, 10:11, 14:15, 19:4, 20:6, 22:19, 25:13, 25:15, 25:20, 25:21, 25:24, 25:25, 26:14, 33:15, 33:21, 39:8, 42:2, 42:14, 45:15, 45:16, 46:9, 47:11, 48:6, 48:8, 48:10, 49:9, 59:3, 59:14
**engage** [4] - 22:7, 25:20, 28:7, 29:23
**engaged** [10] - 23:20, 24:7, 25:17, 26:21, 28:18, 30:9, 30:18, 32:16, 41:23, 41:24
**engaging** [2] - 4:25, 24:12
**Englewood** [3] - 40:5, 40:11, 40:12
**enhance** [1] - 6:25
**Enhancement** [1] - 49:6
**enhancement** [24] - 7:6, 7:9, 7:11, 7:15, 8:3, 8:5, 8:12, 8:15, 8:25, 9:3, 9:8, 9:11, 9:14, 9:16, 9:19, 9:23, 10:4, 10:17, 10:19, 18:18, 33:18, 51:14, 51:20
**enhancements** [4] - 15:1, 49:18, 49:22, 52:22
**enjoys** [1] - 26:4
**enraged** [1] - 11:10
**enraptured** [1] - 24:7
**enter** [2] - 14:25, 28:20

**entering** [1] - 4:19
**entire** [1] - 46:13
**entirely** [4] - 23:5, 23:16, 27:25, 32:17
**entry** [1] - 58:18
**environment** [1] - 47:7
**envisioned** [1] - 42:18
**envy** [1] - 39:3
**equally** [1] - 55:2
**equating** [1] - 23:4
**equipment** [2] - 8:19, 54:1
**escalating** [1] - 19:22
**especially** [4] - 9:23, 19:19, 33:22, 33:23
**essence** [1] - 17:23
**established** [1] - 49:12
**evacuated** [1] - 42:9
**event** [3] - 21:1, 42:1, 45:20
**events** [5] - 29:7, 38:13, 43:24, 47:22, 47:23
**evidence** [13] - 6:14, 6:17, 6:21, 7:17, 10:25, 15:2, 19:22, 21:8, 34:19, 34:20, 34:21, 43:23, 54:7
**exact** [1] - 9:9
**exactly** [3] - 23:15, 23:23, 43:24
**example** [3] - 16:12, 16:25, 24:21
**excelled** [1] - 36:10
**except** [1] - 39:14
**exceptions** [1] - 58:17
**excessive** [1] - 22:25
**exclaiming** [1] - 46:1
**excuse** [1] - 35:22
**excused** [1] - 59:18
**excusing** [1] - 27:25
**exercise** [2] - 5:19, 24:10
**exercised** [1] - 31:24
**expect** [2] - 59:10, 59:15
**expecting** [1] - 14:19
**expel** [1] - 43:12
**expended** [2] - 54:2, 54:6
**expenditure** [1] - 54:17
**expenditures** [1] - 53:22
**experience** [1] - 59:5
**experienced** [3] - 8:1, 17:19, 59:13
**explain** [1] - 40:22

**explanations** [2] - 16:12, 17:1
**expletives** [1] - 11:11
**exploits** [1] - 45:20
**Explorers** [1] - 36:19
**expound** [1] - 26:16
**expounding** [1] - 26:22
**extreme** [2] - 12:5, 45:2
**extremely** [2] - 41:19, 59:2
**extremist** [1] - 39:16
**eyes** [1] - 37:4

## F

**face** [3] - 16:15, 16:17, 43:16
**facilitate** [1] - 49:1
**facility** [1] - 40:6
**fact** [33] - 3:14, 7:2, 8:19, 11:4, 15:3, 20:5, 21:9, 21:11, 22:6, 22:19, 23:11, 23:14, 23:21, 23:23, 24:1, 25:23, 26:22, 27:1, 28:11, 29:22, 30:22, 31:1, 32:22, 33:14, 33:15, 34:1, 43:4, 48:13, 50:4, 51:11, 53:11, 54:4
**factors** [6] - 4:6, 13:8, 13:11, 39:22, 52:23, 55:9
**facts** [4] - 6:20, 9:11, 9:12, 9:21
**failed** [5] - 36:13, 37:9, 38:22, 42:7, 57:11
**fair** [1] - 35:11
**fall** [2] - 9:22, 39:14
**fallen** [1] - 45:8
**falls** [1] - 3:15
**false** [4] - 5:9, 6:3, 6:4, 7:3
**faltered** [1] - 37:19
**families** [2] - 38:19, 38:25
**family** [8] - 35:21, 37:7, 37:12, 39:18, 40:1, 41:6, 41:7, 47:6
**far** [1] - 40:9
**father** [9] - 26:12, 35:24, 36:3, 37:6, 37:9, 39:15, 46:14, 46:20, 46:24
**father-in-law** [2] - 37:6, 39:15
**father-in-law's** [1] -

46:14
**faulty** [1] - 6:5
**FCI** [1] - 40:5
**fear** [3] - 17:18, 17:24, 35:18
**February** [1] - 1:6
**federal** [2] - 5:25, 56:19
**FEDERAL** [1] - 1:16
**Federal** [2] - 3:12, 49:5
**feelings** [1] - 35:12
**felon** [1] - 39:11
**felt** [1] - 18:5
**Ferguson** [1] - 23:11
**few** [3] - 51:5, 58:17, 58:19
**fifth** [1] - 9:2
**fight** [2] - 42:19, 42:20
**fighting** [2] - 17:8, 46:22
**figure** [1] - 37:13
**file** [1] - 58:13
**filed** [3] - 3:2, 27:18, 58:17
**filled** [2] - 37:9, 37:11
**finally** [5] - 11:20, 37:25, 45:2, 52:22, 54:1
**financial** [6] - 40:17, 49:1, 54:8, 56:5, 56:13, 56:24
**Finch** [1] - 24:25
**findings** [3] - 3:14, 10:23, 27:16
**fine** [6] - 40:25, 41:3, 41:4, 41:10, 41:11, 56:2
**fines** [1] - 40:25
**firearm** [1] - 56:15
**firearms** [1] - 30:16
**firm** [1] - 37:4
**first** [8] - 4:2, 5:6, 15:6, 17:21, 21:13, 24:20, 27:24, 28:3
**First** [2] - 1:17, 21:1
**fist** [3] - 11:6, 28:5, 44:17
**fits** [1] - 42:13
**Fitzsimons** [1] - 52:13
**focus** [3] - 10:2, 15:13, 16:9
**focuses** [1] - 53:20
**follow** [2] - 20:1, 26:2
**followed** [3] - 13:13, 21:12, 22:6
**following** [7] - 2:22, 7:7, 21:22, 24:6, 45:20, 49:4, 56:23
**football** [2] - 36:9,

37:3
**FOR** [2] - 1:1, 1:14
**force** [1] - 30:24
**forced** [1] - 42:8
**forcible** [1] - 9:5
**foregoing** [1] - 60:5
**forget** [1] - 38:13
**forgive** [1] - 38:24
**forgotten** [1] - 38:19
**form** [1] - 37:24
**forma** [1] - 58:11
**formative** [1] - 47:2
**former** [1] - 39:21
**forming** [1] - 43:12
**forth** [3] - 34:14, 41:13, 49:14
**fortunately** [1] - 47:5
**forwarded** [2] - 40:19, 56:10
**Foster** [2] - 1:13, 2:7
**FOSTER** [1] - 2:9
**fought** [1] - 52:13
**fourteen** [1] - 58:21
**fourth** [1] - 8:11
**Foy** [1] - 30:4
**frame** [1] - 35:16
**Franklin** [1] - 46:9
**frankly** [1] - 32:16
**fray** [1] - 14:25
**free** [1] - 17:11
**Friedman's** [1] - 7:7
**friends** [1] - 39:8
**front** [3] - 28:18, 29:13, 43:14
**fueled** [1] - 26:2
**full** [4] - 18:15, 55:5, 56:13, 60:6
**fully** [2] - 13:6, 47:7
**funneled** [1] - 53:11
**future** [2] - 25:9, 42:20

## G

**gainfully** [1] - 46:12
**gallery** [1] - 42:9
**game** [1] - 44:9
**gas** [7] - 7:20, 12:5, 22:20, 23:9, 23:10, 23:12, 45:1
**gather** [2] - 20:13, 57:6
**gathering** [1] - 21:5
**gear** [1] - 43:3
**general** [2] - 48:16, 56:20
**generally** [1] - 32:6
**generations** [1] - 42:20
**gentleman** [1] - 37:14
**gentlemen** [1] - 30:11

**Georgia** [1] - 46:10
**gestured** [1] - 29:4
**girls** [1] - 36:12
**given** [7] - 5:10, 9:17, 27:6, 31:7, 49:8, 57:5, 59:3
**glad** [3] - 2:19, 36:6, 37:25
**gloves** [8] - 10:20, 11:1, 11:11, 33:9, 42:24, 44:16, 51:17
**goal** [2] - 25:16, 36:11
**government** [28] - 3:9, 5:7, 6:7, 6:19, 8:12, 8:13, 9:2, 9:15, 11:20, 12:7, 12:17, 13:9, 20:4, 20:10, 20:21, 20:25, 27:18, 29:2, 31:3, 49:16, 50:10, 50:22, 54:8, 54:19, 55:12, 57:9, 57:19
**Government** [1] - 1:12
**government's** [6] - 2:22, 18:13, 24:14, 25:12, 30:12, 31:5
**GPS** [1] - 51:7
**grabbed** [5] - 43:16, 43:17, 43:19, 44:3, 44:6
**grabbing** [1] - 44:19
**grabs** [1] - 15:13
**granted** [1] - 50:1
**gravity** [1] - 51:21
**great** [1] - 37:1
**greater** [3] - 32:3, 34:5, 41:13
**Greeson** [1] - 38:15
**ground** [4] - 28:11, 43:16, 43:17, 44:1
**grounded** [1] - 37:19
**Grounds** [3] - 4:13, 6:12, 43:2
**grounds** [4] - 4:20, 4:23, 5:1, 18:13
**Group** [2] - 12:14, 12:21
**group** [2] - 13:12, 42:13
**grouped** [2] - 18:15, 50:5
**grouping** [3] - 11:21, 13:11, 31:7
**groups** [2] - 13:15, 13:17
**growing** [1] - 43:4
**guarding** [1] - 10:12
**guideline** [10] - 4:4, 8:10, 9:4, 31:7, 31:9, 31:10, 33:5, 33:10,

50:22, 53:3
**guidelines** [38] - 2:17, 3:17, 3:23, 4:2, 4:3, 4:5, 5:4, 11:24, 13:2, 13:5, 18:11, 18:14, 24:15, 24:17, 30:4, 31:3, 31:10, 31:14, 31:21, 33:1, 33:7, 41:2, 49:14, 49:15, 49:17, 49:18, 49:19, 50:14, 50:19, 50:21, 51:3, 51:5, 51:10, 51:24, 52:7, 52:15, 52:20, 52:25
**Guidelines** [3] - 3:21, 5:17, 12:2
**guideposts** [1] - 9:10
**guilt** [2] - 5:21
**guilty** [8] - 4:8, 4:14, 27:2, 31:19, 31:20, 50:9, 58:8
**gunfire** [2] - 10:8, 10:13
**guns** [1] - 10:12

## H

**hair** [1] - 36:4
**half** [6] - 12:22, 15:16, 28:17, 43:8, 52:22
**hand** [4] - 17:4, 17:8, 41:25
**hand-fighting** [1] - 17:8
**hand-to-hand** [1] - 41:25
**handshake** [1] - 37:4
**happiness** [1] - 26:14
**harassed** [1] - 39:19
**harbor** [1] - 33:24
**hard** [5] - 35:2, 36:12, 39:5, 42:25, 53:15
**hard-plastic-raised** [1] - 42:25
**harm** [8] - 51:15, 53:15, 53:16, 53:19, 54:8, 54:10, 55:1, 55:2
**Harper** [1] - 24:22
**harsh** [2] - 24:17, 24:18
**haunts** [1] - 38:20
**head** [3] - 7:12, 8:22, 13:14
**headfirst** [1] - 15:9
**headline** [1] - 45:21
**Health** [1] - 36:15
**hear** [2] - 16:20, 20:14
**heard** [2] - 17:15, 17:18

**hearing** [1] - 19:16
**hears** [1] - 32:24
**heart** [1] - 36:18
**heartland** [1] - 9:22
**Held** [1] - 1:9
**held** [1] - 39:4
**helmet** [1] - 43:19
**help** [17] - 2:19, 14:25, 15:10, 17:2, 17:3, 17:11, 17:12, 19:9, 19:10, 20:8, 25:22, 36:16, 37:24, 38:3, 38:21, 44:13, 46:3
**helped** [3] - 32:7, 37:24, 45:9
**helping** [1] - 16:1
**helpless** [1] - 15:8
**helps** [1] - 29:24
**hereby** [2] - 55:17, 60:4
**heroes** [1] - 36:19
**hesitate** [3] - 19:1, 48:7, 48:8
**hide** [1] - 42:8
**high** [4] - 11:24, 36:14, 47:5, 50:18
**higher** [4] - 31:11, 31:23, 33:2, 51:11
**highest** [1] - 12:23
**himself** [9] - 6:8, 16:15, 17:11, 19:11, 19:20, 20:5, 21:4, 43:10, 47:8
**hindered** [1] - 45:16
**history** [12] - 12:25, 13:1, 13:3, 22:25, 23:17, 41:15, 46:8, 46:16, 49:9, 52:3, 52:7, 53:4
**History** [2] - 51:25, 52:16
**hit** [7] - 16:17, 22:21, 36:6, 43:5, 44:16, 45:1, 54:4
**hockey** [1] - 30:6
**hold** [1] - 15:13
**holding** [2] - 45:17, 45:21
**holds** [1] - 23:2
**holster** [1] - 46:14
**home** [3] - 35:22, 36:8
**Honor** [22] - 2:6, 2:10, 2:19, 2:23, 3:10, 13:11, 14:1, 14:2, 14:3, 14:13, 19:4, 19:19, 20:10, 34:16, 35:6, 39:2, 40:5, 55:11, 57:2, 57:21, 58:24, 58:25
**honor** [1] - 37:5

Honorable [1] - 1:9
hope [1] - 59:11
HOSA [2] - 36:15
hour [2] - 15:16, 43:8
hours [4] - 21:24,
  21:25, 42:8, 53:22
House [1] - 42:9
household [1] - 46:23
houses [1] - 40:6
humanity [5] - 25:4,
  25:5, 25:7, 25:8,
  25:10
hundred [1] - 42:1

**I**

idea [1] - 6:12
ideal [1] - 46:17
ignore [1] - 24:18
ill [1] - 33:24
illegal [1] - 56:16
imagine [2] - 18:4
immediately [2] -
  46:4, 48:13
impact [1] - 51:15
impede [1] - 5:12
impeded [1] - 5:12
impeding [2] - 4:10,
  5:10
importance [1] - 37:4
impose [13] - 31:23,
  34:23, 35:3, 41:10,
  41:11, 41:12, 41:16,
  47:19, 48:25, 50:7,
  53:8, 56:2, 57:3
imposed [2] - 55:7,
  57:1
imposes [1] - 34:22
impossible [1] - 25:18
imprisonment [2] -
  13:2, 32:25
in-laws [1] - 39:14
inaccurate [1] - 5:23
incarcerated [1] -
  19:25
incarceration [6] -
  26:18, 26:19, 27:5,
  48:17, 49:10, 56:7
incident [2] - 3:6, 48:4
includes [1] - 53:24
including [5] - 5:19,
  30:14, 41:22, 50:14,
  53:22
incorrectly [1] - 53:20
increase [2] - 12:6,
  12:8, 12:16
incredibly [1] - 23:20
indicate [1] - 55:7
indicated [5] - 5:3,
  12:9, 33:1, 53:7,

56:23
indicates [2] - 41:2,
  54:4
indictment [2] - 4:9,
  57:10
individual [1] - 48:5
individuals [2] -
  47:14, 47:17
Industries [1] - 49:5
infer [1] - 10:14
inflicting [1] - 4:14
information [3] - 3:3,
  53:2, 56:24
inherent [1] - 23:7
inherently [1] - 48:6
inhibits [1] - 24:9
initial [1] - 20:11
injured [3] - 19:11,
  42:2, 47:13
injuries [2] - 45:4,
  45:23
injury [12] - 4:15, 7:9,
  7:10, 7:12, 8:1, 8:3,
  8:25, 10:22, 11:5,
  12:4, 18:17, 52:14
inside [2] - 14:22, 42:8
insight [1] - 32:5
instance [2] - 4:2,
  28:10
instant [2] - 5:14,
  47:16
instead [2] - 20:9,
  22:16
insurance [1] - 54:21
INSURRECTION [1] -
  45:22
insurrection [1] - 25:9
intend [3] - 14:7,
  21:14, 41:11
intended [4] - 5:18,
  6:11, 11:3, 42:5
intends [1] - 48:25
intense [2] - 7:22,
  7:25
intent [5] - 6:4, 6:22,
  6:24, 10:1, 21:8
intention [1] - 35:18
interesting [1] - 33:3
interfered [1] - 16:2
interference [1] -
  18:20
investigation [1] -
  5:13
involve [2] - 28:10,
  50:17
involved [2] - 47:22,
  50:3
involvement [1] - 9:24
involving [1] - 53:14
irrational [1] - 48:12

irregularities [1] -
  21:17
issue [4] - 2:17, 8:8,
  34:18, 53:9
issued [2] - 3:17,
  49:24
issues [3] - 3:14, 40:7,
  40:17
it'll [1] - 34:25
itself [3] - 21:23,
  31:17, 33:6

**J**

jail [3] - 25:1, 39:18,
  48:5
Jail [1] - 3:4
jails [1] - 26:4
Jan6 [1] - 39:12
January [42] - 8:14,
  12:24, 14:14, 18:17,
  19:24, 20:23, 21:1,
  21:5, 21:6, 21:9,
  21:22, 21:23, 22:12,
  23:4, 23:6, 23:18,
  23:25, 24:16, 25:8,
  25:16, 26:22, 26:24,
  26:25, 27:21, 29:7,
  30:14, 31:20, 35:13,
  35:14, 38:11, 38:16,
  38:17, 41:22, 42:17,
  45:19, 46:4, 47:22,
  48:14, 50:11, 50:12,
  51:18
jersey [1] - 51:2
Jersey [4] - 40:23,
  51:2, 52:6, 54:14
Jersey's [1] - 17:21
Jesus [1] - 36:21
job [4] - 19:22, 26:2,
  35:16, 39:3
Joe [1] - 42:6
John [2] - 36:20,
  37:15
join [1] - 18:9
joint [5] - 40:23,
  54:13, 54:14, 54:25,
  55:6
Judge [4] - 1:10, 7:7,
  10:6, 30:3
judge [2] - 35:2, 39:5
judges [1] - 3:17
judgment [4] - 24:10,
  55:16, 58:18, 58:19
July [1] - 45:6
jumped [3] - 35:19,
  36:4, 38:6
jurisdiction [2] -
  57:16, 57:24, 58:1
jury [6] - 4:14, 6:23,

11:9, 32:21, 58:8,
  59:7
jury's [1] - 10:23,
  27:19, 32:17
justice [5] - 5:8, 5:10,
  5:13, 5:24, 59:11
justified [1] - 30:23

**K**

KEARNEY [14] - 2:6,
  3:10, 13:10, 13:15,
  13:22, 14:1, 14:10,
  14:13, 20:15, 20:19,
  55:13, 57:8, 57:21,
  58:25
Kearney [2] - 1:12, 2:7
keep [1] - 43:4
keeps [1] - 37:19
Kevin [1] - 38:15
kicked [1] - 38:5
kicks [1] - 34:25
Kill [1] - 24:23
kill [1] - 24:24
Kim [1] - 37:11
kind [1] - 23:17
kindness [1] - 35:13
kinds [2] - 49:7, 49:11
knocked [1] - 43:16
known [1] - 10:11
knows [3] - 15:16,
  22:22, 27:7
Knoxville [1] - 46:11
knuckles [2] - 11:1,
  42:24
Kyle [1] - 52:13

**L**

laceration [1] - 7:13
lack [4] - 6:15, 16:21,
  19:23, 53:4
laid [1] - 3:11
language [1] - 3:6
large [1] - 54:8
largely [6] - 21:2,
  21:12, 24:14, 26:3,
  26:7, 30:13
lash [1] - 18:9
lashed [1] - 16:11
lashes [1] - 19:13
last [1] - 21:13
late [2] - 22:15, 39:8
late-night [1] - 39:8
law [35] - 8:18, 10:10,
  14:14, 14:17, 14:21,
  19:4, 20:5, 22:19,
  25:12, 25:15, 25:20,
  25:21, 25:23, 25:25,
  26:13, 31:22, 33:15,

33:20, 37:6, 37:10,
  39:8, 39:15, 41:17,
  42:1, 42:14, 45:14,
  45:16, 46:8, 47:11,
  48:6, 48:8, 48:10,
  49:9, 59:3, 59:14
law's [1] - 46:14
lawmakers [1] - 42:8
laws [2] - 20:7, 39:14
lawyer [1] - 37:25
lay [1] - 43:17
leaders [1] - 21:2
leaned [1] - 44:3
learn [2] - 36:25, 37:1
learned [2] - 36:16,
  36:19
learning [1] - 38:13
least [6] - 7:20, 8:6,
  11:6, 44:16, 46:17,
  56:18
leather [1] - 46:14
leave [10] - 15:24,
  22:12, 22:19, 22:22,
  24:3, 29:8, 29:10,
  29:14, 29:15, 58:11
Lee [1] - 44:22
left [10] - 22:11, 22:14,
  22:15, 23:22, 25:19,
  28:23, 35:25, 36:1
leg [2] - 44:4, 51:9
legal [1] - 55:8
legs [1] - 44:6
lengthier [2] - 27:13,
  33:16
lengthy [7] - 24:10,
  26:17, 26:19, 27:5,
  31:2, 32:24, 58:18
lenity [1] - 9:21
less [7] - 22:21, 23:2,
  24:10, 25:14, 27:9,
  32:6, 56:6
lesson [1] - 38:13
lethal [1] - 22:21
letters [4] - 26:9,
  26:16, 45:22, 47:17
Level [1] - 51:24
level [12] - 7:1, 12:2,
  12:3, 12:9, 12:11,
  12:15, 12:19, 12:22,
  12:23, 13:3, 31:18,
  53:4
levels [5] - 5:7, 12:3,
  12:15, 52:3, 52:10
Lewis [1] - 54:22
liberties [1] - 51:6
liberty [3] - 9:20, 46:1,
  51:4
life [13] - 17:17, 25:23,
  26:6, 26:10, 29:23,
  36:21, 36:24, 39:5,

39:7, 39:12, 46:13, 47:14, 59:3
**lifeless** [1] - 45:10
**lifelong** [1] - 25:10
**lifesaving** [1] - 29:24
**lifting** [1] - 44:19
**light** [1] - 3:22
**likely** [2] - 10:22, 11:4
**limited** [1] - 45:5
**limits** [1] - 6:13
**line** [12] - 11:23, 15:14, 17:1, 28:23, 43:12, 43:14, 44:2, 44:11, 44:13, 45:4, 45:16, 45:17
**listened** [1] - 37:25
**listening** [1] - 39:9
**lists** [1] - 50:10
**lived** [1] - 28:20
**lives** [3] - 36:22, 38:16, 47:15
**living** [1] - 27:8
**local** [1] - 56:19
**locations** [1] - 42:10
**locked** [2] - 9:6, 9:7
**long-term** [1] - 51:8
**look** [4] - 15:25, 30:8, 34:14, 37:3
**looking** [4] - 29:2, 31:14, 33:6, 33:20
**losses** [1] - 53:20
**lost** [6] - 38:16, 38:19, 39:13, 39:14, 40:21, 59:12
**love** [1] - 36:20
**low** [11] - 50:18, 50:20, 50:22, 51:2, 51:5, 51:10, 52:1, 52:9, 52:10, 52:17, 52:19
**low-end** [1] - 50:22
**lower** [10] - 18:12, 29:13, 30:11, 31:9, 31:18, 32:2, 42:16, 43:6, 49:18, 50:23
**loyalty** [2] - 37:6, 37:21
**LRAD** [1] - 22:20
**luck** [1] - 59:16
**Lustig** [1] - 1:18
**lying** [1] - 15:7
**lynch** [1] - 24:24

**M**

**M-o-n-z-e-l** [1] - 53:17
**maintained** [1] - 47:3
**maintains** [1] - 16:9
**man** [6] - 11:10, 37:1, 37:14, 37:24, 39:6,

46:7
**mandatory** [2] - 3:23, 4:3
**manner** [3] - 10:8, 11:4, 48:23
**Manual** [2] - 3:21, 12:2
**marchers** [1] - 23:19
**married** [3] - 37:11, 46:18, 47:6
**marshals** [1] - 35:13
**mask** [3] - 7:20, 12:5, 45:1
**matching** [1] - 16:12
**material** [1] - 6:3
**materials** [1] - 27:9
**maternal** [1] - 37:13
**matter** [2] - 6:4, 50:16
**maximum** [1] - 40:25
**Mayberry** [1] - 37:16
**McAbee** [49] - 1:6, 2:3, 2:11, 2:13, 2:20, 6:24, 7:14, 10:16, 14:14, 14:25, 15:15, 15:23, 16:6, 17:11, 17:13, 17:16, 19:15, 19:19, 21:7, 22:10, 25:7, 25:14, 25:25, 26:10, 26:16, 26:20, 27:1, 27:2, 27:6, 27:11, 27:17, 27:22, 28:3, 28:6, 28:11, 29:10, 29:22, 30:14, 31:19, 35:2, 35:4, 44:6, 44:8, 44:11, 48:11, 55:14, 55:17, 58:7, 59:1
**McAbee's** [22] - 6:9, 6:15, 6:18, 6:25, 16:12, 16:25, 19:4, 20:24, 21:13, 24:4, 25:10, 27:21, 29:7, 29:19, 30:8, 31:1, 32:9, 32:16, 32:22, 33:4, 33:22, 57:23
**mean** [4] - 10:8, 23:13, 23:22, 24:2
**meaning** [1] - 36:20
**meaningful** [1] - 9:10
**means** [12] - 9:4, 10:7, 15:22, 23:3, 23:7, 23:15, 23:23, 24:10, 26:17, 27:18, 37:6, 58:12
**meant** [2] - 23:23, 38:25
**mechanical** [1] - 1:24
**media** [1] - 41:7
**medical** [5] - 45:9, 45:12, 48:22, 54:12, 54:17

**Mehta** [1] - 10:6
**melee** [1] - 19:1
**member** [2] - 24:19, 48:9
**members** [3] - 15:17, 21:4, 22:7
**memo** [2] - 19:6, 26:8
**memory** [1] - 6:6
**men** [1] - 36:25
**mental** [1] - 46:24
**mentality** [2] - 24:7, 24:8
**mention** [1] - 46:2
**mere** [1] - 10:9
**merit** [1] - 8:12
**merited** [1] - 8:16
**met** [1] - 47:5
**metal** [3] - 28:14, 30:5, 43:2
**methods** [1] - 43:3
**Meyer** [4] - 1:20, 60:3, 60:11, 60:11
**Michael** [1] - 30:4
**Middle** [3] - 57:16, 58:2, 58:3
**might** [2] - 27:4, 30:19
**million** [1] - 42:3
**millions** [1] - 53:19
**mind** [5] - 6:22, 32:14, 35:16, 51:23, 55:4
**minimal** [2] - 11:18, 46:20
**minor** [2] - 27:22, 28:9
**minus** [1] - 51:3
**minute** [1] - 15:5
**minutes** [6] - 19:10, 22:15, 28:17, 28:24, 29:16, 39:5
**miracle** [1] - 30:15
**misguided** [1] - 48:15
**misses** [1] - 53:10
**mission** [1] - 36:2
**mistake** [1] - 6:5
**mistakes** [1] - 39:24
**mitigate** [2] - 27:13, 29:18
**mitigating** [5] - 20:24, 24:4, 25:24, 31:2, 32:10
**moan** [1] - 16:21
**mob** [23] - 15:15, 15:16, 16:7, 22:3, 22:9, 24:5, 24:7, 24:8, 24:14, 24:19, 24:22, 24:24, 25:3, 25:4, 25:6, 25:18, 30:17, 41:21, 53:18, 53:21, 53:23
**mobs** [1] - 24:18
**Mockingbird** [1] -

24:24
**modest** [1] - 41:7
**moment** [2] - 15:23, 24:21
**money** [2] - 53:11, 53:12
**monitoring** [1] - 49:1
**month** [1] - 56:6
**months** [25] - 13:4, 27:6, 29:11, 30:4, 30:7, 33:7, 38:18, 39:20, 51:3, 51:5, 51:25, 52:1, 52:4, 52:5, 52:8, 52:9, 52:11, 52:16, 52:17, 52:21, 52:25, 55:18, 55:19, 57:13
**Monzel** [1] - 53:17
**Moore** [24] - 8:18, 10:10, 10:20, 10:22, 11:5, 11:12, 13:16, 15:10, 16:10, 16:15, 19:10, 19:14, 20:14, 28:2, 28:3, 28:7, 32:13, 32:18, 34:3, 38:2, 44:13, 44:15, 44:17, 44:18
**Moore's** [3] - 8:22, 18:19, 19:14
**moreover** [4] - 42:2, 48:5, 49:3, 53:20
**Morgan** [1] - 46:12
**morning** [9] - 2:6, 2:8, 2:9, 2:10, 2:12, 2:13, 2:14, 35:8, 35:9
**most** [11] - 2:16, 9:16, 11:18, 26:6, 29:21, 30:13, 33:19, 33:20, 38:20, 42:15, 48:22
**mother** [5] - 35:25, 37:10, 37:11, 46:21, 46:25
**mother-in-law** [1] - 37:10
**motivated** [2] - 12:7, 12:18
**motivations** [1] - 24:19
**motives** [2] - 6:10, 7:1
**motorcycle** [1] - 33:9
**mouth** [2] - 43:15, 54:5
**moved** [4] - 16:2, 43:25, 46:25, 58:3
**MPD** [7] - 18:9, 40:20, 40:23, 53:24, 54:11, 54:15, 56:4
**Mullins** [9] - 7:11, 7:14, 40:24, 44:3, 44:8, 44:10, 51:2,

51:3, 54:15
**must** [8] - 3:24, 18:4, 36:21, 39:4, 39:25, 58:17, 59:2, 59:4
**myriad** [1] - 23:5

**N**

**Nancy** [4] - 1:20, 60:3, 60:11, 60:11
**nation's** [1] - 42:11
**national** [2] - 21:2, 21:15
**natural** [1] - 36:10
**nature** [3] - 27:18, 41:14, 49:8
**necessarily** [5] - 5:23, 23:13, 24:2, 27:17, 30:21
**necessary** [12] - 10:23, 24:11, 26:18, 26:20, 27:6, 30:2, 31:4, 32:3, 32:25, 34:5, 41:13, 48:17
**neck** [1] - 43:19
**need** [2] - 32:6, 58:23
**needed** [9] - 24:11, 34:19, 34:21, 34:22, 37:12, 39:9, 45:9, 45:14, 48:21
**negative** [1] - 35:12
**negotiations** [1] - 27:4
**never** [8] - 21:14, 35:18, 37:12, 37:19, 37:21, 38:13, 38:18
**newspaper** [1] - 45:21
**next** [3] - 17:25, 43:8, 58:21
**night** [1] - 39:8
**nightmares** [1] - 38:22
**none** [1] - 45:13
**normal** [1] - 19:1
**normally** [1] - 24:9
**Northwest** [3] - 1:14, 1:22, 60:13
**notable** [1] - 52:6
**notably** [2] - 45:13, 46:2
**note** [5] - 3:7, 19:24, 54:16, 57:11, 58:14
**noted** [2] - 17:6, 34:17
**notes** [3] - 8:14, 54:19, 60:6
**nothing** [5] - 14:23, 15:9, 18:8, 23:18, 55:11, 55:13, 57:6
**notice** [2] - 58:14, 58:17
**notify** [1] - 56:12
**number** [6] - 41:19,

47:12, 47:13, 47:24, 49:17, 50:10
**numerous** [6] - 8:14, 21:4, 22:21, 26:15, 41:24, 47:17

**O**

**o'clock** [2] - 21:24, 21:25
**oath** [2] - 5:21, 6:2
**object** [2] - 3:6, 22:8
**objected** [2] - 21:22, 56:22
**objection** [4] - 3:1, 3:8, 34:17, 57:20
**objections** [3] - 2:24, 22:1, 55:9
**objective** [2] - 6:20, 7:2
**objects** [2] - 8:6, 28:16
**obligation** [1] - 56:13
**obligations** [1] - 56:5
**obscenities** [1] - 44:15
**observation** [2] - 50:15, 50:16
**obstacle** [1] - 15:21
**obstruct** [2] - 5:12, 5:24
**obstructed** [1] - 5:11
**obstructing** [1] - 5:10
**obstruction** [4] - 5:8, 6:17, 12:10, 15:1
**obstructive** [2] - 5:15, 32:20
**obvious** [3] - 8:19, 22:19, 23:16
**obviously** [7] - 6:23, 9:7, 21:1, 29:9, 31:19, 50:25, 59:7
**occasions** [1] - 20:3
**Occupation** [1] - 36:15
**occupation** [1] - 39:22
**occur** [1] - 21:9
**occurred** [8] - 7:13, 20:23, 24:5, 25:6, 28:5, 31:1, 38:14, 47:25
**occurs** [1] - 6:2
**OF** [3] - 1:1, 1:14, 60:1
**Offense** [1] - 51:24
**offense** [26] - 5:14, 5:15, 6:25, 10:5, 10:15, 12:2, 12:3, 12:7, 12:9, 12:11, 12:18, 12:19, 12:23, 13:3, 41:15, 41:17,

41:18, 41:19, 47:16, 49:13, 49:22, 51:19, 51:21, 52:24, 53:4, 53:7
**offenses** [4] - 3:20, 12:14, 27:2, 50:3
**offer** [1] - 57:21
**OFFICE** [1] - 1:13
**office** [1] - 56:3
**Office** [1] - 56:21
**officer** [26] - 8:13, 10:11, 12:7, 12:17, 12:18, 14:15, 15:7, 15:10, 16:24, 17:10, 19:5, 20:6, 25:13, 25:21, 26:1, 28:15, 33:16, 35:19, 39:18, 44:1, 44:5, 44:8, 46:12, 48:8, 51:12, 52:14
**Officer** [70] - 1:18, 6:11, 7:10, 8:22, 8:23, 10:20, 11:5, 11:12, 15:7, 15:8, 15:10, 15:11, 15:21, 15:24, 16:3, 16:9, 16:10, 16:15, 16:18, 16:20, 16:21, 17:3, 17:7, 17:10, 17:14, 17:20, 18:3, 18:6, 18:19, 19:14, 19:15, 28:2, 28:3, 28:24, 29:21, 30:10, 31:13, 31:16, 32:13, 32:14, 32:18, 32:19, 34:3, 38:2, 38:3, 38:10, 40:21, 43:14, 43:16, 43:19, 43:20, 43:25, 44:13, 44:14, 44:15, 44:17, 44:18, 44:19, 44:21, 44:22, 44:24, 45:3, 45:8, 54:12, 55:3
**officer's** [1] - 15:14
**officers** [37] - 4:10, 4:15, 8:18, 8:21, 10:12, 11:17, 14:21, 15:13, 15:25, 16:2, 17:19, 18:5, 18:10, 18:16, 19:16, 20:4, 21:19, 23:20, 25:15, 27:23, 30:5, 30:18, 30:20, 30:23, 33:21, 33:25, 35:14, 38:17, 40:7, 42:2, 43:11, 45:16, 48:6, 53:22, 53:24, 53:25
**Officers** [2] - 8:18, 10:10
**OFFICIAL** [1] - 60:1

**Official** [2] - 1:20, 60:12
**official** [1] - 33:18
**officials** [1] - 41:25
**often** [2] - 26:3, 36:7
**old** [1] - 47:4
**once** [3] - 11:6, 25:5, 44:16
**one** [26] - 3:1, 5:5, 9:8, 12:21, 12:22, 20:6, 21:14, 21:15, 25:4, 28:5, 30:23, 34:9, 38:20, 41:1, 44:6, 44:7, 48:7, 50:16, 51:12, 51:23, 52:14, 55:8, 56:2, 56:17, 56:21
**ongoing** [1] - 48:13
**opportunity** [2] - 14:20, 55:8
**opposed** [1] - 7:2
**order** [3] - 9:21, 40:18, 58:19
**ordered** [3] - 53:8, 55:24, 56:2
**original** [1] - 57:10
**others'** [1] - 19:12
**otherwise** [18] - 24:12, 25:16, 25:18, 26:21, 28:15, 28:21, 30:19, 31:4, 31:6, 31:8, 32:3, 32:16, 33:4, 33:6, 33:24, 34:5, 53:23
**out-of-body** [1] - 59:4
**outlet** [1] - 36:7
**outliers** [1] - 50:18
**outline** [1] - 15:3
**outside** [2] - 27:10, 43:15
**outstanding** [1] - 57:9
**overall** [1] - 36:16
**overcame** [1] - 26:11
**overprepare** [1] - 36:18
**overruled** [1] - 56:22
**overstate** [4] - 49:22, 51:18, 51:21, 52:24
**overtime** [1] - 53:22
**owe** [1] - 38:6
**own** [7] - 5:20, 24:6, 26:12, 36:25, 37:11, 39:12, 47:3

**P**

**p.m** [2] - 43:2, 43:7
**paid** [4] - 40:18, 53:8, 56:5, 56:13
**pain** [4] - 7:25, 12:5,

17:18, 45:2
**paragraph** [1] - 3:3
**parent** [1] - 36:5
**parents** [1] - 46:18
**Paroline** [1] - 53:17
**PAROLINE** [1] - 53:17
**parroting** [1] - 22:2
**part** [13] - 7:12, 10:5, 34:13, 35:18, 39:17, 41:21, 42:14, 46:13, 51:11, 53:18, 54:16, 54:17, 59:10
**part-time** [1] - 46:13
**partial** [1] - 8:6
**partially** [1] - 51:22
**participated** [1] - 19:24
**participation** [2] - 26:22, 49:4
**particular** [5] - 6:10, 6:18, 9:14, 47:12, 55:2
**particularly** [2] - 20:22, 23:1
**partner** [1] - 45:21
**parts** [5] - 6:18, 32:8, 32:10
**partying** [1] - 47:2
**pass** [1] - 45:10
**passed** [1] - 45:11
**past** [1] - 29:11
**patch** [3] - 14:16, 18:4, 19:8
**patriotism** [1] - 21:20
**patrol** [1] - 26:1
**pauperis** [1] - 58:11
**pay** [4] - 26:13, 41:3, 55:24, 56:1
**payable** [1] - 56:8
**payment** [1] - 58:12
**payments** [1] - 49:2
**peaceful** [3] - 42:1, 42:11, 48:19
**pending** [1] - 34:7
**people** [28] - 14:18, 21:3, 21:5, 22:3, 22:6, 22:21, 23:2, 23:6, 23:10, 24:3, 24:11, 24:19, 25:4, 25:8, 26:5, 26:15, 27:1, 27:9, 30:13, 30:15, 30:20, 31:20, 31:21, 32:5, 36:16, 37:23, 40:7
**pepper** [3] - 28:15, 30:20, 30:21
**per** [1] - 56:6
**percent** [4] - 52:1, 52:4, 52:17, 52:19
**perception** [1] - 7:1

**performed** [1] - 47:11
**perhaps** [2] - 57:22, 59:13
**period** [3] - 9:25, 51:6, 51:8
**periodic** [1] - 56:18
**perjured** [1] - 6:8
**perjury** [4] - 5:22, 5:24, 5:25
**person** [2] - 7:4, 10:8
**persuaded** [1] - 53:14
**pertinent** [1] - 49:24
**Philips** [1] - 38:15
**photo** [1] - 45:22
**physical** [5] - 4:12, 4:25, 6:10, 8:1, 46:23
**physically** [2] - 9:4, 35:23
**pick** [1] - 28:15
**picked** [1] - 28:12
**picks** [1] - 16:20
**pictures** [1] - 45:23
**pinned** [7] - 7:19, 7:21, 8:1, 9:17, 9:25, 36:5, 44:22
**pinning** [1] - 8:24, 17:14
**place** [6] - 7:4, 22:23, 24:20, 35:11, 41:21, 42:15
**placement** [2] - 40:4, 56:17
**places** [1] - 38:25
**plainly** [1] - 7:3
**Plaintiff** [1] - 1:4
**plan** [1] - 37:5
**plastic** [3] - 11:2, 11:3, 42:25
**platforms** [1] - 41:8
**play** [1] - 14:7
**played** [1] - 36:10
**Playing** [1] - 36:9
**plea** [2] - 27:3, 58:7
**plead** [1] - 31:19
**pleaded** [1] - 4:8
**pled** [2] - 27:2, 31:20
**podium** [2] - 2:4, 55:15
**point** [4] - 35:3, 44:7, 53:10, 58:21
**pointed** [1] - 19:6
**points** [2] - 12:25, 47:14
**pole** [1] - 30:5
**Police** [3] - 36:19, 53:24, 53:25
**police** [33] - 19:21, 21:19, 22:13, 22:23,

22:25, 23:9, 23:10, 23:11, 23:15, 23:20, 23:21, 24:1, 27:23, 28:14, 28:16, 28:22, 28:25, 30:7, 30:13, 30:14, 33:23, 40:6, 41:25, 43:3, 43:11, 43:12, 43:14, 44:2, 44:11, 44:13, 45:4, 45:16
**policy** [2] - 49:24, 50:2
**political** [2] - 21:13, 48:18
**population** [1] - 48:9
**porn** [1] - 53:14
**portion** [3] - 27:12, 40:23, 54:10
**posed** [1] - 45:20
**position** [7] - 6:7, 7:15, 10:22, 11:17, 43:10, 43:11, 43:22
**positioned** [2] - 19:20, 43:9
**positions** [1] - 36:12
**possess** [2] - 56:15, 56:16
**possession** [1] - 10:9
**possibility** [1] - 8:7
**possible** [2] - 35:11, 42:19
**possibly** [1] - 7:5
**potentially** [1] - 48:17
**Powell** [1] - 17:3
**power** [2] - 19:7, 42:11
**powerful** [1] - 59:2
**practical** [1] - 54:25
**prepare** [2] - 58:13, 58:20
**prepared** [1] - 36:18
**preponderance** [4] - 6:17, 7:17, 10:25, 43:23
**present** [1] - 2:11
**Present** [1] - 1:18
**presentation** [1] - 13:24
**presented** [2] - 14:20, 15:2
**presentence** [5] - 2:21, 3:13, 26:8, 48:3, 48:24
**president** [1] - 36:14
**President** [5] - 21:4, 21:11, 22:2, 42:6, 47:23
**prestigious** [1] - 26:3
**presumption** [1] - 4:4
**pretrial** [5] - 27:7, 27:12, 51:4, 51:6

**preventing** [1] - 17:12
**prevents** [1] - 24:8
**previously** [6] - 2:25, 7:9, 47:9, 50:11, 51:20, 56:25
**pride** [1] - 36:12
**primarily** [1] - 11:23
**primary** [1] - 53:3
**prison** [7] - 24:11, 27:9, 27:13, 30:1, 32:6, 39:21
**Prison** [1] - 49:5
**prisons** [1] - 27:11
**Prisons** [1] - 55:18
**probation** [5] - 5:7, 9:2, 41:2, 49:20, 53:1
**Probation** [1] - 1:18, 56:21
**probation's** [3] - 6:7, 11:21, 11:22
**problems** [1] - 39:12
**Procedure** [1] - 3:13
**Proceedings** [2] - 1:24, 59:19
**proceedings** [1] - 60:7
**process** [4] - 32:7, 47:15, 50:6, 58:16
**produced** [1] - 1:24
**professional** [1] - 47:10
**professionalism** [1] - 35:14
**program** [2] - 36:19, 49:6
**programs** [1] - 49:5
**prominent** [1] - 47:24
**promised** [1] - 48:14
**promotes** [1] - 41:17
**proper** [2] - 4:1, 13:7
**property** [6] - 28:21, 41:23, 42:3, 53:10, 53:13, 53:21
**proposal** [1] - 57:22
**proposed** [1] - 49:18
**prosecution** [2] - 5:14, 38:5
**protect** [11] - 10:8, 14:18, 14:22, 19:14, 26:11, 35:23, 36:2, 36:4, 36:11, 36:12
**protecting** [1] - 17:9, 26:5, 38:10
**protection** [1] - 11:13
**protective** [1] - 36:11
**protects** [1] - 47:20
**protest** [1] - 22:6
**protesters** [3] - 23:12, 23:13, 48:18
**protesting** [1] - 21:19

**protests** [1] - 23:4
**proud** [2] - 37:10, 45:19
**proudly** [1] - 14:15
**provide** [5] - 6:4, 9:9, 48:20, 53:2, 53:6
**provided** [3] - 5:9, 50:10, 54:12
**provides** [2] - 41:17, 48:20
**provision** [1] - 5:18
**proximate** [1] - 53:19
**PSR** [5] - 13:13, 13:15, 41:3, 49:4, 53:1
**psychologically** [1] - 35:24
**public** [5] - 41:9, 47:10, 47:20, 48:7, 48:13
**PUBLIC** [1] - 1:16
**pull** [4] - 11:12, 17:2, 44:1, 44:5
**pulled** [4] - 7:21, 15:9, 44:11, 44:25
**pulling** [3] - 8:23, 44:4, 44:8
**punched** [1] - 16:11
**punish** [5] - 5:18, 30:22, 39:25
**punishment** [6] - 26:19, 32:4, 32:8, 33:13, 34:6, 41:18
**purposes** [6] - 5:24, 26:19, 32:3, 32:8, 34:5, 41:13
**pursue** [2] - 25:25, 26:12
**push** [4] - 16:10, 16:16, 44:14, 44:24
**pushes** [2] - 15:10, 37:20
**pushing** [1] - 17:8

## Q

**qualify** [5] - 8:1, 10:6, 10:21, 11:1, 58:13
**quarterback** [1] - 36:11
**quelled** [1] - 22:9
**questions** [2] - 20:17, 34:8
**quick** [2] - 10:21, 28:4
**quite** [2] - 41:5, 45:19

## R

**radical** [1] - 39:16
**railing** [1] - 44:3
**raised** [4] - 11:3, 41:7,

41:10, 42:25
**rally** [4] - 21:14, 22:18, 42:17, 43:1
**ramifications** [1] - 17:17
**ramped** [1] - 46:25
**ran** [1] - 37:20
**range** [17] - 13:2, 33:10, 41:2, 49:12, 49:17, 49:19, 50:24, 51:3, 51:5, 51:10, 51:24, 52:3, 52:7, 52:8, 52:15, 52:16, 52:25
**ranges** [4] - 3:20, 11:24, 50:14
**rate** [1] - 56:6
**rather** [5] - 6:5, 6:21, 11:24, 47:22, 48:19
**rational** [1] - 30:25
**rationalization** [1] - 15:3
**reached** [1] - 44:21
**reaction** [1] - 19:16
**reactive** [1] - 27:25
**ready** [1] - 39:23
**real** [1] - 36:20
**really** [4] - 29:11, 33:11, 33:12, 33:16
**Realtime** [3] - 1:21, 60:4, 60:13
**reason** [6] - 8:20, 22:22, 25:2, 31:9, 39:17
**reasonable** [2] - 10:14, 10:23
**reasoning** [1] - 40:22
**reasons** [4] - 22:18, 23:2, 36:1, 56:25
**receive** [3] - 7:8, 45:12, 57:14
**received** [8] - 3:4, 7:17, 7:24, 30:11, 40:21, 51:2, 51:4, 54:20
**recently** [1] - 14:12
**recitation** [1] - 3:3
**recognition** [1] - 19:23
**recognized** [2] - 20:25, 29:1
**recognizes** [1] - 50:21
**recognizing** [3] - 25:4, 25:7
**recommend** [3] - 31:21, 40:5, 49:4
**recommendation** [1] - 40:15
**recommended** [6] - 30:4, 31:10, 33:5,

33:7, 33:10, 49:21
**recommends** [2] - 41:3, 50:22
**recompense** [1] - 54:20
**record** [2] - 2:5, 2:16
**recorded** [1] - 1:24
**records** [1] - 50:9
**reduction** [1] - 31:21
**reference** [3] - 4:1, 31:8, 31:11
**reflect** [6] - 5:23, 18:15, 18:21, 18:22, 19:2, 53:12
**reflected** [5] - 44:7, 48:24, 50:4, 53:1, 54:21
**reflects** [1] - 41:16
**Reform** [1] - 3:15
**regain** [1] - 22:13
**regard** [1] - 16:5
**regardless** [4] - 10:25, 11:2, 28:6, 34:24
**regards** [1] - 20:24
**regional** [1] - 46:14
**Registered** [3] - 1:21, 60:3, 60:12
**regret** [2] - 17:15, 29:6
**rehabilitate** [1] - 47:8
**Rehabilitation** [1] - 49:6
**rehash** [1] - 27:15
**reimburse** [2] - 40:20, 54:11
**reimbursed** [1] - 54:15
**reinforced** [6] - 11:1, 11:2, 11:11, 42:24, 44:16, 51:16
**rejected** [1] - 11:16
**rejecting** [1] - 11:25
**rejects** [1] - 19:12
**related** [1] - 5:15
**relative** [1] - 44:2
**relatively** [4] - 27:24, 28:9, 28:19, 30:15
**release** [5] - 47:8, 48:3, 55:22, 56:7, 57:23
**relevant** [3] - 4:6, 5:16, 13:8
**reluctant** [1] - 6:25
**rely** [3] - 11:21, 20:8, 35:25
**remaining** [1] - 4:19
**remember** [1] - 13:14
**reminder** [1] - 38:24
**remorse** [3] - 29:1, 29:6, 32:5
**removed** [1] - 12:5
**render** [1] - 19:9

**reoffend** [1] - 48:11
**repeatedly** [2] - 6:8, 21:16
**replenished** [2] - 54:3, 54:7
**report** [6] - 2:21, 3:14, 26:9, 48:3, 48:24
**reported** [2] - 47:13, 47:16
**REPORTER** [1] - 60:1
**Reporter** [8] - 1:20, 1:21, 1:21, 60:3, 60:4, 60:12, 60:12, 60:13
**reports** [4] - 3:4, 46:22, 46:24, 47:1
**reposition** [2] - 6:11, 11:15
**representatives** [1] - 21:21
**represented** [2] - 41:9, 58:15
**request** [6] - 20:11, 24:15, 30:12, 40:10, 58:12
**requested** [1] - 55:5
**require** [2] - 9:8, 9:10
**required** [4] - 6:24, 34:10, 45:4, 55:25
**requirements** [2] - 48:2, 49:1
**researching** [1] - 50:13
**resided** [1] - 46:19
**residence** [1] - 47:3
**resistance** [1] - 48:4
**resisting** [1] - 4:10
**resolving** [1] - 48:18
**respect** [16] - 3:6, 5:13, 12:14, 28:2, 30:2, 30:10, 31:5, 31:15, 31:16, 32:11, 40:4, 40:18, 40:25, 41:17, 48:16, 53:6
**respects** [1] - 25:14
**responded** [2] - 28:4
**response** [1] - 2:15
**responsibility** [11] - 12:13, 12:20, 31:22, 31:25, 32:10, 38:1, 38:4, 47:25, 51:13, 52:2, 52:10
**responsible** [2] - 21:5, 27:19
**restitution** [9] - 40:18, 49:2, 53:6, 54:9, 54:11, 55:5, 56:3, 56:8
**restrain** [1] - 9:20
**restrained** [2] - 9:4,

30:15
**restraint** [4] - 9:3, 9:5, 10:1, 12:10
**restricted** [4] - 4:19, 4:23, 5:1, 51:6
**restrictions** [1] - 51:4
**result** [3] - 6:5, 21:2, 50:20
**resulted** [3] - 10:13, 51:8, 52:8
**resulting** [4] - 18:16, 52:4, 52:16, 53:19
**results** [6] - 8:6, 12:9, 12:11, 12:19, 12:21
**retained** [1] - 41:8
**reunite** [1] - 40:1
**reviewed** [1] - 2:21
**revise** [1] - 20:11
**revised** [1] - 2:21
**reward** [1] - 31:24
**rich** [1] - 19:19
**ridges** [2] - 11:3, 42:25
**rights** [1] - 23:4
**riot** [6] - 18:22, 19:1, 21:23, 41:21, 43:3, 54:2
**rioter** [2] - 44:25, 45:8
**rioters** [15] - 8:21, 11:14, 18:8, 18:9, 19:18, 41:22, 41:24, 42:5, 42:6, 42:14, 43:12, 43:21, 44:25, 45:13, 55:4
**rioters'** [1] - 42:10
**ripped** [1] - 43:18
**risk** [3] - 8:24, 36:23, 48:13
**Roanoke** [1] - 1:17
**Robinson** [1] - 24:25
**rock** [1] - 37:18
**role** [1] - 36:11
**roll** [1] - 45:3
**Ronald** [4] - 1:6, 2:3, 14:14, 55:16
**rope** [1] - 44:10
**Rosanne** [1] - 38:16
**routinely** [1] - 24:16
**rubber** [2] - 43:5, 54:4
**Rudolph** [1] - 1:9
**Rule** [1] - 3:12
**rules** [1] - 20:1
**rulings** [1] - 14:24
**run** [2] - 55:20, 55:23

**S**

**sacrifice** [1] - 37:7
**Safavian** [1] - 7:7
**safety** [2] - 44:2, 44:5

**Sajumon** [2] - 28:24, 38:10
**salesman** [1] - 46:14
**Sam** [2] - 37:6, 37:9
**Sarah** [1] - 37:17
**sat** [1] - 14:3
**satisfy** [1] - 57:22
**save** [2] - 29:23, 45:14
**saved** [1] - 47:15
**saw** [6] - 19:9, 19:13, 19:15, 19:20, 35:19, 43:2
**scary** [1] - 20:6
**scenarios** [2] - 9:9
**Schiffelbein** [6] - 1:16, 2:11, 2:15, 20:20, 55:10, 57:15
**SCHIFFELBEIN** [16] - 2:10, 2:19, 2:23, 3:1, 20:21, 34:16, 35:1, 35:6, 40:4, 40:9, 40:12, 40:14, 55:11, 57:2, 57:18, 58:24
**school** [2] - 36:14, 47:6
**Scout** [1] - 25:4
**scoutmaster** [1] - 37:4
**Scouts** [1] - 36:17
**scrapes** [1] - 7:24
**second** [3] - 7:8, 17:13, 52:6
**seconds** [3] - 9:18, 17:7, 44:23
**section** [3] - 5:22, 5:25, 50:1
**securely** [1] - 27:10
**security** [2] - 40:7, 42:8
**see** [8] - 14:7, 18:6, 20:16, 37:24, 43:11, 43:22, 43:23, 59:7
**seeks** [1] - 49:16
**seem** [1] - 10:2
**self** [1] - 28:1
**self-defense** [1] - 28:1
**senators** [1] - 21:21
**sensation** [1] - 7:22
**sense** [3] - 10:15, 11:19, 51:13
**sent** [1] - 45:23
**sentence** [44] - 3:18, 3:25, 4:1, 4:4, 4:5, 11:23, 13:7, 24:11, 26:18, 26:19, 27:5, 27:12, 27:14, 29:19, 29:21, 30:1, 30:7, 31:2, 31:9, 31:10, 32:2, 32:25, 33:2, 33:5, 33:6, 33:9, 33:17, 34:4, 39:12,

41:12, 41:16, 47:19, 48:20, 49:11, 49:16, 50:7, 50:8, 50:22, 52:1, 55:7, 57:1, 57:3, 58:10
**sentenced** [6] - 24:16, 30:3, 30:9, 51:1, 52:13, 55:21
**sentences** [8] - 11:24, 24:15, 24:17, 24:18, 30:11, 31:23, 49:7, 50:20
**sentencing** [10] - 2:17, 3:19, 4:6, 5:14, 17:21, 17:22, 24:15, 26:8, 34:13, 49:12
**Sentencing** [6] - 1:4, 1:8, 3:15, 3:16, 5:16, 49:25
**sentencings** [2] - 14:5, 50:11
**separate** [2] - 23:6, 50:5
**separated** [1] - 46:18
**separately** [2] - 13:18, 50:5
**separation** [3] - 16:14, 16:16, 16:22
**serious** [8] - 7:10, 8:25, 19:6, 20:2, 20:3, 30:10, 33:19, 41:19
**seriously** [1] - 59:15
**seriousness** [1] - 41:16
**serve** [1] - 55:21
**served** [2] - 27:6, 57:12
**service** [2] - 37:5, 47:10
**serving** [2] - 44:10, 47:10
**servitude** [1] - 39:6
**set** [5] - 2:16, 3:19, 34:14, 41:13, 49:14
**settle** [1] - 2:17
**seven** [2] - 21:25, 39:7
**Seventh** [1] - 54:22
**seventh** [1] - 10:18
**several** [15] - 5:3, 5:4, 14:5, 19:10, 20:23, 21:2, 21:9, 21:17, 26:9, 28:19, 40:23, 42:7, 54:14, 54:25, 55:6
**severity** [3] - 49:22, 51:19, 52:24
**shall** [7] - 56:5, 56:11, 56:14, 56:15, 56:16, 56:19, 56:20

**share** [1] - 53:3
**shares** [1] - 52:12
**shed** [3] - 45:25, 48:14
**sheriff** [3] - 46:9, 46:10, 46:11
**sheriff's** [2] - 18:4, 19:8
**short** [2] - 28:20, 42:10
**short-lived** [1] - 28:20
**shortly** [6] - 21:25, 22:14, 22:16, 39:13, 40:22, 49:23
**shotgun** [1] - 25:2
**shout** [1] - 28:7
**shove** [1] - 16:17
**show** [2] - 16:8, 29:16
**showed** [2] - 7:16, 37:21
**showing** [1] - 35:13
**siblings** [1] - 26:12
**Sicknick** [1] - 38:17
**side** [2] - 15:20, 16:19
**sides** [1] - 29:17
**significant** [7] - 27:12, 30:1, 33:13, 49:21, 51:6, 51:14, 53:21
**significantly** [6] - 9:20, 33:2, 33:9, 33:10, 33:19, 51:15
**signify** [1] - 42:21
**signs** [1] - 22:19
**similar** [8] - 8:15, 23:18, 29:19, 34:4, 50:8, 50:9, 50:19, 53:2
**similarities** [1] - 52:12
**similarly** [1] - 52:9
**simply** [3] - 10:5, 24:1, 31:23
**single** [1] - 50:4
**sisters** [1] - 36:24
**sitting** [2] - 21:4, 22:2
**situation** [5] - 18:15, 19:22, 25:19, 27:8, 38:7
**six** [3] - 10:3, 21:24, 41:1
**slid** [1] - 44:20
**slide** [1] - 17:6
**slightly** [2] - 27:13, 27:22
**small** [1] - 54:9
**snatched** [1] - 36:3
**soccer** [2] - 36:9, 37:5
**social** [1] - 41:7
**solely** [1] - 53:20
**someone** [7] - 16:16, 17:4, 17:12, 18:6, 19:7, 37:3, 38:19

**sometime** [1] - 58:21
**sometimes** [3] -
23:14, 36:18, 37:15
**somewhat** [1] - 59:4
**soon** [1] - 40:1
**sorry** [6] - 17:16, 38:8,
38:19, 38:21, 38:22
**sort** [3] - 19:1, 42:19,
53:15
**sought** [1] - 9:16
**source** [1] - 54:21
**south** [1] - 43:10
**Southwest** [1] - 1:17
**special** [4] - 48:25,
55:24, 56:7, 56:23
**specific** [6] - 3:20,
6:24, 10:1, 14:6,
27:16, 32:6
**specifically** [3] -
26:20, 31:12, 54:20
**spent** [5] - 25:23,
26:6, 27:11, 29:11,
39:6
**spewing** [1] - 11:11
**spoken** [1] - 41:20
**sports** [1] - 36:8
**spouted** [1] - 21:16
**spray** [6] - 28:15,
30:20, 30:21, 45:1,
54:6
**sprayed** [2] - 7:22,
30:20
**spurred** [1] - 47:23
**stable** [1] - 47:7
**Stager** [2] - 51:1,
51:23
**stairs** [5] - 7:18, 7:20,
8:24, 17:6, 44:22
**stand** [4] - 28:8,
28:23, 34:24, 51:23
**standard** [5] - 6:17,
34:11, 34:12, 34:20,
57:20
**standing** [1] - 28:24
**stands** [1] - 20:10
**staring** [1] - 18:3
**start** [3] - 14:22,
35:10, 40:17
**started** [1] - 19:5
**state** [4] - 2:4, 6:22,
40:8, 56:19
**State** [1] - 53:25
**statement** [2] - 17:21,
50:3
**statements** [2] - 5:23,
49:24
**STATES** [2] - 1:1, 1:13
**States** [7] - 1:3, 1:10,
2:3, 2:7, 3:16, 6:1,
54:22

**stating** [1] - 45:25
**statistical** [1] - 53:2
**status** [8] - 8:14, 12:8,
12:18, 14:15, 19:4,
19:9, 25:12, 48:3
**statute** [4] - 4:7, 6:1,
54:19, 55:25
**Steal** [1] - 43:1
**stenograph** [1] - 60:6
**Stenographic** [1] -
1:20
**STENOGRAPHIC** [1] -
60:1
**stenography** [1] - 1:24
**step** [2] - 15:24, 36:1
**stepped** [1] - 44:13
**steps** [5] - 7:19, 16:10,
29:16, 43:21, 44:20
**stick** [1] - 30:6
**still** [4] - 9:22, 22:8,
44:1, 58:3
**stood** [2] - 44:15, 55:4
**stop** [6] - 14:23, 18:8,
24:14, 24:22, 25:1,
25:3
**Stop** [1] - 42:25
**stopped** [1] - 25:3
**straight** [1] - 15:6
**Street** [2] - 1:14, 1:17
**stretch** [1] - 9:10
**strewn** [1] - 28:11
**strike** [1] - 35:18
**strikes** [1] - 10:21
**striking** [4] - 8:22,
10:19, 11:5, 30:5
**strive** [1] - 37:10
**strong** [1] - 35:12
**struck** [4] - 16:11,
16:15, 28:3, 44:25
**Students** [1] - 36:15
**stuff** [1] - 47:2
**subjected** [1] - 46:23
**subjective** [1] - 7:1
**submission** [1] - 3:11
**submissions** [1] -
2:22
**submit** [2] - 56:14,
56:17
**subsection** [1] - 41:14
**subset** [1] - 50:18
**substance** [1] - 56:16
**substantial** [1] - 8:24
**substantially** [1] -
42:3
**suffered** [1] - 7:10
**sufficient** [4] - 6:16,
32:2, 34:4, 41:12
**suicide** [2] - 38:18,
39:18

**Suite** [1] - 1:17
**suited** [1] - 36:23
**Sunday** [2] - 23:19,
24:1
**superseding** [1] - 4:9
**supervised** [1] - 55:22
**supervision** [7] -
34:11, 48:25, 56:14,
56:18, 56:21, 57:16,
58:1
**supplies** [1] - 54:2
**support** [4] - 18:8,
39:20, 41:6, 48:14
**supported** [1] - 15:4
**supposed** [3] - 20:7,
20:8
**Supreme** [1] - 3:22
**surrounded** [2] -
25:18, 29:17
**sustained** [4] - 7:24,
12:4, 42:3, 45:24
**sway** [1] - 23:2
**swept** [1] - 48:12
**system** [6] - 20:4,
31:25, 32:1, 32:8,
39:20, 59:11

## T

**tactics** [1] - 35:15
**taught** [8] - 36:17,
37:1, 37:3, 37:5,
37:6, 37:7, 37:13,
37:17
**Taylor** [1] - 37:15
**tear** [4] - 22:20, 23:9,
23:10, 23:12
**technical** [1] - 34:9
**Tennessee** [6] - 46:10,
46:11, 46:12, 57:17,
58:2, 58:3
**term** [4] - 11:19, 51:8,
55:18, 55:21
**terms** [1] - 34:11
**terrace** [3] - 29:14,
42:16, 43:6
**terrorist** [1] - 39:16
**test** [1] - 56:17
**testified** [4] - 17:25,
43:5, 44:17, 55:4
**testify** [1] - 5:20
**testifying** [1] - 6:2
**testimony** [15] - 3:5,
5:9, 5:23, 6:3, 6:4,
6:9, 6:10, 6:13, 6:16,
6:18, 7:3, 7:16,
11:15, 32:17, 32:22
**testing** [1] - 34:17
**tests** [1] - 56:18
**texted** [1] - 45:22

**thanking** [1] - 35:10
**themselves** [2] -
19:18, 45:18
**then-President** [1] -
47:23
**then-sitting** [1] - 22:2
**theory** [1] - 35:22
**thereafter** [2] - 46:20,
56:18
**therefore** [4] - 3:25,
8:2, 41:9, 56:2
**thigh** [1] - 15:14
**thinking** [3] - 24:13,
29:11, 42:21
**third** [3] - 4:8, 8:4,
52:12
**thoughts** [2] - 17:13,
38:23
**thousands** [1] - 22:6
**threat** [1] - 40:7
**threatened** [1] - 42:10
**three** [5] - 13:16,
51:23, 54:24, 55:1,
55:3
**threw** [1] - 36:8
**throw** [1] - 28:16
**tide** [1] - 54:1
**tied** [2] - 9:5, 9:7
**today** [4] - 22:17,
37:24, 39:3, 58:23
**together** [2] - 13:17,
44:20
**Tom** [1] - 24:25
**took** [8] - 16:10,
21:25, 29:16, 36:12,
36:18, 41:21, 42:15
**top** [3] - 7:18, 13:14,
44:21
**torso** [1] - 44:19
**tossed** [1] - 16:4
**total** [3] - 12:11,
12:23, 13:2
**tough** [1] - 59:12
**toward** [3] - 23:1,
33:24, 33:25
**towards** [7] - 6:11,
8:23, 15:15, 43:9,
43:25, 44:4, 44:11
**town** [1] - 46:25
**trade** [1] - 38:25
**trained** [2] - 10:10,
19:8
**training** [3] - 25:21,
38:5, 48:21
**Transcript** [2] - 1:8,
1:24
**transcript** [2] - 60:5,
60:6
**transcription** [1] -
1:24

**transfer** [4] - 42:11,
57:15, 57:24, 57:25
**trauma** [1] - 17:18
**travel** [2] - 42:19,
45:21
**traveling** [1] - 42:17
**treat** [2] - 36:16, 37:13
**treated** [2] - 4:3, 39:21
**treatment** [3] - 40:21,
48:22, 54:12
**trespass** [1] - 31:9
**trial** [16] - 5:20, 6:8,
6:9, 14:3, 14:12,
15:2, 16:14, 17:10,
17:25, 19:21, 27:2,
27:4, 31:24, 32:12,
35:11, 39:13
**trials** [1] - 14:4
**tried** [2] - 44:5, 44:24
**trouble** [1] - 48:4
**true** [3] - 37:21, 60:5,
60:6
**Trump** [1] - 47:24
**trumpet** [1] - 46:5
**trust** [1] - 37:17
**try** [2] - 25:1, 29:23
**trying** [9] - 15:11,
15:20, 16:8, 17:2,
17:10, 17:11, 17:12,
38:3, 44:1
**tug** [1] - 44:9
**tug-of-war** [1] - 44:9
**tugging** [1] - 44:4
**tunnel** [14] - 11:13,
18:5, 29:15, 42:16,
43:8, 43:13, 43:15,
44:2, 44:12, 45:11,
52:14, 54:5
**turn** [6] - 16:19, 20:8,
24:3, 29:9, 29:14,
54:1
**turned** [1] - 44:18
**turns** [1] - 16:18
**twice** [1] - 44:16
**two** [10] - 4:8, 18:15,
23:5, 27:23, 28:4,
28:17, 40:22, 44:20,
47:15, 58:8
**type** [1] - 54:20
**typically** [1] - 40:6

## U

**U.S** [3] - 1:18, 56:9,
56:21
**U.S.C** [10] - 4:7, 4:11,
4:13, 4:16, 4:18,
4:21, 4:24, 5:2, 6:1,
50:13
**ultimately** [1] - 35:20

**unable** [2] - 41:6, 53:1
**unaided** [1] - 45:2
**uncertainty** [2] - 17:24, 17:25
**under** [14] - 3:12, 3:16, 4:6, 5:21, 5:25, 6:2, 6:17, 7:21, 8:5, 9:17, 9:25, 13:5, 50:1, 50:13
**undermine** [1] - 20:9
**underscored** [1] - 20:3
**understood** [1] - 14:13
**undisclosed** [1] - 42:9
**unfolded** [1] - 38:11
**unit** [2] - 12:21, 12:22
**UNITED** [2] - 1:1, 1:13
**United** [7] - 1:3, 1:10, 2:3, 2:7, 3:16, 6:1, 54:22
**units** [1] - 12:22
**unless** [1] - 14:6
**unlike** [2] - 25:15, 27:1
**unprecedented** [1] - 47:23
**unsuccessful** [1] - 29:24
**unsuccessfully** [1] - 45:12
**untrue** [1] - 6:19
**unwarranted** [1] - 50:8
**up** [23] - 9:5, 9:6, 9:7, 16:20, 17:1, 17:2, 17:4, 17:15, 18:3, 28:12, 28:15, 29:16, 36:1, 36:3, 36:23, 43:6, 43:11, 43:22, 45:21, 46:25, 48:12, 52:24
**upbringing** [3] - 26:7, 46:17, 59:12
**uphold** [1] - 14:17
**upholding** [1] - 20:7
**upright** [1] - 44:15
**upward** [4] - 5:9, 6:16, 18:14, 20:12
**uses** [2] - 19:9, 30:23
**utilized** [1] - 50:6

## V

**value** [1] - 16:4
**Values** [1] - 49:6
**variance** [4] - 8:9, 18:14, 20:12, 49:21
**variety** [1] - 27:19
**various** [4] - 27:3, 33:3, 36:14, 43:3

**verdict** [2] - 32:17, 58:8
**verifiable** [1] - 6:20
**vest** [6] - 14:16, 16:20, 17:2, 17:5, 42:24, 43:20
**victim** [9] - 8:12, 8:13, 9:3, 9:5, 12:4, 12:7, 12:17, 33:18
**victim-sustained** [1] - 12:4
**victims** [3] - 50:5, 53:7, 56:10
**video** [3] - 6:14, 14:24, 44:7
**videos** [7] - 11:9, 11:10, 14:6, 17:23, 29:15, 41:24, 59:4
**views** [2] - 23:17, 48:15
**violation** [7] - 4:10, 4:13, 4:16, 4:17, 4:21, 4:24, 5:2
**violence** [15] - 4:12, 4:25, 14:19, 18:23, 22:25, 23:9, 23:10, 23:12, 23:15, 41:23, 47:16, 48:10, 48:19, 49:9
**violent** [9] - 8:23, 11:10, 15:15, 22:7, 23:21, 29:5, 42:15, 44:9, 48:18
**violently** [3] - 18:9, 20:9, 44:4
**Virginia** [2] - 1:17, 53:25
**vocational** [1] - 48:21
**voiced** [1] - 22:3
**volatile** [1] - 35:21
**volition** [1] - 24:6
**vote** [1] - 23:8
**votes** [1] - 42:6
**vs** [1] - 1:5

## W

**wall** [1] - 36:6
**wants** [2] - 29:9, 35:4
**war** [1] - 44:9
**warrant** [1] - 6:16
**Washington** [5] - 1:6, 1:15, 1:22, 21:7, 60:14
**watch** [1] - 59:4
**watched** [5] - 11:9, 11:10, 14:8, 14:11, 41:24
**Wayne** [1] - 37:15
**ways** [2] - 15:4, 23:5

**Wayte** [26] - 13:18, 15:7, 15:11, 15:24, 16:3, 16:9, 16:10, 16:18, 16:20, 17:7, 17:10, 17:14, 18:3, 18:6, 19:10, 19:15, 29:21, 30:10, 31:13, 31:16, 32:14, 32:19, 34:3, 38:3
**Wayte's** [4] - 15:13, 15:21, 16:21, 17:20
**weapon** [10] - 4:20, 4:24, 5:2, 10:19, 12:16, 18:16, 50:6, 51:16, 52:15, 56:15
**weapons** [6] - 10:21, 19:17, 28:10, 30:6, 51:17, 52:23
**wearing** [2] - 10:14, 11:11
**wears** [1] - 19:7
**Webster** [1] - 10:7
**week** [1] - 58:21
**welcome** [1] - 13:23
**west** [3] - 29:13, 42:16, 43:6
**west-front** [1] - 29:13
**whole** [1] - 39:1
**wields** [1] - 19:7
**wife** [3] - 37:17, 39:14, 47:5
**willful** [2] - 5:24, 6:4
**willfully** [1] - 5:11
**willfulness** [2] - 6:22, 6:23
**willing** [1] - 36:23
**wisdom** [1] - 34:10
**wish** [3] - 38:7, 58:10, 58:21
**witness** [2] - 3:5, 6:2
**witnesses** [1] - 6:21
**woman** [2] - 15:20, 16:19
**women** [1] - 36:25
**women's** [1] - 37:13
**wonders** [1] - 11:8
**word** [1] - 16:21
**words** [1] - 29:3
**wore** [5] - 10:9, 14:15, 33:8, 33:14, 51:8
**works** [1] - 47:12
**would've** [1] - 38:4
**wounds** [1] - 36:16
**written** [1] - 26:15
**wrote** [1] - 47:17

## Y

**years** [7] - 38:18, 39:6, 39:7, 46:19, 47:2,

47:4, 57:13
**yelled** [1] - 44:15
**yesterday** [2] - 14:9, 30:3
**younger** [1] - 36:3

## §

**§** [7] - 4:11, 4:13, 4:18, 4:21, 4:24, 5:2, 5:17
**§§** [1] - 4:16