# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 21-35 (RC) |
| | : | |
| RONALD COLTON MCABEE, | : | Re Document No.: 477 |
| | : | |
| Defendant. | : | |

## ORDER

### DISMISSING CASE AS MOOT

In accordance with the judgment of March 17, 2025, of the United States Court of Appeals for the District of Columbia Circuit, it is hereby **ORDERED** that this case is **DISMISSED AS MOOT** as to Defendant Ronald Colton McAbee.

**SO ORDERED**.

Dated:  March 17, 2025                                                                  RUDOLPH CONTRERAS
                                                                                                          United States District Judge